**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OFF LEASE ONLY LLC, et al.,[1] | Case No. 23-11388 (CTG) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF AGENDA OF FIRST DAY MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 11, 2023 AT 1:00 P.M. (EASTERN TIME[2])**

**THE HEARING WILL BE CONDUCTED ENTIRELY VIA ZOOM ONLY.**

**Please see below for the connection and registration information.
Please Note:  All individuals participating by video must register by September 8, 2023 at 4:00 p.m. the provided link.  After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.  You must use your full name when registering and logging into
Zoom or you will not be granted access to the hearing.**

**Registration Link:**

https://debuscourts.zoomgov.com/meeting/register/vJIsf--uqTgrGDHs2kzB73xPLDgXcGrpiLc

**Since the audio will be provided by Zoom, all parties must remain on mute unless addressing the Court.**

1. Voluntary Petitions:

 A. Off Lease Only Parent LLC Case No. 23-11387 (CTG)

 B. Off Lease Only LLC Case No. 23-11388 (CTG)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable) are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The location of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL 33406.

[2] All motions and other pleadings referenced herein are available online at the following web address: https://cases.stretto.com/OLO



C.  Colo Real Estate Holdings LLC Case No. 23-11389 (CTG)

### First Day Declaration

2. Declaration of Leland Wilson in Support of the Chapter 11 Petitions and First Day Pleadings [Filed 09/07/2023, Docket No. 4]

   Status:  The Debtors will ask the Court to admit the declaration into evidence. To the extent the Court or any party in interest have questions regarding the declaration or the factual bases for the first-day relief the Debtors seek, the declarant will be available via Zoom videoconference.

### Administrative Motions

3. Motion of the Debtors for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [Filed 09/07/2023, Docket No. 2]

   Status:  This matter is going forward.

4. Application of the Debtors for Entry of Order Authorizing Retention and Appointment of Stretto, Inc. as Claims and Noticing Agent [Filed 09/07/2023, Docket No. 5]

   Status:  This matter is going forward.

5. Motion for Entry of an Order: (I) Authorizing the Debtors To (A) File a Consolidated Creditor Matrix, (B) File a Consolidated Top 20 Creditors List, and (C) Redact Certain Personally Identifiable Information for Individual Creditors; and (II) Granting Related Relief [Filed 09/07/2023, Docket No. 12]

   Status:  This matter is going forward.

6. Motion of the Debtors for Entry of an Order Extending Time for Filing Schedules and Statements [Filed 09/07/2023, Docket No. 10]

   Status:  This matter is going forward.

### First Day Motions Pertaining to Operations

7. Motion of the Debtors for Entry of Interim and Final Orders (I) Approving Debtors' Proposed form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections By Utility Companies, (III) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Service, and (IV) Granting Related Relief [Filed 09/07/2023, Docket No. 15]

   Status:  This matter is going forward with respect to an interim order.

8. Motion of the Debtors' for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Filed 09/07/2023, Docket No. 14]

    Status:    This matter is going forward with respect to an interim order.

9. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Filed 09/07/2023, Docket No. 8]

    Status:    This matter is going forward with respect to an interim order.

10. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Maintenance, Administration, and Continuation of the Debtors' Customer Programs and Sale Programs, and (II) Granting Related Relief [Filed 09/07/2023, Docket No. 9]

    Status:    This matter is going forward with respect to an interim order.

11. Motion of the Debtors for Entry of Interim and Final Orders: (I) Authorizing the Debtors to Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses, and (II) Granting Related Relief [Filed 09/07/2023, Docket No. 16]

    Status:    This matter is going forward with respect to an interim order.

12. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Business Forms, and (II) Granting Related Relief [Filed 09/07/2023, Docket No. 6]

    Status:    This matter is going forward with respect to an interim order.

13. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and the Surety Bond Program and Pay All Obligations Arising Thereunder and (B) Continue Their Insurance Premium Financing Program, and (II) Granting Related Relief  [Filed 09/07/2023, Docket No. 11]

    Status:    This matter is going forward with respect to an interim order.

**Cash Collateral Motion**

14. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling A Final Hearing, and (IV) Granting Related Relief [Filed 09/07/2023, Docket No. 7]

    Status:    This matter is going forward with respect to an interim order.

| | |
|---|---|
| Dated: September 8, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor, P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:  302-652-4100<br>Facsimile:   302-652-4400<br>email:     ljones@pszjlaw.com<br>             joneill@pszjlaw.com<br>             crobinson@pszjlaw.com<br><br>-and-<br><br>Brian S. Rosen, Esq. (pro hac vice pending)<br>Megan R. Volin, Esq. (pro hac vice pending)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, New York 10036<br>Telephone: (212) 969-3000<br>Facsimile: (212) 969-2900<br>Email:  brosen@proskauer.com<br>            mvolin@proskauer.com<br>-and-<br><br>Ashley M. Weringa, Esq. (pro hac vice pending)<br>Christian J. Palacios, Esq. (pro hac vice pending)<br>**PROSKAUER ROSE LLP**<br>70 W. Madison, Suite 3800<br>Chicago, Illinois 60602<br>Telephone: (312) 962-3550<br>Facsimile: (312) 962-3551<br>Email:  aweringa@proskauer.com<br>            cpalacios@proskauer.com<br><br>Proposed Counsel for the Debtors and Debtors in Possession |