# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| OFF LEASE ONLY LLC, *et al.*,[1] | ) |
| | ) Case No. 23-11388 (CTG) |
| Debtors. | ) |
| | ) (Joint Administration Requested) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Cooksey, Toolen, Gage, Duffy & Woog represents TD Bank, N.A., successor in interest to TD Auto Finance LLC in the above-captioned Chapter 11 case. The undersigned hereby enters his appearance pursuant to §1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 9010 and 2002. All such notices should be addressed as follows:

> Kim Gage
> Cooksey, Toolen, Gage, Duffy & Woog
> 535 Anton Boulevard, Suite 1000
> Costa Mesa, CA 92626
> Tel: (714) 431-1090
> E-Mail: kgage@cookseylaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The locations of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL, 33406.

transferred or conveyed by mail, delivery, telephone, fax, e-mail or otherwise filed with regard to the above case and proceedings therein.

Dated:  September 8, 2023                **COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**

By:       /s/ Kim Gage
Kim Gage
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626
Tel:  (714) 431-1090
E-Mail:  kgage@cookseylaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 8, 2023, he caused a copy of the foregoing Notice of Appearance and Request for Service of Papers pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 9010 and 2002 to be served on all parties which have entered their appearances via the Court's CM/ECF electronic filing system.

/s/ Kim Gage
KIM GAGE