# **EXHIBIT 1**

**Proposed Budget**

16300986/1

**Off Lease Only, LLC ("OLO" or the "Company")**
**Cash Collateral Budget**[1]
**USD ($ 000s)**

| Cash Collateral Budget | Week 0 07-08 Sep-23 Post-Petition Forecast | Week 1 15-Sep-23 Post-Petition Forecast | Week 2 22-Sep-23 Post-Petition Forecast | Week 3 29-Sep-23 Post-Petition Forecast | Total Post-Petition Forecast |
|---|---:|---:|---:|---:|---:|
| **Receipts** | | | | | |
| Financed Vehicle Sales Receipts | $ 796 | $ 1,713 | $ - | $ - | $ 2,509 |
| Non-Financed Vehicle Sales Receipts | $ 199 | $ 459 | $ 321 | $ 28 | $ 1,007 |
| Net Proceeds from Sale of FF&E | $ - | $ - | $ - | $ - | $ - |
| **Total Receipts** | $ 995 | $ 2,172 | $ 321 | $ 28 | $ 3,516 |
| **Disbursements** | | | | | |
| Product Remittances | $ - | $ (469) | $ (201) | $ - | $ (670) |
| Vehicle Tag and Title | $ - | $ (483) | $ (207) | $ - | $ (690) |
| Lien Payoffs | $ - | $ (420) | $ (180) | $ - | $ (600) |
| Customer Deposits | $ - | $ (200) | $ (150) | $ - | $ (350) |
| Payroll and Benefits | $ - | $ (250) | $ - | $ - | $ (250) |
| Transition Team Costs | $ - | $ - | $ (70) | $ (62) | $ (132) |
| Rent Payments[2] | $ - | $ (937) | $ - | $ - | $ (937) |
| Insurance Payments | $ - | $ - | $ - | $ - | $ - |
| Tax Payments | $ - | $ - | $ (508) | $ - | $ (508) |
| Other, SG&A | $ - | $ - | $ (80) | $ (12) | $ (92) |
| Contingency Fees | $ - | $ (70) | $ (70) | $ (70) | $ (210) |
| **Total Disbursements** | $ - | $ (2,829) | $ (1,466) | $ (144) | $ (4,439) |
| **Restructuring Costs** | | | | | |
| Professional Fees[3] | $ - | $ - | $ - | $ (900) | $ (900) |
| US Trustee Fees | $ - | $ - | $ - | $ - | $ - |
| Critical Vendors | $ - | $ - | $ (215) | $ - | $ (215) |
| Utility Deposits | $ - | $ (64) | $ - | $ - | $ (64) |
| Independent Director Fees | $ - | $ - | $ - | $ - | $ - |
| **Restructuring Disbursements** | $ - | $ (64) | $ (215) | $ (900) | $ (1,179) |
| **Net Cash Change** | $ 995 | $ (721) | $ (1,360) | $ (1,016) | $ (2,102) |
| **Beginning Cash Balance** | $ 8,810 | $ 9,805 | $ 9,084 | $ 7,724 | $ 8,810 |
| **Ending Cash Balance** | $ 9,805 | $ 9,084 | $ 7,724 | $ 6,708 | $ 6,708 |

**Foonotes:**
1. This proposed budget is a modified form of the budget developed by FTI Consulting and Off Lease Only, LLC, as filed with the Cash Collateral Motion. This proposed budget has been modified to be a 3-week budget and with respect to Rent Payments and Professional Fees, as detailed.
2. Rent Payments have been adjusted to be pro rated for 24/30 days in September, as based on the Debtors' Petition Date.
3. Professional Fees have been adjusted to be reflected in Weeek 3 for illustrative purposes. The aggregate amount shown reflects a budget of for $750,000 for the Debtors' and Committee's Professionals and $150,000 for the Ally Parties' Professionals.