**Exhibit B**

## GMAC BANK MASTER WHOLESALE AGREEMENT

### I. THE PARTIES TO THIS AGREEMENT

This GMAC Bank Master Wholesale Agreement ("Master Agreement") is made by and between GMAC Bank and Off Lease Only, Inc. ("Dealership").

### II. THE RECITALS

The essential facts relied on by GMAC Bank and Dealership as true and complete, and giving rise to this Agreement, are as follows:

A. GMAC (formerly known as General Motors Acceptance Corporation and GMAC LLC) provides wholesale accommodations to Dealership under the GMAC Wholesale Plan, pursuant to the agreements executed or which may be executed hereafter by Dealership in favor of GMAC, and any other documents evidencing the agreements between Dealership and GMAC, a nonexclusive list being attached as Exhibit "A" hereto ("GMAC Wholesale Financing Documents").

B. In the ordinary course of its business, GMAC Bank provides wholesale financing accommodations to motor vehicle dealerships ("GMAC Bank Wholesale Accommodations").

C. In addition to the wholesale accommodations GMAC provides to Dealership, Dealership desires GMAC Bank to provide Dealership with GMAC Bank Wholesale Accommodations. Subject to Subsection III.C.1.(b) below, such GMAC Bank Wholesale Accommodations may be in addition to financing accommodations GMAC provides to Dealership.

D. GMAC Bank is willing to provide GMAC Bank Wholesale Accommodations to Dealership in accordance with the terms and conditions of this Master Agreement and the GMAC Wholesale Financing Documents, which are amended pursuant to the provisions of Subsection III.C.1. below (individually and collectively "GMAC Bank Wholesale Financing Documents").

E. For administrative convenience, Dealership wants to evidence its agreement to and acceptance of all terms and conditions of the GMAC Bank Wholesale Financing Documents for all intents and purposes by signing only this Master Agreement. Dealership acknowledges that it is not receiving copies of the GMAC Wholesale Financing Documents in connection with the signing of this Master Agreement, but that it has had the opportunity to review, and fully understands, such documents. Dealership specifically executes this Master Agreement in connection with floor plan financing which may be provided by GMAC Bank to Dealership.

### III. THE AGREEMENT

In consideration of the Recitals above, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, GMAC Bank and Dealership agree as follows:

A. By signing this Master Agreement, Dealership agrees that the GMAC Wholesale Financing Documents, as amended by Subsection III.C.1. below, are incorporated into this Master Agreement by reference as though fully set forth in it.

For avoidance of doubt, upon the execution of this Master Agreement, two separate groups of wholesale financing documents will be deemed to exist: the GMAC Wholesale Financing Documents, wherein GMAC is the lender, and the GMAC Bank Wholesale Financing Documents, wherein GMAC Bank is the lender.

B. Dealership's signature on this Master Agreement constitutes its signature on each of the GMAC Bank Wholesale Financing Documents, including in each signature block and any other part of any GMAC Bank Wholesale Financing Document that calls for Dealership's signature.

C. By signing this Master Agreement, Dealership:

1. Agrees to and accepts all provisions, terms, and conditions of each of the GMAC Bank Wholesale Financing Documents, except that such GMAC Wholesale Financing Documents are modified as follows:

    a. Any reference to "GMAC", "General Motors Acceptance Corporation," "GMAC LLC," "GMAC Inc.", or other name of GMAC in any of the GMAC Wholesale Financing Documents is amended to read "GMAC Bank;"

    b. The amount of the credit line established for Dealership and communicated to the Dealership from time to time will be an aggregate amount for both GMAC and GMAC Bank. In no case will the amounts outstanding under both the GMAC Bank's and GMAC's Wholesale Financing Documents exceed the credit line initially established by GMAC.

2. Waives any right to disavow or otherwise challenge the validity or enforceability of any of the GMAC Bank Wholesale Financing Documents (in whole or in part) on the basis that such GMAC Bank Wholesale Financing Document does not contain the Dealership's signature, was not signed by an authorized signatory, or on any similar basis, provided, however, that the Dealership cannot be bound by any document, or term or condition therein, unless the Dealership, or an authorized signatory, has signed an identical document in favor of GMAC Bank or GMAC, as the case may be.

