**Exhibit C**

# GENERAL SECURITY AGREEMENT

Dated <u>November 15, 2019</u>

For the purpose of securing the payment and performance of any and all obligations, loans, credit extensions, indebtedness, liabilities, and duties, whether contingent or matured, now or hereafter owing to Ally Bank (Ally Capital in Hawaii, Mississippi, Montana and New Jersey) ("Bank") and Ally Financial Inc. ("Ally" and together with Bank, the "Ally Parties"), and for other good and valuable consideration, the receipt and sufficiency of which are acknowledged, Off Lease Only, LLC f/k/a Off Lease Only Inc. conducting business at <u>1200 S Congress Avenue, Palm Springs, Florida   33406</u>, grants to each of the Ally Parties a security interest in, and a collateral assignment of, any and all of the following described property in which Dealer now or hereafter acquires an interest, wherever located, in whatever form, and in any and all proceeds thereof, including insurance proceeds: all vehicles, including but not limited to those vehicles for which either of the Ally Parties provides financing, and regardless of whether such vehicles are considered inventory or equipment, and all funds provided to or held by either of the Ally Parties, regardless of whether such funds are considered accounts, general intangibles, or otherwise (the "Collateral").

Dealer has the power and authority to enter into this Security Agreement, and has taken all steps necessary to ensure that this Agreement is legally valid and enforceable.

Unless the Ally Parties provide written consent, Dealer must not sell, transfer, encumber, or otherwise dispose of any Collateral other than sales in the ordinary course of Dealer's business.  Each of the Ally Parties has the right to inspect the Collateral and Dealer's related books and records.  Dealer authorizes each of the Ally Parties or their respective designee(s) to execute on behalf of Dealer and to file any and all UCC financing statements to confirm, create, perfect, continue, modify, or extend the Ally Parties' security interest in and to the Collateral.

Upon default and in addition to all other rights and remedies provided by law, each of the Ally Parties has the remedies of a secured party under the Uniform Commercial Code including, without limitation, the right to take possession, or receive, collect, endorse, and negotiate any of the Collateral.  For this purpose each of the Ally Parties may enter upon the premises where the Collateral is situated and remove the Collateral.  In the event either or both of the Ally Parties takes possession of the Collateral, such party(ies) may sell it at public or private sale or otherwise in a commercially reasonable manner and apply the proceeds of this sale or disposition, less the expenses of retaking, holding, preparing for sale, and selling the Collateral and reasonable attorney's fees and legal expenses incurred by the Ally Parties, to the partial or complete satisfaction of any of Dealer's indebtedness or obligation to the Ally Parties.  Upon default by Dealer and demand by one or both of the Ally Parties, Dealer must segregate and account for the Collateral and the proceeds thereof.

If any notification of intended disposition of any of the Collateral is required by law, notice will be considered reasonably and properly given if it is mailed at least ten days before the scheduled disposition (unless a different time is specifically allowed or required by law) and addressed to the Dealer at the address shown above.

Any provision of this Agreement prohibited by law is ineffective only to the extent of the prohibition without invalidating the remaining provisions of this Agreement.  The non-enforcement by the Ally Parties of any right under this Agreement is not a waiver thereof.

Form G-GSA-A2
(Rev. 2/16)(Mod. 11/19)

| | |
|---|---|
| Off Lease Only LLC, f/k/a Off Lease Only Inc.<br>Signature: _____<br>By: Leland Wilson<br>Title: President and Chief Executive Officer<br>Date: November 15, 2019 | [Witness for Dealer]<br>Signature: _____<br>By: Claudia Giacone<br>Title: Admin Assistant<br>Date: November 14th, 2019 |

[Signature Page to General Security Agreement]

This Agreement is binding on Dealer and each of the Ally Parties and their respective successors, administrators and assigns.

**Off Lease Only, LLC, f/k/a Off Lease Only Inc.**

Signature:_____

By:_____

Title:_____

Date:_____

**[Witness for Dealer]**

Signature:_____

By:_____

Title:_____

Date:_____

**Ally Bank**

Signature: /s/ *[signature]*

By: Lynn Davis

Title: Authorized Representative

Date: 11/15/19

**Ally Financial Inc.**

Signature: /s/ *[signature]*

By: Lynn Davis

Title: Authorized Representative

Date: 11/15/19