IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| OFF LEASE ONLY LLC, *et al.*,[1] | ) ) ) | Case No. 23-11388 (CTG) |
| Debtors. | ) ) ) ) ) | (Joint Administration Requested)  Re: Docket No. 5 |

**SUPPLEMENTAL DECLARATION OF SHERYL BETANCE
IN SUPPORT OF APPLICATION OF THE DEBTORS FOR ENTRY
OF AN ORDER AUTHORIZING THE RETENTION AND APPOINTMENT
OF STRETTO, INC. AS CLAIMS AND NOTICING AGENT**

I, Sheryl Betance, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Senior Managing Director of Stretto, Inc. ("Stretto"), a chapter 11 administrative services firm with offices at 410 Exchange, Ste. 100, Irvine, CA 92602. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. This declaration is made in further support of the *Application of the Debtors for Entry of Order Authorizing Retention and Appointment of Stretto, Inc. as Claims and Noticing Agent* [Docket No. 5] (the "Application"),[2] filed on September 7, 2023.

3. Neither Stretto nor its affiliates are party to any agreements where it receives consideration in exchange for transferring information derived from its role as a claims agent under

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The location of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL, 33406.

[2] Capitalized terms utilized but not defined herein shall have the meaning ascribed in the Application.

28 U.S.C. § 156(c) in cases in the District of Delaware or elsewhere to non-client third parties.

4. To the extent any information disclosed herein requires amendment or modification upon Stretto's completion of further review or as additional party-in-interest information becomes available to it, a further supplemental declaration will be filed stating such amended or modified information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 11, 2023
Irvine, California

*/s/ Sheryl Betance*
Sheryl Betance
Senior Managing Director
Stretto, Inc.
410 Exchange, Ste. 100
Irvine, California 92602