IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OFF LEASE ONLY LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11388 (CTG)<br><br>(Jointly Administered)<br><br>Re: D.I. 7, 41, 66, 67 |

**CERTIFICATION OF COUNSEL REGARDING (A) MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, (III) SCHEDULING A FINAL HEARING, AND (IV) GRANTING RELATED RELIEF AND (B) STIPULATION AND ORDER (A) GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY, (B) PROVIDING FOR THE RETURN AND SALE OF ALLY COLLATERAL, AND (C) SCHEDULING A HEARING TO DETERMINE THE VALUATION OF THE ALLY COLLATERAL**

The undersigned proposed counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1. On September 7, 2023, the Debtors filed the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling A Final Hearing, and (IV) Granting Related Relief* [D.I. 7] (the "Cash Collateral Motion").

2. On September 11, 2023 Ally Financial Inc. and Ally Bank (collectively "Ally") filed an Objection to the Cash Collateral Motion [D.I. 41].

3. On September 11, 2023, the Court held a hearing (the "Hearing") to consider approval of the Cash Collateral Motion on an interim basis.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable) are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The location of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL 33406.

4.  The Hearing was adjourned to permit the parties in interest to discuss the Cash Collateral Motion further. The Court instructed the parties that, if they could reach agreement on the Cash Collateral Motion and resolve the Objection, the Debtors could submit a revised form of interim order approving the Cash Collateral Motion under certification of counsel.

5.  On September 13, 2023, Ally filed the *Expedited Motion of Ally Financial Inc. and Ally Bank for Relief from the Automatic Stay* [D.I. 66] and the *Motion for Entry of an Order Shortening the Notice Period With Respect to the Motion of Ally Financial Inc. and Ally Bank for Entry of an Order for Relief from the Automatic Stay Pursuant to 11 U.S.C.§ 362(d) and (II) Granting Related Relief* [D.I. 67] (together, the "Stay Relief Motion").

6.  The parties' discussions have been productive and they have reached agreement and resolved the Objection.

7.  Attached hereto as **Exhibit A** is a proposed form of interim order approving the Cash Collateral Motion (the "Proposed Interim Order") which has been agreed to by the Debtors, Ally, Spirit Realty, L.P. and Cerberus Off Lease Only LLC. A blacklined copy of the Proposed Interim Order is attached hereto as **Exhibit B**, showing changes from the order filed with the Motion.

8.  As a condition to the agreement on the Proposed Interim Order, the Debtors and Ally have entered into and agreed to the *Stipulation and Order (A) Granting Limited Relief from the Automatic Stay, (B) Providing for the Return and Sale of Ally Collateral, and (C) Scheduling a Hearing to Determine the Valuation of the Ally Collateral* (the "Stay Relief Stipulation").

9.  A copy of the Stay Relief Stipulation is attached hereto as **Exhibit C** and a proposed Order approving the Stay Relief Stipulation is attached hereto as **Exhibit D**.

10. Additionally, the Objection will be deemed resolved and the Stay Relief Motion will be deemed withdrawn upon entry of the Proposed Interim Order and entry of an Order approving the Stay Relief Stipulation.

11. Accordingly, the Debtors respectfully request entry of the Proposed Interim Order attached hereto as **Exhibit A** and the Order approving the Stay Relief Stipulation attached hereto as **Exhibit D** at the Court's earliest convenience.

Dated: September 14, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
email:  ljones@pszjlaw.com
    joneill@pszjlaw.com
    crobinson@pszjlaw.com

-and-

Brian S. Rosen, Esq. (pro hac vice pending)
Megan R. Volin, Esq. (pro hac vice pending)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: brosen@proskauer.com
    mvolin@proskauer.com
-and-

Ashley M. Weringa, Esq. (pro hac vice pending)
Christian J. Palacios, Esq. (pro hac vice pending)
**PROSKAUER ROSE LLP**
70 W. Madison, Suite 3800
Chicago, Illinois 60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551
Email:  aweringa@proskauer.com
            cpalacios@proskauer.com

Proposed Counsel for the Debtors and Debtors in Possession