IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OFF LEASE ONLY LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11388 (CTG)<br><br>(Jointly Administered)<br>**Re: D.I. 16** |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS: (I) AUTHORIZING THE DEBTORS TO PAY PREPETITION WAGES, SALARIES, OTHER COMPENSATION, AND REIMBURSABLE EMPLOYEE EXPENSES, AND (II) GRANTING RELATED RELIEF**

The undersigned proposed counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1. On September 7, 2023, the Debtors filed the *Motion of the Debtors for Entry of Interim and Final Orders: (I) Authorizing the Debtors to Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses, and (II) Granting Related Relief* [Docket No. 16] (the "Motion").

2. On September 11, 2023, the Court held a hearing (the "Hearing") to consider approval of the Motion on an interim basis.

3. At the conclusion of the Hearing, the Court approved the Motion but directed the Debtors to hold submission of the proposed Order pending resolution of the objection to the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable) are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The location of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL 33406.

*Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling A Final Hearing, and (IV) Granting Related Relief* [D.I. 7] (the "<u>Cash Collateral Motion</u>").

4. The Debtors and other interested parties have reached agreement on and submitted a proposed form of interim order approving the Cash Collateral Motion. *See* D.I. 73.

5. Attached hereto as **<u>Exhibit A</u>** is a proposed form of interim order approving the Motion (the "<u>Proposed Interim Order</u>") that incorporates comments referencing the Cash Collateral Order and Budget.

6. A blacklined copy of the Proposed Interim Order is attached hereto as **<u>Exhibit B</u>**, showing changes from the order filed with the Motion.

7. Accordingly, the Debtors respectfully request entry of the Proposed Interim Order attached hereto as **<u>Exhibit A</u>** at the Court's earliest convenience.

Dated: September 15, 2023
        **PACHULSKI STANG ZIEHL & JONES LLP**

        */s/ Colin R. Robinson*
        Laura Davis Jones (DE Bar No. 2436)
        James E. O'Neill (DE Bar No. 4042)
        Colin R. Robinson (DE Bar No. 5524)
        919 North Market Street, 17th Floor, P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone: 302-652-4100
        Facsimile: 302-652-4400
        email:   ljones@pszjlaw.com
                   joneill@pszjlaw.com
                   crobinson@pszjlaw.com

        -and-

        Brian S. Rosen, Esq. (pro hac vice pending)
        Megan R. Volin, Esq. (pro hac vice pending)
        **PROSKAUER ROSE LLP**
        Eleven Times Square
        New York, New York 10036
        Telephone: (212) 969-3000
        Facsimile: (212) 969-2900
        Email:  brosen@proskauer.com
                    mvolin@proskauer.com

-and-

Ashley M. Weringa, Esq. (pro hac vice pending)
Christian J. Palacios, Esq. (pro hac vice pending)
**PROSKAUER ROSE LLP**
70 W. Madison, Suite 3800
Chicago, Illinois 60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551
Email:  aweringa@proskauer.com
           cpalacios@proskauer.com

Proposed Counsel for the Debtors and Debtors in Possession