**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OFF LEASE ONLY LLC, et al., [1] | Case No. 23-11388 (CTG) |
| Debtors. | (Jointly Administered)<br>**Re: D.I. 15** |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT, (II) ESTABLISHING PROCEDURES FOR RESOLVING OBJECTIONS BY UTILITY COMPANIES, (III) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, AND (IV) GRANTING RELATED RELIEF**

The undersigned proposed counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1.      On September 7, 2023, the Debtors filed the *Motion of the Debtors for Entry of Interim and Final Orders (I) Approving Debtors' Proposed form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections By Utility Companies, (III) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Service, and (IV) Granting Related Relief* [Docket No. 15] (the "Motion").

2.      On September 11, 2023, the Court held a hearing (the "Hearing") to consider approval of the Motion on an interim basis.

3.      At the conclusion of the Hearing, the Court approved the Motion but directed the Debtors to hold submission of the proposed Order pending resolution of the objection

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable) are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The location of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL 33406.

to the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling A Final Hearing, and (IV) Granting Related Relief* [D.I. 7] (the "Cash Collateral Motion").

4.        The Debtors and other interested parties have reached agreement on and submitted a proposed form of interim order approving the Cash Collateral Motion.  *See* D.I. 73.

5.        Attached hereto as **Exhibit A** is a proposed form of interim order approving the Motion (the "Proposed Interim Order") that incorporates comments referencing the Cash Collateral Order and Budget.

6.        A blacklined copy of the Proposed Interim Order is attached hereto as **Exhibit B**, showing changes from the order filed with the Motion.

7.        Accordingly, the Debtors respectfully request entry of the Proposed Interim Order attached hereto as **Exhibit A** at the Court's earliest convenience.

Dated:  September 14, 2023                 **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:  302-652-4400
email:    ljones@pszjlaw.com
            joneill@pszjlaw.com
            crobinson@pszjlaw.com

-and-

Brian S. Rosen, Esq. (pro hac vice pending)
Megan R. Volin, Esq. (pro hac vice pending)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036

Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email:  brosen@proskauer.com
        mvolin@proskauer.com
-and-


Ashley M. Weringa, Esq. (pro hac vice pending)
Christian J. Palacios, Esq. (pro hac vice pending)
**PROSKAUER ROSE LLP**
70 W. Madison, Suite 3800
Chicago, Illinois 60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551
Email:  aweringa@proskauer.com
        cpalacios@proskauer.com

Proposed Counsel for the Debtors and Debtors in
Possession