**<u>Exhibit 1</u>**

**Budget**

**Off Lease Only, LLC ("OLO" or the "Company")**
**Revised Interim Cash Collateral Budget**
**USD ($ 000s)**

| Revised Interim Cash Collateral Budget [1] | Week 0 | Week 1 | Week 2 | Week 3 | Total |
|---|---|---|---|---|---|
| | 07-08 Sep-23 | 15-Sep-23 | 22-Sep-23 | 29-Sep-23 | |
| Company Status >> | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition |
| USD ($ 000s) | Forecast | Forecast | Forecast | Forecast | Forecast |
| **Receipts** | | | | | |
| Financed Vehicle Sales Receipts | $ 796 | $ 1,713 | $ - | $ - | $ 2,509 |
| Non-Financed Vehicle Sales Receipts | 199 | 459 | 321 | 28 | 1,007 |
| **Total Receipts** | 995 | 2,172 | 321 | 28 | 3,516 |
| **Disbursements** | | | | | |
| Product Remittances | - | (469) | (201) | - | (670) |
| Vehicle Tag and Title | - | (483) | (207) | - | (690) |
| Lien payoffs | - | (420) | (180) | - | (600) |
| Customer Deposits | - | (200) | (150) | - | (350) |
| Payroll and Benefits | - | (250) | - | - | (250) |
| Transition Team Costs | - | - | (287) | (482) | (768) |
| Rent Payments | - | (874) | - | - | (874) |
| Insurance Payments | - | - | - | - | - |
| Tax Payments | - | - | (508) | - | (508) |
| Other, SG&A | - | - | (80) | (297) | (377) |
| Contingency Fees | - | (70) | (70) | (70) | (210) |
| **Total Disbursements** | - | (2,766) | (1,682) | (849) | (5,297) |
| **Restructuring Costs** | | | | | |
| Professional Fees | - | - | - | (1,450) | (1,450) |
| US Trustee Fees | - | - | - | (168) | (168) |
| Critical Vendors | - | - | (215) | - | (215) |
| Utility Deposits | - | (64) | - | - | (64) |
| Independent Director Fees | - | - | - | (18) | (18) |
| **Restructuring Disbursements** | - | (64) | (215) | (1,636) | (1,915) |
| **Net Cash Change** | $ 995 | $ (657) | $ (1,577) | $ (2,457) | $ (3,696) |
| **Beginning Cash Balance** | $ 8,810 | $ 9,805 | $ 9,148 | $ 7,571 | $ 8,810 |
| **Ending Cash Balance** | $ 9,805 | $ 9,148 | $ 7,571 | $ 5,114 | $ 5,114 |

[1] FTI Consulting ("FTI") assisted the Off Lease Only, LLC (the "Company") with development of this Budget. The Statement of Limitations of this Report and its Access/Distribution is an integral part of the Budget and should be read in conjunction therewith.

[2] Budget submitted on 09/11/2023 in support of Ally Financials' objection to the Cash Collateral Motion.