IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OFF LEASE ONLY LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11388 (CTG)<br><br>(Jointly Administered)<br><br>RE: Docket No. 13 |

**NOTICE OF HEARING ON DEBTORS' FIRST (1ST) OMNIBUS MOTION FOR ENTRY OF AN ORDER (A) AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LESASES AND (B) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on September 7, 2023, the Debtors filed the *Debtors' First (1st) Omnibus Motion for Entry of an Order (A) Authorizing Rejection of Certain Unexpired Leases and (B) Granting Related Relief* [Docket No. 13] (the "Motion"). **A copy of the Motion was previously served on you.**

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **September 21, 2023 at 4:00 p.m. (Eastern time)**.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **SEPTEMBER 26, 2023 AT 9:30 A.M. (EASTERN TIME)** BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable) are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The location of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL 33406.

BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated: September 15, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor, P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Facsimile: 302-652-4400 |
| | email: ljones@pszjlaw.com |
| | joneill@pszjlaw.com |
| | crobinson@pszjlaw.com |

-and-

Brian S. Rosen, Esq. (pro hac vice pending)
Megan R. Volin, Esq. (pro hac vice pending)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: brosen@proskauer.com
mvolin@proskauer.com

-and-

Ashley M. Weringa, Esq. (pro hac vice pending)
Christian J. Palacios, Esq. (pro hac vice pending)
**PROSKAUER ROSE LLP**
70 W. Madison, Suite 3800
Chicago, Illinois 60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551
Email: aweringa@proskauer.com
cpalacios@proskauer.com

*Proposed Counsel for the Debtors and Debtors in Possession*