**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OFF LEASE ONLY LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11388 (CTG)<br><br>(Jointly Administered)<br><br>**RE: Docket Nos. 7 and 94** |

**NOTICE OF ENTRY OF INTERIM ORDER (I) AUTHORIZING THE USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on September 7, 2023, the above-captioned debtors and debtors in possession (the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on September 7, 2023, the Debtors filed the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling A Final Hearing, and (IV) Granting Related Relief* [Docket No. 7] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on September 15, 2023, the Bankruptcy Court entered the *Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling A Final Hearing, and (IV) Granting Related Relief* [Docket No. 94], attached hereto as **Exhibit 2**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable) are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The location of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL 33406.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of a final order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **September 21, 2023 at 4:00 p.m. (Eastern time)**.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE FINAL RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **SEPTEMBER 26, 2023 AT 9:30 A.M. (EASTERN TIME)** BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

Dated: September 15, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
email:    ljones@pszjlaw.com
             joneill@pszjlaw.com
             crobinson@pszjlaw.com

-and-

        Brian S. Rosen, Esq. (pro hac vice pending)
        Megan R. Volin, Esq. (pro hac vice pending)
        **PROSKAUER ROSE LLP**
        Eleven Times Square
        New York, New York 10036
        Telephone: (212) 969-3000
        Facsimile: (212) 969-2900
        Email:  brosen@proskauer.com
                  mvolin@proskauer.com
        -and-

        Ashley M. Weringa, Esq. (pro hac vice pending)
        Christian J. Palacios, Esq. (pro hac vice pending)
        **PROSKAUER ROSE LLP**
        70 W. Madison, Suite 3800
        Chicago, Illinois 60602
        Telephone: (312) 962-3550
        Facsimile: (312) 962-3551
        Email:  aweringa@proskauer.com
                  cpalacios@proskauer.com

        *Proposed Counsel for the Debtors and Debtors in Possession*