# EXHIBIT A

| CMF | Name | Address | Description | Serial No | Catalog |
|---|---|---|---|---|---|
| 76215198 | OFFLEASE LLC - ACCOUTING OFFICE | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | CNBCM2T0Z0 | 2984990 |
| 76215201 | Used Cars for Less | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | CNBCM2T0VM | 2984990 |
| 76215201 | Used Cars for Less | 1200 South Congress, Paul Springs, FL 33406 | ST ST9817 MICR PTR SECURE | 460011441T6TY | 2985156 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | CISCO ISR4321/K9 ROUTER 2 PORT W/1 SFP/2 NIM | FLM2042W097 | 1211874 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | CISCO CISCO4331/K9 ROUTER | FLM2003W0A7 | 1211877 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | KYOCERA LS6100 PTR USB ETH | LQN5X18142 | 2116100 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44140 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44141 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44142 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44143 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44144 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44145 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44146 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44147 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44148 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44149 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44150 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44151 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44152 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44153 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44154 | 2984990 |

# EXHIBIT A

| CMF | Name | Address | Description | Serial No | Catalog |
|---|---|---|---|---|---|
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44155 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | NOM44156 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | CNBCM2T0Z1 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | BAD-202201270717A-SB | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | BAD-202201270717C-SB | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | CNBCM4115R | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | BAD-20210513T140830.660 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | BAD-20191209T075507.777 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | BAD-20220210901B-SB | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | CNBC19KH5M | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | BAD-20230124T143204.443 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | BAD-202201270714B-SB | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | BAD-20220210908-SBA | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | BAD-20220210908-SBB | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | BAD-20220210908-SBC | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | BAD-20220210908-SBD | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | BAD-20220210908-SBE | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | BAD-20220210901A-SB | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | PHBCQDX18K | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | PHBCQBD06Y | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | PHBCQDX15D | 2984990 |

# EXHIBIT A

| CMF | Name | Address | Description | Serial No | Catalog |
|---|---|---|---|---|---|
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | PHBCQDX16D | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | PHBCQDX16G | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | PHBCQDX14C | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | PHBCQDX14D | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | PHBCQDX14M | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | PHBCQDX12H | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | PHBCQDX144 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | PHBCQDX148 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | PHBCQDX146 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | PHBCQDX14H | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | PHBCQDX185 | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | HP M608X LASER PTR USB ETH | PHBCQDX18H | 2984990 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | ST ST9817 MICR PTR SECURE | 460012841X904 | 2985156 |
| 76215202 | OFFLEASE LLC ONLY #1 | 1200 South Congress, Paul Springs, FL 33406 | ST ST9817 MICR PTR SECURE | 460011641TPT3 | 2985156 |
| 76215203 | OFFLEASE LLC ONLY | 1575 South Military Trail, Greenacres, FL 33415 | KYOCERA LS6100 PTR USB ETH | LFT3600293 | 2116100 |
| 76215203 | OFFLEASE LLC ONLY | 1575 South Military Trail, Greenacres, FL 33415 | KYOCERA LS6100 PTR USB ETH | LQN4909251 | 2116100 |
| 76215203 | OFFLEASE LLC ONLY | 1575 South Military Trail, Greenacres, FL 33415 | KYOCERA LS6100 PTR USB ETH | LQN6529609 | 2116100 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | CISCO ISR4321/K9 ROUTER 2 PORT W/1 SFP/2 NIM | FLM263911Z1 | 1211874 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | CISCO CISCO4331/K9 ROUTER | FLM262712SK | 1211877 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | KYOCERA LS6100 PTR USB ETH | LQN6225064 | 2116100 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | KYOCERA LS6100 PTR USB ETH | LQN5Y20303 | 2116100 |

## EXHIBIT A

| CMF | Name | Address | Description | Serial No | Catalog |
|---|---|---|---|---|---|
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | KYOCERA LS6100 PTR USB ETH | LQN4808502 | 2116100 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | KYOCERA LS6100 PTR USB ETH | LQN5413791 | 2116100 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | KYOCERA LS6100 PTR USB ETH | LQN5Y19368 | 2116100 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | KYOCERA LS6100 PTR USB ETH | LQN5Y19385 | 2116100 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | CNBCM42002 | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | CNBCLD61PJ | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | CNBC19KH5J | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | CNBCM2T0Z4 | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | CNBCM2T105 | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | PHBCQDX18P | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | PHBCR2211B | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | PHBCR22139 | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | PHBCQDX13R | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | PHBCQDX162 | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | PHBCQDX14T | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | PHBCQCP04K | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | PHBCQCP07V | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | PHBCQCP07X | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | PHBCQDX14P | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | PHBCQDX168 | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | PHBCQDX18Y | 2984990 |

