IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| OFF LEASE ONLY LLC, *et al.,* | Case No. 23-11388 (CTG) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2023, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the (1) *Limited Objection of Ally Financial Inc. and Ally Bank to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* [Docket No. 116] and (2) *Limited Objection of Ally Financial Inc. and Ally Bank to Debtors' First (1st) Omnibus Motion for Entry of An Order (A) Authorizing Rejection of Certain Unexpired Leases Effective as of the Petition Date and (B) Granting Related Relief* [Docket No. 117] upon the parties that are registered to receive notice via the Court's CM/ECF notification system and additional service was completed by electronic mail on the parties indicated on the attached service list.

/s/ *Brya M. Keilson*
Brya M. Keilson (DE Bar No. 4643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable) are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The location of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL 33406.

16319945/1

**SERVICE LIST**

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Colin R. Robinson, Esq.<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>crobinson@pszjlaw.com | Richard L. Schepacarter, Esq.<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>richard.schepacarter@usdoj.gov<br><br>*Office of the United States Trustee* |

-and-

Brian S. Rosen, Esq.
Megan R. Volin, Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
brosen@proskauer.com
mvolin@proskauer.com

-and-

Ashley M. Weringa, Esq.
Christian J. Palacios, Esq.
PROSKAUER ROSE LLP
70 W. Madison, Suite 3800
Chicago, Illinois 60602
aweringa@proskauer.com
cpalacios@proskauer.com

*Proposed Counsel to the Debtors and Debtors in Possession*

16319945/1