# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OFF LEASE ONLY LLC, et al.,[1] | Case No. 23-11388 (CTG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING ORDER SCHEDULING <u>OMNIBUS HEARING DATE</u>

The undersigned hereby certifies that:

Enclosed herewith is an order (the "<u>Omnibus Hearing Order</u>") that states with specificity the time and date of the omnibus hearing date presently scheduled in these cases, subject to the Court's approval.

Counsel for the Debtors respectfully requests the Court enter the Omnibus Hearing Order at its convenience.

Upon entry of the Omnibus Hearing Order, the Debtors will serve the same upon (i) the Office of the United States Trustee, (ii) Counsel for the Official Committee of Unsecured Creditors, and (iii) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

*[The remainder of this page is intentionally left blank.]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable) are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The location of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL 33406.

Dated:  September 27, 2023  **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:  302-652-4400
email:    ljones@pszjlaw.com
             joneill@pszjlaw.com
             crobinson@pszjlaw.com

-and-

Brian S. Rosen, Esq. (pro hac vice pending)
Megan R. Volin, Esq. (pro hac vice pending)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email:  brosen@proskauer.com
             mvolin@proskauer.com

-and-

Ashley M. Weringa, Esq. (pro hac vice pending)
Christian J. Palacios, Esq. (pro hac vice pending)
**PROSKAUER ROSE LLP**
70 W. Madison, Suite 3800
Chicago, Illinois 60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551
Email:  aweringa@proskauer.com
             cpalacios@proskauer.com

*Counsel for the Debtors and Debtors in Possession*