IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OFF LEASE ONLY LLC, et al.,[1] | Case No. 23-11388 (CTG) |
| Debtors. | (Jointly Administered)<br>**Re: D.I. 8, 82** |

**CERTIFICATION OF COUNSEL REGARDING MOTION TO PAY CRITICAL TRADE VENDOR CLAIMS MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO PAY CERTAIN PREPETITION CLAIMS OF CRITICAL VENDORS AND (II) GRANTING RELATED RELIEF**

The undersigned proposed counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1. On September 7, 2023, the Debtors filed the *Motion to Pay Critical Trade Vendor Claims Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief* [Docket No. 8] (the "Motion").

2. On September 15, 2023, the Court entered the *Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief* [Docket No. 82] (the "Interim Order") granting the relief requested in the Motion on an interim basis.

3. Pursuant to the *Notice of Entry of Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief* [Docket No. 88],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable) are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The location of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL 33406.

objections to entry of a final order granting the Motion were due no later than September 21, 2023 at 4:00 p.m. Eastern Time (the "Objection Deadline").

4. The Debtors received informal responses from the Official Committee of Unsecured Creditors (the "Committee"), Ally Bank or other interested parties that have been incorporated into the proposed final order. No party filed an answer, objection, or other responsive pleading to the Motion on the Court's docket.

5. Attached hereto as **Exhibit A** is a revised proposed form of order approving the Motion on a final basis (the "Proposed Final Order").

6. A blacklined copy of the Proposed Final Order is attached hereto as **Exhibit B**, showing changes from the Final Order attached to the Motion.

7. Accordingly, the Debtors request that the Proposed Final Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: September 27, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor, P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>email: ljones@pszjlaw.com<br>         joneill@pszjlaw.com<br>         crobinson@pszjlaw.com |
| | -and- |
| | Brian S. Rosen, Esq. (pro hac vice pending)<br>Megan R. Volin, Esq. (pro hac vice pending)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, New York 10036<br>Telephone: (212) 969-3000<br>Facsimile: (212) 969-2900 |

Email:  brosen@proskauer.com
        mvolin@proskauer.com

-and-

Ashley M. Weringa, Esq. (pro hac vice pending)
Christian J. Palacios, Esq. (pro hac vice pending)
**PROSKAUER ROSE LLP**
70 W. Madison, Suite 3800
Chicago, Illinois 60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551
Email:  aweringa@proskauer.com
        cpalacios@proskauer.com

Proposed Counsel for the Debtors and Debtors in Possession