# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OFF LEASE ONLY LLC, et al.,[1] | Case No. 23-11388 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 138** |

### NOTICE OF WITHDRAWAL OF DOCKET NO. 138 - CERTIFICATION OF COUNSEL REGARDING MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) APPROVING DEBTORS PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT, (II) ESTABLISHING PROCEDURES FOR RESOLVING OBJECTIONS BY UTILITY COMPANIES, (III) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, AND (IV) GRANTING RELATED RELIEFF

PLEASE TAKE NOTICE that Off Lease Only LLC., et al. (the "Debtors"), in the above-captioned Chapter 11 case, hereby withdraws docket no. 138 - *Certification of Counsel Regarding Motion of the Debtors for Entry of Interim and Final Orders (I) Approving Debtors Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, and (IV) Granting Related Relief*.

| | |
|---|---|
| Dated:  September 27, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br>*/s/ Colin R. Robinson*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable) are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The location of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL 33406.

DOCS_DE:244915.1 03703/001

        Colin R. Robinson (DE Bar No. 5524)
        919 North Market Street, 17th Floor, P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone:  302-652-4100
        Facsimile:   302-652-4400
        email:     ljones@pszjlaw.com
                  joneill@pszjlaw.com
                  crobinson@pszjlaw.com

        -and-

        Brian S. Rosen, Esq. (pro hac vice pending)
        Megan R. Volin, Esq. (pro hac vice pending)
        **PROSKAUER ROSE LLP**
        Eleven Times Square
        New York, New York 10036
        Telephone: (212) 969-3000
        Facsimile: (212) 969-2900
        Email:  brosen@proskauer.com
                mvolin@proskauer.com

        -and-

        Ashley M. Weringa, Esq. (pro hac vice pending)
        Christian J. Palacios, Esq. (pro hac vice pending)
        **PROSKAUER ROSE LLP**
        70 W. Madison, Suite 3800
        Chicago, Illinois 60602
        Telephone: (312) 962-3550
        Facsimile: (312) 962-3551
        Email:  aweringa@proskauer.com
                cpalacios@proskauer.com

        Proposed Counsel for the Debtors and Debtors in Possession