**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OFF LEASE ONLY LLC, et al.,[1] | Case No. 23-11388 (CTG) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 28, 2023 AT 10:00 A.M. (EASTERN TIME[3])**

**This hearing will be conducted in-person. Today's hearing will be held in Courtroom 1 on the 6th floor. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; or (iii) other extenuating circumstances as determined by Judge Goldblatt. All participants over Zoom must register in advance.**
**Please register by September 27, 2023 at 4:00 p.m.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**
**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItd-Cvpz0qEhidH1il_YBpo9lR3FOIP7w**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable) are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The location of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL 33406.

[2] **Amended items are indicated in bold.**

[3] All motions and other pleadings referenced herein are available online at the following web address: https://cases.stretto.com/OLO

## I. MATTERS GOING FORWARD

1. Motion for Entry of an Order: (I) Authorizing the Debtors To (A) File a Consolidated Creditor Matrix, (B) File a Consolidated Top 20 Creditors List, and (C) Redact Certain Personally Identifiable Information for Individual Creditors; and (II) Granting Related Relief [Filed 09/07/2023, Docket No. 12]

   **Response Deadline:**  September 21, 2023 at 4:00 p.m. (Eastern Time)

   **Reponses Received:**

   None.

   **Related Documents**:

   A.  Interim Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix, (B) File a Consolidated Top 20 Creditors List, and (C) Redact Certain Personally Identifiable Information for Individual Creditors; and (II) Granting Related Relief [Entered 09/15/2023, Docket No. 95]

   B.  Notice of Entry of Interim Order (I) Authorizing Debtors to (A) File a Consolidated Creditor Matrix, (B) File a Consolidated Top 20 Creditors List, and (C) Redact Certain Personally Identifiable Information for Individual Creditors; and (II) Granting Related Relief [Filed 09/15/2023, Docket No. 104]

   C.  **Certificate of No Objection [Filed 09/27/2023, Docket No. 132]**

   **Status:  A Certificate of No Objection resolving this motion has been filed.  This matter only needs to go forward to the extent the Court has any questions.**

2. Motion of the Debtors for Entry of Interim and Final Orders (I) Approving Debtors' Proposed form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections By Utility Companies, (III) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Service, and (IV) Granting Related Relief [Filed 09/07/2023, Docket No. 15]

   **Response Deadline:**  September 21, 2023 at 4:00 p.m. (Eastern Time)

   **Reponses Received:**

   A.  Objection of Florida Power & Light Company to the Motion of the Debtors for Entry of Interim and Final Orders (I) Approving Debtors' Proposed form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections By Utility Companies, (III) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Service, and (IV) Granting Related Relief [Filed 09/21/2023, Docket No. 114]

**Related Documents**:

A. Certification of Counsel Regarding Motion of the Debtors for Entry of Interim and Final Orders (I) Approving Debtors Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, and (IV) Granting Related Relief [Filed 09/14/2023, Docket No. 76]

B. Interim Order (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, and (IV) Granting Related Relief [Entered 09/15/2023, Docket No. 86]

C. Notice of Entry of Interim Order (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, and (IV) Granting Related Relief [Filed 09/15/2023, Docket No. 92]

**Status:** This matter is going forward.

3. Motion of the Debtors' for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Filed 09/07/2023, Docket No. 14]

   **Response Deadline:** September 21, 2023 at 4:00 p.m. (Eastern Time)

   **Reponses Received:**

   None.

   **Related Documents**:

   A. Certification of Counsel Regarding Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Filed 09/15/2023, Docket No. 93]

   B. Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Entered 09/15/2023, Docket No. 99]

   C. Notice of Entry of Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Filed 09/5/2023, Docket No. 100]

      D.    **Certification of Counsel Regarding Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Filed 09/27/2023, Docket No. 137]**

      **Status:** **A Certification of Counsel resolving this motion has been filed. This matter only needs to go forward to the extent the Court has any questions.**

4. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Filed 09/07/2023, Docket No. 8]

    **Response Deadline:** September 21, 2023 at 4:00 p.m. (Eastern Time)

    **Reponses Received:**

    None.

    **Related Documents**:

    A. Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Filed 09/14/2023, Docket No. 77]

    B. Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Entered 09/15/2023, Docket No. 82]

    C. Notice of Entry of Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Filed 09/15/2023, Docket No. 88]

    D. **Certification of Counsel Regarding Motion to Pay Critical Trade Vendor Claims Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Filed 09/27/2023, Docket No. 134]**

    **Status:** **A Certification of Counsel resolving this motion has been filed. This matter only needs to go forward to the extent the Court has any questions.**

5. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Maintenance, Administration, and Continuation of the Debtors' Customer Programs and Sale Programs, and (II) Granting Related Relief [Filed 09/07/2023, Docket No. 9]

    **Response Deadline:** September 21, 2023 at 4:00 p.m. (Eastern Time)

    **Reponses Received:**

None.