3. Agrees that from time to time, a portion of the principal amount, fees and other charges in connection with the GMAC Wholesale Plan may be assessed by GMAC under the GMAC Bank Wholesale Financing Documents and will be paid by Dealership.

4. Agrees that the GMAC Bank Wholesale Financing Documents are executed in addition to the GMAC Wholesale Financing Documents and in consideration of future floor plan financing by GMAC Bank pursuant to these agreements and documents.

5. Agrees that:

    a. GMAC Bank will not assume any obligation of GMAC to Dealership; and

    b. That GMAC Bank will not make any payment to GMAC for any inventory financed by GMAC or otherwise; and

    c. That it will not in any way take any actions which will have the direct or indirect effect of refinancing GMAC-financed inventory with any funding provided by GMAC Bank.

D. Dealership hereby appoints GMAC Bank as its attorney in fact and grants GMAC Bank a limited power of attorney to sign any of the GMAC Bank Wholesale Financing Documents on Dealership's behalf, as deemed necessary or appropriate by GMAC Bank for enforcement of any of the GMAC Bank Wholesale Financing Documents or related legal rights ("Power of Attorney") for the purpose of correcting manifest errors, signing documents that the Dealership had intended to sign, for perfecting security interests granted by the Dealer, and for endorsing checks and other instruments of payment where GMAC Bank is entitled to the proceeds of the check or other instrument under its agreements and/or applicable law.

1. This limited Power of Attorney continues until all of Dealership's obligations to GMAC Bank have been fully and irrevocably paid.

2. This Power of Attorney is in addition to, and does not supersede, any other power of attorney or authorization granted to GMAC Bank under the GMAC Bank Wholesale Financing Documents or otherwise.

E. Dealership authorizes GMAC Bank to file financing statements and take any and all other actions necessary to perfect its security interest in Dealership's property, as granted under the GMAC Bank Wholesale Financing Documents or otherwise.

F. Nothing in this Master Agreement or any GMAC Bank Wholesale Financing Document constitutes a commitment by GMAC Bank to provide GMAC Bank Wholesale Accommodations or any other loans or credit accommodations to Dealership.

   1. GMAC Bank Wholesale Accommodations are expressly subject to the terms and conditions of the agreements under which they are extended.

   2. GMAC Bank Wholesale Accommodations are discretionary in nature and are subject to modification, suspension, and termination at GMAC Bank's election in its sole, absolute discretion.

G. Dealership may not assign this Master Agreement (or any portion thereof) without GMAC Bank's written consent. Upon notice to Dealership, GMAC Bank may assign this Master Agreement (or any portion thereof) without Dealership's consent to any affiliate or subsidiary of GMAC Bank or pursuant to a merger, reorganization, sale of all or substantially all of the assets of GMAC Bank or sale of sufficient stock to constitute a change of control. This Master Agreement will be binding on the parties and their respective successors and permitted assigns. In the event of an assignment of all or part of this Master Agreement to an affiliate or subsidiary of GMAC Bank pursuant to this Section G, (i) the performance and obligations that have been assigned to the affiliate or subsidiary are the exclusive responsibility of the entity to whom the performance and obligations were assigned and (ii) the affiliate or subsidiary has all of the rights and benefits of GMAC Bank under the Master Agreement. Any assignment in violation of this Section will be void.

H. For the avoidance of doubt, GMAC and GMAC Bank are separate lenders and each has its own rights and obligations pursuant to its respective wholesale financing documents. Neither lender shall have responsibility or liability for the acts or omissions of the other lender.

I. This Master Agreement and the GMAC Bank Wholesale Financing Documents are effective as of __10/11/10__.

Off Lease Only, Inc.

Signature: _[signature]_

By (print): Mark Fisch___

Title: Director

GMAC Bank

Signature: _[signature]_

By (print): Keith Regan

Title: Ass't Secretary

Case 23-11388-CTG    Doc 42-2    Filed 09/11/23    Page 5 of 5

## Exhibit "A" to the GMAC Bank Master Wholesale Agreement

| Titles |
| --- |
| Wholesale Security Agreement |
| Amendment to Wholesale Security Agreement |
| Security Agreement |
| Intercreditor Agreement with Manheim Automotive Financial Services |
| Florida Addendum to Security Agreement |

51856