# EXHIBIT A

| CMF | Name | Address | Description | Serial No | Catalog |
|---|---|---|---|---|---|
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | PHBCQDX17Y | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | HP M608X LASER PTR USB ETH | PHBCQDX161 | 2984990 |
| 76215204 | OFFLEASE LLC ONLY #2 | 5580 NW 145th Street, Miami, FL 33054 | ST ST9817 MICR PTR SECURE | 460011641TR3H | 2985156 |
| 76215205 | OFFLEASE LLC ONLY #3 | 8443 McCoy Road, Orlando, FL 32822 | CISCO ISR4321/K9 ROUTER 2 PORT W/1 SFP/2 NIM | FLM2639123A | 1211874 |
| 76215205 | OFFLEASE LLC ONLY #3 | 8443 McCoy Road, Orlando, FL 32822 | CISCO CISCO4331/K9 ROUTER | FLM262712S6 | 1211877 |
| 76215205 | OFFLEASE LLC ONLY #3 | 8443 McCoy Road, Orlando, FL 32822 | KYOCERA LS6100 PTR USB ETH | LFT3701725 | 2116100 |
| 76215205 | OFFLEASE LLC ONLY #3 | 8443 McCoy Road, Orlando, FL 32822 | HP M608X LASER PTR USB ETH | CNBCQ440KB | 2984990 |
| 76215205 | OFFLEASE LLC ONLY #3 | 8443 McCoy Road, Orlando, FL 32822 | HP M608X LASER PTR USB ETH | CNBCM410QQ | 2984990 |
| 76215205 | OFFLEASE LLC ONLY #3 | 8443 McCoy Road, Orlando, FL 32822 | HP M608X LASER PTR USB ETH | CNBCM410YR | 2984990 |
| 76215205 | OFFLEASE LLC ONLY #3 | 8443 McCoy Road, Orlando, FL 32822 | HP M608X LASER PTR USB ETH | NOM29750 | 2984990 |
| 76215205 | OFFLEASE LLC ONLY #3 | 8443 McCoy Road, Orlando, FL 32822 | HP M608X LASER PTR USB ETH | NOM29751 | 2984990 |
| 76215205 | OFFLEASE LLC ONLY #3 | 8443 McCoy Road, Orlando, FL 32822 | ST ST9817 MICR PTR SECURE | 460012141VV6F | 2985156 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | CISCO ISR4321/K9 ROUTER 2 PORT W/1 SFP/2 NIM | FLM263911Z0 | 1211874 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | CISCO CISCO4331/K9 ROUTER | FLM262712SS | 1211877 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | KYOCERA LS6100 PTR USB ETH | LQN5Y19380 | 2116100 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQBD071 | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | NOM29756 | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | NOM29757 | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | NOM29758 | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | NOM29759 | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | NOM29760 | 2984990 |

# EXHIBIT A

| CMF | Name | Address | Description | Serial No | Catalog |
|---|---|---|---|---|---|
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | NOM29761 | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | NOM29762 | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | NOM29763 | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | NOM29764 | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | NOM29765 | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | NOM29766 | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | NOM29767 | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQCP0CR | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQCP0CT | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQBD063 | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQCP0CW | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQCP0CY | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQCP0CZ | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQCP0CQ | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQBD06N | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQDX16P | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQDX16M | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQDX15P | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQCP05W | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQBD06X | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQBC2MW | 2984990 |

# EXHIBIT A

| CMF | Name | Address | Description | Serial No | Catalog |
|---|---|---|---|---|---|
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQDX166 | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | HP M608X LASER PTR USB ETH | PHBCQDX15Z | 2984990 |
| 76215206 | OFFLEASE LLC ONLY #4 | 827 South State Road 7, North Lauderdale, FL 33068 | ST ST9817 MICR PTR SECURE | 460012141VV4M | 2985156 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | CISCO ISR4321/K9 ROUTER 2 PORT W/1 SFP/2 NIM | FLM24041006 | 1211874 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | CISCO CISCO4331/K9 ROUTER | FLM2504114H | 1211877 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCP1L04W | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCNDP0HK | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCNDP0LL | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBC19KH64 | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCNDP0MB | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCNDP0B4 | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCNDP0BB | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCNDP0BL | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCNDP0L4 | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCP1K29B | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCP1K28K | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCP1K29F | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCNDP09Y | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCP1L04T | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCP1L02F | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCP1K28P | 2984990 |