**Related Documents**:

A. Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Maintenance, Administration, and Continuation of the Debtors Customer Programs and Sale Programs, and (II) Granting Related Relief [Filed 09/15/2023, Docket No. 78]

B. Interim Order (I) Authorizing Maintenance, Administration, and Continuation of the Debtors' Customer Programs and Sale Programs, and (II) Granting Related Relief [Entered 09/15/2023, Docket No. 85]

C. Notice of Entry of Interim Order (I) Authorizing Maintenance, Administration, and Continuation of the Debtors' Customer Programs and Sale Programs, and (II) Granting Related Relief [Filed 09/15/2023, Docket No. 91]

D. **Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Maintenance, Administration, and Continuation of the Debtors Customer Programs and Sale Programs, and (II) Granting Related Relief [Filed 09/27/2023, Docket No. 135]**

**Status:  A Certification of Counsel resolving this motion has been filed.  This matter only needs to go forward to the extent the Court has any questions.**

6. Motion of the Debtors for Entry of Interim and Final Orders: (I) Authorizing the Debtors to Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses, and (II) Granting Related Relief [Filed 09/07/2023, Docket No. 16]

   **Response Deadline:**  September 21, 2023 at 4:00 p.m. (Eastern Time)

   **Reponses Received:**
   None.

   **Related Documents**:

   A. Certification of Counsel Regarding Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (II) Granting Related Relief [Filed 09/14/2023, Docket No. 74]

   B. Interim Order (I) Authorizing the Debtors to Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (II) Granting Related Relief [Entered 09/15/2023, Docket No. 81]

C. Notice of Entry of Interim Order (I) Authorizing the Debtors to Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (II) Granting Related Relief [Filed 09/15/2023, Docket No. 87]

D. **Certification of Counsel Regarding Motion to Pay Employee Wages Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (II) Granting Related Relief [Filed 09/27/2023, Docket No. 140]**

**Status:** **A Certification of Counsel resolving this motion has been filed. This matter only needs to go forward to the extent the Court has any questions.**

7. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Business Forms, and (II) Granting Related Relief [Filed 09/07/2023, Docket No. 6]

**Response Deadline:** September 21, 2023 at 4:00 p.m. (Eastern Time)

**Reponses Received:**

None.

**Related Documents**:

A. Certification of Counsel Regarding Motion of the Debtors For Entry Of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Business Forms, and (II) Granting Related Relief [Filed 09/15/2023, Docket No. 79]

B. Interim Order (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System and (B) Maintain Existing Business Forms, and (II) Granting Related Relief [Entered 09/15/2023, Docket No. 84]

C. Notice of Entry of Interim Order (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System and (B) Maintain Existing Business Forms, and (II) Granting Related Relief [Filed 09/15/2023, Docket No. 90]

D. **Certification of Counsel Regarding Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Business Forms, and (II) Granting Related Relief [Filed 09/27/2023, Docket No. 133]**

**Status:** **A Certification of Counsel resolving this motion has been filed. This matter only needs to go forward to the extent the Court has any questions.**

8. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and the Surety Bond Program and Pay All

Obligations Arising Thereunder and (B) Continue Their Insurance Premium Financing Program, and (II) Granting Related Relief  [Filed 09/07/2023, Docket No. 11]

**Response Deadline:**  September 21, 2023 at 4:00 p.m. (Eastern Time)

**Reponses Received:**

None.

**Related Documents**:

A. Certification of Counsel Regarding Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and the Surety Bond Program and Pay All Obligations Arising Thereunder and (B) Continue Their Insurance Premium Financing Program; and (II) Granting Related Relief [Filed 09/14/2023, Docket No. 75]

B. Interim Order (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and the Surety Bond Program and Pay All Obligations Arising Thereunder and (B) Continue Their Insurance Premium Financing Program; and (II) Granting Related Relief [Entered 9/15/2023, Docket No. 83]

C. Notice of Entry of Interim Order (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and the Surety Bond Program and Pay All Obligations Arising Thereunder and (B) Continue Their Insurance Premium Financing Program; and (II) Granting Related Relief [Filed 09/15/2023, Docket No. 89]

D. **Certification of Counsel Regarding Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and the Surety Bond Program and Pay All Obligations Arising Thereunder and (B) Continue Their Insurance Premium Financing Program; and (II) Granting Related Relief [Filed 09/27/2023, Docket No. 136]**

**Status:  A Certification of Counsel resolving this motion has been filed.  This matter only needs to go forward to the extent the Court has any questions.**

9. Debtors' First (1st) Omnibus Motion for Entry of an Order (A) Authorizing Rejection of Certain Unexpired Leases and (B) Granting Related Relief [Filed 09/07/2023, Docket No. 13]

**Response Deadline:**  September 21, 2023 at 4:00 p.m. (Eastern Time) (Extended to September 22, 2023 at 4:00 p.m. as to Spirit Realty, L.P.)