# EXHIBIT A

| CMF | Name | Address | Description | Serial No | Catalog |
|---|---|---|---|---|---|
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCP1L03G | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | HP M608X LASER PTR USB ETH | CNBCP1L051 | 2984990 |
| 76222191 | Offlease #5 | 3230 14th Street W, Bradenton, FL 34205 | ST ST9817 MICR PTR SECURE | 460011541T8RP | 2985156 |
| 76227563 | CentrePark | 1450 Centrepark Boulevard, West Palm Beach, FL 33401 | HP M608X LASER PTR USB ETH | CNBCN2V05J | 2984990 |
| 76227563 | CentrePark | 1450 Centrepark Boulevard, West Palm Beach, FL 33401 | HP M608X LASER PTR USB ETH | CNBCN2V058 | 2984990 |
| 76227563 | CentrePark | 1450 Centrepark Boulevard, West Palm Beach, FL 33401 | HP M608X LASER PTR USB ETH | CNBCN2V05G | 2984990 |
| 76227563 | CentrePark | 1450 Centrepark Boulevard, West Palm Beach, FL 33401 | HP M608X LASER PTR USB ETH | CNBCN2V05W | 2984990 |
| 76227563 | CentrePark | 1450 Centrepark Boulevard, West Palm Beach, FL 33401 | HP M608X LASER PTR USB ETH | PHBCQBF1G6 | 2984990 |
| 76227563 | CentrePark | 1450 Centrepark Boulevard, West Palm Beach, FL 33401 | ST ST9817 MICR PTR SECURE | 4600146421T5L | 2985156 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | CISCO ISR4321/K9 ROUTER 2 PORT W/1 SFP/2 NIM | FLM264012GT | 1211874 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | CISCO CISCO4331/K9 ROUTER | FLM241210KM | 1211877 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD22F | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD0SX | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD0W0 | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD11G | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD0SH | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD0VF | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD0V8 | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD11N | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD10Q | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD11T | 2984990 |

# EXHIBIT A

| CMF | Name | Address | Description | Serial No | Catalog |
|---|---|---|---|---|---|
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD10V | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD0W8 | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD0VJ | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD0VW | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBC1XQ | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD11R | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD11W | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | HP M608X LASER PTR USB ETH | PHBCQBD11M | 2984990 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | ST ST9817 MICR PTR SECURE | 4600146421PZ5 | 2985156 |
| 76231981 | Offlease #6 | 23502 Katy Freeway, Katy, TX 77494 | ST ST9817 MICR PTR SECURE | 4600210424M3N | 2985156 |
| 76233961 | Offlease #6 corporate office | 9660 Katy Freeway, Houston, TX 77055 | CISCO ISR4321/K9 ROUTER 2 PORT W/1 SFP/2 NIM | FLM251312AV | 1211874 |
| 76233961 | Offlease #6 corporate office | 9660 Katy Freeway, Houston, TX 77055 | CISCO CISCO4331/K9 ROUTER | FLM251711JR | 1211877 |
| 76233961 | Offlease #6 corporate office | 9660 Katy Freeway, Houston, TX 77055 | HP M608X LASER PTR USB ETH | PHBCQ890LB | 2984990 |
| 76233961 | Offlease #6 corporate office | 9660 Katy Freeway, Houston, TX 77055 | HP M608X LASER PTR USB ETH | PHBCQ890SW | 2984990 |
| 76233961 | Offlease #6 corporate office | 9660 Katy Freeway, Houston, TX 77055 | HP M608X LASER PTR USB ETH | PHBCQ890Z1 | 2984990 |
| 76233961 | Offlease #6 corporate office | 9660 Katy Freeway, Houston, TX 77055 | HP M608X LASER PTR USB ETH | PHBCQ890VV | 2984990 |
| 76233961 | Offlease #6 corporate office | 9660 Katy Freeway, Houston, TX 77055 | HP M608X LASER PTR USB ETH | PHBCQ890QM | 2984990 |
| 76233961 | Offlease #6 corporate office | 9660 Katy Freeway, Houston, TX 77055 | HP M608X LASER PTR USB ETH | PHBCQ8910K | 2984990 |