**Responses Received:**

- A. Creditor Broward County's Limited Objection to Debtors' First (1st) Omnibus Motion for Entry of an Order (A) Authorizing Rejection of Certain Unexpired Leases and (B) Granting Related Relief [Filed 09/21/2023, Docket No. 112]

- B. Limited Objection and Reservation of Rights of CDK Global, LLC with Respect to Debtors' First (1st) Omnibus Motion for Entry of an Order (A) Authorizing Rejection of Certain Unexpired Leases and (B) Granting Related Relief [Filed 09/21/2023, Docket No. 115]

- C. Limited Objection of Ally Financial Inc. and Ally Bank to Debtors' First (1st) Omnibus Motion for Entry of an Order (A) Authorizing Rejection of Certain Unexpired Leases and (B) Granting Related Relief [Filed 09/21/2023, Docket No. 117]

- D. Joinder of Scott Randolph, as Orange County, Florida Tax Collector, in Creditor Broward County's Limited Objection to Debtors' First (1st) Omnibus Motion for Entry of an Order (A) Authorizing Rejection of Certain Unexpired Leases and (B) Granting Related Relief [Filed 09/21/2023, Docket No. 120]

- E. Spirit Realty L.P.'s Limited Objection and Reservation of Rights to Debtors' First (1st) Omnibus Motion for Entry of an Order (A) Authorizing Rejection of Certain Unexpired Leases and (B) Granting Related Relief [Filed 09/25/2023, Docket No. 123]

- F. Informal comments from several interested parties.

**Related Documents:**

- A. Notice of Hearing on Debtors First (1st) Omnibus Motion for Entry of an Order (A) Authorizing Rejection of Certain Unexpired Leases and (B) Granting Related Relief [Filed 09/15/2023, Docket No. 101]

**Status:** The Debtors have resolved the informal comments of several interested parties and remain in discussions with Spirit Realty, L.P. to resolve its comments. The Debtors anticipate that a revised proposed order will be submitted under certification of counsel prior to the hearing.

10. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling A Final Hearing, and (IV) Granting Related Relief [Filed 09/07/2023, Docket No. 7]

    **Response Deadline:** September 21, 2023 at 4:00 p.m. (Eastern Time)

    **Responses Received:**

    - A. Objection of Ally Financial Inc. and Ally Bank to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II)

        Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief and Reservation of Rights With Respect to Other First Day Motions [Filed 9/11/2023 Docket No. 41]

B.      Limited Objection of Ally Financial Inc. and Ally Bank to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 09/21/2023, Docket No. 116]

C.      **Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of Interim and Final Order (A) Authorizing the Debtors to Use Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Granting Related Relief [Filed 09/26/2023, Docket No. 126]**

**Related Documents:**

A.      Declaration of Michael Keeler in Support of Objection of Ally Financial Inc. and Ally Bank to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral [Filed 9/11/2023, Docket No. 42]

B.      Certification of Counsel Regarding (A) Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling A Final Hearing, and (IV) Granting Related Relief and (B) Stipulation and Order (A) Granting Limited Relief from the Automatic Stay, (B) providing for the Return and Sale of Ally Collateral, and (C) Scheduling a Hearing to Determine the Valuation of the Ally Collateral [Filed 09/14/2023 Docket No. 73]

C.      Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed 09/15/2023, Docket No. 94]

D.      Notice of Entry of Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Filed 09/15/2023, Docket No. 103]

<u>Status</u>: This matter is going forward.

Dated: **September 28, 2023**  **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
email:   ljones@pszjlaw.com
         joneill@pszjlaw.com
         crobinson@pszjlaw.com

-and-

Brian S. Rosen, Esq. (pro hac vice pending)
Megan R. Volin, Esq. (pro hac vice pending)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email:  brosen@proskauer.com
        mvolin@proskauer.com

-and-

Ashley M. Weringa, Esq. (pro hac vice pending)
Christian J. Palacios, Esq. (pro hac vice pending)
**PROSKAUER ROSE LLP**
70 W. Madison, Suite 3800
Chicago, Illinois 60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551
Email:  aweringa@proskauer.com
        cpalacios@proskauer.com

*Proposed Counsel for the Debtors and Debtors in Possession*