## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| OFF LEASE ONLY LLC, *et al.*,[1] | ) Case No. 23-11388 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |
| | ) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Off Lease Only LLC, Off Lease Only Parent LLC, and Colo Real Estate Holdings LLC, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These *Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (collectively, the "Global Notes")[2] pertain to, are incorporated by reference in, and compose an integral part of, all of the Schedules and Statements. These Global Notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.[3]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable) are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The location of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL 33406.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Declaration of Leland Wilson in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No 4].

[3] These Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

Mr. Leland Wilson, former Chief Executive Officer of Off Lease Only LLC, has signed each set of the Schedules and Statements. Mr. Wilson is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Wilson has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' legal and financial advisors. Mr. Wilson has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor contact information.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such information and data; however, subsequent information, data, or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions, or inaccuracies may exist. The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

Neither the Debtors, their agents, nor their attorneys guarantee or warrant the accuracy, the completeness, or correctness of the data that is provided herein or in the Schedules and Statements, and none are liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communication or delivering the information herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys and advisors are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1.     Reservation of Rights.  Nothing contained in the Schedules and Statements, or these Global Notes shall constitute a waiver of any rights of the Debtors and their estates or an admission with respect to the Debtors' chapter 11 cases. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim description, designation, or Debtor against which the claim is asserted; dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Any failure to

designate a claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim or amount is not "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant nonbankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2.      <u>Description of the Cases and "As of" Information Date</u>. On September 7, 2023 (the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors-in-possession. The chapter 11 cases are being jointly administered for procedural purposes only. Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these Global Notes is provided as of the Petition Date or as close thereto as reasonably practicable under the circumstances.

3.      <u>Basis of Presentation</u>. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("<u>GAAP</u>"), nor are they intended to fully reconcile to any financial statements prepared by the Debtors (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

4.      <u>Assets.</u>  Although the Debtors maintain ongoing records of inventory and observe their vehicles on a consistent basis, it would be prohibitively expensive, unduly burdensome, and time consuming to physically inspect all of the Debtors' property interests.  Therefore, there can be no assurance that the Debtors owned such property on the Petition Date.  To the extent an asset is listed on the Schedules and described in the Statements, unless otherwise noted therein, such assets disclosed in the Schedules and Statements were included therein as a result of the Debtors' books and records having reflected the existence of such assets as of the Petition Date.  The assets disclosed in the Schedules and Statements are not listed therein as a result of a comprehensive inspection conducted by the Debtors and may include some inventory that has been sold. Furthermore, as applicable, the Debtors use reserve accounts to reflect estimated losses related to a particular asset.  Thus, Debtors do not make any representation as to the validity of the reserves and the actual result may differ from the estimated amounts reserved.

5.      <u>Current Market Value – Net Book Value.</u> It would likewise be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all estate assets.  Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect net book values as of September 7, 2023, in the Debtors' books and records, to the extent measurable, unless a different

date is identified herein. If a different date is not identified herein and certain of the Debtors' assets are otherwise not measurable, the Schedules and Statements reflect net book values as of the most recent accounting period ending date. Additionally, because the book values of certain assets, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

6.  **Recharacterization.** Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules and Statements, at a later time as is necessary or appropriate as additional information becomes available, and the Debtors and their estates reserve all rights in this regard.

7.  **Accounts Payable and Disbursement Systems.** The Debtors maintain a cash management system (the "Cash Management System") to collect and disburse funds in the ordinary course. A more complete description of the Cash Management System is set forth in the *Debtors' Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System and (B) Maintain Existing Business Forms, and (II) Granting Related Relief* [Docket No. 6] (the "Cash Management Motion") filed on the Petition Date. The Debtors' accounts payable transactions are made through the Debtors' Cash Management System and are more fully described in the Cash Management Motion.

8.  **Insiders.** For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) current or former directors, officers, or persons in control of the Debtors; (b) relatives of current or former directors, officers, or persons in control of the Debtors; (c) a partnership in which the Debtor is a general partner; or (d) an affiliate of the Debtors. Except as otherwise disclosed herein or in the Statements, payments to insiders listed in (a) through (d) above are set forth on Statement 4. Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right, or defense, and all such claims, rights, and defenses with respect thereto are hereby expressly reserved. Further, the Debtors and their estates do not take any position with respect to: (a) any such person's influence over the control of the Debtors; (b) the management responsibilities or functions of any such individual; (c) the decision-making or corporate authority of any such individual; or (d) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

9.  **Intellectual Property Rights.** The exclusion or inclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have or have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors

reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

10.     <u>First Day Orders.</u>  Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Court (each, a "<u>First Day Order</u>," and collectively, the "<u>First Day Orders</u>"), the Debtors and their estates are authorized to pay certain pre-petition claims, including, without limitation, certain claims relating to employee wages and benefits, claims for taxes and fees, claims of vendors, claims related to customer programs, and claims related to insurance programs. The Debtors have not included certain claims of this nature in the Schedules and Statements to the extent that such claims were paid under the First Day Orders.

11.     <u>Inventories.</u>  Unless otherwise noted therein, inventories are valued in the Schedules and Statements at the values indicated on the Debtors' books and records, as noted in the Schedules and Statements.

12.     <u>Disputed, Contingent, and/or Unliquidated Claims.</u>  Schedules D, E, and F permit the Debtors to designate a claim as disputed, contingent, and/or unliquidated. A failure to designate a claim on any of these Schedules and Statements as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules and Statements as to amount, liability, or status.

13.     <u>Setoffs.</u>  The Debtors may incur certain offsets and other similar rights during the ordinary course of business. For example, the Debtors have offset certain deposits, including, offsetting lease deposits in connection with payment of postpetition September rent. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements. Furthermore, as set forth on Statement 6, Ally Bank and Ally Financial assert that, in the two (2) days prior to the Petition Date, they applied Ten Million Dollars ($10,000,000.00) of restricted cash to a certain balance the Debtors' owed. Accordingly, the Debtors reserve all of their rights with respect to the alleged setoff by Ally Bank and Ally Financial, and the amount of Ally Bank and Ally Financial's claim set forth in Schedule 2 does not reflect such setoff. The Debtors otherwise reserve all of their rights with regard to offsets.

14.     <u>Credits and Adjustments</u>.  Claims of creditors are listed in the amounts entered on the Debtors' books and records, and may not reflect certain credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors and their estates reserve all rights with regard to any such credits, allowances, and other adjustments, including, without limitation, the right to assert claims, objections, setoffs, and recoupments with respect to the same.

15.     <u>Leases.</u>  In the ordinary course of business, the Debtors lease certain equipment from certain third-party lessors for use in the maintenance of their business. Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the

legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

16. <u>Executory Contracts and Unexpired Leases.</u> The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. Rather, executory contracts and unexpired leases have been set forth solely on Schedule G. The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damages claims against the Debtors and their estates; however, the Schedules and Statements do not reflect any claims for rejection damages. The Debtors and their estates reserve all rights with respect to the assertion of any such claims.

17. <u>Summary of Significant Reporting Policies.</u> The following is a summary of significant reporting policies:

   a. <u>Unknown or Undetermined Amounts.</u> Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

   b. <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

   c. <u>Paid Claims.</u> The Debtors have authority to pay certain outstanding prepetition payables pursuant to various Bankruptcy Court orders. To the extent the Debtors pay any of the liabilities listed in the Schedules pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules or take other action as is necessary and appropriate to avoid over-payment of or duplicate payments for any such liabilities.

   d. <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

   e. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

18. <u>Liabilities.</u> The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information available at the time of filing the Schedules and Statements. If additional information becomes available or further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtors and their estates reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate. The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. The Debtors anticipate there are existing section 503(b)(9) claims, however the Debtors are unable to quantify the amount. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the

characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

19.    <u>Estimates</u>.  The Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

20.    <u>Classifications</u>.  Listing a claim (a) on Schedule D as "secured," (b) on Schedule E/F as "unsecured priority," or "unsecured non-priority," or (c) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors and their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors and their estates to amend these Schedules and Statements to recharacterize or reclassify any claim or contract.

21.    <u>Claims Description</u>.  The Debtors and their estates reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority, or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated."

22.    <u>Guaranties and Other Secondary Liability Claims</u>.  Guaranties and other secondary liability claims (collectively, the "<u>Guaranties</u>") with respect to the Debtors' contracts and leases may not be included on Schedule H.  Therefore, the Debtors and their estates reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

## NOTES FOR SCHEDULES

**<u>Schedule A/B – Assets – Real and Personal Property</u>**.  As set forth above, the Debtors and their estates are authorized to pay certain pre-petition claims pursuant to the First Day Orders.

The Debtors maintain their books and records on an accrual basis. Accordingly, in Schedule A/B, Part 1, the cash on hand amount included within the Schedules and Statements is cash maintained in automated teller machines at the Debtors' retail sales locations as of the Petition Date. The Debtors' used their reasonable best efforts to report the cash on hand amount, however the amount included in the Schedules is an estimate and the Debtors reserve all rights to amend the Schedules to the extent a different amount is determined.

Certain terms listed in Schedule A/B, Part 2, are listed in the Debtors' books and records as prepayments or deposits, but are, in fact, payments that have been made for certain future expenses or invoices. The Debtors have applied certain deposits against invoices received for expenses.

Inventory balances contained in Schedule A/B, Part 5, are based on the Debtors' books and records and may include some vehicles that may have been sold.  Additionally, the Schedules may exclude certain assets that the Debtors have legal rights to, but were written-off.

Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their respective causes of action or potential causes of action against third parties

as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws (including, but not limited to, intellectual property laws). The Debtors reserve all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, equitable subordination rights, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

Intercompany receivables are not included on Schedule A/B item 11 and are instead included on A/B item 77 for each of the Debtors.

**Schedule D – Creditors Who Have Claims Secured by Property**. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any of the Debtors. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document, or instrument related to any such claim. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

In certain instances, a Debtor may be a co-obligor with respect to scheduled claims of other Debtors. No claim set forth on the Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies, and other parties that may hold security deposits.

Except as specifically stated herein, utility companies and other parties that may hold security deposits have not been listed on Schedule D. The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses that such parties may be entitled to and are not reflective of any payments made by the Debtors subsequent to the Petition Date.

**Schedule E/F – Creditors Who Have Unsecured Claims**.

**Part 2**.   Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtors; accordingly, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts.  Also, the amounts listed on Part 2 of Schedule E/F reflect known prepetition claims as of the Petition Date.  Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Part 2 of Schedule E/F, and the Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them. The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of Schedule E/F.

The Debtors have used commercially reasonable efforts to include all creditors on Part 2 of Schedule E/F.  The amounts listed for liabilities on Schedule E/F may be exclusive of certain contingent and unliquidated amounts.

To the extent that they have been paid, the Debtors have not listed on Part 2 of Schedule E/F, among others, certain unsecured employee wage or benefit claims or claims related to the Debtors' insurance programs for which the Debtors have been granted authority to pay pursuant to a First Day Order.  The Debtors and their estates reserve their rights to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority claims.

Third parties should not anticipate that the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules will reflect their ultimate recoveries in these chapter 11 cases. Actual assets and liabilities may deviate from the amounts shown in the Schedules due to various events that occur throughout the duration of these chapter 11 cases.

**Schedule G – Executory Contracts and Unexpired Leases**.  Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred in preparing Schedule G. Omission of a contract, lease, or other agreement from Schedule G does not constitute an admission that such omitted contract, lease, or other agreement is not an executory contract or unexpired lease.  Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases, and other agreements to which the Debtors are a party, including, without limitation, to add any that the Debtors did not list on Schedule G at this time.  Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date or is valid or enforceable.  The agreements listed on Schedule G may have expired, or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements that may not be listed on Schedule G.

Additionally, the Debtors maintain certain insurance programs. The Debtors and their estates reserve all rights in connection with such insurance programs.

All rights, claims, and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved. The Debtors and their estates hereby reserve all rights to: (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary.

## NOTES FOR STATEMENTS

**Statements 3 and 4**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days prior to filing, except for those made to insiders or in connection with the bankruptcy, which are reflected on Statements 4 and 11, respectively. Due to system limitations, the Debtors were unable to produce vendor names for all of the payments reflected in the Statements. Statement 4 has been presented on a gross payment basis. Actual amounts received by the parties listed on Statement 4 may differ based upon withholding and other tax obligations.

**Statement 7**. The Debtors and their estates reserve all rights, claims, and defenses with respect to all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings). The listing of any such lawsuits and proceedings shall not constitute an admission by the Debtors and their estates of any liabilities.

☐ **Check if this is an amended filing**

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**       $0.00
     Copy line 88 from Schedule A/B

1b. **Total personal property:**       $28,064,686.80
     Copy line 91A from Schedule A/B

1c. **Total of all property:**       $28,064,686.80
     Copy line 92 from Schedule A/B

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)       $133,654,548.41
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**       $0.00
     Copy the total claims from Part 1 from line 5a of Schedule E/F

3b. **Total amount of claims of nonpriority amount of unsecured claims:**       $80,600,432.08
     Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F

**4. Total Liabilities**       $214,254,980.49
Lines 2 + 3a + 3b

☐ Check if this is an amended filing

<u>Official Form 206A/B</u>

**Schedule A/B: Assets — Real and Personal Property 12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and Cash Equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $48,718.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|---|
| 3.1 | Bank of America | Interest Account | 8855 | $4,547,907.57 |
| 3.2 | Bank of America | Operating Account | 6445 | $549,432.63 |
| 3.3 | Bank of America | Primary Checking Account | 6458 | $0.00 |
| 3.4 | Bank of America | WBYC Checking Account | 6461 | $0.00 |
| 3.5 | Bank of America | Wire Account | 6474 | $0.00 |
| 3.6 | Truist Bank | Operating Account | 1549 | $4,117,728.93 |

| 3.7 | | | | |
|---|---|---|---|---|
| | Truist Bank | Primary Checking Account | 7784 | $0.00 |

| 3.8 | | | | |
|---|---|---|---|---|
| | Truist Bank | Tag Fees Disbursement Account | 1565 | $0.00 |

| 3.9 | | | | |
|---|---|---|---|---|
| | Truist Bank | WBYC Checking Account | 2089 | $0.00 |

| 3.10 | | | | |
|---|---|---|---|---|
| | Truist Bank | Wire Account | 1573 | $0.00 |

**4. Other cash equivalents** *(Identify all)*

| 4.1 | | |
|---|---|---|
| | Restricted Cash - Ally Bank | $10,000,000.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $19,263,787.13 |
|---|

**Part 2:  Deposits and prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | | |
|---|---|---|
| | Rental Properties Deposits - Ave Building B1 | $31,184.71 |

| 7.2 | | |
|---|---|---|
| | Rental Properties Deposits - Ave Building B1 LLC (Parking Lot) | $9,578.04 |

| 7.3 | | |
|---|---|---|
| | Rental Properties Deposits - Colonnade Centrepark | $2,325.23 |

| 7.4 | | |
|---|---|---|
| | Rental Properties Deposits - Mept Ave | $95,668.62 |

| 7.5 | | |
|---|---|---|
| | Rental Properties Deposits - Nona Business Center | $757.63 |

| 7.6 | | |
|---|---|---|
| | Rental Properties Deposits - Vroom Automotive, LLC | $6,000.00 |

| 7.7 | | |
|---|---|---|
| | Utility Deposits - FPL | $58,328.00 |

| 7.8 | | |
|---|---|---|
| | Utility Deposits - Harris County Mud #63 | $1,500.00 |

| 7.9 | | |
|---|---|---|
| | Utility Deposits - Manatee County Utilities Department | $4,700.96 |

| 7.10 | | |
|---|---|---|
| | Utility Deposits - Miami Dade Water and Sewer Department | $1,107.98 |

| | | |
|---|---|---|
| 7.11 | Utility Deposits - Orange County Utilities | $1,691.66 |
| 7.12 | Utility Deposits - Orlando Utilities Commission | $2,625.00 |
| 7.13 | Utility Deposits - Palm Beach County Water Utilities Dept | $590.00 |
| 7.14 | Utility Deposits - TECO | $909.00 |
| 7.15 | Utility Deposits - TXU Energy | $4,960.00 |
| 7.16 | Utility Deposits - Village of Palm Springs | $2,500.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | Insurance Prepayments - AFCO | $56,359.85 |
| 8.2 | Insurance Prepayments - Berkley | $105,363.00 |
| 8.3 | Insurance Prepayments - Ironshore | $121,032.38 |
| 8.4 | Insurance Prepayments - Travlers | $269,665.76 |
| 8.5 | Retainer - FTI Consulting, Inc. | $250,000.00 |
| 8.6 | Retainer - Pachulski Stang Ziehl & Jones | $75,000.00 |
| 8.7 | Retainer - Proskauer Rose LLP | $75,000.00 |
| 8.8 | Retainer - Stretto | $20,000.00 |

**9. Total of Part 2**
Add lines 7 through 8. Copy the total to line 81.

| $1,196,847.82 |
|---|

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $7,182,532.50 | − | $149,421.75 | = ........ ➔ | $7,033,110.75 |
|---|---|---|---|---|---|---|
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. | Over 90 days old: | $1,065,561.10 | − | $534,330.00 | = ........ ➔ | $531,231.10 |
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $7,564,341.85 |
|---|

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | None |  | $0.00 |
|---|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                % of ownership:

| 15.1 | Colo Real Estate Holdings LLC | 100 | N/A | Undetermined |
|---|---|---|---|---|

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | None |  | $0.00 |
|---|---|---|---|

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

| 19.1 | None |  |  |  | $0.00 |
|---|---|---|---|---|---|

**20. Work in progress**

20.1

| Battery Inventory | | $126,781.63 | N/A | Undetermined |

20.2

| Parts & Accessories | | $246,106.32 | N/A | Undetermined |

20.3

| Sublet Repairs | | $280,168.51 | N/A | Undetermined |

**21. Finished goods, including goods held for resale**

21.1

| Used Cars | | $66,490,183.88 | N/A | Undetermined |

21.2

| Used Purchases | | $126,102.26 | N/A | Undetermined |

**22. Other inventory or supplies**

22.1

| None | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $0.00 |

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes   Book value  Undetermined   Valuation method  N/A   Current value  Undetermined

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |

**30. Farm machinery and equipment** (Other than titled motor vehicles)

30.1

_____    _____    _____                              $0.00

**31. Farm and fishing supplies, chemicals, and feed**

31.1

_____    _____    _____                              $0.00

**32. Other farming and fishing-related property not already listed in Part 6**

32.1

_____    _____    _____                              $0.00

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                    | $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 | | | |
| Office Furniture & Fixtures | $699,953.18 | N/A | Undetermined |
| **40. Office fixtures** | | | |
| 40.1 | | | |
| See Above | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | | | |
| Computer Equipment | $768,937.75 | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 41.2 Software | $8,258.93 | N/A | Undetermined |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 None | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2 2017 Golf Carts | Undetermined | N/A | Undetermined |
| 47.2 2007 Chevy Silvera | Undetermined | N/A | Undetermined |
| 47.3 2015 Dodge Ram | Undetermined | N/A | Undetermined |
| 47.4 2018 PJ Trailer | Undetermined | N/A | Undetermined |
| 47.5 2017 Golf Car Depot | Undetermined | N/A | Undetermined |
| 47.6 2015 Golf Carts for Miami | Undetermined | N/A | Undetermined |
| 47.7 8 2018 Golf Carts | Undetermined | N/A | Undetermined |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | | | $0.00 |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | | | $0.00 |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1
None                                                                                                    $0.00

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $0.00 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:  Real Property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 1190 S. Congress Ave, Palm Springs, FL 33406 | Leased | Undetermined | N/A | Undetermined |
| 55.2 1195 S Congress Ave., West Palm Beach, FL 33406 | Leased | Undetermined | N/A | Undetermined |
| 55.3 1200 S Congress Ave, Palm Springs, FL 33406 | Leased | Undetermined | N/A | Undetermined |
| 55.4 12002 Southwest Freeway, Meadows Place, TX 77477 | Leased | Undetermined | N/A | Undetermined |
| 55.5 14401 Nw 27Th Ave, Opa Locka, FL 33054 (Parking Lot) | Leased | Undetermined | N/A | Undetermined |
| 55.6 14499 NW 57th Avenue Opa Locka, FL 33054 | Leased | Undetermined | N/A | Undetermined |
| 55.7 1450 Centrepark Blvd, West Palm Beach, FL 33401 | Leased | Undetermined | N/A | Undetermined |
| 55.8 15501 NW 55th Court, Miami, FL 33054 | Leased | Undetermined | N/A | Undetermined |

| 55.9 | | | | |
|---|---|---|---|---|
| 1575 S Military Trail, West Palm Beach, FL 33415 | Leased | Undetermined | N/A | Undetermined |
| 55.10 | | | | |
| 1589 S Military Trail, West Palm Beach, FL 33415 | Leased | Undetermined | N/A | Undetermined |
| 55.11 | | | | |
| 1621 S Military Trail, West Palm Beach, FL 33415 | Leased | Undetermined | N/A | Undetermined |
| 55.12 | | | | |
| 1926 FM 362, Brookshire, TX 77423 | Leased | Undetermined | N/A | Undetermined |
| 55.13 | | | | |
| 23502 Katy Freeway, Katy, TX 77493 (Building) | Leased | Undetermined | N/A | Undetermined |
| 55.14 | | | | |
| 23502 Katy Freeway, Katy, TX 77493 (Land) | Leased | Undetermined | N/A | Undetermined |
| 55.15 | | | | |
| 3108 14TH Street West, Bradenton, FL 34205 | Leased | Undetermined | N/A | Undetermined |
| 55.16 | | | | |
| 32420 14th Street West, Bradenton, FL 34205 | Leased | Undetermined | N/A | Undetermined |
| 55.17 | | | | |
| 3400 14th Street West, Bradenton, FL 34205 | Leased | Undetermined | N/A | Undetermined |
| 55.18 | | | | |
| 3531 Lake Worth Road, Lake Worth, FL 33461 | Leased | Undetermined | N/A | Undetermined |
| 55.19 | | | | |
| 5499 NW 145th Streeet. Suite 110, Opa Locka, FL 33054 | Leased | Undetermined | N/A | Undetermined |
| 55.20 | | | | |
| 5580 NW 145th Street, Miami FL 33054 | Leased | Undetermined | N/A | Undetermined |
| 55.21 | | | | |
| 6177 Kimberly Blvd, North Lauderdale, FL 33068 | Leased | Undetermined | N/A | Undetermined |
| 55.22 | | | | |
| 7948 Narcoossee Road, Orlando, FL 32822 | Leased | Undetermined | N/A | Undetermined |
| 55.23 | | | | |
| 827 S State Road 7, North Lauderdale, FL 33068 (Main Sales and Recon) | Leased | Undetermined | N/A | Undetermined |
| 55.24 | | | | |
| 827 S State Road 7, North Lauderdale, FL 33068 (Parking) | Leased | Undetermined | N/A | Undetermined |
| 55.25 | | | | |
| 8281 McCoy Road, Orlando, FL 32822 | Leased | Undetermined | N/A | Undetermined |
| 55.26 | | | | |
| 8301 McCoy Road, Orlando, FL 32822 | Leased | Undetermined | N/A | Undetermined |

| | | | | |
|---|---|---|---|---|
| 55.27 | 9660 Katy Freeway, Houston, TX 77024 | Leased | Undetermined | N/A | Undetermined |
| 55.28 | A portion of 219 S. Congress Ave., West Palm Beach, FL 33406 | Leased | Undetermined | N/A | Undetermined |
| 55.29 | Buildings and Improvements | Owned | $150,774.90 | N/A | Undetermined |
| 55.30 | Construction in Progress | Owned | $17,215,851.96 | N/A | Undetermined |
| 55.31 | Leasehold Improvements | Owned | $2,305,288.22 | N/A | Undetermined |
| 55.32 | Materials & Supplies for Equipment | Owned | $1,006,863.49 | N/A | Undetermined |
| 55.33 | NW 57th Avenue (5 acre lot) | Leased | Undetermined | N/A | Undetermined |
| 55.34 | Orlando Lot Rental, Orlando, FL | Leased | Undetermined | N/A | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 None | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 2222277.COM | Undetermined | N/A | Undetermined |
| 61.2 2222277.MOBI | Undetermined | N/A | Undetermined |
| 61.3 2222277.NET | Undetermined | N/A | Undetermined |
| 61.4 561222CARS.COM | Undetermined | N/A | Undetermined |
| 61.5 561222CARS.MOBI | Undetermined | N/A | Undetermined |
| 61.6 561222CARS.NET | Undetermined | N/A | Undetermined |
| 61.7 adempta.net | Undetermined | N/A | Undetermined |
| 61.8 ademptas.com | Undetermined | N/A | Undetermined |
| 61.9 adempto.com | Undetermined | N/A | Undetermined |
| 61.10 ATLANTAOFFLEASE.COM | Undetermined | N/A | Undetermined |
| 61.11 ATLANTAOFFLEASEONLY.COM | Undetermined | N/A | Undetermined |
| 61.12 autocheck-offleaseonly.com | Undetermined | N/A | Undetermined |
| 61.13 autosofflease.com | Undetermined | N/A | Undetermined |
| 61.14 autosquad.co | Undetermined | N/A | Undetermined |
| 61.15 BARATOCARROSUSADOS.COM | Undetermined | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 61.16 | | | |
| BARATOCARROSUSADOS.MOBI | Undetermined | N/A | Undetermined |
| 61.17 | | | |
| BARATOCARROSUSADOS.NET | Undetermined | N/A | Undetermined |
| 61.18 | | | |
| BESTFLORIDACARS.COM | Undetermined | N/A | Undetermined |
| 61.19 | | | |
| BESTFLORIDACARS.NET | Undetermined | N/A | Undetermined |
| 61.20 | | | |
| BESTFLORIDACARS.ORG | Undetermined | N/A | Undetermined |
| 61.21 | | | |
| BESTNEWOFFLEASE.COM | Undetermined | N/A | Undetermined |
| 61.22 | | | |
| bestusedcarnearme.com | Undetermined | N/A | Undetermined |
| 61.23 | | | |
| BONITOCARROSUSADOS.COM | Undetermined | N/A | Undetermined |
| 61.24 | | | |
| BUENOCARROSUSADOS.COM | Undetermined | N/A | Undetermined |
| 61.25 | | | |
| BUENOCARROSUSADOS.MOBI | Undetermined | N/A | Undetermined |
| 61.26 | | | |
| BUENOCARROSUSADOS.NET | Undetermined | N/A | Undetermined |
| 61.27 | | | |
| BUYOFFLEASEONLY.COM | Undetermined | N/A | Undetermined |
| 61.28 | | | |
| cadillacsofflease.com | Undetermined | N/A | Undetermined |
| 61.29 | | | |
| camionetasofflease.com | Undetermined | N/A | Undetermined |
| 61.30 | | | |
| carfax-offleaseonly.com | Undetermined | N/A | Undetermined |
| 61.31 | | | |
| CAR-FINANCING.MOBI | Undetermined | N/A | Undetermined |
| 61.32 | | | |
| CARFINANCINGCORP.COM | Undetermined | N/A | Undetermined |
| 61.33 | | | |
| CARFINANCINGCORP.INFO | Undetermined | N/A | Undetermined |
| 61.34 | | | |
| CARFINANCINGCORP.MOBI | Undetermined | N/A | Undetermined |
| 61.35 | | | |
| CARFINANCINGCORP.NET | Undetermined | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 61.36 | | | |
| CARFINANCINGCORP.ORG | Undetermined | N/A | Undetermined |
| 61.37 | | | |
| CARFINANCINGEXPERTS.BIZ | Undetermined | N/A | Undetermined |
| 61.38 | | | |
| CARFINANCINGEXPERTS.CO | Undetermined | N/A | Undetermined |
| 61.39 | | | |
| CARFINANCINGEXPERTS.COM | Undetermined | N/A | Undetermined |
| 61.40 | | | |
| CARFINANCINGEXPERTS.INFO | Undetermined | N/A | Undetermined |
| 61.41 | | | |
| CARFINANCINGEXPERTS.MOBI | Undetermined | N/A | Undetermined |
| 61.42 | | | |
| CARFINANCINGEXPERTS.NET | Undetermined | N/A | Undetermined |
| 61.43 | | | |
| CARFINANCINGEXPERTS.ORG | Undetermined | N/A | Undetermined |
| 61.44 | | | |
| CARFINANCINGEXPERTS.US | Undetermined | N/A | Undetermined |
| 61.45 | | | |
| CARFINANCINGLLC.CO | Undetermined | N/A | Undetermined |
| 61.46 | | | |
| CARFINANCINGLLC.COM | Undetermined | N/A | Undetermined |
| 61.47 | | | |
| CARFINANCINGLLC.INFO | Undetermined | N/A | Undetermined |
| 61.48 | | | |
| CARFINANCINGLLC.MOBI | Undetermined | N/A | Undetermined |
| 61.49 | | | |
| CARFINANCINGLLC.NET | Undetermined | N/A | Undetermined |
| 61.50 | | | |
| carmoment.com | Undetermined | N/A | Undetermined |
| 61.51 | | | |
| carrosofflease.com | Undetermined | N/A | Undetermined |
| 61.52 | | | |
| CARSANDTRUCKSOFFLEASE.COM | Undetermined | N/A | Undetermined |
| 61.53 | | | |
| carsquad.com | Undetermined | N/A | Undetermined |
| 61.54 | | | |
| carsquad.net | Undetermined | N/A | Undetermined |
| 61.55 | | | |
| carsquad.xxx | Undetermined | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 61.56 | | | |
| carsquadcar.com | Undetermined | N/A | Undetermined |
| 61.57 | | | |
| carsquadusa.com | Undetermined | N/A | Undetermined |
| 61.58 | | | |
| COCONUTCREEKOFFLEASEONLY.COM | Undetermined | N/A | Undetermined |
| 61.59 | | | |
| COCONUTCREEKOFFLEASEONLYREVIEWS.COM | Undetermined | N/A | Undetermined |
| 61.60 | | | |
| COCONUTCREEKUSEDCARREVIEWS.COM | Undetermined | N/A | Undetermined |
| 61.61 | | | |
| destinolocarros.com | Undetermined | N/A | Undetermined |
| 61.62 | | | |
| destinoolocarros.com | Undetermined | N/A | Undetermined |
| 61.63 | | | |
| driiven.com | Undetermined | N/A | Undetermined |
| 61.64 | | | |
| driivenfinancial.com | Undetermined | N/A | Undetermined |
| 61.65 | | | |
| driivenfinancial.net | Undetermined | N/A | Undetermined |
| 61.66 | | | |
| driivenfinancial.org | Undetermined | N/A | Undetermined |
| 61.67 | | | |
| driivenofficial.com | Undetermined | N/A | Undetermined |
| 61.68 | | | |
| driivenofficial.net | Undetermined | N/A | Undetermined |
| 61.69 | | | |
| driivenofficial.org | Undetermined | N/A | Undetermined |
| 61.70 | | | |
| driivn.com | Undetermined | N/A | Undetermined |
| 61.71 | | | |
| drivencar.com | Undetermined | N/A | Undetermined |
| 61.72 | | | |
| drivenexpress.com | Undetermined | N/A | Undetermined |
| 61.73 | | | |
| drivenfinance.net | Undetermined | N/A | Undetermined |
| 61.74 | | | |
| drivenfinancial.co | Undetermined | N/A | Undetermined |
| 61.75 | | | |
| drivenfinancial.com | Undetermined | N/A | Undetermined |

| 61.76 | drivenfinancial.io | Undetermined | N/A | Undetermined |
| 61.77 | drivenfinancial.net | Undetermined | N/A | Undetermined |
| 61.78 | drivenfinancial.us | Undetermined | N/A | Undetermined |
| 61.79 | drivenfs.com | Undetermined | N/A | Undetermined |
| 61.80 | drivenofficial.com | Undetermined | N/A | Undetermined |
| 61.81 | drivenofficial.net | Undetermined | N/A | Undetermined |
| 61.82 | drivenofficial.org | Undetermined | N/A | Undetermined |
| 61.83 | driventrip.com | Undetermined | N/A | Undetermined |
| 61.84 | drivenvehicle.com | Undetermined | N/A | Undetermined |
| 61.85 | drivin.net | Undetermined | N/A | Undetermined |
| 61.86 | driving.info | Undetermined | N/A | Undetermined |
| 61.87 | floridasfinecars.com | Undetermined | N/A | Undetermined |
| 61.88 | FORMYWINDOWSTICKER.COM | Undetermined | N/A | Undetermined |
| 61.89 | FORTLAUDERDALEUSEDCARREVIEWS.COM | Undetermined | N/A | Undetermined |
| 61.90 | godriven.com | Undetermined | N/A | Undetermined |
| 61.91 | godriven.net | Undetermined | N/A | Undetermined |
| 61.92 | godriven.org | Undetermined | N/A | Undetermined |
| 61.93 | ILOVEOFFLEASEONLY.COM | Undetermined | N/A | Undetermined |
| 61.94 | infotech-offleaseonly.com | Undetermined | N/A | Undetermined |
| 61.95 | lastchancelot.com | Undetermined | N/A | Undetermined |

61.96

lastchancelot.net                          Undetermined        N/A                 Undetermined

61.97

lastchancelot.org                          Undetermined        N/A                 Undetermined

61.98

leaseusedcars.com                          Undetermined        N/A                 Undetermined

61.99

LOLCARROS.COM                              Undetermined        N/A                 Undetermined

61.100

LOLCARROS.NET                              Undetermined        N/A                 Undetermined

61.101

MERCEDESWINDOWSTICKER.COM                  Undetermined        N/A                 Undetermined

61.102

MIAMIDEALSHOPPER.COM                       Undetermined        N/A                 Undetermined

61.103

MIAMIUSEDCARREVIEWS.COM                    Undetermined        N/A                 Undetermined

61.104

MYWINDOWSTICKERS.COM                       Undetermined        N/A                 Undetermined

61.105

NATIONSUSEDCARDESTINATION.COM              Undetermined        N/A                 Undetermined

61.106

NEWOFFLEASE.BIZ                            Undetermined        N/A                 Undetermined

61.107

NEWOFFLEASE.INFO                           Undetermined        N/A                 Undetermined

61.108

NEWOFFLEASE.MOBI                           Undetermined        N/A                 Undetermined

61.109

NEWOFFLEASE.NET                            Undetermined        N/A                 Undetermined

61.110

NEWOFFLEASE.ORG                            Undetermined        N/A                 Undetermined

61.111

NEWOFFLEASE.US                             Undetermined        N/A                 Undetermined

61.112

NEWOFFLEASEBLOG.COM                        Undetermined        N/A                 Undetermined

61.113

NEWOFFLEASECARS.COM                        Undetermined        N/A                 Undetermined

61.114

NEWOFFLEASECARS.NET                        Undetermined        N/A                 Undetermined

61.115

NEWOFFLEASEUSEDCARS.COM                    Undetermined        N/A                 Undetermined

61.116

NEWOFFLEASEUSEDCARS.NET          Undetermined          N/A          Undetermined

61.117

OFFLEASEAUTOMART.COM          Undetermined          N/A          Undetermined

61.118

offleasecamionetas.com          Undetermined          N/A          Undetermined

61.119

offleasecarros.com          Undetermined          N/A          Undetermined

61.120

OFFLEASECREDIT.COM          Undetermined          N/A          Undetermined

61.121

OFFLEASECREDIT.NET          Undetermined          N/A          Undetermined

61.122

offleaseexpress.com          Undetermined          N/A          Undetermined

61.123

offleaseexpress.net          Undetermined          N/A          Undetermined

61.124

OFFLEASELOAN.NET          Undetermined          N/A          Undetermined

61.125

OFFLEASELOANS.COM          Undetermined          N/A          Undetermined

61.126

OFFLEASEOFCOCONUTCREEK.COM          Undetermined          N/A          Undetermined

61.127

OFFLEASEOFDELRAY.COM          Undetermined          N/A          Undetermined

61.128

OFFLEASEOFFORTLAUDERDALE.COM          Undetermined          N/A          Undetermined

61.129

OFFLEASEOFFTLAUDERDALE.COM          Undetermined          N/A          Undetermined

61.130

OFFLEASEOFORLANDO.COM          Undetermined          N/A          Undetermined

61.131

offleaseonly.miami          Undetermined          N/A          Undetermined

61.132

OFFLEASEONLY.MOBI          Undetermined          N/A          Undetermined

61.133

OFFLEASEONLY.NET          Undetermined          N/A          Undetermined

61.134

OFFLEASEONLY.REVIEWS          Undetermined          N/A          Undetermined

61.135

offleaseonly.xxx          Undetermined          N/A          Undetermined

61.136

OFFLEASEONLYATLANTA.COM          Undetermined          N/A          Undetermined

61.137

OFFLEASEONLYBOCARATONREVIEWS.COM          Undetermined          N/A          Undetermined

61.138

offleaseonlybroward.com          Undetermined          N/A          Undetermined

61.139

OFFLEASEONLYCOCONUTCREEK.COM          Undetermined          N/A          Undetermined

61.140

OFFLEASEONLYCOMPLAINT.COM          Undetermined          N/A          Undetermined

61.141

OFFLEASEONLYCOMPLAINTS.COM          Undetermined          N/A          Undetermined

61.142

OFFLEASEONLYCORALSPRINGSREVIEWS.COM          Undetermined          N/A          Undetermined

61.143

OFFLEASEONLYCREDIT.COM          Undetermined          N/A          Undetermined

61.144

OFFLEASEONLYCREDIT.NET          Undetermined          N/A          Undetermined

61.145

offleaseonlydade.com          Undetermined          N/A          Undetermined

61.146

OFFLEASEONLYDELRAYREVIEWS.COM          Undetermined          N/A          Undetermined

61.147

offleaseonlyexpress.com          Undetermined          N/A          Undetermined

61.148

offleaseonlyexpress.net          Undetermined          N/A          Undetermined

61.149

offleaseonlyexpress.org          Undetermined          N/A          Undetermined

61.150

offleaseonlyfinancing.com          Undetermined          N/A          Undetermined

61.151

OFFLEASEONLYFORTLAUDERDALE.COM          Undetermined          N/A          Undetermined

61.152

OFFLEASEONLYFTLAUDERDALE.COM          Undetermined          N/A          Undetermined

61.153

offleaseonly-getstarted.com          Undetermined          N/A          Undetermined

61.154

offleaseonlylocations.com          Undetermined          N/A          Undetermined

61.155

offleaseonlylocations.net          Undetermined          N/A          Undetermined

| | | | |
|---|---|---|---|
| 61.156 | | | |
| OFFLEASEONLYMIAMI.COM | Undetermined | N/A | Undetermined |
| 61.157 | | | |
| offleaseonlynews.com | Undetermined | N/A | Undetermined |
| 61.158 | | | |
| offleaseonlynews.net | Undetermined | N/A | Undetermined |
| 61.159 | | | |
| offleaseonlynewsletter.com | Undetermined | N/A | Undetermined |
| 61.160 | | | |
| OFFLEASEONLYNOTIFYME.COM | Undetermined | N/A | Undetermined |
| 61.161 | | | |
| OFFLEASEONLYOFCOCONUTCREEK.COM | Undetermined | N/A | Undetermined |
| 61.162 | | | |
| OFFLEASEONLYOFMIAMI.COM | Undetermined | N/A | Undetermined |
| 61.163 | | | |
| OFFLEASEONLYORLANDO.COM | Undetermined | N/A | Undetermined |
| 61.164 | | | |
| offleaseonlypalmbeach.com | Undetermined | N/A | Undetermined |
| 61.165 | | | |
| OFFLEASEONLYPREOWNEDCARS.COM | Undetermined | N/A | Undetermined |
| 61.166 | | | |
| offleaseonly-responders.com | Undetermined | N/A | Undetermined |
| 61.167 | | | |
| offleaseonlyreviews.com | Undetermined | N/A | Undetermined |
| 61.168 | | | |
| OFFLEASEONLYREVIEWS.NET | Undetermined | N/A | Undetermined |
| 61.169 | | | |
| OFFLEASEONLYSERVER.COM | Undetermined | N/A | Undetermined |
| 61.170 | | | |
| OFFLEASEONLYSUCKS.COM | Undetermined | N/A | Undetermined |
| 61.171 | | | |
| OFFLEASEONLYSUX.COM | Undetermined | N/A | Undetermined |
| 61.172 | | | |
| OFFLEASEONLYTAMPA.COM | Undetermined | N/A | Undetermined |
| 61.173 | | | |
| OFFLEASEONLYUSA.COM | Undetermined | N/A | Undetermined |
| 61.174 | | | |
| OFFLEASEONLYUSEDCARS.COM | Undetermined | N/A | Undetermined |
| 61.175 | | | |
| OFFLEASEONLYWESTPALMBEACH.COM | Undetermined | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 61.176 | | | |
| offleasesuvs.com | Undetermined | N/A | Undetermined |
| 61.177 | | | |
| offleaseusedcar.com | Undetermined | N/A | Undetermined |
| 61.178 | | | |
| offleasevan.com | Undetermined | N/A | Undetermined |
| 61.179 | | | |
| offleasevans.com | Undetermined | N/A | Undetermined |
| 61.180 | | | |
| offleasevehiculos.com | Undetermined | N/A | Undetermined |
| 61.181 | | | |
| offleasonlyorlando.com | Undetermined | N/A | Undetermined |
| 61.182 | | | |
| OFFLEAZ.COM | Undetermined | N/A | Undetermined |
| 61.183 | | | |
| OFFLEES.COM | Undetermined | N/A | Undetermined |
| 61.184 | | | |
| OFFLEESE.COM | Undetermined | N/A | Undetermined |
| 61.185 | | | |
| OFFLEESEONLY.COM | Undetermined | N/A | Undetermined |
| 61.186 | | | |
| OFFLEEZE.COM | Undetermined | N/A | Undetermined |
| 61.187 | | | |
| OFFLESSEONLY.COM | Undetermined | N/A | Undetermined |
| 61.188 | | | |
| OFLEEZE.COM | Undetermined | N/A | Undetermined |
| 61.189 | | | |
| oloappsdev.com | Undetermined | N/A | Undetermined |
| 61.190 | | | |
| OLOCARROS.BIZ | Undetermined | N/A | Undetermined |
| 61.191 | | | |
| OLOCARROS.COM | Undetermined | N/A | Undetermined |
| 61.192 | | | |
| OLOCARROS.INFO | Undetermined | N/A | Undetermined |
| 61.193 | | | |
| OLOCARROS.MOBI | Undetermined | N/A | Undetermined |
| 61.194 | | | |
| OLOCARROS.NET | Undetermined | N/A | Undetermined |
| 61.195 | | | |
| OLOCARROS.ORG | Undetermined | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 61.196 | OLOCARROS.US | Undetermined | N/A | Undetermined |
| 61.197 | olocarrosreviews.com | Undetermined | N/A | Undetermined |
| 61.198 | olocarrostestimonios.com | Undetermined | N/A | Undetermined |
| 61.199 | oloexpress.net | Undetermined | N/A | Undetermined |
| 61.200 | oloexpress.org | Undetermined | N/A | Undetermined |
| 61.201 | OLOUSADOSCARROS.COM | Undetermined | N/A | Undetermined |
| 61.202 | onedriven.com | Undetermined | N/A | Undetermined |
| 61.203 | onedriven.net | Undetermined | N/A | Undetermined |
| 61.204 | onedriven.org | Undetermined | N/A | Undetermined |
| 61.205 | ORIGINALOFFLEASE.COM | Undetermined | N/A | Undetermined |
| 61.206 | ORIGINALOFFLEASE.NET | Undetermined | N/A | Undetermined |
| 61.207 | ORIGINALOFFLEASE.ORG | Undetermined | N/A | Undetermined |
| 61.208 | ORIGINALOFFLEASEONLY.COM | Undetermined | N/A | Undetermined |
| 61.209 | ORIGINALOFFLEASEONLY.NET | Undetermined | N/A | Undetermined |
| 61.210 | ORIGINALOFFLEASEONLY.ORG | Undetermined | N/A | Undetermined |
| 61.211 | ORIGINALWINDOWSTICKER.COM | Undetermined | N/A | Undetermined |
| 61.212 | ORIGINALWINDOWSTICKERS.COM | Undetermined | N/A | Undetermined |
| 61.213 | ORLANDOUSEDCARREVIEWS.COM | Undetermined | N/A | Undetermined |
| 61.214 | PREOWNEDCARDEALSSOUTHFLORIDA.COM | Undetermined | N/A | Undetermined |
| 61.215 | pulsis.com | Undetermined | N/A | Undetermined |

61.216
    pulsis.net | Undetermined | N/A | Undetermined

61.217
    pulsis.org | Undetermined | N/A | Undetermined

61.218
    RANGEROVERWINDOWSTICKER.COM | Undetermined | N/A | Undetermined

61.219
    sellmyusedcar.net | Undetermined | N/A | Undetermined

61.220
    sellusedcarforcash.com | Undetermined | N/A | Undetermined

61.221
    sellyourusedcartoday.com | Undetermined | N/A | Undetermined

61.222
    SOUTHFLORIDAUSEDCARREVIEWS.COM | Undetermined | N/A | Undetermined

61.223
    SPACECOASTUSEDCARREVIEWS.COM | Undetermined | N/A | Undetermined

61.224
    squadcar.net | Undetermined | N/A | Undetermined

61.225
    squadcar.org | Undetermined | N/A | Undetermined

61.226
    squadcars.net | Undetermined | N/A | Undetermined

61.227
    suvofflease.com | Undetermined | N/A | Undetermined

61.228
    suvsofflease.com | Undetermined | N/A | Undetermined

61.229
    TAMPAUSEDCARREVIEWS.COM | Undetermined | N/A | Undetermined

61.230
    THENATIONSUSEDCARDESTINATION.COM | Undetermined | N/A | Undetermined

61.231
    thesquadcar.com | Undetermined | N/A | Undetermined

61.232
    thesquadcar.net | Undetermined | N/A | Undetermined

61.233
    thisisdriven.com | Undetermined | N/A | Undetermined

61.234
    TREASURECOASTUSEDCARREVIEWS.COM | Undetermined | N/A | Undetermined

61.235
    uc4l.com | Undetermined | N/A | Undetermined

| 61.236 | | | |
| UFFLEASEONLY.COM | Undetermined | N/A | Undetermined |
| 61.237 | | | |
| USADOSCARROS.MOBI | Undetermined | N/A | Undetermined |
| 61.238 | | | |
| USEDCAR.REVIEW | Undetermined | N/A | Undetermined |
| 61.239 | | | |
| usedcar4less.net | Undetermined | N/A | Undetermined |
| 61.240 | | | |
| usedcar4less.org | Undetermined | N/A | Undetermined |
| 61.241 | | | |
| USEDCARCREDITCO.COM | Undetermined | N/A | Undetermined |
| 61.242 | | | |
| USEDCARCREDITCOMPANY.COM | Undetermined | N/A | Undetermined |
| 61.243 | | | |
| USEDCARCREDITCORP.COM | Undetermined | N/A | Undetermined |
| 61.244 | | | |
| USEDCARCREDITORS.CO | Undetermined | N/A | Undetermined |
| 61.245 | | | |
| USEDCARCREDITORS.COM | Undetermined | N/A | Undetermined |
| 61.246 | | | |
| USEDCARCREDITORS.INFO | Undetermined | N/A | Undetermined |
| 61.247 | | | |
| USEDCARCREDITORS.NET | Undetermined | N/A | Undetermined |
| 61.248 | | | |
| usedcardealer.miami | Undetermined | N/A | Undetermined |
| 61.249 | | | |
| USEDCARDEALER.MOBI | Undetermined | N/A | Undetermined |
| 61.250 | | | |
| usedcardealership.miami | Undetermined | N/A | Undetermined |
| 61.251 | | | |
| USEDCARDEALSSOUTHFLORIDA.COM | Undetermined | N/A | Undetermined |
| 61.252 | | | |
| USEDCARFINANCING.MOBI | Undetermined | N/A | Undetermined |
| 61.253 | | | |
| USEDCARFINANCINGCORP.COM | Undetermined | N/A | Undetermined |
| 61.254 | | | |
| usedcarforless.com | Undetermined | N/A | Undetermined |
| 61.255 | | | |
| usedcarforless.org | Undetermined | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 61.256 | | | |
| USEDCARLOANS.MOBI | Undetermined | N/A | Undetermined |
| 61.257 | | | |
| usedcars4less.com | Undetermined | N/A | Undetermined |
| 61.258 | | | |
| usedcars4less.net | Undetermined | N/A | Undetermined |
| 61.259 | | | |
| usedcars4less.org | Undetermined | N/A | Undetermined |
| 61.260 | | | |
| usedcarsfla.com | Undetermined | N/A | Undetermined |
| 61.261 | | | |
| usedcarsforless.com | Undetermined | N/A | Undetermined |
| 61.262 | | | |
| usedcarsforless.net | Undetermined | N/A | Undetermined |
| 61.263 | | | |
| usedcarsforless.org | Undetermined | N/A | Undetermined |
| 61.264 | | | |
| usedcarsforsale.miami | Undetermined | N/A | Undetermined |
| 61.265 | | | |
| usedcarsforsalefl.com | Undetermined | N/A | Undetermined |
| 61.266 | | | |
| USEDCARSOFFLEASE.COM | Undetermined | N/A | Undetermined |
| 61.267 | | | |
| usedcars-offlease.com | Undetermined | N/A | Undetermined |
| 61.268 | | | |
| USEDCARSOFFLEASE.INFO | Undetermined | N/A | Undetermined |
| 61.269 | | | |
| USEDCARSOFFLEASE.NET | Undetermined | N/A | Undetermined |
| 61.270 | | | |
| usedcarspreowned.com | Undetermined | N/A | Undetermined |
| 61.271 | | | |
| USEDCARSSOUTHFLORIDA.COM | Undetermined | N/A | Undetermined |
| 61.272 | | | |
| USEDCARSTRUCKSANDBOATS.COM | Undetermined | N/A | Undetermined |
| 61.273 | | | |
| vadere.net | Undetermined | N/A | Undetermined |
| 61.274 | | | |
| vanofflease.com | Undetermined | N/A | Undetermined |
| 61.275 | | | |
| vansofflease.com | Undetermined | N/A | Undetermined |

| 61.276 | | | |
|---|---|---|---|
| VEHICLEFINANCING.MOBI | Undetermined | N/A | Undetermined |
| **61.277** | | | |
| vehiculosofflease.com | Undetermined | N/A | Undetermined |
| **61.278** | | | |
| VWWINDOWSTICKER.COM | Undetermined | N/A | Undetermined |
| **61.279** | | | |
| WESTPALMBEACHUSEDCARREVIEWS.COM | Undetermined | N/A | Undetermined |
| **61.280** | | | |
| win20kcar.com | Undetermined | N/A | Undetermined |
| **61.281** | | | |
| WINDOWSTICKERORIGINAL.COM | Undetermined | N/A | Undetermined |
| **61.282** | | | |
| yelp-offleaseonly.com | Undetermined | N/A | Undetermined |
| **61.283** | | | |
| YOLOCARROS.COM | Undetermined | N/A | Undetermined |
| **61.284** | | | |
| youaredrive.com | Undetermined | N/A | Undetermined |

**62. Licenses, franchises, and royalties**

| 62.1 | | | |
|---|---|---|---|
| (VI) Lincense For Independent Dealer In Motor Vehicles (Bradenton) - License #: VI/1130852/7 | Undetermined | N/A | Undetermined |
| **62.2** | | | |
| (VI) Lincense For Independent Dealer In Motor Vehicles (Broward) - License #: VI/1130852/5 | Undetermined | N/A | Undetermined |
| **62.3** | | | |
| (VI) Lincense For Independent Dealer In Motor Vehicles (Congress) - License #: VI/1130852/1 | Undetermined | N/A | Undetermined |
| **62.4** | | | |
| (VI) License For Independent Dealer In Motor Vehicles (Miami Value Lot) - License #: VI/1019260/6 | Undetermined | N/A | Undetermined |
| **62.5** | | | |
| (VI) License For Independent Dealer In Motor Vehicles (Miami) - License #: VI/1130852/2 | Undetermined | N/A | Undetermined |
| **62.6** | | | |
| (VI) License For Independent Dealer In Motor Vehicles (Military Trail) - License #: VI/1130852/3 | Undetermined | N/A | Undetermined |
| **62.7** | | | |
| (VI) License For Independent Dealer In Motor Vehicles (Orlando) - License #: VI/1130852/4 | Undetermined | N/A | Undetermined |
| **62.8** | | | |
| Annual Operating Permit (Industry - 5580 NW 145 St) - License #: 14906-00039 | Undetermined | N/A | Undetermined |
| **62.9** | | | |
| Annual Operating Permit (Storage Occupancies - (5499 NW 145 St) - License #: 20910-00001 | Undetermined | N/A | Undetermined |

| 62.10 | | | |
|---|---|---|---|
| | Auto Repair License - Contact person: Andre Bennett - License #: AR5446 | Undetermined | N/A | Undetermined |

| 62.11 | | | |
|---|---|---|---|
| | Business Tax License - Use and Occupancy Certificate - Retail - License #: 4832 | Undetermined | N/A | Undetermined |

| 62.12 | | | |
|---|---|---|---|
| | Business Tax Receipt - ATM (8443 McCoy Rd) - License #: BUS-0047699 | Undetermined | N/A | Undetermined |

| 62.13 | | | |
|---|---|---|---|
| | Business Tax Receipt - Dealer (8443 McCoy Rd) - License #: BUS-0042354 | Undetermined | N/A | Undetermined |

| 62.14 | | | |
|---|---|---|---|
| | Business Tax Receipt - License #: 12805 | Undetermined | N/A | Undetermined |

| 62.15 | | | |
|---|---|---|---|
| | Business Tax Receipt - Service (8301 McCoy Rd) - License #: BUS-0043805 | Undetermined | N/A | Undetermined |

| 62.16 | | | |
|---|---|---|---|
| | Cerfficate of Occupancy (5499 NW 145 St) - License #: 2014055265 | Undetermined | N/A | Undetermined |

| 62.17 | | | |
|---|---|---|---|
| | Certificate of Completion (Fire Code - Harris County) Location: 23502 Katy FWY - License #: 2201310077-CBB-001 | Undetermined | N/A | Undetermined |

| 62.18 | | | |
|---|---|---|---|
| | Certificate of Occupancy - License #: 201400892 | Undetermined | N/A | Undetermined |

| 62.19 | | | |
|---|---|---|---|
| | Certificate of Use (5499 NW 145 ST) - License #: U2023002690 | Undetermined | N/A | Undetermined |

| 62.20 | | | |
|---|---|---|---|
| | Certificate of Use (8301 McCoy Rd) - License #: COU-1025019 | Undetermined | N/A | Undetermined |

| 62.21 | | | |
|---|---|---|---|
| | Certificate of Use (8443 McCoy Rd) - License #: COU-1086906 | Undetermined | N/A | Undetermined |

| 62.22 | | | |
|---|---|---|---|
| | Commercial Fire Alarm Permit - License #: CI-00044390 | Undetermined | N/A | Undetermined |

| 62.23 | | | |
|---|---|---|---|
| | FL Certificate of Operation Elevator - License #: 103180 | Undetermined | N/A | Undetermined |

| 62.24 | | | |
|---|---|---|---|
| | Hazardous Material Management Facility License - License #: HM-19575-21 | Undetermined | N/A | Undetermined |

| 62.25 | | | |
|---|---|---|---|
| | Industrial Waste 5 (IW5) (5499 NW 145 St) - License #: IW5-020852 | Undetermined | N/A | Undetermined |

| 62.26 | | | |
|---|---|---|---|
| | Industrial Waste 5 (IW5) (5580 NW 145 St) Contact: Chris G. / Tamari - License #: IW5-020852 | Undetermined | N/A | Undetermined |

| 62.27 | Inspection Station Vroom (location: 12002 SW Fwy, Meadows Place, TX) - License #: 2P058307 | Undetermined | N/A | Undetermined |
|---|---|---|---|---|
| 62.28 | Inspection Station Vroom (location: Katy, TX) - License #: Pending | Undetermined | N/A | Undetermined |
| 62.29 | Local Business Tax Receipt - Auto Finance (8443 McCoy Rd) - License #: 3207-1134053 | Undetermined | N/A | Undetermined |
| 62.30 | Local Business Tax Receipt - Auto Parts (8301 McCoy Rd) - License #: 3108-1173662 | Undetermined | N/A | Undetermined |
| 62.31 | Local Business Tax Receipt (Adminstrative Office/1589 S Military Trl) - License #: 201474422 | Undetermined | N/A | Undetermined |
| 62.32 | Local Business Tax Receipt (All Others_Holding Company) - License #: 369-308121 | Undetermined | N/A | Undetermined |
| 62.33 | Local Business Tax Receipt (Auto Dealership) - License #: 332-293385 | Undetermined | N/A | Undetermined |
| 62.34 | Local Business Tax Receipt (Auto Sales/1200 S Congress Ave) - License #: 2017100056 | Undetermined | N/A | Undetermined |
| 62.35 | Local Business Tax Receipt (Auto Sales/1575 S Military Trl) - License #: 201472616 | Undetermined | N/A | Undetermined |
| 62.36 | Local Business Tax Receipt (Auto/Repair) - License #: 322C-324821 | Undetermined | N/A | Undetermined |
| 62.37 | Local Business Tax Receipt (Used Automotive Dealership) - License #: 332-323022 | Undetermined | N/A | Undetermined |
| 62.38 | Local Business Tax Receipt (14499 NW 57 Ave) (State: VI/1019260/6) - License #: 7496059 | Undetermined | N/A | Undetermined |
| 62.39 | Local Business Tax Receipt (5499 NW 145 St) - License #: 7580013 | Undetermined | N/A | Undetermined |
| 62.40 | Local Business Tax Receipt (5499 NW 145 St) (State: MV91082) - License #: 7655651 | Undetermined | N/A | Undetermined |
| 62.41 | Local Business Tax Receipt (5499 NW 145 St) (State: VI/1019260/1) - License #: 7285778 | Undetermined | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 62.42 | Motor Vehicle Dealer (GDN) (location: 23502 Katy Freeway) - License #: P167404 | Undetermined | N/A | Undetermined |
| 62.43 | Motor Vehicle Dealer's Surety Bond - License #: E707576 | Undetermined | N/A | Undetermined |
| 62.44 | Motor Vehicle Repair (5580 NW 145 ST) - License #: MV89659 - WO sent 6/26 | Undetermined | N/A | Undetermined |
| 62.45 | Motor Vehicle Repair Registration (5499 NW 145 St) - License #: MVR65947. | Undetermined | N/A | Undetermined |
| 62.46 | Motor Vehicle Repair Shop Registration (1589 Military Trail) - License #: MV91082 | Undetermined | N/A | Undetermined |
| 62.47 | Motor Vehicle Repair Shop Registration (Bradenton) - License #: MV105907 | Undetermined | N/A | Undetermined |
| 62.48 | Motor Vehicle Repair Shop Registration (Broward) - License #: MV106076 | Undetermined | N/A | Undetermined |
| 62.49 | Motor Vehicle Repair Shop Registration (Orlando) - License #: MV92068 | Undetermined | N/A | Undetermined |
| 62.50 | Motor Vehicle Retail Installment Seller (Bradenton) - License #: MVB9900662 | Undetermined | N/A | Undetermined |
| 62.51 | Motor Vehicle Retail Installment Seller (Broward) - License #: MVB9900476 | Undetermined | N/A | Undetermined |
| 62.52 | Motor Vehicle Retail Installment Seller (Congress) - License #: MV9914545 | Undetermined | N/A | Undetermined |
| 62.53 | Motor Vehicle Retail Installment Seller (Orlando) - License #: MVB9900453 | Undetermined | N/A | Undetermined |
| 62.54 | Operating Permit - (1575 S. Military Trail) - License #: 50-LS04214 | Undetermined | N/A | Undetermined |
| 62.55 | Operating Permit (Nona Business Center LLC - septic) 8301 - License #: 48-QO-01054 | Undetermined | N/A | Undetermined |
| 62.56 | Permit (14499 NW 57 Ave) - License #: 16902-00070 | Undetermined | N/A | Undetermined |
| 62.57 | Renewable Certificate of Use (5449 NW 145 St) - License #: U2021008225 | Undetermined | N/A | Undetermined |

| | | | | |
|---|---|---|---|---|
| 62.58 | Renewable Certificate of Use<br>(5580 NW 145 St) - License #: 2022009552 | Undetermined | N/A | Undetermined |
| 62.59 | Resale Sales Tax Certificate (Bradenton) - License #: 51-8018281000-0 | Undetermined | N/A | Undetermined |
| 62.60 | Resale Sales Tax Certificate (Broward) - License #: 16-8016825863-0 | Undetermined | N/A | Undetermined |
| 62.61 | Resale Sales Tax Certificate (Congress) - License #: 60-8013228545-0 | Undetermined | N/A | Undetermined |
| 62.62 | Resale Sales Tax Certificate (Miami) - License #: 23-8015940685-1 | Undetermined | N/A | Undetermined |
| 62.63 | Resale Sales Tax Certificate (Military Uc4L) - License #: 60-8017011562-1 | Undetermined | N/A | Undetermined |
| 62.64 | Resale Sales Tax Certificate (Orlando) - License #: 58-8016550631-6 | Undetermined | N/A | Undetermined |
| 62.65 | Sales and Use Tax Permit - License #: 3-20834-6942-2 | Undetermined | N/A | Undetermined |
| 62.66 | Waste Tire Permit (5580 NW 145 St) - Contact person for this location<br>Chris Gonzalez - License #: 22770 | Undetermined | N/A | Undetermined |

**63. Customer lists, mailing lists, or other compilations**

| | | | | |
|---|---|---|---|---|
| 63.1 | Customer List | Undetermined | N/A | Undetermined |

**64. Other intangibles, or intellectual property**

| | | | | |
|---|---|---|---|---|
| 64.1 | None | | | $0.00 |

**65. Goodwill**

| | | | | |
|---|---|---|---|---|
| 65.1 | None | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $0.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

                                                                  **Current value of debtor's interest**

**71. Notes receivable**
Description (include name of obligor)

71.1
| None | | | = ➡ | $0.00 |
| | total face amount | doubtful or uncollectible amount | | |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1
| None | Tax year | | $0.00 |

**73. Interests in insurance policies or annuities**

73.1
| None | | $0.00 |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1
Falls Lake Insurance Companies                                    Undetermined

| Nature of Claim | Insurance Claim |
| Amount requested | $41,480.00 |

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1
OLO v. Cajuste, Evelyn                                            Undetermined

| Nature of Claim | Final Judgment |
| Amount requested | $8,550.00 |

75.2
OLO v. Castillo, Chad                                             Undetermined

| Nature of Claim | Final Judgment |
| Amount requested | $2,000.00 |

75.3
OLO v. Cerreta, James                                            Undetermined

| Nature of Claim | Final Judgment |
| Amount requested | $2,000.00 |

75.4
OLO v. Daza Chona, Gladys et al.                                 Undetermined

| Nature of Claim | Final Judgment |
| Amount requested | $2,300.00 |

75.5
OLO v. Diaz Rosado, Carlos                                       Undetermined

| Nature of Claim | Final Judgment |
| Amount requested | Undetermined |

75.6
    OLO v. Elie, Austral                                            Undetermined

Nature of Claim          Final Judgment

Amount requested                          $5,000.00

75.7
    OLO v. Figueroa, Edwin Francisco                               Undetermined

Nature of Claim          Final Judgment

Amount requested                          $4,511.35

75.8
    OLO v. Garcia, Johanna                                         Undetermined

Nature of Claim          Final Judgment

Amount requested                          $4,200.00

75.9
    OLO v. Hernandez, Ernesto                                      Undetermined

Nature of Claim          Final Judgment

Amount requested                          $5,519.00

75.10
    OLO v. Jackson, Rico et al.                                    Undetermined

Nature of Claim          Final Judgment

Amount requested                          $2,572.00

75.11
    OLO v. Jones, Simone                                           Undetermined

Nature of Claim          Final Judgment

Amount requested                          $2,210.10

75.12
    OLO v. Mena, Antonio Rafael                                    Undetermined

Nature of Claim          Final Judgment

Amount requested                          $4,000.00

75.13
    OLO v. Ortiz Lopez, Fernando                                   Undetermined

Nature of Claim          Final Judgment

Amount requested                          $5,000.00

75.14
    OLO v. Rodriguez, Ana                                          Undetermined

Nature of Claim          Final Judgment

Amount requested                          $4,927.00

75.15
    OLO v. Rowe, Christopher                                       Undetermined

Nature of Claim          Final Judgment

Amount requested                          $12,960.00

75.16
        OLO v. Sibori, Adolfo                                              Undetermined

Nature of Claim        Final Judgment

Amount requested                            $2,743.00

75.17
        OLO v. Smith, Tiffany                                             Undetermined

Nature of Claim        Final Judgment

Amount requested                            $$7,524.33

75.18
        OLO v. Scott, Yolanda and Scott, Lawrence                         Undetermined

Nature of Claim        Final Judgment

Amount requested                            $$3,350.78

75.19
        OLO v. Sullivan, Cody                                             Undetermined

Nature of Claim        Final Judgment

Amount requested                            $$2,350.00

75.20
        OLO v. Washington, Kyle                                           Undetermined

Nature of Claim        Final Judgment

Amount requested                            $1,000.00

75.21
        OLO v. Webster, Lonnie                                            Undetermined

Nature of Claim        Final Judgment

Amount requested                            $9,000.00

75.22
        Secured liens for non-performing loans third party lenders reassigned back to Off Lease        Undetermined
        Only LLC

Nature of Claim        Lien claims

Amount requested        Undetermined

**76. Trusts, equitable or future interests in property**

76.1
        None                                                              $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1
        None                                                              $0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $39,710.00 |
| --- |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $19,263,787.13 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $1,196,847.82 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $7,564,341.85 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| **88. Real property. Copy line 56, Part 9.** | ➔ | $0.00 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | $0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | $39,710.00 | |
| **91. Total. Add lines 80 through 90 for each column** 91a. | $28,064,686.80 | 91b. $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.                    $28,064,686.80

☐ **Check if this is an amended filing**

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:** **List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

2.1

Ally Bank & Ally Financial
Attn: Portfolio Management
1735 N. Brown Road, Suite 500
Lawrenceville, GA 30043

**Date debt was incurred?**
10/11/2010

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All of the following described property in which Debtor has or may have any rights, wherever located, whether now existing or hereafter arising or acquired and any and all accessions, additions, attachments, replacements, substitutions, returns, profits, and proceeds in whatever form or type (including but not limited to, insurance proceeds):
All vehicles, including but not limited to those vehicles for which either of the Ally Parties provides financing, and regardless of whether such vehicles are considered inventory or equipment, and all funds provided to or held by either of the Ally Parties, regardless of whether such funds are considered accounts, general intangibles, or otherwise.

**Describe the lien**
Floorplan Agreement - Borrower

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$67,368,932.00        Undetermined

**2.2**

Anderson, Joel
Address Redacted

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
This is the entry of the collateral owner: Joel-Demerrill: Anderson and the debtor Joel, Demmerrill Anderson in the commercial chambers under necessity and the following property account number: 90124155241. Vehicle Description: Black 2017 Hyundai Tucson VIN number: KM8J3CA2XHU327449 USPS Serial Number: 27572762013 is herein liened and claimed at the sum of $1,000,000.00 record owner by the secured party: Joel-Demerrill: Anderson

**Describe the lien**
UCC Lienholder

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined     Undetermined

**2.3**

Cerberus Off Lease Only LLC
Cerberus Capital Management, L.P.
Attn: Scott Wille; Stuart Reisman
875 Third Avenue
14th Floor
New York, NY 10022

**Date debt was incurred?**
8/5/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Substantially all assets other than Ally Bank and Ally Financial's collateral

**Describe the lien**
Promissory Note - Guarantor

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$52,835,616.41     Undetermined

2.4

De Lage Landen Financial Services, Inc.
1110 Old Eagle School Road
Wayne, PA 19087

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All equipment leased or financed by secured party to or for debtor pursuant to secured party's contract number 25543524. Together with all additions, attachments, accessories and substitutions to or for the same, and all proceeds of the foregoing. Lease number 25534524

**Describe the lien**
UCC Lienholder

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined          Undetermined

2.5

De Lage Landen Financial Services, Inc.
1110 Old Eagle School Road
Wayne, PA 19087

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All equipment leased or financed by secured party to or for debtor pursuant to secured party's contract number 25485126. Together with all additions, attachments, accessories and substitutions to or for the same, and all proceeds of the foregoing. Lease number 25485126

**Describe the lien**
UCC Lienholder

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined          Undetermined

2.6

De Lage Landen Financial Services,
Inc.
1110 Old Eagle School Road
Wayne, PA 19087

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All equipment leased or financed by secured party to or for debtor pursuant to secured party's contract number 500-50179009, together with all additions, attachments, accessories and substitutions to or for the same, and all proceeds of the foregoing.
Lease Number 500-50179009

**Describe the lien**
UCC Lienholder

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined                    Undetermined

---

2.7

De Lage Landen Financial Services,
Inc.
1110 Old Eagle School Road
Wayne, PA 19087

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All equipment leased or financed by secured party to or for debtor pursuant to secured party's contract number 500-50224121, together with all additions, attachments, accessories and substitutions to or for the same, and all proceeds of the foregoing.
Lease Number 500-50224121

**Describe the lien**
UCC Lienholder

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined                    Undetermined

2.8

De Lage Landen Financial Services,
Inc.
1110 Old Eagle School Road
Wayne, PA 19087

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**

☐ No

☑ Yes. Specify each creditor, including
this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**
All equipment leased or financed by secured
party to or for debtor pursuant to secured
party's contract number 500-50346274,
together with all additions, attachments,
accessories and substitutions to or for the
same, and all proceeds of the foregoing.
Lease Number 500-50346274

**Describe the lien**
UCC Lienholder

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined

Undetermined

2.9

First-Citizens Bank & Trust Company
10201 Centurion Pkwy N., Suite 100
Jacksonville, FL 32256

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

 No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

This is a True Lease. This UCC-1 Financing Statement is being filed for informational purposes only. All described collateral herein falls within the scope of Article 9 of the Uniform Commercial Code. The collateral also includes all currently existing and future attachments, parts, accessories and add-ons for all of the foregoing equipment, and all products and proceeds thereof. SerialNo ModelNo AC74011701428 BIZ650I AC74011701437 BIZ650I AC74011701072 BIZ650I AC74011701104 BIZ650I ACT9011008407 BIZ4050I ACT9011008392 BIZ4050I ACT9011008626 BIZ4050I ACT9011008631 BIZ4050I ACT9011007631 BIZ4050I ACT9011007613 BIZ4050I ACT9011008404 BIZ4050I

**Describe the lien**

UCC Lienholder

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Undetermined

Undetermined

**2.10**

GreatAmerica Financial Services
Corporation
625 First Street
Cedar Rapids, IA 52401-2030

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Eurovac System and all products, proceeds and attachments

**Describe the lien**
UCC Lienholder

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Undetermined          Undetermined

**2.11**

GreatAmerica Financial Services
Corporation
625 First Street
Cedar Rapids, IA 52401-2030

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
1 - 1Micro KeyMaster 6.0 Base Series 12 - 1Micro KeyMaster 6.0 Drawer
2 - 1Micro KeyMaster 6.0 Sie Cabinet and all products, proceeds and attachments

**Describe the lien**
UCC Lienholder

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Undetermined          Undetermined

2.12

GreatAmerica Financial Services
Corporation
625 First Street
Cedar Rapids, IA 52401-2030

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**

☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**
2 - 1Micro KeyMaster 6.0 Base System 15 -
1Micro KeyMaster 6.0 Drawer
2 - 1Micro KeyMaster 6.0 Sie Cabinet and all
products, proceeds and attachments

**Describe the lien**
UCC Lienholder

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined          Undetermined

2.13

GreatAmerica Financial Services
Corporation
625 First Street
Cedar Rapids, IA 52401-2030

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**

☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**
Various collateral listed on pages 62-64 of the
UCC lien search results

**Describe the lien**
UCC Lienholder

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined          Undetermined

**2.14**

Levono Financial Services
10201 Centurion Pkwy N., Suite 100
Jacksonville, FL 32256

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
See attached exhibit for a full description of the collateral (pages 55-60 of the UCC lien search results)
The collateral also includes all currently existing and future attachments, parts, accessories and add-ons for all of the foregoing equipment, and all products and proceeds thereof. All described collateral herein falls within the scope of Article 9 of the Uniform Commercial Code

**Describe the lien**
UCC Lienholder

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined          Undetermined

**2.15**

Spirit Realty, L.P.
2727 N. Harwood Street
Suite 300
Dallas, TX 75201

**Date debt was incurred?**
3/25/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Certain real property located in Katy, Texas and other assets related thereto

**Describe the lien**
Katy Loan Agreement - Borrower

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,450,000.00          Undetermined

2.16

VAR Resources LLC
2005 Market Street, 14th Floor
Philadelphia, PA 19103

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Apple Macbooks, Power Edge Solution. In addition, the collateral also include all parts, accessories, accessions and attachments thereto, and all replacements, substitutions and exchanges (including trade-ins)

**Describe the lien**
UCC Lienholder

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined          Undetermined

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$133,654,548.41

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---------|-----|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.
If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 Ally Financial Inc. and Ally Bank c/o Sidney Austin LLP Attn: Matthew A. Clemente, Allison Ross Stromberg, Ian C. Ferrell One South Dearborn Chicago, IL 60603 | 2.1 | |
| 3.2 Ally Financial Inc. and Ally Bank c/o Morris James LLP Attn: Eric J. Monzo, Brya M. Keilson 500 Delaware Avenue, Suite 1500 Delaware, DE 19801 | 2.1 | |
| 3.3 Ally Financial 3268 Progress Way Wilmington, OH 45177 | 2.1 | |

☐ **Check if this is an amended filing**

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

2.1

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim: _____    Priority amount: $0.00

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1**

1 Micro Llc
902 S Pine Street
Waconia, MN 55387

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,408.68

**3.2**

1-800 Radiator & A/C Sarasota
1470 Northgate Blvd
Sarasota, FL 34234

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$189.00

**3.3**

360 Intel Llc
135 Hooksett Road
Manchester, NH 03104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,175.00

3.4

700Credit
Po Box 101015
Pasadena, CA 91189-0003

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$39,147.60

---

3.5

A&M Mobile Locksmith
5850 Antoine Dr
Houston, TX 77091

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$520.00

---

3.6

A-1 Express Safe & Lock, Inc
9711 S Mason Rd Ste 125-240
Richmond, TX 77407

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$239.23

---

3.7

A-1 Plus Upholstery & Glass Corp
654 W 84Th Street
Hialeah, FL 33014

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$660.00

3.8

Abc Paging City Beepers
Po Box 941534
Miami, FL 33194

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$116.99

3.9

Abulawi, Hamza
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$60.00

3.10

Accius, Lorry
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$80.00

3.11

Ace Tire Corp
5975 Nw 82Nd Ave
Miami, FL 33166

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,862.60

**3.12**

Acfalle, Jessica Salas
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.13**

Acosta, Jose Antonio
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.14**

Acura of Pembroke Pines
1841 N State Road 7
Hollywood, FL 33021

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $124.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.15**

Advance Auto Parts
Po Box 742063
Atlanta, GA 30374-2063

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9,093.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.16

Advance Tire Wholesale
11240 Nw 122Nd St
Miami, FL 33178

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,944.45

3.17

Advent Health Centra Care
2600 Westhall Lane Box 300
Maitland, FL 32751

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$65.00

3.18

Affordable Auto + Truck Glass, Inc.
6755 Parkinsonia Drive
Miami, FL 33014

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,458.00

3.19

Ahad, Abdul
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$50.00

### 3.20

Aircomo-Air Compressor & Motor
800 Me 3Rd Street
Boynton Beach, FL 33435

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,184.07

### 3.21

Airport Chrysler Dodge Jeep Ram
2925 Mall Hill Dr
Lakeland, FL 33810

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,496.30

### 3.22

Al Hendrickson Toyota
5201 W Sample Rd
Coconut Creek, FL 33073-3410

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$314.08

### 3.23

Aleman, Laura Marie
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$175.00

**3.24**

Alessi, Valentina
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $185.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.25**

Alexander, Benjamin Louis
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $140.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.26**

Alfred T Deluca
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $385.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.27**

All Around Plumbing Llc
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $9.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.28**

All In Games Llc
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $38.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.29**

Allen, Jacquesha Jerovnique
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                     $132.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.30**

Alloy Wheel Repair Specialists
3100 Medlock Bridge Rd Ste 305
Peachtree Corners, GA 30071-1439

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                     $135.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.31**

Alpine Performance Inc.
209 N Dixie Hwy
Hallandale Beach, FL 33009

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $1,165.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.32

Alvarez, Tatiana Marie
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.00

3.33

American Credit Acceptance
Po Box 744779
Atlanta, GA 30374

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,700.00

3.34

American Muffler Inc
2780A N State Road 7
Lauderdale Lakes, FL 33313

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$300.00

3.35

Anair, George Francis
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$50.00

3.36

Andy'S Supply Inc
1074 Nw 97 Ave
Plantation, FL 33322

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $537.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.37

Angel'S Miami Towing Services Inc
1665 W 65 St
Hialeah, FL 33012

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $7,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.38

Apollo Automotive Services Llc
802 Brickstone Ct
Spring, TX 77386

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $1,330.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.39

Arch-Con Corporation
190 Tc Jester Blvd - Ste 200
Houston, TX 77007

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $154,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.40

Arias, Eduardo Antonio
Address on File

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**                                   $130.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.41

Ariyasinghe, Wickremasinghe
Address on File

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**                                   $244.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.42

Armas, Lorri Danielle
Address on File

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**                                   $175.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.43

Arrant Services Llc
Address on File

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**                                   $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

3.44

Arrigo Dodge Chrysler Jeep Ram
4201 Fowler Street
Fort Myers, FL 33901

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $672.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.45

Arrigo West Palm Beach Fiat
4201 Fowler Street
Fort Myers, FL 33901

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $594.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.46

Asad, Zenia Isabel
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $130.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.47

Ashley, Yvette
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $80.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.48**

Assadi, Khosrow
Address on File

**Date or dates debt was incurred**

| As of the petition filing date, the claim is: | $175.00 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.49**

Asti v. Off Lease Only LLC
C/O Morgan & Morgan Attn: James Henson, Esq.
PO Box 622289
Orlando, FL 32862

**Date or dates debt was incurred**

| As of the petition filing date, the claim is: | Undetermined |

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.50**

At&T
Po Box 5019
Carol Stream, IL 60197

**Date or dates debt was incurred**

| As of the petition filing date, the claim is: | $5,169.13 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.51**

Audi Coral Springs
5555 N State Rd 7
Coral Springs, FL 33076

**Date or dates debt was incurred**

| As of the petition filing date, the claim is: | $369.99 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.52**

Audi Pembroke Pines
17800 Se Mill Plain Blvd Suite 190
Vancouver, WA 98683

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,912.86

**3.53**

Audi West Palm Beach
2101 Okeechobee Blvd
West Palm Beach, FL 33409

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$510.70

**3.54**

Auto Key Connection Inc.
1379 Saddleridge Dr
Orlando, FL 32835

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$535.00

**3.55**

Auto Leather Repair, Llc
11197 Model Circle West
Boca Raton, FL 33428

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,800.00

**3.56**

Auto Zone Stores Llc
Po Box 116067
Atlanta, GA 30368

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $845.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.57**

Autoexact,Inc
Po Box 8
Odessa, FL 33556

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $7,592.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.58**

Autonation
Po Box 731674
Dallas, TX 75373-1674

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $8,952.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.59**

Autonation Shared Service Center (5313197)
Po Box 731674
Dallas, TX 75373-1674

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,300.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.60**

Autotrader.Com Inc
Po Box 932207
Atlanta, GA 31193-2207

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $14,920.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.61**

Autozone Inc
Po Box 116067
Atlanta, GA 30368-6067

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $70,821.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.62**

Aviles-Vasquez, Byron
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.63**

Axiom Product Administration
1 Progress Point Parkway
O'Fallon, MO 63368

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $63,753.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.64

B & C Electronics Llc
4606 Fenham Lance
Humble, TX 77338

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5,345.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.65

Balmaceda, Marco A
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.66

Banks, Keyanna Leann
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.67

Barash, Paul Eric
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.68

Barbosa, Princesa A
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.69

Barnes, Pamala Denise
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $175.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.70

Barnes, Tiffany Janeane
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.71

Barr, Herman Anthony
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $35.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.72

Barron'S Wholesale Tire
1302 Eastport Rd
Jacksonville, FL 32218-2218

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,112.78

3.73

Bateman v Off Lease Only LLC
C/O Cremeens Law Group PLLC
Attn: Patrick Cremeens
5100 W Kennedy Boulevard
Suite 270
Tampa, FL 33609

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.74

Beard, Yolanda
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$103.00

3.75

Beauchamp, Adrianys
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$92.05

**3.76**

Beekman Company Llc
1410 Fm 2855 Rd
Katy, TX 77493

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $298.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.77**

Bell, Rodney Charles
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.78**

Benigno, Benjamin Daniel
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $10.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.79**

Bermudez-Santiago, Ruben
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.80

Bernal Alvarado, Julio Roberto
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$125.00

3.81

Beuses Gutierrez, Grecia Andrea
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$40.00

3.82

Billy Donnell Allen v. Bjorn Sean Wayne Nunes, and Off Lease Only LLC
C/O Morgan & Morgan
Attn: Rabab Kiziltan
8151 Peters Road, 4th floor
Plantation, FL 33324

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.83

Blieve Media, Llc
5251 Jamboree Place
Margate, FL 33063

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

3.84

Bmw Of Tampa
109 E Fowler Ave
Tampa, FL 33612

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$373.34

3.85

Bonilla, Elvis
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$50.00

3.86

Bottoms, Erik Oneal
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$100.00

3.87

Bounteous, Inc
2100 Manchester Rd Ste 1750
Wheaton, IL 60187

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,703.59

3.88

Boutin, Michael John
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$52.35

3.89

Braman Honda
5200 Lake Worth Rd
Greenacres, FL

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,177.15

3.90

Braman Motorcars Pb
2901 Okeechobee Blvd
West Palm Beach, FL 33409

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$745.14

3.91

Brandon Ford
9090 Adamo Drive
Tampa, FL 33619

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,275.42

3.92

Brinn, Sarah Elizabeth
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.93

Broward County Fence Llc
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $55.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.94

Brown, Christopher Michael
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $107.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.95

Bumper Man, Inc
1432 Airport Blvd
Mesquite, TX 75181-1339

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                  $1,005.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.96**

Burg, Megan Rose
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $46.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.97**

Business Talent Group, Llc
Po Box 7410898
Chicago, IL 60674-0898

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $97,275.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.98**

C&S Calibration And Repair Llc
15057 Key Lime Blvd
Loxahatchee, FL 33470

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9,095.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.99**

C-4 Analytics, Llc
701 Edgewater Drive Ste 400
Wakefield, MA 01880

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9,870.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.100

Ca Wholesale Corp
2500 W 6Th Ave
Hialeah, FL 33010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,454.44

3.101

Cabral, Stacy Lorena
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$45.00

3.102

Camargo, Claudia Maria
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$40.00

3.103

Canales, Vannessa
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$75.00

3.104

Carfax Inc
16630 Collection Center Drive
Chicago, IL 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$56,988.04

3.105

Carl Black
11500 E Colonial Drive
Orlando, FL 32817

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,008.31

3.106

Carlos M Towing Inc
Po Box 6582
West Palm Beach, FL 33405

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,090.00

3.107

Carly Stapleton
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,057.50

3.108

Carquest Auto Parts Store
Po Box 404875
Atlanta, GA 30384

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $712.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.109

Carrero Soto, Abismael
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $60.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.110

Cars.Com
Po Box 857786
Minneapolis, MN 55485-7786

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $36,787.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.111

Castaner, Guillermo Lewis
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.112

Castilleja, Cheri Lynn
Address on File

**Date or dates debt was incurred**

---

---

**As of the petition filing date, the claim is:**                $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.113

Castillo Cano, Erick Francisco
Address on File

**Date or dates debt was incurred**

---

---

**As of the petition filing date, the claim is:**                $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.114

Cayer, Kelly Ann
Address on File

**Date or dates debt was incurred**

---

---

**As of the petition filing date, the claim is:**                $415.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.115

Centeno Viana, Ileana Renee
Address on File

**Date or dates debt was incurred**

---

---

**As of the petition filing date, the claim is:**                $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.116

Centurylink
Po Box 52187
Phoenix, AZ 85072-2187

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $23,150.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.117

Cerberus Operations And Advisory Company
875 Third Avenue 14Th Floor
New York, NY 10022

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $555,763.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.118

Cerberus Technology Solutions
875 Third Avenue 14Th Floor
New York, NY 10022

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $2,936,615.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.119

Cf Advisory
4521 Pga Blvd #106
Palm Beach Gardens, FL 33418

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $43,850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.120**

Chance, Deanna Lee
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                  $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121**

Chariscar v. Off Lease Only LLC
C/O Debt Shield Law
Attn: Joel D. Lucoff
3440 Hollywood Blvd. Suite 415
Hollywood, FL 33021

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122**

Chavers, Sabrina Anne
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $80.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123**

Checkr
1 Montgomery Street Suite 2400
San Francisco, CA 94104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                $1,092.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.124

Cherestal, Dimitry Hans
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$150.00

3.125

Chrome Data
Po Box 7410265
Chicago, IL 60674

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,750.00

3.126

Cintas Corp
Po Box 630910
Cincinnati, OH 45263-0910

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,337.64

3.127

City Auto Glass
Po Box 629
South St. Paul, MN 55075

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$979.00

3.128

City Kia Of Greater Orlando
9550 S Orange Blossom Trail
Orlando, FL 32837

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$355.10

3.129

City Of North Lauderdale
Po Box 152546
Cape Coral, FL 33915-2546

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,167.75

3.130

Clark, Christie Lynn
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.51

3.131

Classic Norman & Company Inc
The Classic Building
13401 McCormick Drive
Tampa, FL 33626

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$77,396.67

**3.132**

Clean World Recycling Corp.
249 Perry Ave
Greenacres, FL 33463

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.133**

Clear Channel Outdoor
Po Box 402379
Atlanta, GA 30384-2379

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                  $5,940.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.134**

Clearcompany Llc
Po Box 936918
Atlanta, GA 31193-6918

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                 $37,182.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.135**

Clifton, Brandy Leeann
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.136

Cloud Grid Networks
12820 Sw 132 Terrace
Miami, FL 33186

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $640.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.137

Cloud, Erika Desiree
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.138

Coello, Hortencia Duenas
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.139

Coffee Time Services
Po Box 5303
Sarasota, FL 34277

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,064.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.140

Cohn, Lloyd David
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.141

Comfort House Inc
2450 Titan Row
Orlando, FL 32809

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $531.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.142

Compean, Beatrice
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.143

Complynet Chicago
422 Beecher Road
Gahanna, OH 43230

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $3,360.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.144**

Conn, Joseph Howard
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.145**

Consolidated Communications
Po Box 66523
Saint Louis, MO 63166

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $949.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.146**

Converge Resources, Inc
24210 Campione Ct
Richmond, TX 77406

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $6,336.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.147**

Converti De La Pena, Miguel A
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $50.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.148

Cooper, Mary Kate Priscilla
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $18.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.149

Copeland, Ana Maria Teresa
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.150

Coral Springs Automall
9330 W Atlantic Blvd
Coral Springs, FL 33071

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $1,560.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.151

Costello, Christopher
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $130.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.152

Cox Auto Corporate Service Llc
Po Box 935634
Atlanta, GA 31193-5634

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,938.96

3.153

Criteo Corp
Po Box 392422
Pittsburgh, PA 15251-9422

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$35.08

3.154

Cruz Vazquez, Abdiel
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$200.00

3.155

Cruz, Kenneth Ernesto
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$50.00

3.156

Daddy'S Pest Solutions Inc
9129 Affirmed Lane
Boca Raton, FL 33496

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.157

Damiani, George Alberto
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $20.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.158

Dave R Hill Inc
Po Box 5893
Lake Worth, FL 33466

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,390.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.159

Davis, Sean Ross
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $175.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.160

Dc Wrecker
11218 S Kolbe Dr
Cypress, TX 77429

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,639.75

---

3.161

De Lage Landen Financial Services, Inc.
Po Box 41602
Philadelphia, PA 19101-1602

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$47,281.42

---

3.162

Dealer Assist Now Llc
1501 Cree Ct
Plattsmounth, NE 68048-4211

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,540.00

---

3.163

Dealer Socket
Po Box 843876
Los Angeles, CA 90084-3876

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$35,918.58

3.164

Deaquino Iii, Nicholas
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.165

Debevoise & Plimpton Llp
919 Third Avenue
New York, NY 10022

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $17,122.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.166

Del Carpio Morales, Maria D
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.167

Delgado, Edgard Horacio
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                             $175.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.168**

Denson Jr, Demetrius Burnell
Address on File

**Date or dates debt was incurred**

_____

_____

As of the petition filing date, the claim is:                                    $50.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.169**

Dent Wizard
Po Box 7410241
Chicago 60674-0241

**Date or dates debt was incurred**

_____

_____

As of the petition filing date, the claim is:                                $542,751.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.170**

Deslien, Tatchiana
Address on File

**Date or dates debt was incurred**

_____

_____

As of the petition filing date, the claim is:                                   $150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.171**

Diamond Towing And Transportation, Inc.
6278 N Federal Hwy
Ft.Lauderdale, FL 33308

**Date or dates debt was incurred**

_____

_____

As of the petition filing date, the claim is:                                   $695.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.172

Diaz, Steve Curtis
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$60.00

3.173

Do, Hung
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.00

3.174

Dominski, Lech Marek
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

3.175

Duenas, Mateo
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

3.176

Dunbar, Sonya Kesha
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.177

Dyckman Auto Service,Inc
5451 Ne 159Th Street
Miami, FL 33014

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,582.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.178

E.A.S. Industries, Inc
3000 Nw 59Th St
Ft. Lauderdale, FL 33309

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $144.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.179

East Coast Amusement Llc
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.180

Echarri Mata, Joinner A
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

3.181

Ecook Consulting, Llc
4201 Vinkemulder Rd
Coconut Creek, FL 33073

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$670.50

3.182

Erazo, Ruben
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

3.183

Espinoza Guadamuz, Joselyn V
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

3.184

Estremera, Sabian Samuel
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $53.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.185

Evans, Andre
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $110.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.186

Experian
Po Box 881971
Los Angeles, CA 90088-1971

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,954.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.187

Express Portable Service
125 Fernwood Cres
Royal Palm Beach, FL 33411

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $278.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.188**

Farfan Carbonell, Aldo G
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $242.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.189**

Fast Tech Auto Glass Llc
19023 Appletree Hill Lane
Houston, TX 77084

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,346.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.190**

Fastsigns
2001 10Th Ave N
Lake Worth, FL 33461

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,281.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.191**

Favaro, Talita
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $277.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.192

Fedex
Po Box 660481
Dallas, TX 75266-0481

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$558.25

3.193

Fenix Parts Inc
12270 New King Rd
Jacksonville, FL 32219

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,275.00

3.194

Fernandez, Henry
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$100.00

3.195

Fields Bmw
350 S Lake Destiny Drive
Orlando, FL 32810

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,312.48

3.196

Figueroa Rodriguez, Ana Doris
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $15.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.197

Figueroa, Marcus Anthony
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $10.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.198

Finance product cancellations (Customer or finance institutions)
Various
Various, Various Various

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $972,121.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.199

Fladco
Po Box 947609
Atlanta, GA 30394-7609

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,558.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.200

Fletcher, Melissa Christine
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $42.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.201

Fleurant, Jersy
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.202

Florida Engineering & Development Corp.
12076 Nw 98Th Ave
Hialeah Gardens, FL 33018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $159,988.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.203

Florida Sound & Protection
16035 Nw 57 Ave
Miami Gardens, FL 33014

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $759.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.204

Fonseca Jr, Joe
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.205

Fontaine v. Off Lease Only LLC
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**              Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.206

Ford, Gerald Thomas
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                   $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.207

Fountain Auto Mall
8701 S Orange Blossom Trail
Orlando, FL

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                   $399.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.208

Fpl
General Mail Facility
Miami, FL 33188

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,008.17

3.209

Frias Guzman, Ramona Mercedes
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$110.00

3.210

Fuentes Forero, Luz O
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$330.00

3.211

Fusco, Jonathan M
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$24.50

3.212

Gagnon Sr, Matthew Travis
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.213

Gallant, Benjamin Aaron
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $130.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.214

Gamiz, Justin Aaron
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $60.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.215

Garza, Tiffani Ann
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.216

Gator Towing
154 Ave E - Unit A502
Bayonne, NJ 07002

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,575.00

3.217

Geiger, Cameron Alexander
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$250.00

3.218

Gettel Ocala (Bmw Of Ocala)
5959 E State Road 64
Bradenton, FL 32408

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,402.64

3.219

Gierisch Iii, Johnny William
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$50.00

3.220

Gilbert, Lauren Marie
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.221

Gilman, Thomas F
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $83,333.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.222

Giraldo, Maria E
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $370.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.223

Glenn, Brandon Levi
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.224

Gold Coast Technologies
2701 W Mcnab Road
Pompano Beach, FL 33069

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $844.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.225

Golovach, Evgeniya Vasilievna
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $23.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.226

Gomez Trucking Service Llc
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $175.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.227

Gonsalves Jr, Jose Samuel
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.228

Gonzales, Nicholas Edward
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $175.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.229

Gonzalez Jr, Alejandro
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $65.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.230

Gonzalez, Esteban
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.231

Gonzalez, Lynn Diane
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $175.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.232

Gonzalez, Maria Flor
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.233

Google
Po Box 883654
Los Angeles, CA 90088-3654

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $582,597.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.234

Gordillo, Victor Washington
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.235

Gordon, Mallory Marie
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.236**

Granello, Victor Leon
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $27.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.237**

Grant, Dara Diane
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $60.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.238**

Grant, Shawna Kay Sasha Gay
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $110.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.239**

Graves, Jordan B
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $175.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.240

Greatamerica Financial Services Corporation
Po Box 660831
Dallas, TX 75266-0831

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $11,139.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Mortgage Interest

**Is the claim subject to offset?**
☑ No

☐ Yes

3.241

Greater Horizons Academy Of Excellance Llc
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                             $155.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.242

Greenacres Nissan
5353 Lake Worth Rd
Lake Worth, FL 33463

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                             $748.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.243

Greene, Laurie Helen
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                             $130.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.244

Greenway Chrysler Jeep Dodge Inc
520 N Semoran Blvd Suite 100
Orlando, FL 32807

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $8,523.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.245

Greenway Fiat Of East Orlando
520 N Semoran Blvd Ste 100
Orlando, FL 32807

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $1,052.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.246

Greenway Kia East
8701 E Colonial Dr
Orlando, FL 32817

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $727.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.247

Greenway Orlando Hyundai
4110 W Colonial Dr
Orlando, FL 32808

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $1,000.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.248

Grieco Chevrolet Ft Lauderdale Llc
1300 N Federal Hwy
Fort Lauderdale, FL 33304

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,868.45

3.249

Guerra, Angelica
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$200.00

3.250

Gunster
777 S Flagler Drive Ste 500E
West Palm Beach, FL 33401

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,043.50

3.251

Gutierrez Quintero, Giovanny E
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$75.00

3.252

Gutierrez, Kiana L
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$79.51

3.253

Gutierrez, Luz I
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$75.00

3.254

Hackett, Zacheus Javon
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$175.00

3.255

Hand, Brett Jackson
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$270.00

3.256

Harrington, Christine Lynn
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.257

Harris, Jacqueline D
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $175.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.258

Harrison Holmes, Nataya U
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.259

Haywood Ii, Mychael Thomas
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.260**

Health Equity
15 W Scenic Pointe Dr
Draper, UT 84020

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $42.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.261**

Heimmermann, Natalie Necole
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.262**

Heisig, Kenneth Brian
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $114.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.263**

Helfman Dodge Chrysler Jeep Ram Fiat
7720 Katy Freeway
Houston, TX 77024

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $4,771.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.264**

Helfman Ford
12220 Southwest Fwy
Stafford 77477

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $25.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.265**

Herrera, Danielle Renee
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.266**

Hesselbein Tire Southwest
7301 Security Way Ste 100
Jersey Village, TX 77040

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $496.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.267**

Hicks, Raymond v. Off Lease Only LLC
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.268

Hiya, Inc
110 Union Street Suite 500
Seattle, WA 98101

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,190.15

3.269

Hoffer, Steve Roy
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$50.00

3.270

Homenet Automotive
Po Box 935242
Atlanta, GA 31193-5242

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,776.93

3.271

Honda Cars Of Katy
150 N Bartlett St
Medford, OR 97501

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$907.62

3.272

Howard, Eddie Angel
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

3.273

Howes Recovery LLC
PO Box 984
Largo, FL 33799

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

3.274

Ibm Corp
1 North Castle Drive
Armonk, NY 10504

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$38,931.48

3.275

Ie Smart Systems Llc
23219 W Hardy Rd
Spring, TX 77373

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,056.68

3.276

Iheart Media
Po Box 406372
Atlanta, GA 30384-6372

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $8,037.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.277

Ingrando, Stephanie Lee
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $40.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.278

Interamerican Motor Llc (Florida)
535 Tennis Court Lane
San Bernadino, CA 92408

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $12,696.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.279

Interamerican Motor Llc (Texas)
535 Tennis Court Lane
San Bernadino, CA 92408

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $520.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.280**

Irby v. Off Lease Only LLC
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined

**3.281**

Iron Mountain Inc
Po Box 27128
New York, NY 10087-7128

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$299.94

**3.282**

Isom, Jordan Malik
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$60.00

**3.283**

J & L Auto Electric
13290 Nw 43 Ave
Opa-Locka, FL 33054

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$14,371.80

3.284

Jaguar Land Rover South Orlando
9600 S Orange Blossom Trail
Orlando, FL 32837

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,329.93

3.285

Jaguar Palm Beach
915 S Dixie Hwy
West Palm Beach, FL 33401

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$654.41

3.286

Jared Rowe
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$83,333.33

3.287

Jones, Brandon Jamal
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$39.07

3.288

Jones, James Russell
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.289

Joseph, Shline
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $67.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.290

Jp Morgan Chase Ally Risk Services
Po Box 975670
Dallas, TX 75397-5670

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $5,135.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.291

Kagan, Veniamin v. Off Lease Only LLC
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.292

Kamal, Mohamed Amine
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $60.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.293

Kanelidis, Theodore
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.294

Keen, Kevin v. Off Lease Only LLC
C/O Remer & Georges-Pierre, PLLC
Attn: Peter M. Hoogerwoerd
44 West Flagler Street, Suite 2200
Miami, FL 33130

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.295

Keith, Clyde Nathanel
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $130.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.296

Kelly, Khamali George
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.297

Kerr, Curtis A
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $80.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.298

Key Mobile Inc
19501 W Country Club Dr
Aventura, FL 33180

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $5,075.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.299

Keystone -Orl
Po Box 741668
Atlanta, GA 30374-1668

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $1,174.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.300

Keystone -South
Po Box 741668
Atlanta, GA 30374-1668

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$676.15

3.301

Kinght-Cammack, Nancy Kay
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$273.71

3.302

King'S Body Shop 2
1201 N 21St Ave
Hollywood, FL 33020

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,587.11

3.303

Kishel Ii, Timothy Allen
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$50.00

3.304

Kloppe v. Off Lease Only
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.305

Konica Minolta Business Solutions Usa, Inc
21146 Network Place
Chicago, IL 60673-1211

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,859.33

3.306

Kraus, Liberty Ann
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$250.00

3.307

Ksi Trading Corp
100-A Wade Ave
South Plainfield, NJ 07080

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,470.00

**3.308**

Lahman, Douglas Robert
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$31.32

**3.309**

Lakeland Automall
1430 W Memorial Blvd
Lakeland, FL 33815

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,436.47

**3.310**

Larsen Landscaping Llc
5816 Hampton Hills Blvd
Tamarac, FL 33321

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,350.00

**3.311**

Lauderdale Bmw Of Fort Lauderdale
2601 S Andrews Ave
Fort Lauderdale, FL 33316

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$811.66

**3.312**

Lawrence, Justin Kenneth
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $5.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.313**

Leach, Daniel Forrest
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.314**

Leaf Capital Funding Llc
Po Box 5066
Hartford, CT 06102

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $1,939.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.315**

Ledra, Mohammed
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $62.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.316

Lee, Jerry Dedge
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $15.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.317

Leguizamon, Anahi Maira
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $80.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.318

Leon De Orta, Cindy
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.319

Lexisnexis Risk Data Management
28330 Network Place
Chicago, IL 60673-1283

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $437.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.320

Lexus Of Pembroke Pines
16150 Pines Blvd
Pembroke Pines, FL 33027

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $524.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.321

Li, Bo
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $370.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.322

Lift Stations R Us
5761 Nw 37Th Ave Bldg 101
Miami, FL 33142

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.323

Lilly, Ninive Mariel
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.324**

Limon, Rudolph
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $11.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.325**

Lkq
7298 Waelti Drive
Melbourne, FL 32940

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $14,231.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.326**

Lkq Crystal River
4950 West Norvell Bryant Highway
Crystal River, FL 34429

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $3,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.327**

Lombana, Armando Tapanes
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.328

Losani, Christopher Louis
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.329

Losey, Ronald Bennett
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.330

Lou Bachrodt Coconut Creek
5400 N St Rd 7
Coconut Creek, FL 33073

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,127.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.331

Lovera, Ariel
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.332**

Luna Delgado, Luis David
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $60.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.333**

Lyons, Kelly Anne
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $94.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.334**

M&E HOLDINGS
1740 Overseas Highway
Marathon, FL 33050

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $32,233.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.335**

Mac Haik Chevrolet
11711 Katy Fwy
Houston, TX 77079

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $956.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.336

Mac Haik Ford Ltd
10333 Katy Freeway
Houston 77024

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $966.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.337

Mackemer, Annalise Nicole
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.338

Macklin, Shawn Harrison
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $77.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.339

Macmurray & Shuster Llp
6525 West Campus Oval Suite 210
New Albany, OH 43054

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $865.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.340

Madison, David Lee
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.341

Magalhaes, Flavia Cardozo
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.342

Maimoni, Yoram
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $30.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.343

Manasota-Solve, Inc.
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.344

Manatee County Utilities Department
Po Box 25350
Bradenton, FL 34206-5350

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,327.27

3.345

Manheim Transportation
600 Sansbury's Way
West Palm Beach, FL 33411

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,320.39

3.346

Mann, Donald Joel
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.00

3.347

Maravilla Santos, Anthony
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$63.15

3.348

Mariscal Conde, Jennifer E
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$90.00

3.349

Maritech Systems, Inc.
2114 N Flamingo Road #1146
Pembroke Pines, FL 33028

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,191.04

3.350

Maroone Chevrolet
2235 Okeechobee Blvd
West Palm Beach, FL 33409

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$652.19

3.351

Marquez, Yanandri
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.00

**3.352**

Martin Iii, Earnest
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$193.00

**3.353**

Martin, Alissa Marie
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.00

**3.354**

Martinez, Bobby Wade
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$30.00

**3.355**

Martinez, Norma
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$88.39

3.356

Martinez, Omar Fabian
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.357

Mavis Tire Supply Llc
358 Saw Mill River Rd
Millwood, NY 10546

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $3,137.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.358

Mazda Of North Miami
20700 Nw 2Nd Ave
Miami, FL 33169

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $494.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.359

Mc Kenzie, Fritz Albert
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $130.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.360

Mccurry, Monique Shanta
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $175.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.361

Mcelrath, Vicky R
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.362

Mcklemurry, Rachel Joy
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $175.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.363

Md Now Medical Center
2007 Palm Beach Lakes Blvd
West Palm Beach, FL 33409

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.364

Mechanic, David M
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $100.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.365

Megawattage Llc
850 Sw 21St Treeace
Fort Lauderdale, FL 33312

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,523.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.366

Meier, Joseph Alfred
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.367

Meinhardt, Christopher
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $175.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.368

Mercedes-Benz Of Cutler Bay
10701 Sw 211Th Street
Cutler Bay, FL 33189

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $999.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.369

Mercedes-Benz Of South Orlando
4301 Millenia Blvd
Orlando, FL 32839

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $7,100.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.370

Metro Ford
9000 Nw 7Th Avenue
Miami, FL 33150

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,756.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.371

Miami Lakes Automall
16600 Nw 57Th Ave
Miami Lakes, FL 33014

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,399.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.372

Miami Prestige Body Shop Corp
12525 Sw 130Th St
Miami, FL 33186

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $31,635.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.373

Microsoft Corporation
One Microsoft Way
Redmond 98052

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $27,206.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.374

Microsoft Online, Inc
Po Box 847543
Dallas, TX 75284-7543

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $21,420.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.375

Miser, Nathan Wayne
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $205.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.376

Mkb Cleaning Services Llc
10805 Nw 55Th Street
Coral Springs, FL 33076

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $38,049.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.377

Mobile Truck Shop
509 S Chickasaw Trail
Orlando, FL 32825

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4,565.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.378

Molinedo Garcia, Roberto
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $52.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.379

Montes Santana, Jose Antonio
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $50.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.380

Mustol, Anna Marie
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$20.00

3.381

Napleton'S Hyundai
2301 Okeechobee Blvd
West Palm Beach, FL 33409

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,513.94

3.382

National Tire Wholesale
Po Box 205535
Dallas, TX 75320-5535

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$590.24

3.383

New Image Youth Center In
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$150.00

3.384

Nguyen, Elizabeth Thanh
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$30.00

3.385

Nguyen, Quoc Vuong
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$175.00

3.386

Noguera, Deivy Miguel
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.00

3.387

Northside Imports, Inc.
370-380 West 7Th Rd
Hialeah, FL 33014

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,148.95

3.388

Notarize Inc
Po Box 22213
New York, NY 10087-2213

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,460.50

---

3.389

Nozzle Nolen Inc
3975 Coconut Road
Lake Worth, FL 33461

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$121.00

---

3.390

Nudell Architects
30403 West 13 Mile Road
Farmington Hills, MI 48334

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,750.00

---

3.391

Nwan Inc
8370 Dow Circle Suite 100
Strongsville, OH 44136

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$30,438.00

3.392

Obrien, Jack Alan
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $35.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.393

Ocean Detailing Usa Management
3112 Jupiter Park Circle
Jupiter, FL 33458

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $454,568.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.394

Odam Jr, Frankie R
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.395

Off Lease Only LLC v. 1195 S. Congress Avenue LLC
C/O REYNOLDS & REYNOLDS
Attn: Raymond M. Masciarella II
120 S. Olive Ave., Suite 600
West Palm Beach, FL 33401

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.396

Off Lease Only Parent LLC
1200 S. Congress Ave.
Palm Springs, FL 33406

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $46,565,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.397

Okonji, Amechi Chukwudubem
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                             $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.398

Oliveira Andrade, Marcos E
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $2.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.399

Olson, Courtney Rose
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                            $125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.400

Onuoha, Catherine
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.401

Opato, Eishad Ishmael
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $97.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.402

Opstructure LLC
237 Spanish Oak Trl
Longwood, FL 32779

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $12,759.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.403

Orange County Utilities
Po Box 628068
Orlando, FL 32862-8068

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $909.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.404

Ordotransport Llc
9819 Fl-7
Boynton Beach, FL 33472

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$800.00

---

3.405

O'Reilly Auto Parts
Po Box 9464
Springfield, MO 65801-9464

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$79.38

---

3.406

Orlando Infiniti
4237 Millenia Blvd
Orlando, FL 32839

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$500.30

---

3.407

Orlando Volkswagen South
5474 S Orange Blossom Trl
Orlando, FL 32839-2706

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$212.74

**3.408**

Ortega, Nilo
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.409**

Ortiz Rivera, Edgardo
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.410**

Osi (Lots)
1900 Firman Drive
Richardson, TX 75081

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $310,870.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.411**

Outfront Media
185 Us Hwy 46
Fairfield, NJ 07004

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $58,605.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.412

Palacios Sanabria, Allan S
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $5.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.413

Palm Beach County Water Utilities Dept
Po Box 24740
West Palm Beach, FL 33416-4740

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                 $1,002.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.414

Palm Beach Mitsubishi
2700 S Australian Ave
West Palm Beach, FL 33406

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                   $710.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.415

Palm Beach Muffler & Brake Werks
714 Barnett Drive
Lake Worth, FL 33461

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                   $297.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.416

Palmdale Oil Company, Inc.
911 N 2Nd Street
Fort Pierce, FL 34950

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $49,881.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.417

Palmer, Anthony Brian
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $15.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.418

Palumbo, Daniel Joseph
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $18.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.419

Pangburn, Gregory A
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $135.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.420

Pds Warranty Co
9449 Balboa Ave Ste 300
San Diego, CA 92123

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $22,222.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.421

Pena, Juan Roel
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $175.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.422

Penn, Mary Ann
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.423

Perez Cudeiro, Raul
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.424

Perez Redondo, Maricarmen T
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$16.80

3.425

Perez, Denise
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.52

3.426

Perez, Rodrigo S
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$175.00

3.427

Peten, Sonya Dorene
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.00

3.428

Phillips, Shaun
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $19.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.429

Poling, Marie Alexandra
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $175.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.430

Pontes Razera, Vinicius C
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $89.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.431

Pop-A-Lock
564 Crystal Drive
Madeira Beach, FL 33708

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $887.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.432**

Porsche South Orlando
4895 Vineland Road
Orlando, FL 32811

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $5,334.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.433**

Porter Walsh, Alexandra Elyse
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.434**

Portocarreo v. Off Lease Only LLC
C/O Remer & Georges-Pierre, PLLC
Attn: Peter M. Hoogerwoerd
44 West Flagler Street, Suite 2200
Miami, FL 33130

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.435**

Precision Lock & Security
1191 Cherlynn Terr
West Palm Beach, FL 33406

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $199.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.436

Premier Auto Transport Co.
Po Box 20262
Houston, TX 77225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$85.00

3.437

Print Dynamics
1721 North Federal Hwy
Ft Lauderdale, FL 33305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$116.30

3.438

Quality Collision Center Llc
11815 Misty Valley Drive
Houston, TX 77066

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,300.00

3.439

Quench Usa, Inc
Po Box 735777
Dallas, TX 75373-5777

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,044.06

3.440

Quickview Technologies Inc
3939 Belt Line Rd Ste 190
Addison, TX 75001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $84.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.441

Quintana, Brayan Kevin
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.442

Rafford, Jake Matthew
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.443

Ramos, Daniel
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $11.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.444**

Ramos, Isac James
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.445**

Ranger Guard & Investigations
4660 Beechnut St #200
Houston, TX 77096

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $31,105.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.446**

Rattanachane, Sisouk
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.447**

Redmond, Timothy Bart
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.448**

Reid, Vaughn C
Address on File

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**      $30.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.449**

Reina, Belkis De Los Angeles
Address on File

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**      $20.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.450**

Renfro Jr, Herschel Eugene
Address on File

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**      $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.451**

Renner, Martin Joel
Address on File

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**      $250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.452

Richardson, Rick Turner
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.453

Rick Case Alfa Romeo Fiat Maserati
3500 Weston Rd
Davie, FL 33331

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $278.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.454

Rick Case Hyundai
3550 Weston Rd
Davie, FL 33337

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $2,874.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.455

Rick Case Kia
14500 W Sunrise Blvd
Sunrise, FL 33323

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $455.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.456**

Rico, Juan Luis
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $120.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.457**

Rife, Melissa Ann
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $120.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.458**

Rimfx Wheel Repair And Powder Coating, Llc
190 Business Park Way
Royal Palm Beach, FL 33411

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $438.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.459**

Rios-Bowen, Maleska
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.460

Ritzel-Mason, Inc
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.00

3.461

Riveras A/C Contractors Llc
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$74.11

3.462

Robert, Isabella Grace
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.00

3.463

Robinson, Benjamin Kyle
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$97.33

3.464

Rocket Franchising
4535 Sunbelt Drive
Addison, TX 75001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,225.81

3.465

Rodriguez Cruz, Yoel
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$135.50

3.466

Rodriguez Gonzalez, Luis Jose
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$50.00

3.467

Rodriguez Suarez, Neyvis
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$50.00

3.468

Rodriguez v. Off Lease Only LLC
C/O Remer & Georges-Pierre, PLLC
Attn: Peter M. Hoogerwoerd
44 West Flagler Street, Suite 2200
Miami, FL 33130

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.469

Rodriguez, Daniel
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $193.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.470

Rodriguez, Eugenio
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.471

Rodriguez, Giovanna
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.472

Rodriguez, Shamiley Marie
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.473

Rogers, Benny Lee
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $66.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.474

Rollins, Paul Christopher
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $55.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.475

Roseme, Shannon
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.476

Rsm Us Llp
5155 Paysphere Circle
Chicago, IL 60674

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $9,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.477

Rubio, Juan Daniel
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.478

S Brown & Associates Inc
150 River Rd M3
Montville, NJ 07045

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $396.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.479

Sadiq, Erum
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $62.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.480

Safety-Kleen Systems, Inc.
Po Box 975201
Dallas, TX 75397-5201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $220.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.481

Salazar, Jesus J
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.482

Sambu Digital
1044 Ne 18Th Ave #205
Ft Lauderdale, FL 33304

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,518.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.483

Sanchez, Nicolas Andrew
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $12.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.484

Schroeter, Raveen Pamela
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.485

Schumacher Delray Motors
2102 South Federal Hwy
Delray Beach, FL 33483

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $18,413.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.486

Schumacher Volkswagen
3031 Okeechobee Blvd
West Palm Beach, FL 33409

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $470.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.487

Scotts Towing Llc
2303 9Th Street East
Bradenton, FL 34208

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $225.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.488

Seaberg, Eric
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $90.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.489

Senior, Kwabena Osie
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $7.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.490

Seo, Youngjee
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.491

Serna, Amy
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.492

Sharpe, Sherita Patricia
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $34.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.493

Shift Operations, Llc
290 Division St Ste#400
San Francisco, CA 94103

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $216,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.494

Shredamerica
8416 Hwy 90 W
New Iberia, LA 70560

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $1,268.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.495

Shred-It Usa Llc
28883 Network Place
Chicago, IL 60673-1288

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $7,177.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.496**

Siddiqui, Shahrukh Ahmed
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:	$75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.497**

Simmons, Tia Patrice
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:	$50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.498**

Sissenwein v. Off Lease Only LLC
C/O Remer & Georges-Pierre, PLLC
Attn: Peter M. Hoogerwoerd
44 West Flagler Street, Suite 2200
Miami, FL 33130

**Date or dates debt was incurred**

As of the petition filing date, the claim is:	Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.499**

Smith, Davrye G
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:	$150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.500

Sni Companies
Po Box 825811
Philadelphia, PA 19182-5811

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,109.36

3.501

Solano, Roberto Eduardo
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$75.00

3.502

Soto Ramirez, Jessica
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$130.00

3.503

South Motors Bmw
16215 S Dixie Hwy
Miami, FL 33157

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,307.06

3.504

Southern 441 Nissan
9405 Southern Blvd
Royal Palm Beach, FL 33411

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $145.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.505

Southern Palms Mazda
9305 Southern Blvd
Royal Palm Beach, FL 33411

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $30.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.506

Specht San Juan, Mery L
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.507

Speed, Quinton Ryan
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.508**

Spirit Realty, L.P.
Attn: Kayode Ola
2727 N Harwood Street
Suite 300
Dallas, TX 90071

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Promissory Note - Maker

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,000,000.00

**3.509**

Spirit Realty, L.P.
2727 N Harwood St
Dallas, TX 75201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,897,740.49

**3.510**

Sport Mazda
9786 S Orange Blossom Trail
Orlando, FL 32809

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,519.38

**3.511**

Sport Subaru Mitsubishi
3772 West Colonial Drive
Orlando, FL 32808

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$101.38

**3.512**

Sport Subaru South
9951 S Orange Blossom Trl
Orlando, FL 32837-8919

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,311.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.513**

Sprint
Po Box 219903
Kansas City, MO 64121-9903

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,832.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.514**

Ssf Imported Auto Parts Llc
466 Forbes Blvd
South San Francisco, CA 94080

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $118.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.515**

St Louis, Baudelaire Claude
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $15.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.516

Stansbury Ii, Allen Franklin
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.00

3.517

Staples Advantage
Dept Atl
Atlanta, GA 30384-5386

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,002.36

3.518

Stark Exterminators
4515 Curry Ford Rd
Orlando, FL 32812

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$303.53

3.519

Starling Chevrolet
13155 S Orange Blossom Trl
Orlando, FL 32837

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,004.58

**3.520**

Steckel, Mirav Yaffa
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $176.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.521**

Steinhauer, Barbara Jane
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.522**

Stella Cleaning Llc
151 Via Rosina
Jupiter, FL 33458

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,337.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.523**

Stephens, Morgan Simone
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $77.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

3.524

Stephenson, Garfield Anthony
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $11.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.525

Stewart Automotive Keys & Computers
509 Mark Run
Winter Springs, FL 32708

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $2,275.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.526

Storck, Jon Timothy
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $13.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.527

Strader, Richard Steven Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $62,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.528

Strong Automobile Recovery Inc
2780 NW 167th Terrace
Miami Gardens, FL 33056

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $315.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.529

Subaru Of Pembroke Pines
16100 Pines Blvd
Pembroke Pines, FL 33027-1110

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $93.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.530

Summit Fire & Security Llc
Po Box 855227
Minneapolis, MN 55485-5227

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $620.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.531

Sunrise Collision Center Llc
4211 Cook Rd
Houston, TX 77072

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $3,081.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.532

Sunset Cadillac Of Bradenton
4780 14Th St W
Bradenton, FL 34207

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $214.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.533

Sunshine Tire
2826 2Nd Ave N
Lake Worth, FL 33461

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                  $11,626.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.534

Superglass Windshield Repair
6220 Hazeltine National Drive
Orlando, FL 32822

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.535

Sutherlin Orlando Inc
8125 E Colonial Dr
Orlando, FL 32817

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                  $2,782.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.536

Tag and title fee payable
Various
Various, Various Various

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $757,671.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.537

Tarantola, Paul
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.538

Taveras, Ashley Mariel
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $30.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.539

Teco
Po Box 31318
Tampa, FL 33631-3318

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $314.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.540

Terracotagres Usa, Llc
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $145.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.541

Terrones, Juan Manuel
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $14.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.542

Texas Surveillance & Security
314 Lakeshore Drive
Seabrook, TX 77586

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $4,507.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.543

The Carlot Store Inc
Po Box 523356
Springfield, VA 22153

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $8,314.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.544

The Next Up
1241 N Lakeview Ave
Anaheim, CA 92807

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,227.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.545

The Parts House
10321 Fortune Parkway
Jacksonville, FL 32256

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,282.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.546

The Pep Boys
3111 West Allegheny Ave
Philadelphia, PA 19132

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,900.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.547

The Radio Guys
2351 Sw 52Nd Street
Ft Lauderdale, FL 33312

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,092.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.548

Thomas, Stephen Raymond
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $24.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.549

Thompson, Melanie S
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.550

Thomson Reuters-West
Payment Center
Carol Stream, IL 60197-6292

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $983.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.551

Tire Dispatch
18104 Eck Rd
Allentown, PA 18104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $9,850.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.552**

Tirehub, Llc
29778 Network Place
Chicago, IL 60673-1297

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $629.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.553**

Tire'S World Corp
460 W 83Rd St
Hialeah, FL 33014

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $6,391.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.554**

Tk Elevator
Po Box 3796
Coral Stream, IL 60132-3796

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $693.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.555**

Torres Chu, Jaime F
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.556

Torres Gonzalez, Yovany
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $48.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.557

Torres Hernandez, Jose Juan
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.558

Torres Law Offices
The Park at Allens Creek
132 Allens Creek Road
Rochester, NY 14618

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $316.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.559

Tow Pros Of South Florida Llc
4824 Nw 1St Ct
Plantation, FL 33317

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $175.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.560

Toyota Of North Miami
444 Nw 165Th Street Rd
Miami, FL 33169

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,589.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.561

Toyota Of Orlando
3575 Vineland Rd
Orlando, FL 32811

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $765.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.562

Tr Wholesale Solutions
7015 Vorden Parkway
South Bend, IN 46628-8422

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,564.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.563

Tran, Hai Minh
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.564

Tran, Trang Huynh
Address on File

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$50.00

---

3.565

Trane
Po Box 406469
Atlanta, GA 30384-6469

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,220.00

---

3.566

Trevino, Luz Elena
Address on File

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$75.00

---

3.567

Triple Chef Miami Llc
Address on File

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$120.00

3.568

Trojcak, Kenneth Louis
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.00

3.569

Tropical Ford
9900 S Orange Blossom Trail
Orlando, FL 32837

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$428.09

3.570

Trotta Tire Orlando Llc
6367 All American Blvd
Orlando, FL 32810

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,279.83

3.571

Trotta Tires Ii Llc.
1919 Nw 19Th Street
Ft. Lauderdale, FL 33311

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$946.57

3.572

Tru-Cutz Lawn Service Of Miami Inc
4600 Sw 99 Ave
Miami, FL 33165

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,575.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.573

Truecar Inc
Dept La 24198
Pasadena, CA 91185-4198

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $19,695.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.574

Trueframe
640 Ellicott St
Buffalo, NY 14203

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $28,497.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.575

Twietmeyer, Juli Ann
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $120.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.576

U.S. Autoforce
425 Better Way
Appleton, WI 54915

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,011.94

3.577

Uline
Po Box 88741
Chicago, IL 60680-1741

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$985.15

3.578

Ulrickson, Christopher H
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$35.00

3.579

Ums Services, Llc
929 Hillcrest St
Fort Worth, TX 76107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$367.00

3.580

Unifirst Corporation
68 Jonspin Road
Wilmington, MA 01887

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,297.17

3.581

Uniquemed Home Health Care Services Inc
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$350.00

3.582

United Parcel Service Inc
Po Box 650116
Dallas, TX 75265-0116

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,783.54

3.583

United Rentals, Inc.
Po Box 100711
Atlanta, GA 30384-0711

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$139.70

3.584

Valdes, Yanely
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$18.58

3.585

Vargas, Christian
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$70.00

3.586

Vauto
Po Box 935202
Atlanta, GA 31193-5202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,464.00

3.587

Veal, Latisha Cryer
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$250.00

**3.588**

Venson, Edgar Todd
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.589**

Vista Bmw Coconut Creek
4401 W Sample Rd
Coconut Creek, FL 33073

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,586.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.590**

Walsh, Michael Edward
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.591**

Walters, Dakota J
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $72.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.592

Waltrip, Nealy Wade
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $80.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.593

Warranty Solutions
Attn: Shawn Ellis
7125 W Jefferson Ave Ste 200
Lakewood, CO 80235

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                 $319,126.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.594

Warren Henry Automobiles Inc
2300 Ne 151St Street
North Miami, FL 33181

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                  $1,354.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.595

West Houston Infiniti
12200 Katy Fwy
Houston, TX 77079

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $165.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.596

West Palm Beach Kia
735 S Military Trail
West Palm Beach, FL 33415

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,063.25

---

3.597

West Palm Beach Nissan
3870 W Blue Heron Blvd
Riviera Beach, FL 33404

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$603.67

---

3.598

West Side Stitches Inc
1308 Hwy 6 South
Houston, TX 77077

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$898.54

---

3.599

Western First Aid And Safety Llc
Po Box 734514
Dallas, TX 75373-4514

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,944.94

3.600

Wex Bank
Po Box 6293
Carol Stream, IL 60197-6293

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $41,695.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.601

Wheel Fix It Broward Inc.
3090A West Broward Blvd
Ft Lauderdale, FL 33312

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.602

Whiston, Miriam
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $753.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.603

White Water Agency Llc
215 S Olive Ave - Ste 201
West Palm Beach, FL 33401

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.604

White, Kaylen Denen
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.605

Wiggins, Delonia Latasha
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $120.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.606

Wiggins, Melanie Fulcher
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.607

Wiggs-Stayner v. Boats Direct LLC d/b/a Boats Direct USA, Boats Direct
LLC d/b/a Boats Direct USA Brokerage, New Boats Direct LLC d/b/a
Deep Impact Custom Boats, Mark Fischer, Off Lease Only LLC f/k/a Off
Lease Only, Inc.
C/O McLeod Brock
Attn: Michael W. McLeod
150 E Palmetto Park Road, Suite 800
Boca Raton, FL 33432

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.608

Williams Ii, Eric Bertrand
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $175.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.609

Williams, Dylan Kenneth
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $120.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.610

Williams, Kyana Dmytra
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.611

Williams, Mcalexander
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.612

Wirthit Enterprises Llc
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $175.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.613

Wood, Trevor Randal
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $92.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.614

Wooten, Joseph Lee
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.615

Worldpac Inc
Po Box 674687
Dallas, TX 75267-4687

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $2,285.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.616

Wurth Usa Inc.
93 Grant Street
Ramsey, NJ 07446

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,253.90

---

3.617

Xcentric Ventures Llc
Po Box 310
Tempe, AZ 85280

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$200.00

---

3.618

Xl Parts Llc
Po Box 736201
Dallas, TX 75373-6201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$524.73

---

3.619

X-Terminator Pest Control Plus Llc
2143 Partridgeberry Lane
Katy, TX 77494

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$811.95

3.620

Ybarra, Morgan Elizabeth
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.621

Yummy Bites Inc
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.622

Zidor, Profide
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $15.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.623

Zuniga Escudero, Ricardo P
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $66.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line<br><br>☐ Not listed. Explain | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | | $80,600,432.08 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $80,600,432.08 |

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:** **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement for 1195 S Congress Ave. and a portion of 219 S. Congress Ave., West Palm Beach, FL 33406 | 1195 S. Congress Ave, LLC<br>5900 N Australian Ave<br>West Palm Beach, FL 33407 |
| | **State the term remaining** | Effective Date: 7/1/2017 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | 1Micro<br>902 S Pine Street<br>Waconia, MN 55387 |
| | **State the term remaining** | Effective Date: 5/16/2022 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | 1Micro<br>902 S Pine Street<br>Waconia, MN 55387 |
| | **State the term remaining** | Effective Date: 10/2/2020 | |
| | **List the contract number of any government contract** | | |

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | 1Micro<br>902 S Pine Street<br>Waconia, MN 55387 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 9/9/2020 | |
| | **List the contract number of any government contract** | | |

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement | 1Micro LLC<br>902 S Pine Street<br>Waconia, MN 55387 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 10/20/2008 | |
| | **List the contract number of any government contract** | | |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum To Proposal | 360 Photo Booth Studios Inc<br>2912 Bayview Dr<br>Safety Harbor, FL 34695 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 10/10/2022 | |
| | **List the contract number of any government contract** | | |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Exhibit 1 | 700 Credit<br>31440 Northwestern Highway<br>Suite 250<br>Farmington Hills, MI 48334 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 11/2/2021 | |
| | **List the contract number of any government contract** | | |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment To Exhibit 1-A To Credit Report (And Ancillaries) Services Agreement | 700 Credit<br>31440 Northwestern Highway<br>Suite 250<br>Farmington Hills, MI 48334 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 12/7/2022 | |
| | **List the contract number of any government contract** | | |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment To Exhibit 1-A To Credit Report (And Ancillaries) Services Agreement | 700 Credit<br>31440 Northwestern Highway<br>Suite 250<br>Farmington Hills, MI 48334 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 4/25/2023 | |
| | **List the contract number of any government contract** | | |

| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | 700 Credit |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 3/5/2021 | 31440 Northwestern Highway |
| | **List the contract number of any government contract** | | Suite 250 |
| | | | Farmington Hills, MI 48334 |

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Re: Confirmation Of 700Credit'S Duties Under The Ccpa | 700 Credit |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 12/13/2019 | 31440 Northwestern Highway |
| | **List the contract number of any government contract** | | Suite 250 |
| | | | Farmington Hills, MI 48334 |

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement | Able Digital Ltd |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 3/14/2022 | |
| | **List the contract number of any government contract** | | |

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Non-Disclosure Agreement | Acertus |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 2/1/2023 | Attn: Legal Department |
| | **List the contract number of any government contract** | | 110 Rock Cliff Court |
| | | | Suite D |
| | | | St. Louis, MO 63123 |

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement | Acord Corporation; Used Cars For Less; Norman & Company Inc; GRS Industries Corp |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 5/15/2023 | 480 Holly Lane |
| | **List the contract number of any government contract** | | Plantation, FL 33317 |

| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Activecampaign LLC |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum To Proposal | ACV Auctions Inc<br>Attn: Legal Dept.<br>640 Ellicott Street<br>Suite 321<br>Buffalo, NY 14203 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 7/29/2021 | |
| | **List the contract number of any government contract** | | |

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement | Adesa Inc<br>1620 S Stapley Drive<br>Mesa, AZ 85204 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 4/6/2021 | |
| | **List the contract number of any government contract** | | |

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment | Adesa Inc<br>1620 S Stapley Drive<br>Mesa, AZ 85204 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 3/12/2020 | |
| | **List the contract number of any government contract** | | |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment To Exhibit 1-A To Credit Report (And Ancillaries) Services Agreement | Adesa Inc<br>1620 S Stapley Drive<br>Mesa, AZ 85204 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 7/1/2021 | |
| | **List the contract number of any government contract** | | |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment To Exhibit 1-A To Credit Report (And Ancillaries) Services Agreement | Adesa Inc; KAR Global |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 7/1/2020 | |
| | **List the contract number of any government contract** | | |

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | Adesa Us Auction LLC |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 1/1/2023 | |
| | **List the contract number of any government contract** | | |

2.22    **State what the contract**    Staffing Services Agreement                    ADO Professional Solutions, Inc.
        **or lease is for and the**                                                   Attn: Tammy Cavalari
        **nature of the debtor's**
        **interest**
        **State the term**             Effective Date: 9/9/2021
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.23    **State what the contract**    Non-Disclosure Agreement                       Adobe Inc
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**             Effective Date: 10/26/2021
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.24    **State what the contract**    Service Agreement                              ADP Dealer Services Inc
        **or lease is for and the**                                                   Po Box 88921
        **nature of the debtor's**                                                    Chicago, IL 60695
        **interest**
        **State the term**             Effective Date: 12/23/2013
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.25    **State what the contract**    Schedule to Master Services Agreement          ADP Dealer Services, Inc.
        **or lease is for and the**                                                   1950 Hassell Road
        **nature of the debtor's**                                                    Hoffman Estates, IL 60169
        **interest**
        **State the term**             Effective Date: 9/8/2014
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.26    **State what the contract**    Schedule to Master Services Agreement          ADP Dealer Services, Inc.
        **or lease is for and the**                                                   1950 Hassell Road
        **nature of the debtor's**                                                    Hoffman Estates, IL 60169
        **interest**
        **State the term**             Effective Date: 3/18/2014
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.27    **State what the contract**    Amendment No. 1 To The Adesa Data Access       ADP Inc
        **or lease is for and the**    Agreement                                      Po Box 842875
        **nature of the debtor's**                                                    Boston, MA 02284-2875
        **interest**
        **State the term**             Effective Date: 5/29/2014
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.28**  **State what the contract**  Adesa® Data Access Agreement
          **or lease is for and the**
          **nature of the debtor's**                                ADP Inc
          **interest**                                              Po Box 842875
          **State the term**           Effective Date: 9/23/2021    Boston, MA 02284-2875
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.29**  **State what the contract**  Statement Of Work
          **or lease is for and the**
          **nature of the debtor's**                                ADP Inc
          **interest**                                              Po Box 842875
          **State the term**           Effective Date: 9/23/2021    Boston, MA 02284-2875
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.30**  **State what the contract**  Confidential Dealer Agreement
          **or lease is for and the**
          **nature of the debtor's**                                Advance Auto Parts Inc
          **interest**                                              PO Box 742063
          **State the term**           Effective Date: 3/23/2020    Atlanta, GA 30374-2063
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.31**  **State what the contract**  Coffee Machine Service Agreement
          **or lease is for and the**
          **nature of the debtor's**                                Advance Stores Company Incorporated
          **interest**                                              Attn: Marcos Cunha
          **State the term**           Effective Date: 2/9/2023     6005 Milwee St
          **remaining**                                             Suite # 918
          **List the contract number**                              Houston, TX 77092
          **of any government**
          **contract**

**2.32**  **State what the contract**  Mutual Non-Disclosure Agreement
          **or lease is for and the**
          **nature of the debtor's**                                Advance Stores Company Incorporated
          **interest**                                              Attn: Todd Sanders
          **State the term**           Effective Date: 5/23/2022    4200 Six Forks Road
          **remaining**                                             Raleigh, NC 27609
          **List the contract number**
          **of any government**
          **contract**

**2.33**  **State what the contract**  Mutual Non-Disclosure Agreement
          **or lease is for and the**
          **nature of the debtor's**                                Advance Stores Company Incorporated
          **interest**
          **State the term**           Effective Date: 5/23/2022
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

| | | |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Estimate | AES Sales LLC<br>32218 Tamina Rd.<br>Magnolia, TX 77354 |
| | **State the term remaining** | Effective Date: 3/1/2023 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Schedule To Master Services Agreement | Aggressive Recovery Inc |
| | **State the term remaining** | Effective Date: 7/7/2023 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Schedule To Master Services Agreement | Akerman LLP; Arlene K Kline<br>Attn: Accounts Receivable<br>PO Box 4906<br>Orlando, FL 32802-4906 |
| | **State the term remaining** | Effective Date: 12/26/2020 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Schedule To Master Services Agreement | Alarm & Electronics Systems LLC<br>13973 SW 140th Street<br>Miami, FL 33186 |
| | **State the term remaining** | Effective Date: 3/25/2022 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement | Alarm & Electronics Systems LLC<br>13973 SW 140th Street<br>Miami, FL 33186 |
| | **State the term remaining** | Effective Date: 3/25/2022 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order Off Lease | Alarm And Electronics Systems LLC<br>13973 SW 140th Street<br>Miami, FL 33186 |
| | **State the term remaining** | Effective Date: 6/30/2022 | |
| | **List the contract number of any government contract** | | |

**2.40**  **State what the contract**   Investment Summary
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**            Effective Date: 11/6/2021
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

Alarm And Electronics Systems LLC; Fire Protection & Security System Services
13973 SW 140th Street
Miami, FL 33186

**2.41**  **State what the contract**   Lease Agreement
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**            Effective Date: 4/1/2021
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

Alfred Deluca
Address Redacted

**2.42**  **State what the contract**   Schedule 7 Joinder Agreement This Joinder
        **or lease is for and the**    Agreement
        **nature of the debtor's**
        **interest**
        **State the term**            Effective Date: 6/25/2021
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

Alldata
9650 West Taron Drive
Elk Grove, CA 95757

**2.43**  **State what the contract**   Service Agreement
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**            Effective Date: 6/24/2021
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

Alldata LLC; Hearst Business Publishing Inc; Hearst Corporation; Activant Solutions
Inc
9650 West Taron Drive
Elk Grove, CA 95757

**2.44**  **State what the contract**   Dealer Authorization to Withdraw and Deposite
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**            Effective Date: 4/20/2023
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

Ally Bank
3885 Crestwood Parkway
Ste 400
PO Box 100049
Duluth, GA 30096

**2.45**  **State what the contract**   Re: Legal Representation Engagement
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

Ally Bank; Bb&T Corporation; Bank of America Na; Bank of America Corporation
PO Box 380902
Bloomington, MN 55438-0902

**2.46**   **State what the contract**    Non-Disclosure Agreement
     **or lease is for and the**
     **nature of the debtor's**
     **interest**
     **State the term**    Effective Date: 6/1/2022
     **remaining**
     **List the contract number**
     **of any government**
     **contract**

Ally Financial Inc
PO Box 380902
Bloomington, MN 55438-0902

**2.47**   **State what the contract**    Off Lease Only - Ave Building
     **or lease is for and the**
     **nature of the debtor's**
     **interest**
     **State the term**
     **remaining**
     **List the contract number**
     **of any government**
     **contract**

Americredit Financial Services Inc
240 Central Parkway East
Ste 2000
Altamonte Springs, FL 32701

**2.48**   **State what the contract**    Fire Protection & Security System Services
     **or lease is for and the**    Alarmandelectronics.Com Conditions Of
     **nature of the debtor's**    Proposal
     **interest**
     **State the term**    Effective Date: 6/13/2023
     **remaining**
     **List the contract number**
     **of any government**
     **contract**

Americredit Financial Services Inc
240 Central Parkway East
Ste 2000
Altamonte Springs, FL 32701

**2.49**   **State what the contract**    Independent Contractor Agreement
     **or lease is for and the**
     **nature of the debtor's**
     **interest**
     **State the term**    Effective Date: 3/10/2019
     **remaining**
     **List the contract number**
     **of any government**
     **contract**

Americredit Financial Services Inc; Only Inc
240 Central Parkway East
Ste 2000
Altamonte Springs, FL 32701

**2.50**   **State what the contract**    Coffee Machine Service Agreement
     **or lease is for and the**
     **nature of the debtor's**
     **interest**
     **State the term**    Effective Date: 2/7/2022
     **remaining**
     **List the contract number**
     **of any government**
     **contract**

Amynta (Warranty Solutions)
2200 Highway 121
Ste 100
Bedford, TX 76021

**2.51**   **State what the contract**    Automotive Information System Service
     **or lease is for and the**    Agreement
     **nature of the debtor's**
     **interest**
     **State the term**    Effective Date: 3/3/2021
     **remaining**
     **List the contract number**
     **of any government**
     **contract**

Amynta Warranty Inc
2200 Highway 121
Ste 100
Bedford, TX 76021

**2.52**  **State what the contract**    Producer Agreement              Amynta Warranty, Inc.
          **or lease is for and the**                                   2200 Highway 121
          **nature of the debtor's**                                    Ste 100
          **interest**                                                  Bedford, TX 76021
          **State the term**            Effective Date: 5/3/2023
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.53**  **State what the contract**    Service Agreement              Anderson Economic Group LLC
          **or lease is for and the**                                   1555 Watertower Place
          **nature of the debtor's**                                    East Lansing, MI 48823
          **interest**
          **State the term**            Effective Date: 11/13/2020
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.54**  **State what the contract**    Non-Disclosure Agreement       Anderson Economic Group LLC
          **or lease is for and the**                                   Attn: Cristina Benton
          **nature of the debtor's**                                    1555 Watertower Place
          **interest**                                                  Ste 100
          **State the term**            Effective Date: 11/13/2020      East Lansing, MI 48823
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.55**  **State what the contract**    Non-Disclosure Agreement       Anderson Economic Group LLC
          **or lease is for and the**                                   1555 Watertower Place
          **nature of the debtor's**                                    East Lansing, MI 48823
          **interest**
          **State the term**            Effective Date: 11/1/2020
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.56**  **State what the contract**    Non-Disclosure Agreement       Anido-Lopez, Melissa
          **or lease is for and the**                                   Address Redacted
          **nature of the debtor's**
          **interest**
          **State the term**
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.57**  **State what the contract**    Employee Covenants Agreement   Anticole, Albert
          **or lease is for and the**                                   Address Redacted
          **nature of the debtor's**
          **interest**
          **State the term**            Effective Date: 11/15/2019
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.58** **State what the contract or lease is for and the nature of the debtor's interest**

Course Enrollment Agreement

Arch Con Corporation; VLK Architects Inc
190 Tc Jester Blvd - Ste 200
Houston, TX 77007

**State the term remaining**

Effective Date: 4/22/2022

**List the contract number of any government contract**

**2.59** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Arch Con Corporation; VLK Architects Inc
190 Tc Jester Blvd - Ste 200
Houston, TX 77007

**State the term remaining**

Effective Date: 4/20/2023

**List the contract number of any government contract**

**2.60** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Arch-Con Corporation
190 Tc Jester Blvd - Ste 200
Houston, TX 77007

**State the term remaining**

Effective Date: 9/9/2021

**List the contract number of any government contract**

**2.61** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Disclosure Agreement

Arch-Con Corporation
190 Tc Jester Blvd
Ste 200
Houston, TX 77007

**State the term remaining**

Effective Date: 9/9/2021

**List the contract number of any government contract**

**2.62** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Assurance Dimensions, Inc
4920 W Cypress St - Ste 102
Tampa, FL 33607

**State the term remaining**

Effective Date: 1/12/2023

**List the contract number of any government contract**

**2.63** **State what the contract or lease is for and the nature of the debtor's interest**

Pricing Schedule

AT&T Corp
Attn: Joshua Allen
311 S Akard
Dallas, TX 75202

**State the term remaining**

Effective Date: 8/8/2022

**List the contract number of any government contract**

**2.64**  **State what the contract**     Mutual Non-Disclosure Agreement               Auction Edge Inc
          **or lease is for and the**
          **nature of the debtor's**
          **interest**
          **State the term**               Effective Date: 2/16/2022
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.65**  **State what the contract**     Producer Agreement                            Auctionaccess LLC
          **or lease is for and the**                                                   2200 Woodcrest Place Ste 200
          **nature of the debtor's**                                                    Birmingham, AL 35209
          **interest**
          **State the term**               Effective Date: 8/1/2013
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.66**  **State what the contract**     Re: Agreement For Consulting Services: Atlanta   Auctionaccess LLC
          **or lease is for and the**     Market Analysis For Business Expansion           2200 Woodcrest Place Ste 200
          **nature of the debtor's**                                                    Birmingham, AL 35209
          **interest**
          **State the term**               Effective Date: 6/6/1973
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.67**  **State what the contract**     Standard Abbreviated Form Of Agreement           Auctionaccess LLC
          **or lease is for and the**     Between Owner And Contractor Agreement           2200 Woodcrest Place Ste 200
          **nature of the debtor's**                                                    Birmingham, AL 35209
          **interest**
          **State the term**               Effective Date: 8/8/1975
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.68**  **State what the contract**     Non-Disclosure Agreement                      Auctionaccess LLC
          **or lease is for and the**                                                   2200 Woodcrest Place Ste 200
          **nature of the debtor's**                                                    Birmingham, AL 35209
          **interest**
          **State the term**               Effective Date: 8/8/1975
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.69**  **State what the contract**     Chromedata Application And Order               Auctionaccess LLC
          **or lease is for and the**                                                   2200 Woodcrest Place Ste 200
          **nature of the debtor's**                                                    Birmingham, AL 35209
          **interest**
          **State the term**               Effective Date: 8/26/2019
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.70** **State what the contract or lease is for and the nature of the debtor's interest**

Data Application And Order

Auctionaccess LLC
2200 Woodcrest Place Ste 200
Birmingham, AL 35209

**State the term remaining**

Effective Date: 10/15/1973

**List the contract number of any government contract**

**2.71** **State what the contract or lease is for and the nature of the debtor's interest**

Standard Abbreviated Form Of Agreement Between Owner And Contractor Agreement

Auto Exact Inc
PO Box 8
Odessa, FL 33556

**State the term remaining**

Effective Date: 10/18/2017

**List the contract number of any government contract**

**2.72** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Autodata Inc
1379 Cross Creek Circle
Tallahassee, FL 32301-3729

**State the term remaining**

Effective Date: 9/1/2020

**List the contract number of any government contract**

**2.73** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Disclosure Agreement

Autodata Inc
1379 Cross Creek Circle
Tallahassee, FL 32301-3729

**State the term remaining**

Effective Date: 9/1/2022

**List the contract number of any government contract**

**2.74** **State what the contract or lease is for and the nature of the debtor's interest**

Pricing Schedule

Autodata Inc; Chromedata
PO Box 7410265
Chicago, IL 60674

**State the term remaining**

Effective Date: 9/1/2023

**List the contract number of any government contract**

**2.75** **State what the contract or lease is for and the nature of the debtor's interest**

New Dealer Agreement Subscriber Name: Off Lease Only (Master Agreement) Date: 10/18/2017

AutoNation
PO Box 731674
Dallas, TX 75373-1674

**State the term remaining**

**List the contract number of any government contract**

**2.76** **State what the contract or lease is for and the nature of the debtor's interest**

Application And Order Schedule

Autoweb
PO Box 31001-2737
Pasadena, CA 91110-2737

**State the term remaining**

**List the contract number of any government contract**

**2.77** **State what the contract or lease is for and the nature of the debtor's interest**

Autonation Auto Auction Agreement To Auction Rules And Policies

Autoweb
PO Box 31001-2737
Pasadena, CA 91110-2737

**State the term remaining**

Effective Date: 2/6/2023

**List the contract number of any government contract**

**2.78** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Autoweb
Attn: Cory Nacke
PO Box 31001-2737
Pasadena, CA 91110-2737

**State the term remaining**

Effective Date: 2/6/2023

**List the contract number of any government contract**

**2.79** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Autoweb
Attn: Cory Nacke
PO Box 31001-2737
Pasadena, CA 91110-2737

**State the term remaining**

Effective Date: 2/6/2023

**List the contract number of any government contract**

**2.80** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Autoweb
Attn: Cory Nacke
PO Box 31001-2737
Pasadena, CA 91110-2737

**State the term remaining**

Effective Date: 2/6/2023

**List the contract number of any government contract**

**2.81** **State what the contract or lease is for and the nature of the debtor's interest**

Dealers Agreement

Autoweb Inc
PO Box 31001-2737
Pasadena, CA 91110-2737

**State the term remaining**

Effective Date: 3/8/2023

**List the contract number of any government contract**

| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Dealers Agreement | Autozone Mississippi LLC; Autozone Southeast LP; Autozone Northeast LLC; Autozone Operations Inc; Autozone Puerto Rico Inc; Autozone West LLC; AZ Se LLC; Autozone Investment Corporation; Autozone Warranty Autozone; Autozone Stores LLC; Autozone Parts Inc; Autozone Texas LLC |
| | State the term remaining | Effective Date: 6/7/2021 | Attn: General Counsel |
| | List the contract number of any government contract | | 123 S. Front Street Dept 8074 Memphis, TN 38103 |

| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | Autozone Operations Inc; Autozone Texas LLC; Autozone West LLC; AZ Se LLC; Autozone Investment Corporation; Autozone Stores LLC; Autozone Parts Inc; Autozone Northeast LLC; Autozone Southeast LP; Autozone Mississippi LLC; Autozone Puerto Rico Inc |
| | State the term remaining | Effective Date: 12/12/2022 | Attn: Retail Corporate Service |
| | List the contract number of any government contract | | 9000 Southside Blvd Bldg 600 Jacksonville, FL 32256 |

| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Dealers Agreement | Autozone Operations Inc; Autozone Texas LLC; Autozone West LLC; AZ Se LLC; Autozone Investment Corporation; Autozone Stores LLC; Autozone Parts Inc; Autozone Northeast LLC; Autozone Southeast LP; Autozone Mississippi LLC; Autozone Puerto Rico Inc |
| | State the term remaining | Effective Date: 7/18/2023 | 9000 Southside Blvd Bldg 600 |
| | List the contract number of any government contract | | Jacksonville, FL 32256 |

| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Dealers Agreement | Autozone Southeast LP; Autozone Operations Inc; Autozone Puerto Rico Inc; Autozone Warranty Autozone; Autozone Investment Corporation; Autozone Texas LLC; Autozone Mississippi LLC; AZ Se LLC; Ptt; Autozone West LLC; Autozone Parts Inc; Autozone Stores LLC; Autozone Northeast LLC |
| | State the term remaining | Effective Date: 12/1/2022 | Attn: General Counsel |
| | List the contract number of any government contract | | 123 S. Front Street Dept 8074 Memphis, TN 38103 |

| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for 14499 NW 57th Avenue Opa Locka, FL 33054 | AVE Building B1, LLC 14350 NW 56 Court Miami, FL 33054 |
| | State the term remaining | Effective Date: 8/24/2016 | |
| | List the contract number of any government contract | | |

| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for 14401 Nw 27Th Ave, Opa Locka, FL 33054 (Parking Lot) | AVE Building B3, LLC 14350 NW 56 Court Suite 118 Miami, FL 33054 |
| | State the term remaining | Effective Date: 10/18/2016 | |
| | List the contract number of any government contract | | |

| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement for NW 57th Avenue (5 acre lot) | AVE Building O, LLC<br>14350 NW 56 Court<br>Suite 118<br>Miami, FL 33054 |
| | **State the term remaining** | Effective Date: 2/1/2016 | |
| | **List the contract number of any government contract** | | |

| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | Enrollment Form And Station Agreement | Axiom Product Administration LLC<br>1 Progress Point Parkway<br>O'Fallon, MO 63368 |
| | **State the term remaining** | Effective Date: 5/19/2021 | |
| | **List the contract number of any government contract** | | |

| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealers Agreement | Axiom Product Administration LLC; Revolution Ultralux VSC<br>1 Progress Point Parkway<br>O'Fallon, MO 63368 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement for 3531 Lake Worth Road, Lake Worth, FL 33461 | B & R Enterprises, Inc<br>14446 Draft Horse Lane<br>Wellington, FL 33414 |
| | **State the term remaining** | Effective Date: 3/1/2015 | |
| | **List the contract number of any government contract** | | |

| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Backlotcars Inc; Backlot Bars Buy |
| | **State the term remaining** | Effective Date: 8/18/2020 | |
| | **List the contract number of any government contract** | | |

| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Proposal | Backwater Fence LLC<br>Attn: Chris Morton<br>11603 N Rosslyn<br>Bldg 2<br>Houston, TX 77086 |
| | **State the term remaining** | Effective Date: 4/5/2023 | |
| | **List the contract number of any government contract** | | |

**2.94**   **State what the contract or lease is for and the nature of the debtor's interest**

Class P Unit Agreement

**State the term remaining**

Effective Date: 4/1/2022

**List the contract number of any government contract**

Barrett, Steven
Address Redacted

**2.95**   **State what the contract or lease is for and the nature of the debtor's interest**

Employee Covenants Agreement

**State the term remaining**

Effective Date: 12/7/2020

**List the contract number of any government contract**

Barrett, Steven
Address Redacted

**2.96**   **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining**

**List the contract number of any government contract**

Bb&T Corporation; Branch Banking & Trust
Attn: Janet Simon
200 W Forsyth Street
Jacksonville, FL 32202

**2.97**   **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining**

**List the contract number of any government contract**

Bb8A Corporation; Branch Banking & Trust

**2.98**   **State what the contract or lease is for and the nature of the debtor's interest**

Terms Of Use Agreement

**State the term remaining**

**List the contract number of any government contract**

Becker & Poliakoff
1 East Broward Blvd
Suite 1800
Ft. Lauderdale, FL 33301

**2.99**   **State what the contract or lease is for and the nature of the debtor's interest**

Standard Uniform Rental Service Agreement

**State the term remaining**

Effective Date: 10/19/2021

**List the contract number of any government contract**

BeeperMD LLC
220 Hillsboro Technology Drive
Suite 230
Deerfield Beach, FL 33441

| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum To Proposal | Berkley Insurance Company; Florida Engineering and Development Corporation; Alter Surety Group Inc; Wr Berkley Corporation; Pr Lease Oake LLC |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 4/14/2023 | |
| | **List the contract number of any government contract** | | |

| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement Regarding Proposals For Labor And Materials | Big Red Communications<br>6420 Coolidge Street<br>Hollywood, FL 33024 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 3/29/2023 | |
| | **List the contract number of any government contract** | | |

| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Bill Group; Lexisnexis Risk Solutions Fl Inc<br>28330 Network Place<br>Chicago, IL 60673-1283 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 3/1/2022 | |
| | **List the contract number of any government contract** | | |

| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement Regarding Proposals For Labor And Materials | Birse-Thomas<br>5510 Pga Blvd #201 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 8/24/2021 | |
| | **List the contract number of any government contract** | | |

| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | Web Service Data Agreement | Black Book<br>2620 Barret Rd<br>Gainsville, GA 30503 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 5/4/2015 | |
| | **List the contract number of any government contract** | | |

| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Non-Disclosure Agreement | Blackink It; Computer System Integration LLC |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 12/1/2021 | |
| | **List the contract number of any government contract** | | |

2.106 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

Blieve Media LLC
5251 Jamboree Pl
Margate, FL 33063

**State the term remaining**

Effective Date: 1/7/2021

**List the contract number of any government contract**

2.107 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

Blieve Media LLC
5251 Jamboree Pl
Margate, FL 33063

**State the term remaining**

Effective Date: 5/10/2021

**List the contract number of any government contract**

2.108 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

Blieve Media LLC
5251 Jamboree Pl
Margate, FL 33063

**State the term remaining**

Effective Date: 1/20/2023

**List the contract number of any government contract**

2.109 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Disclosure Agreement

Blieve Media LLC
5251 Jamboree Place
Margate, FL 33063

**State the term remaining**

Effective Date: 5/10/2021

**List the contract number of any government contract**

2.110 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement for 1575 S Military Trail, West Palm Beach, FL 33415

Boat-Mart, Inc
PO Box 19358
West Palm Beach, FL 33416

**State the term remaining**

Effective Date: 3/6/2014

**List the contract number of any government contract**

2.111 **State what the contract or lease is for and the nature of the debtor's interest**

Licenselogix Terms And Conditions Licensing For Small Businesses Licensing Fop Large Businesses Licenselogix, Llc. Terms And Conditions

Bonded Lightning Protection
2080 West Indiantown Rd
Ste 100
Jupiter, FL 33458

**State the term remaining**

Effective Date: 7/19/2021

**List the contract number of any government contract**

2.112 **State what the contract or lease is for and the nature of the debtor's interest**

Order Quote

**State the term remaining**

Effective Date: 7/1/2021

**List the contract number of any government contract**

Bonded Lightning Protection
2080 West Indiantown Rd.
Ste 100
Jupiter, FL 33458

2.113 **State what the contract or lease is for and the nature of the debtor's interest**

Web Service Data Agreement

**State the term remaining**

Effective Date: 7/19/2021

**List the contract number of any government contract**

Bonded Lightning Protection Systems Inc
PO Box 9006
Jupiter, FL 33468

2.114 **State what the contract or lease is for and the nature of the debtor's interest**

Standard Short Form Of Agreement Between Owner And Architect Agreement

**State the term remaining**

**List the contract number of any government contract**

Bonded Lightning Protection Systems Inc
PO Box 9006
Jupiter, FL 33468

2.115 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Disclosure Agreement

**State the term remaining**

Effective Date: 7/1/2021

**List the contract number of any government contract**

Bonded Lightning Protection Systems Inc; Lightning Protection Tampa
PO Box 9006
Jupiter, FL 33468

2.116 **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Non-Disclosure Agreement

**State the term remaining**

Effective Date: 9/4/2019

**List the contract number of any government contract**

BORA Gurson BORA Gurson

2.117 **State what the contract or lease is for and the nature of the debtor's interest**

Statement Of Work

**State the term remaining**

Effective Date: 2/4/2021

**List the contract number of any government contract**

Bradenton Fl

2.118 **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Production Master Service Agreement

Bradenton; Capital One Auto Finance; Capital One Na
PO Box 74777
Atlanta, GA 30374

**State the term**
**remaining**

Effective Date: 7/2/2021

**List the contract number**
**of any government**
**contract**

2.119 **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Confidentiality Agreement

Branch Banking & Trust
Attn: J. M. Payne
200 W Forsyth Street
Suite 530
Jacksonville, FL 32202

**State the term**
**remaining**

Effective Date: 1/12/2016

**List the contract number**
**of any government**
**contract**

2.120 **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Terms And Conditions

Branch Banking & Trust
200 W Forsyth Street
Suite 530
Jacksonville, FL 32202

**State the term**
**remaining**

Effective Date: 1/12/2016

**List the contract number**
**of any government**
**contract**

2.121 **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Amendment To License Agreement

Branch Banking & Trust
200 W Forsyth Street
Suite 530
Jacksonville, FL 32202

**State the term**
**remaining**

Effective Date: 1/12/2016

**List the contract number**
**of any government**
**contract**

2.122 **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Service Agreement

Branch Banking & Trust
200 W Forsyth Street
Suite 530
Jacksonville, FL 32202

**State the term**
**remaining**

Effective Date: 1/12/2016

**List the contract number**
**of any government**
**contract**

2.123 **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Confidentiality Agreement

Branch Banking & Trust; Bb&T Corporation
Attn: Janet Simon
200 W Forsyth Street
Jacksonville, FL 32202

**State the term**
**remaining**

**List the contract number**
**of any government**
**contract**

**2.124** **State what the contract or lease is for and the nature of the debtor's interest**

Quote #: 21-48113-66598

Branch Banking and Trust Company
PO Box 580048
Charotte, NC 28258

**State the term remaining**

**List the contract number of any government contract**

**2.125** **State what the contract or lease is for and the nature of the debtor's interest**

Professional Cleaning Services Proposal

Brew & Associates
3825 N Shiloh Dr
Fayetteville, AR 72703

**State the term remaining**

Effective Date: 3/17/2023

**List the contract number of any government contract**

**2.126** **State what the contract or lease is for and the nature of the debtor's interest**

Quote #: 21-49150-66359

C-4 Analytics LLC
701 Edgewater Drive Ste 400
Wakefield, MA 01880

**State the term remaining**

Effective Date: 12/24/2020

**List the contract number of any government contract**

**2.127** **State what the contract or lease is for and the nature of the debtor's interest**

C-4 Analytics LLC

C-4 Analytics LLC
701 Edgewater Dr
Ste 400
Wakefield, MA 01880

**State the term remaining**

Effective Date: 3/1/2023

**List the contract number of any government contract**

**2.128** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Disclosure Agreement

C-4 Analytics LLC
701 Edgewater Drive
Ste 400
Wakefield, MA 1880

**State the term remaining**

Effective Date: 12/24/2020

**List the contract number of any government contract**

**2.129** **State what the contract or lease is for and the nature of the debtor's interest**

Leads Program Agreement - Group

Capgemini America Inc
79 Fifth Avenue
3rd Fl
New York, NY 10003

**State the term remaining**

Effective Date: 6/7/2023

**List the contract number of any government contract**

| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality Agreement | Capgemini America Inc |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 6/7/2023 | |
| | **List the contract number of any government contract** | | |

| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality Agreement | Capgemini America Inc |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 9/20/2021 | |
| | **List the contract number of any government contract** | | |

| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Information Form | Capital One Auto Finance, a division of Capital One, N.A. 7933 Preston Road Plano, TX 75093 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 12/10/2019 | |
| | **List the contract number of any government contract** | | |

| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Information Form | Capital One Auto Finance, a division of Capital One, N.A. 7933 Preston Road Plano, TX 75093 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 4/21/2023 | |
| | **List the contract number of any government contract** | | |

| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement | Capital One National Association; Capital One Financial Corporation; Capital One Auto Finance 31066-1111 8058 Dominion Parkway Plano, TX 75024 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 12/15/2022 | |
| | **List the contract number of any government contract** | | |

| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | Carfax Inc Attn: Dick Raines 16630 Collection Center Drive Chicago, IL 60693 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 10/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement | Carfax Inc |
| | | | Attn: Dick Raines |
| | **State the term remaining** | Effective Date: 4/30/2021 | 16630 Collection Center Drive |
| | **List the contract number of any government contract** | | Chicago, IL 60693 |

| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | Rcarfax Services Application | Carfax Inc |
| | | | Attn: Dick Raines |
| | **State the term remaining** | Effective Date: 12/30/2022 | 16630 Collection Center Drive |
| | **List the contract number of any government contract** | | Chicago, IL 60693 |

| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Carfax Services Agreement | Carfax Inc |
| | | | Attn: Dick Raines |
| | **State the term remaining** | Effective Date: 5/1/2014 | 16630 Collection Center Drive |
| | **List the contract number of any government contract** | | Chicago, IL 60693 |

| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | Marketing Agency Agreement | Carfax Inc |
| | | | Attn: Dick Raines |
| | **State the term remaining** | | 16630 Collection Center Drive |
| | **List the contract number of any government contract** | | Chicago, IL 60693 |

| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | Carfax Inc |
| | | | 5860 Trinity Pkwy |
| | **State the term remaining** | Effective Date: 11/3/2017 | Centreville, VA 20120 |
| | **List the contract number of any government contract** | | |

| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | Carfax Used Car Listing Program | Carfax Inc |
| | | | 5860 Trinity Pkwy |
| | **State the term remaining** | Effective Date: 5/1/2014 | Centreville, VA 20120 |
| | **List the contract number of any government contract** | | |

**2.142** **State what the contract or lease is for and the nature of the debtor's interest**

Carfax Services Application

**State the term remaining**

Effective Date: 9/30/2023

**List the contract number of any government contract**

Cargurus Inc
Attn: Aaron Davis, Jason Trevisan
2 Canal Park
Cambridge, MA 02141

**2.143** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

**State the term remaining**

Effective Date: 9/30/2023

**List the contract number of any government contract**

Cargurus Inc
Attn: Aaron Davis, Jason Trevisan
2 Canal Park
Cambridge, MA 02141

**2.144** **State what the contract or lease is for and the nature of the debtor's interest**

Carfax* Used Car Listingt Program - Enhanced Listin Agreement

**State the term remaining**

Effective Date: 3/18/2023

**List the contract number of any government contract**

Carlos Reyes Lawn Service
4620 37th Street E
Bradenton, FL 34203

**2.145** **State what the contract or lease is for and the nature of the debtor's interest**

Carfax Services Application

**State the term remaining**

Effective Date: 5/12/2023

**List the contract number of any government contract**

Carlos Reyes Lawn Service LLC
4620 37th Street E
Bradenton, FL 34203

**2.146** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

**State the term remaining**

Effective Date: 8/1/2023

**List the contract number of any government contract**

Carly Stapleton
410 W 25th St 1A
New York, NY 10001

**2.147** **State what the contract or lease is for and the nature of the debtor's interest**

Addendum To Proposal

**State the term remaining**

Effective Date: 6/30/2021

**List the contract number of any government contract**

Carpenter Electric Inc
1333 53rd Street
West Palm Beach, FL 33407-2206

2.148 **State what the contract**    Order Form                          Carpenter Electric Inc
       **or lease is for and the**                                        1333 53rd Street
       **nature of the debtor's**                                         West Palm Beach, FL 33407-2206
       **interest**
       **State the term**            Effective Date: 11/18/2021
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.149 **State what the contract**    Order Form                          Carpenter Electric Inc
       **or lease is for and the**                                        1333 53rd Street
       **nature of the debtor's**                                         West Palm Beach, FL 33407-2206
       **interest**
       **State the term**            Effective Date: 6/14/2021
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.150 **State what the contract**    Quote #138                          Carpenter Electric Inc
       **or lease is for and the**                                        1333 53rd Street
       **nature of the debtor's**                                         West Palm Beach, FL 33407-2206
       **interest**
       **State the term**            Effective Date: 7/14/2021
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.151 **State what the contract**    Rider To Zero Plan Retailer         CarSquad
       **or lease is for and the**                                        Attn: Phil Rosenberg
       **nature of the debtor's**                                         240 Central Parkway East
       **interest**                                                       Ste 2000
       **State the term**            Effective Date: 12/27/2022           Altamonte Springs, FL 32701
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.152 **State what the contract**    Independent Contractor Agreement    Carsquad Legal Entity; Americredit Financial Services Inc
       **or lease is for and the**                                        240 Central Parkway East
       **nature of the debtor's**                                         Ste 2000
       **interest**                                                       Altamonte Springs, FL 32701
       **State the term**            Effective Date: 12/19/2022
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.153 **State what the contract**    Non-Disclosure Agreement            CBI Digital Inc
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**            Effective Date: 12/28/2020
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.154   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**
        **State the term
        remaining**
        **List the contract number
        of any government
        contract**

Proposal

Effective Date: 6/1/2023

CBRE Inc
Wells Forgo Lockbox-E2001-049
El Monte, CA 91731

2.155   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**
        **State the term
        remaining**
        **List the contract number
        of any government
        contract**

Addendum To Professional Services
Agreement/Warranty

Effective Date: 3/16/2021

CBRE Inc
Wells Forgo Lockbox-E2001-049
El Monte, CA 91731

2.156   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**
        **State the term
        remaining**
        **List the contract number
        of any government
        contract**

Professional Services Agreement

Effective Date: 5/11/2021

CBRE Inc
Wells Forgo Lockbox-E2001-049
El Monte, CA 91731

2.157   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**
        **State the term
        remaining**
        **List the contract number
        of any government
        contract**

Professional Services Agreement

Effective Date: 1/18/2022

CBRE Inc
Wells Forgo Lockbox-E2001-049
El Monte, CA 91731

2.158   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**
        **State the term
        remaining**
        **List the contract number
        of any government
        contract**

Amendment To Transaction Management And
Brokerage Services Agreement

Effective Date: 6/7/2023

CBRE Inc
Wells Forgo Lockbox-E2001-049
El Monte, CA 91731

2.159   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**
        **State the term
        remaining**
        **List the contract number
        of any government
        contract**

Dealer Agreement

Effective Date: 6/14/2023

CBRE Inc
Wells Forgo Lockbox-E2001-049
El Monte, CA 91731

2.160 **State what the contract** Mutual Non-Disclosure Agreement
      **or lease is for and the**                                    CBRE Inc
      **nature of the debtor's**                                     Wells Forgo Lockbox-E2001-049
      **interest**                                                   El Monte, CA 91731
      **State the term** Effective Date: 3/16/2021
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.161 **State what the contract** Nm Work Order
      **or lease is for and the**                                    Cc L-4Ose 0 Can LLC; Routeone LLC
      **nature of the debtor's**
      **interest**
      **State the term** Effective Date: 11/9/2022
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.162 **State what the contract** Mutual Non-Disclosure Agreement
      **or lease is for and the**                                    CDK Dealer Services Inc; Nvoicepay Inc; CDK Global LLC; Toll Cambridge Mercantile
      **nature of the debtor's**                                     Corp
      **interest**                                                   c/o Barnes & Thornburg LLP
      **State the term** Effective Date: 11/30/2020                  Attn: Kevin G. Collins
      **remaining**                                                  222 Delaware Avenue
      **List the contract number**                                   Suite 1200
      **of any government**                                          Wilmington, DE 19801
      **contract**

2.163 **State what the contract** Transaction Management, Brokerage And
      **or lease is for and the** Project Management Agreement        CDK Global (Canada) Limited; CDK Global LLC; Interstate Title Solutions, Inc.
      **nature of the debtor's**                                     1950 Hassell Rd
      **interest**                                                   Hoffman Estates, IL 60169
      **State the term** Effective Date: 8/15/2019
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.164 **State what the contract** Schedule To Master Services Agreement
      **or lease is for and the**                                    CDK Global (Canada) Limited; CDK Global LLC; Interstate Title Solutions, Inc.
      **nature of the debtor's**                                     1950 Hassell Rd
      **interest**                                                   Hoffman Estates, IL 60169
      **State the term** Effective Date: 3/2/2023
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.165 **State what the contract** Appendix "A-1" Form Of Engagement Letter
      **or lease is for and the**                                    CDK Global LLC
      **nature of the debtor's**                                     c/o Barnes & Thornburg LLP
      **interest**                                                   Attn: Kevin G. Collins
      **State the term** Effective Date: 6/27/2022                   222 Delaware Avenue
      **remaining**                                                  Suite 1200
      **List the contract number**                                   Wilmington, DE 19801
      **of any government**
      **contract**

2.166 **State what the contract or lease is for and the nature of the debtor's interest**

Appendix "A-1" Form Of Engagement Letter

**State the term remaining**

Effective Date: 3/9/2021

**List the contract number of any government contract**

CDK Global LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

2.167 **State what the contract or lease is for and the nature of the debtor's interest**

Addendum To Master Services Agreement And The Applicable Schedules

**State the term remaining**

Effective Date: 10/15/2021

**List the contract number of any government contract**

CDK Global LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

2.168 **State what the contract or lease is for and the nature of the debtor's interest**

Addendum To Master Services Agreement And The Applicable Schedule(S)

**State the term remaining**

Effective Date: 3/18/2021

**List the contract number of any government contract**

CDK Global LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

2.169 **State what the contract or lease is for and the nature of the debtor's interest**

Addendum To Master Services Agreement And The Applicable Schedule(S)

**State the term remaining**

Effective Date: 4/3/2017

**List the contract number of any government contract**

CDK Global LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

2.170 **State what the contract or lease is for and the nature of the debtor's interest**

Schedule To Master Services Agreement

**State the term remaining**

Effective Date: 11/11/2021

**List the contract number of any government contract**

CDK Global LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

2.171 **State what the contract or lease is for and the nature of the debtor's interest**

Schedule To Master Services Agreement

**State the term remaining**

Effective Date: 9/3/2021

**List the contract number of any government contract**

CDK Global LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**2.172**  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Schedule To Master Services Agreement

Effective Date: 4/15/2019

CDK Global LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**2.173**  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Master Services Agreement

Effective Date: 6/6/2012

CDK Global LLC
1950 Hassell Rd
Hoffman Estates, IL 60169

**2.174**  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Schedule To Master Services Agreement

Effective Date: 6/27/2022

CDK Global LLC; Centrepark
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**2.175**  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Schedule To Master Services Agreement

Effective Date: 4/21/2023

CDK Global LLC; Off Lease LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**2.176**  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Schedule To Master Services Agreement

Effective Date: 11/13/2019

CDK Global LLC; Off Lease LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**2.177**  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Schedule To Master Services Agreement

Effective Date: 8/13/2021

CDK Global LLC; Off Lease LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

| | | |
|---|---|---|
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | Schedule To Master Services Agreement |
| | **State the term remaining** | Effective Date: 11/13/2019 |
| | **List the contract number of any government contract** | |

CDK Global LLC; Off Lease LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

| | | |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum To Master Services Agreement And The Applicable Schedule(S) |
| | **State the term remaining** | Effective Date: 8/25/2023 |
| | **List the contract number of any government contract** | |

CDK Global LLC; Off Lease LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

| | | |
|---|---|---|
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | Power Of Attorney |
| | **State the term remaining** | Effective Date: 4/21/2023 |
| | **List the contract number of any government contract** | |

CDK Global LLC; Off Lease LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

| | | |
|---|---|---|
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum To Master Services Agreement And The Applicable Schedule(S) |
| | **State the term remaining** | Effective Date: 4/23/2021 |
| | **List the contract number of any government contract** | |

CDK Global LLC; Off Lease LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

| | | |
|---|---|---|
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | Schedule To Master Services Agreement |
| | **State the term remaining** | Effective Date: 11/13/2019 |
| | **List the contract number of any government contract** | |

CDK Global LLC; Off Lease LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

| | | |
|---|---|---|
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum To Master Services Agreement And The Applicable Schedule(S) |
| | **State the term remaining** | Effective Date: 11/20/2020 |
| | **List the contract number of any government contract** | |

CDK Global Llc; Offlease
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**2.184** **State what the contract or lease is for and the nature of the debtor's interest**

Addendum To Master Services Agreement And The Applicable Schedule(S)

**State the term remaining**

Effective Date: 11/20/2020

**List the contract number of any government contract**

CDK Global LLC; Offlease
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**2.185** **State what the contract or lease is for and the nature of the debtor's interest**

Schedule To Master Services Agreement

**State the term remaining**

Effective Date: 11/20/2020

**List the contract number of any government contract**

CDK Global LLC; Offlease
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**2.186** **State what the contract or lease is for and the nature of the debtor's interest**

Schedule To Master Services Agreement

**State the term remaining**

Effective Date: 11/20/2020

**List the contract number of any government contract**

CDK Global LLC; Offlease #5
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**2.187** **State what the contract or lease is for and the nature of the debtor's interest**

Schedule To Master Services Agreement

**State the term remaining**

Effective Date: 3/18/2021

**List the contract number of any government contract**

CDK Global LLC; Offlease #5
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**2.188** **State what the contract or lease is for and the nature of the debtor's interest**

Addendum To master Service Agreement and the Applicable Schedules

**State the term remaining**

Effective Date: 7/30/2019

**List the contract number of any government contract**

CDK Global, LLc
1950 Hassell Rd
Hoffman Estates, IL 60169

**2.189** **State what the contract or lease is for and the nature of the debtor's interest**

Schedule To Master Services Agreement

**State the term remaining**

Effective Date: 10/13/2021

**List the contract number of any government contract**

CDK Global, LLc
1950 Hassell Rd
Hoffman Estates, IL 60169

2.190  **State what the contract**    Addendum To Master Services Agreement      Centerpoint Energy Houston Electric LLC
       **or lease is for and the**                                              Attn: Kyle Jahn
       **nature of the debtor's**                                               5431 Hwy Blvd
       **interest**                                                             Katy, TX 77494
       **State the term**             Effective Date: 7/19/2023
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.191  **State what the contract**    Addendum To Master Services Agreement      Centerpoint Energy Houston Electric LLC
       **or lease is for and the**                                              Attn: Kyle Jahn
       **nature of the debtor's**                                               5431 Hwy Blvd
       **interest**                                                             Katy, TX 77494
       **State the term**             Effective Date: 8/21/2023
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.192  **State what the contract**    Schedule To Master Services Agreement      Centralbdc LLC
       **or lease is for and the**                                              1200 N Federal Highway #207
       **nature of the debtor's**                                               Boca Raton, FL 33432
       **interest**
       **State the term**
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.193  **State what the contract**    Master Services Agreement                  Centralbdc LLC
       **or lease is for and the**                                              1200 N Federal Highway #207
       **nature of the debtor's**                                               Boca Raton, FL 33432
       **interest**
       **State the term**
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.194  **State what the contract**    Schedule To Master Services Agreement      Centrepark; CDK Global LLC
       **or lease is for and the**                                              c/o Barnes & Thornburg LLP
       **nature of the debtor's**                                               Attn: Kevin G. Collins
       **interest**                                                             222 Delaware Avenue
       **State the term**             Effective Date: 6/27/2022                  Suite 1200
       **remaining**                                                            Wilmington, DE 19801
       **List the contract number**
       **of any government**
       **contract**

2.195  **State what the contract**    6.3.1.1 Facilities Extension Agreement For   Centurylink Inc; Centurylink QCC; Qwest Communications Company LLC
       **or lease is for and the**    Distribution
       **nature of the debtor's**
       **interest**
       **State the term**             Effective Date: 3/8/2018
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

| | | |
|---|---|---|
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Provider Dealer Data Access And Protection Addendum |
| | **State the term remaining** | Effective Date: 3/31/2021 |
| | **List the contract number of any government contract** | |

Cerberus Capital Management LP; Duff & Phelps LLC
875 Third Ave
New York, NY 10022

| | | |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | Re: Engagement Letter For Valuation Services In Relation To The Application Of Asc 718 |
| | **State the term remaining** | Effective Date: 11/15/2019 |
| | **List the contract number of any government contract** | |

Cerberus Capital Management LP; Duff & Phelps LLC
875 Third Ave
New York, NY 10022

| | | |
|---|---|---|
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Development Master Services Agreement |
| | **State the term remaining** | Effective Date: 10/29/2021 |
| | **List the contract number of any government contract** | |

Cerberus Capital Management LP; Maynard Cooper & Gale PC
1901 Sixth Avenue North
Birmingham, AL 35203

| | | |
|---|---|---|
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |
| | **State the term remaining** | Effective Date: 2/1/2020 |
| | **List the contract number of any government contract** | |

Cerberus Operations and Advisory Company LLC
875 Third Avenue 14th Floor
New York, NY 10022

| | | |
|---|---|---|
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |
| | **State the term remaining** | Effective Date: 1/1/2023 |
| | **List the contract number of any government contract** | |

Cerberus Operations and Advisory Company LLC
875 Third Avenue 14th Floor
New York, NY 10022

| | | |
|---|---|---|
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | Schedule To Master Services Agreement |
| | **State the term remaining** | Effective Date: 12/9/2020 |
| | **List the contract number of any government contract** | |

Cerberus Operations and Advisory Company LLC
875 Third Avenue 14th Floor
New York, NY 10022

**2.202**  **State what the contract**   Amendment No. 2 To Engagement Letter No. 1
        **or lease is for and the**                                                Cerberus Operations and Advisory Company LLC; United Parcel Service Inc
        **nature of the debtor's**                                                 875 Third Avenue 14th Floor
        **interest**                                                               New York, NY 10022
        **State the term**             Effective Date: 4/26/2021
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.203**  **State what the contract**   Re: Deferred Payment Of Certain 2020 Invoices
        **or lease is for and the**                                                Cerberus Operations and Advisory Company LLC; United Parcel Service Inc
        **nature of the debtor's**                                                 875 Third Avenue 14th Floor
        **interest**                                                               New York, NY 10022
        **State the term**             Effective Date: 4/17/2017
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.204**  **State what the contract**   Amendment No. 1 To Engagement Letter No. 1
        **or lease is for and the**                                                Cerberus Operations And Advisory Company LLC; World Travel Inc
        **nature of the debtor's**                                                 875 Third Avenue 14th Floor
        **interest**                                                               New York, NY 10022
        **State the term**             Effective Date: 9/13/2022
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.205**  **State what the contract**   Change Order For Off Lease
        **or lease is for and the**                                                Cerberus Operations and Advisory Company, LLC
        **nature of the debtor's**                                                 875 Third Avenue
        **interest**                                                               New York, NY 10022
        **State the term**             Effective Date: 3/1/2021
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.206**  **State what the contract**   Joinder Agreement
        **or lease is for and the**                                                Cerberus Opertations and Advisory, Company, LLC
        **nature of the debtor's**                                                 875 Third Avenue
        **interest**                                                               New York, NY 10022
        **State the term**             Effective Date: 3/10/2023
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.207**  **State what the contract**   Re: Master Consulting And Advisory Services
        **or lease is for and the**     Agreement 2019 Engagement                  Cerberus Technology Solutions LLC
        **nature of the debtor's**                                                 875 Third Avenue 14th Floor
        **interest**                                                               New York, NY 10022
        **State the term**
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

| | | |
|---|---|---|
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #2 To Cerberus Operations And Advisory Company, Llc Mutual Agreement Of Understanding | Cerberus Technology Solutions LLC 875 Third Avenue 14th Floor New York, NY 10022 |
| | **State the term remaining** | Effective Date: 1/20/2020 | |
| | **List the contract number of any government contract** | | |

2.208
**State what the contract or lease is for and the nature of the debtor's interest**
Amendment #2 To Cerberus Operations And Advisory Company, Llc Mutual Agreement Of Understanding

Cerberus Technology Solutions LLC
875 Third Avenue 14th Floor
New York, NY 10022

**State the term remaining**
Effective Date: 1/20/2020

**List the contract number of any government contract**

2.209
**State what the contract or lease is for and the nature of the debtor's interest**
Amendment No. 4 To Engagement Letter No. 1

Cerberus Technology Solutions LLC
875 Third Avenue 14th Floor
New York, NY 10022

**State the term remaining**
Effective Date: 3/1/2022

**List the contract number of any government contract**

2.210
**State what the contract or lease is for and the nature of the debtor's interest**
Mutual Agreement Of Understanding

Cerberus Technology Solutions LLC
875 Third Avenue 14th Floor
New York, NY 10022

**State the term remaining**
Effective Date: 1/1/2023

**List the contract number of any government contract**

2.211
**State what the contract or lease is for and the nature of the debtor's interest**
Energy Service Outlet Location And Data Statement For Electric Service

Cerberus Technology Solutions, LLC
875 Third Ave
3rd Fl
New York, NY 10022

**State the term remaining**
Effective Date: 1/20/2020

**List the contract number of any government contract**

2.212
**State what the contract or lease is for and the nature of the debtor's interest**
Multinational Business Travel Agreement

CFO Compliance Solutions; ADP Inc
555 Metro Place N
Ste 650
Dublin, OH 43017

**State the term remaining**
Effective Date: 9/7/2021

**List the contract number of any government contract**

2.213
**State what the contract or lease is for and the nature of the debtor's interest**
Services Agreement

CFO Compliance Solutions; ADP Inc
555 Metro Place N
Ste 650
Dublin, OH 43017

**State the term remaining**
Effective Date: 11/1/2015

**List the contract number of any government contract**

| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | Data Processing Addendum | Checkr Inc |
| | | | 1 Montgomery Street Suite 2400 |
| | **State the term remaining** | Effective Date: 12/1/2021 | San Francisco, CA 94104 |
| | **List the contract number of any government contract** | | |

| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement Of Work #3 | Chrome Data; Autodata Inc |
| | | | PO Box 7410265 |
| | **State the term remaining** | Effective Date: 9/1/2021 | Chicago, IL 60674 |
| | **List the contract number of any government contract** | | |

| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement Of Work #4 | Cintas |
| | | | PO Box 740855 |
| | **State the term remaining** | Effective Date: 1/9/2014 | Cincinnati, OH 45274-0855 |
| | **List the contract number of any government contract** | | |

| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | Streamlined Business Licensing Service Agreement | Cintas |
| | | | PO Box 740855 |
| | **State the term remaining** | Effective Date: 5/15/2019 | Cincinnati, OH 45274-0855 |
| | **List the contract number of any government contract** | | |

| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement Of Work No. 1 | Clearcompany (Hrmdirect Inc) |
| | | | PO Box 936918 |
| | **State the term remaining** | Effective Date: 12/15/2021 | Atlanta, GA 31193-6918 |
| | **List the contract number of any government contract** | | |

| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | Order | Clearcompany (Hrmdirect Inc) |
| | | | PO Box 936918 |
| | **State the term remaining** | Effective Date: 10/4/2021 | Atlanta, GA 31193-6918 |
| | **List the contract number of any government contract** | | |

2.220  **State what the contract**    Checkr Order Form
       **or lease is for and the**
       **nature of the debtor's**                                          Coffee Time Services; Mahoney Coffee Services Inc
       **interest**                                                        Attn: Sandra Coyle
       **State the term**                                                  PO Box 5303
       **remaining**                                                       Sarasota, FL 34277
       **List the contract number**
       **of any government**
       **contract**

2.221  **State what the contract**    First Addendum To Application And Order
       **or lease is for and the**    Schedule August
       **nature of the debtor's**                                          Cold Air Distributors Warehouse Of Florida Inc
       **interest**                                                        6937 Stapoint Ct Unit A
       **State the term**                                                  Winter Park, FL 32792-6675
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.222  **State what the contract**    Health Services Agreement
       **or lease is for and the**
       **nature of the debtor's**                                          Collaboratory Ventures LLC; Beepermd LLC
       **interest**
       **State the term**
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.223  **State what the contract**    Lease Agreement for 1450 Centrepark Blvd,
       **or lease is for and the**    West Palm Beach, FL 33401
       **nature of the debtor's**                                          Colonnade CentrePark East LLC
       **interest**                                                        1400 Centerpark Blvd Ste 810
       **State the term**                                                  West Palm Beach, FL 33401
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.224  **State what the contract**    Dealer Agreement
       **or lease is for and the**
       **nature of the debtor's**                                          Comcast Cable Communications Management LLC
       **interest**                                                        PO Box 71211
       **State the term**             Effective Date: 8/4/2021              Charlotte, NC 28272-1211
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.225  **State what the contract**    Agreement For Sale & Purchase Of
       **or lease is for and the**    Merchandise Between Cold Air Distributors
       **nature of the debtor's**     Warehouse Of Florida                 Comcast Cable Communications Management LLC
       **interest**                                                        PO Box 71211
       **State the term**                                                  Charlotte, NC 28272-1211
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

**2.226** **State what the contract or lease is for and the nature of the debtor's interest**

Coffee Service Agreement

Comcast Cable Communications Management LLC
PO Box 71211
Charlotte, NC 28272-1211

**State the term remaining**

Effective Date: 1/26/2021

**List the contract number of any government contract**

**2.227** **State what the contract or lease is for and the nature of the debtor's interest**

Re: Engagement Of Ire11 & Manella Llp

Comcast Cable Communications Management LLC
PO Box 71211
Charlotte, NC 28272-1211

**State the term remaining**

Effective Date: 5/20/2022

**List the contract number of any government contract**

**2.228** **State what the contract or lease is for and the nature of the debtor's interest**

Comcast Business Move Migration Of Service Form

Comcast Cable Communications Management LLC
PO Box 71211
Charlotte, NC 28272-1211

**State the term remaining**

Effective Date: 5/20/2022

**List the contract number of any government contract**

**2.229** **State what the contract or lease is for and the nature of the debtor's interest**

Sales Order Form

Comcast Cable Communications Management LLC
PO Box 71211
Charlotte, NC 28272-1211

**State the term remaining**

Effective Date: 8/3/2021

**List the contract number of any government contract**

**2.230** **State what the contract or lease is for and the nature of the debtor's interest**

Business Service Order

Comcast Cable Communications Management LLC
PO Box 71211
Charlotte, NC 28272-1211

**State the term remaining**

Effective Date: 8/4/2021

**List the contract number of any government contract**

**2.231** **State what the contract or lease is for and the nature of the debtor's interest**

Sales Order Form

Comcast Cable Communications Management LLC
PO Box 71211
Charlotte, NC 28272-1211

**State the term remaining**

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Service Order | Comcast Cable Communications Management LLC; Comcast Cable Comm lcnt1Ltremanagement LLC PO Box 71211 Charlotte, NC 28272-1211 |
| | **State the term remaining** | Effective Date: 7/29/2021 | |
| | **List the contract number of any government contract** | | |
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment To Comcast Enterprise Services Master Services Agreement No. FI-8207746-Bpere | Comcast Cable Communications Management LLC; Comcast Cable Comm lcnt1Ltremanagement LLC PO Box 71211 Charlotte, NC 28272-1211 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order Form | Complete Solutions 12472 Lake Underhill Rd Orlando, FL 32828 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order Form | Complete Solutions & Sourcing Inc PO Box 6405 Southeaster, PA 19398 |
| | **State the term remaining** | Effective Date: 11/29/2022 | |
| | **List the contract number of any government contract** | | |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order Form | Complete Solutions & Sourcing Inc PO Box 6405 Southeaster, PA 19398 |
| | **State the term remaining** | Effective Date: 3/11/2022 | |
| | **List the contract number of any government contract** | | |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | Comcast Enterprise Services Product-Specific Attachment Ethernet Dedicated Internet Services Schedule A-2 Service Level Agreement | Complynet LLC c/o Graham Moore 1314 Ave A Ste A Katy, TX 77493 |
| | **State the term remaining** | Effective Date: 7/11/2023 | |
| | **List the contract number of any government contract** | | |

| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement | Complynet LLC<br>c/o Graham Moore<br>1314 Ave A<br>Ste A<br>Katy, TX 77493 |
| | **State the term remaining** | Effective Date: 2/23/2023 | |
| | **List the contract number of any government contract** | | |

| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | 2nd Amendment To Client Services Master Agreement | Constellation Energy Resources LLC; CQI Associates LLC; Constellation Newenergy Inc |
| | **State the term remaining** | Effective Date: 4/6/2023 | |
| | **List the contract number of any government contract** | | |

| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment To Client Services Master Agreement | Converge Resources Inc<br>24210 Campione Ct<br>Richmond, TX 77406 |
| | **State the term remaining** | Effective Date: 9/16/2022 | |
| | **List the contract number of any government contract** | | |

| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | Complete Solutions & Sourcing Client Services Master Agreement | Cool Breeze Consultants |
| | **State the term remaining** | Effective Date: 3/22/2023 | |
| | **List the contract number of any government contract** | | |

| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Non-Disclosure Agreement | Cool Breeze Consultants LLC |
| | **State the term remaining** | Effective Date: 2/23/2023 | |
| | **List the contract number of any government contract** | | |

| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Services Agreement | Corporate Resolution; American Credit Acceptance LLC<br>PO Box 744779<br>Atlanta, GA 30374 |
| | **State the term remaining** | Effective Date: 10/1/1999 | |
| | **List the contract number of any government contract** | | |

2.244 **State what the contract or lease is for and the nature of the debtor's interest**

Order Summary

**State the term remaining**

Effective Date: 8/1/2023

**List the contract number of any government contract**

Cox Automotive
PO Box 935634
Atlanta, GA 31193-5634

2.245 **State what the contract or lease is for and the nature of the debtor's interest**

Order Summary

**State the term remaining**

**List the contract number of any government contract**

Cox Automotive
PO Box 935634
Atlanta, GA 31193-5634

2.246 **State what the contract or lease is for and the nature of the debtor's interest**

Order Summary

**State the term remaining**

**List the contract number of any government contract**

Cox Automotive
PO Box 935634
Atlanta, GA 31193-5634

2.247 **State what the contract or lease is for and the nature of the debtor's interest**

Order Summary

**State the term remaining**

Effective Date: 2/4/2021

**List the contract number of any government contract**

Cox Automotive
PO Box 935634
Atlanta, GA 31193-5634

2.248 **State what the contract or lease is for and the nature of the debtor's interest**

Order Summary

**State the term remaining**

Effective Date: 5/2/2023

**List the contract number of any government contract**

Cox Automotive
PO Box 935634
Atlanta, GA 31193-5634

2.249 **State what the contract or lease is for and the nature of the debtor's interest**

It/Ot Integration Direct Hire And Contract Agreement

**State the term remaining**

Effective Date: 5/20/2021

**List the contract number of any government contract**

Cox Automotive (KBB)
PO Box 935634
Atlanta, GA 31193-5634

**2.250**  **State what the contract**    Rebates Extended Service Contracts
          **or lease is for and the**
          **nature of the debtor's**                                                    Cox Automotive (KBB)
          **interest**                                                                  PO Box 935634
          **State the term**             Effective Date: 12/13/2022                      Atlanta, GA 31193-5634
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.251**  **State what the contract**    Order Summary
          **or lease is for and the**
          **nature of the debtor's**                                                    Cox Automotive (KBB)
          **interest**                                                                  PO Box 935634
          **State the term**             Effective Date: 5/20/2021                       Atlanta, GA 31193-5634
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.252**  **State what the contract**    Order Summary
          **or lease is for and the**
          **nature of the debtor's**                                                    Cox Automotive (KBB)
          **interest**                                                                  3003 Summit Blvd. Ste. 200
          **State the term**             Effective Date: 8/8/2023                        Atlanta, GA 30319
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.253**  **State what the contract**    Reference: Professional Engineering Services
          **or lease is for and the**    Proposal Revision 1 Proposed Vehicle
          **nature of the debtor's**     Reconditioning Center 1926 Fm 362              Cox Automotive (KBB)
          **interest**                   Brookshire, Tx 77423                           PO Box 935634
                                                                                        Atlanta, GA 31193-5634
          **State the term**
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.254**  **State what the contract**    Sales Order
          **or lease is for and the**
          **nature of the debtor's**                                                    Cox Automotive (KBB)
          **interest**                                                                  PO Box 935634
          **State the term**             Effective Date: 5/20/2021                       Atlanta, GA 31193-5634
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.255**  **State what the contract**    Constellation Commercial Electricity
          **or lease is for and the**    Authorization Form
          **nature of the debtor's**                                                    Cox Automotive (KBB)
          **interest**                                                                  PO Box 935634
          **State the term**                                                            Atlanta, GA 31193-5634
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.256** **State what the contract**    Rebate
**or lease is for and the**
**nature of the debtor's**
**interest**                                                    Cox Automotive Inc
                                                                Attn: Legal Department
                                                                6205 Peachtree Dunwoody Road
**State the term**    Effective Date: 12/16/2021        Atlanta, GA 30328
**remaining**
**List the contract number**
**of any government**
**contract**

**2.257** **State what the contract**    Mutual Non-Disclosure Agreement
**or lease is for and the**
**nature of the debtor's**
**interest**                                                    Cox Automotive Inc
                                                                6325 Peachtree-Dunwoody Rd
                                                                Atlanta, GA 30328
**State the term**    Effective Date: 12/16/2021
**remaining**
**List the contract number**
**of any government**
**contract**

**2.258** **State what the contract**    Post-Sale Transaction Data Addendum To
**or lease is for and the**    Master Data License Agreement
**nature of the debtor's**
**interest**                                                    Cox Automotive, Inc.
                                                                Attn: Legal Department
                                                                6205 Peachtree Dunwoody Road
**State the term**    Effective Date: 6/7/2017           Atlanta, GA 30328
**remaining**
**List the contract number**
**of any government**
**contract**

**2.259** **State what the contract**    Post-Sale Transaction Data Addendum To
**or lease is for and the**    Master Data License Agreement
**nature of the debtor's**
**interest**                                                    Cox Automotive, Inc.
                                                                Attn: Legal Department
                                                                6205 Peachtree Dunwoody Road
**State the term**    Effective Date: 4/27/2017          Atlanta, GA 30328
**remaining**
**List the contract number**
**of any government**
**contract**

**2.260** **State what the contract**    Product Order Form
**or lease is for and the**
**nature of the debtor's**
**interest**                                                    Cox Automotive; Manheim Remarketing Inc
                                                                PO Box 930725
                                                                Atlanta, GA 30392-1691
**State the term**    Effective Date: 3/16/2018
**remaining**
**List the contract number**
**of any government**
**contract**

**2.261** **State what the contract**    Mutual Non-Disclosure Agreement
**or lease is for and the**
**nature of the debtor's**
**interest**                                                    CQI Associates LLC
**State the term**    Effective Date: 5/23/2022
**remaining**
**List the contract number**
**of any government**
**contract**

| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement Approval | CQI Associates LLC |
| | **State the term remaining** | Effective Date: 5/23/2022 | |
| | **List the contract number of any government contract** | | |

| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | Re: Credit Card Authorization Form | Credit Union Acceptance Company LLC; Cu Alliance LLC; DBA Carsquad Company LLC<br>2265 Harrodsburg Road<br>Suite 401<br>Lexington, KY 40504 |
| | **State the term remaining** | Effective Date: 10/19/2018 | |
| | **List the contract number of any government contract** | | |

| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | Am License Agreement | Credit Union Acceptance Company LLC; Cu Alliance LLC; DBA Carsquad Company LLC<br>2265 Harrodsburg Road<br>Suite 401<br>Lexington, KY 40504 |
| | **State the term remaining** | Effective Date: 4/28/2023 | |
| | **List the contract number of any government contract** | | |

| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | Inventory Search Data Addendum To Master Data License Agreement | Criteo<br>387 Park Ave S<br>New York City, NY 10016 |
| | **State the term remaining** | Effective Date: 1/11/2023 | |
| | **List the contract number of any government contract** | | |

| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Summary | Criteo Service<br>387 Park Ave S<br>New York City, NY 10016 |
| | **State the term remaining** | Effective Date: 11/10/2022 | |
| | **List the contract number of any government contract** | | |

| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | Terms of Service | Criteo Service<br>387 Park Ave S<br>New York City, NY 10016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**2.268**  **State what the contract or lease is for and the nature of the debtor's interest**   Terms of Service

**State the term remaining**

**List the contract number of any government contract**

Criteo Service
387 Park Ave S
New York City, NY 10016

**2.269**  **State what the contract or lease is for and the nature of the debtor's interest**   Fw: Criteo Order Form

**State the term remaining**   Effective Date: 8/12/2021

**List the contract number of any government contract**

Cross-Sell LLC
2265 Harrodsburg Road
Suite 401
Lexington, KY 40504

**2.270**  **State what the contract or lease is for and the nature of the debtor's interest**   Insertion Order

**State the term remaining**   Effective Date: 1/21/2020

**List the contract number of any government contract**

Crowe LLP
PO Box 71570
Chicago, IL 60694-1570

**2.271**  **State what the contract or lease is for and the nature of the debtor's interest**   Criteo Umbrella Terms Of Service

**State the term remaining**   Effective Date: 3/25/2020

**List the contract number of any government contract**

Crowe LLP
PO Box 71570
Chicago, IL 60694-1570

**2.272**  **State what the contract or lease is for and the nature of the debtor's interest**   Criteo Criteo Specific Terms Of Service

**State the term remaining**   Effective Date: 1/23/2023

**List the contract number of any government contract**

Crowe LLP
PO Box 71570
Chicago, IL 60694-1570

**2.273**  **State what the contract or lease is for and the nature of the debtor's interest**   Agreement

**State the term remaining**   Effective Date: 1/12/2022

**List the contract number of any government contract**

Crowe LLP
401 East Jackson Street
Suite 2900
Tampa, FL 33602-5231

2.274 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Agreement

Effective Date: 4/20/2021

Crowe LLP
9600 Brownsboro Road
Suite 400
Louisville, KY 40241-1122

2.275 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Agreement For The Exchange Of Confidential Information

Effective Date: 1/21/2020

Crowe LLP
PO Box 71570
Chicago, IL 60694-1570

2.276 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Service Agreement

Crown Castle Fiber
PO Box 21926
New York, NY 10087-1926

2.277 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Agreement For The Exchange Of Confidential Information

Effective Date: 3/1/2020

Crown Castle Fiber
PO Box 21926
New York, NY 10087-1926

2.278 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Engagement Letter

Effective Date: 8/1/2021

Crown Castle Fiber LLC
PO Box 21926
New York, NY 10087-1926

2.279 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Letter Agreement

Effective Date: 1/10/2020

Crown Castle Fiber LLC
PO Box 21926
New York, NY 10087-1926

**2.280** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Crown Castle Fiber LLC
PO Box 21926
New York, NY 10087-1926

**State the term remaining**

Effective Date: 4/1/2021

**List the contract number of any government contract**

**2.281** **State what the contract or lease is for and the nature of the debtor's interest**

Request Form

Crown Castle Fiber LLC
PO Box 21926
New York, NY 10087-1926

**State the term remaining**

Effective Date: 9/28/2021

**List the contract number of any government contract**

**2.282** **State what the contract or lease is for and the nature of the debtor's interest**

Ip Address Request Form

Crown Castle Fiber LLC
PO Box 21926
New York, NY 10087-1926

**State the term remaining**

**List the contract number of any government contract**

**2.283** **State what the contract or lease is for and the nature of the debtor's interest**

Electronic Records Account Agreement

CSS Services LLC
400 N. Jonhson Avenue
El Cajon, CA 92020

**State the term remaining**

Effective Date: 3/16/2023

**List the contract number of any government contract**

**2.284** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form

CSS Services LLC
400 N. Jonhson Avenue
El Cajon, CA 92020

**State the term remaining**

Effective Date: 3/8/2023

**List the contract number of any government contract**

**2.285** **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Non-Disclosure Agreement

CSS Services LLC

**State the term remaining**

Effective Date: 3/8/2023

**List the contract number of any government contract**

**2.286** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form

**State the term remaining**

Effective Date: 3/28/2017

**List the contract number of any government contract**

Cu Direct Corporation
PO Box 51482
Ontario, CA 91761

**2.287** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form

**State the term remaining**

Effective Date: 9/13/2022

**List the contract number of any government contract**

Cuila LLC; Origence Lending Services; Cu Direct Corporation
PO Box 51482
Ontario, CA 91761

**2.288** **State what the contract or lease is for and the nature of the debtor's interest**

New Location Service

**State the term remaining**

Effective Date: 2/23/2022

**List the contract number of any government contract**

Cumberland Group
300 Gallaria Pkwy
Ste 1600
Atlanta, GA 30339

**2.289** **State what the contract or lease is for and the nature of the debtor's interest**

Bradenton network Equipment Year 3

**State the term remaining**

Effective Date: 1/18/2021

**List the contract number of any government contract**

Cumberland Group
300 Gallaria Pkwy
Ste 1600
Atlanta, GA 30339

**2.290** **State what the contract or lease is for and the nature of the debtor's interest**

Meraki Cameras For Texas

**State the term remaining**

Effective Date: 4/26/2022

**List the contract number of any government contract**

Cumberland Group
300 Gallaria Pkwy
Ste 1600
Atlanta, GA 30339

**2.291** **State what the contract or lease is for and the nature of the debtor's interest**

Quote Summary

**State the term remaining**

Effective Date: 10/29/2021

**List the contract number of any government contract**

Cumberland Group
300 Galleria Parkway
Suite 1600
Atlanta, GA 30339

**2.292**  **State what the contract**     Order Form
           **or lease is for and the**
           **nature of the debtor's**                                       Cumberland Group LLC
           **interest**                                                     PO Box 1056
           **State the term**              Effective Date: 12/23/2020        Columbus, GA 31902
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.293**  **State what the contract**     Crown Castle Telecommunications License
           **or lease is for and the**     Terms And Conditions
           **nature of the debtor's**                                       Cumberland Group LLC
           **interest**                                                     PO Box 1056
           **State the term**              Effective Date: 12/14/2020        Columbus, GA 31902
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.294**  **State what the contract**     Exhibit B Independent And Mlt Dealer Consent
           **or lease is for and the**     Form
           **nature of the debtor's**                                       Cumberland Group LLC
           **interest**                                                     PO Box 1056
           **State the term**              Effective Date: 3/16/2023         Columbus, GA 31902
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.295**  **State what the contract**     Master Services Agreement
           **or lease is for and the**
           **nature of the debtor's**                                       Cumberland Group LLC
           **interest**                                                     PO Box 1056
           **State the term**              Effective Date: 2/17/2021         Columbus, GA 31902
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.296**  **State what the contract**     Mutual Non-Disclosure Agreement
           **or lease is for and the**
           **nature of the debtor's**                                       Cumberland Group LLC
           **interest**                                                     PO Box 1056
           **State the term**              Effective Date: 12/23/2020        Columbus, GA 31902
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.297**  **State what the contract**     Off Lease Only Bradenton
           **or lease is for and the**
           **nature of the debtor's**                                       Cumberland Group LLC
           **interest**                                                     PO Box 1056
           **State the term**              Effective Date: 5/10/2022         Columbus, GA 31902
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

2.298 **State what the contract**   Mutual Non-Disclosure Agreement      Cumberland Group LLC
      **or lease is for and the**                                        PO Box 1056
      **nature of the debtor's**                                         Columbus, GA 31902
      **interest**
      **State the term**            Effective Date: 12/14/2020
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.299 **State what the contract**   Order                                Cumberland Group; Steven Barrett Stevenbarrettoffleaseonly.com
      **or lease is for and the**                                        PO Box 1056
      **nature of the debtor's**                                         Columbus, GA 31902
      **interest**
      **State the term**            Effective Date: 1/25/2022
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.300 **State what the contract**   Mutual Non-Disclosure Agreement      Cvr
      **or lease is for and the**
      **nature of the debtor's**
      **interest**
      **State the term**            Effective Date: 3/11/2022
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.301 **State what the contract**   Statement Of Work For Off Lease      CVR
      **or lease is for and the**
      **nature of the debtor's**
      **interest**
      **State the term**            Effective Date: 3/11/2022
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.302 **State what the contract**   Dailypay Services Order              DailyPay, Inc
      **or lease is for and the**                                        55 Walters St
      **nature of the debtor's**                                         42nd Fl
      **interest**                                                       New York City, NY 10041
      **State the term**            Effective Date: 9/7/2022
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.303 **State what the contract**   Proposal                             Danny's Septic Service Inc
      **or lease is for and the**                                        4704 Dolphin Dr
      **nature of the debtor's**                                         Lake Worth, FL 33463
      **interest**
      **State the term**            Effective Date: 8/15/2023
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

**2.304** **State what the contract** Proposal
**or lease is for and the**
**nature of the debtor's**
**interest**                                                Danny's Septic Service Inc
**State the term** Effective Date: 8/19/2023                 4704 Dolphin Dr
**remaining**                                                Lake Worth, FL 33463
**List the contract number**
**of any government**
**contract**

**2.305** **State what the contract** 401(k) Profit Sharing plan & Trust
**or lease is for and the**
**nature of the debtor's**
**interest**                                                Daszkai Bolton LLP
**State the term** Effective Date: 9/9/2021                  2401 NW Boca Raton Blvd
**remaining**                                                Boca Raton, FL 33431-6632
**List the contract number**
**of any government**
**contract**

**2.306** **State what the contract** Notice Of Additional Services
**or lease is for and the**
**nature of the debtor's**
**interest**                                                Datadog Inc
**State the term** Effective Date: 1/7/2020                  620 8th Ave - 45th Fl
**remaining**                                                New York, NY 10018
**List the contract number**
**of any government**
**contract**

**2.307** **State what the contract** Service Agreement
**or lease is for and the**
**nature of the debtor's**
**interest**                                                Datadog Inc
**State the term** Effective Date: 1/11/2022                 620 8th Ave - 45th Fl
**remaining**                                                New York, NY 10018
**List the contract number**
**of any government**
**contract**

**2.308** **State what the contract** Addendum To Proposal
**or lease is for and the**
**nature of the debtor's**
**interest**                                                Datadog Inc
**State the term** Effective Date: 2/28/2022                 620 8th Ave - 45th Fl
**remaining**                                                New York, NY 10018
**List the contract number**
**of any government**
**contract**

**2.309** **State what the contract** Mutual Confidentiality Agreement
**or lease is for and the**
**nature of the debtor's**
**interest**                                                Datadog Inc
**State the term** Effective Date: 1/11/2022                 620 8th Ave
**remaining**                                                45th Fl
**List the contract number**                                New York, NY 10018
**of any government**
**contract**

**2.310** **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Non-Disclosure Agreement

Dataone LLC

**State the term remaining**

**List the contract number of any government contract**

**2.311** **State what the contract or lease is for and the nature of the debtor's interest**

Service Provider And Consumer Privacy Addendum

DAVI ( LLC; Lee's (51Talk LLC; Santander Consumer USA Inc; Dow Jones & Company
PO Box 660616
Dallas, TX 75266

**State the term remaining**

Effective Date: 10/24/2019

**List the contract number of any government contract**

**2.312** **State what the contract or lease is for and the nature of the debtor's interest**

Off Lease Only

De Lage Landen Financial Services Inc
PO Box 41602
Philadelphia, PA 19101-1602

**State the term remaining**

**List the contract number of any government contract**

**2.313** **State what the contract or lease is for and the nature of the debtor's interest**

Off Lease Only Internal Controls Project Statement Of Work

De Lage Landen Financial Services Inc
PO Box 41602
Philadelphia, PA 19101-1602

**State the term remaining**

Effective Date: 3/17/2021

**List the contract number of any government contract**

**2.314** **State what the contract or lease is for and the nature of the debtor's interest**

Master Lease Agreement Schedule

De Lage Landen Financial Services Inc; Gold Coast Technologies
PO Box 41602
Philadelphia, PA 19101-1602

**State the term remaining**

Effective Date: 3/16/2021

**List the contract number of any government contract**

**2.315** **State what the contract or lease is for and the nature of the debtor's interest**

Master Subscription Agreement

De Lage Landen Financial Services Inc; Gold Coast Technologies
PO Box 41602
Philadelphia, PA 19101-1602

**State the term remaining**

Effective Date: 9/14/2021

**List the contract number of any government contract**

**2.316**   **State what the contract or lease is for and the nature of the debtor's interest**    Lenovo Financial Services Product Schedule To Master Lease Agreement

De Lap Laden Rinds' Services Inc; Loge Landen Financial Services Inc; Off Lem Only Inc
PO Box 41602
Philadelphia, PA 19101-1602

**State the term remaining**

**List the contract number of any government contract**

**2.317**   **State what the contract or lease is for and the nature of the debtor's interest**    Mutual Confidentiality Agreement

Dealer Dot Com Inc
PO Box 417785
Boston, MA 02241

**State the term remaining**   Effective Date: 12/21/2021

**List the contract number of any government contract**

**2.318**   **State what the contract or lease is for and the nature of the debtor's interest**    Order Data D 0 G

Dealer Dot Com Inc
PO Box 417785
Boston, MA 02241

**State the term remaining**   Effective Date: 3/17/2022

**List the contract number of any government contract**

**2.319**   **State what the contract or lease is for and the nature of the debtor's interest**    Service Agreement

Dealer Group; Exeter Finance LLC
PO Box 650693
Dallas, TX 75265-0693

**State the term remaining**   Effective Date: 4/14/2023

**List the contract number of any government contract**

**2.320**   **State what the contract or lease is for and the nature of the debtor's interest**    Master Lease Agreement Schedule

Dealer Services of Palm Beach (DSN)

**State the term remaining**   Effective Date: 8/2/2021

**List the contract number of any government contract**

**2.321**   **State what the contract or lease is for and the nature of the debtor's interest**    Statement Of Work

Dealer.com
PO Box 417785
Boston, MA 02241

**State the term remaining**   Effective Date: 3/27/2023

**List the contract number of any government contract**

**2.322** **State what the contract or lease is for and the nature of the debtor's interest**

Statement Of Work Off Lease

**State the term remaining**

Effective Date: 5/31/2022

**List the contract number of any government contract**

Dealer.com
PO Box 417785
Boston, MA 02241

**2.323** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form

**State the term remaining**

Effective Date: 12/16/2022

**List the contract number of any government contract**

Dealer.com
PO Box 417785
Boston, MA 02241

**2.324** **State what the contract or lease is for and the nature of the debtor's interest**

Master Lease Agreement Schedule

**State the term remaining**

Effective Date: 8/20/2021

**List the contract number of any government contract**

Dealer.com
PO Box 417785
Boston, MA 02241

**2.325** **State what the contract or lease is for and the nature of the debtor's interest**

Deausmcklm Order Form

**State the term remaining**

Effective Date: 10/5/2022

**List the contract number of any government contract**

Dealer.com
PO Box 417785
Boston, MA 02241

**2.326** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form

**State the term remaining**

Effective Date: 2/17/2022

**List the contract number of any government contract**

Dealer.com
PO Box 417785
Boston, MA 02241

**2.327** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Funding Set-Up Form

**State the term remaining**

Effective Date: 1/26/2022

**List the contract number of any government contract**

Dealer.com
PO Box 417785
Boston, MA 02241

| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | Dealer.com |
| | | | PO Box 417785 |
| | | | Boston, MA 02241 |
| | **State the term remaining** | Effective Date: 12/20/2025 | |
| | **List the contract number of any government contract** | | |

| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealep.Com Order Form | Dealerrater.com LLC; Cars.com LLC; Dealer Inspire Inc |
| | | | PO Box 775674 |
| | | | Chicago, IL 60677 |
| | **State the term remaining** | Effective Date: 7/1/2023 | |
| | **List the contract number of any government contract** | | |

| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | Dealersocket Inc |
| | | | PO Box 843876 |
| | | | Los Angeles, CA 90084-3876 |
| | **State the term remaining** | Effective Date: 4/8/2020 | |
| | **List the contract number of any government contract** | | |

| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** | Deausmcklm Order Form | Dealersocket Inc |
| | | | PO Box 843876 |
| | | | Los Angeles, CA 90084-3876 |
| | **State the term remaining** | Effective Date: 12/7/2020 | |
| | **List the contract number of any government contract** | | |

| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** | Order | Dealersocket Inc |
| | | | PO Box 843876 |
| | | | Los Angeles, CA 90084-3876 |
| | **State the term remaining** | Effective Date: 3/26/2021 | |
| | **List the contract number of any government contract** | | |

| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Order Form / Change Form-Major Accounts | Dealersocket Inc |
| | | | PO Box 843876 |
| | | | Los Angeles, CA 90084-3876 |
| | **State the term remaining** | Effective Date: 2/20/2020 | |
| | **List the contract number of any government contract** | | |

**2.334** **State what the contract or lease is for and the nature of the debtor's interest**

Addendum To Certified Dealer Agreement

Dealersocket LLC
PO Box 843876
Los Angeles, CA 90084-3876

**State the term remaining**

Effective Date: 12/13/2022

**List the contract number of any government contract**

**2.335** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment To Certified Dealer Agreement

Dealersocket LLC
PO Box 843876
Los Angeles, CA 90084-3876

**State the term remaining**

Effective Date: 5/11/2023

**List the contract number of any government contract**

**2.336** **State what the contract or lease is for and the nature of the debtor's interest**

Third Amendment To Certified Dealer Agreement

Dealersocket LLC
PO Box 843876
Los Angeles, CA 90084-3876

**State the term remaining**

Effective Date: 5/3/2023

**List the contract number of any government contract**

**2.337** **State what the contract or lease is for and the nature of the debtor's interest**

Fourth Amendment To Certified Dealer Agreement

DealerSocket LLC
4710 Earth City Expressway
Bridgeton, MO 63044

**State the term remaining**

Effective Date: 10/13/2022

**List the contract number of any government contract**

**2.338** **State what the contract or lease is for and the nature of the debtor's interest**

Eighth Amendment To Certified Dealer Agreement

DealerSocket LLC
4710 Earth City Expressway
Bridgeton, MO 63044

**State the term remaining**

Effective Date: 6/23/2023

**List the contract number of any government contract**

**2.339** **State what the contract or lease is for and the nature of the debtor's interest**

Odealersockef Dealersocket Certification Program Certified Dealer Agreement

Dealersocket LLC; SVP Dealer Solutions
PO Box 843876
Los Angeles, CA 90084-3876

**State the term remaining**

Effective Date: 2/6/2023

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | Eighth Amendment To Certified Dealer Agreement |
| | **State the term remaining** | Effective Date: 11/2/2021 |
| | **List the contract number of any government contract** | |

Deangelo Contracting Services
100 N Conahan Drive
Hazelton, PA 18201

| | | |
|---|---|---|
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealersocket Order Form |
| | **State the term remaining** | Effective Date: 7/21/2022 |
| | **List the contract number of any government contract** | |

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

| | | |
|---|---|---|
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | Seventh Amendment To Certified Dealer Agreement |
| | **State the term remaining** | Effective Date: 2/28/2018 |
| | **List the contract number of any government contract** | |

Dent Wizard Int' L Corp; Dent Wizard International Corporation
PO Box 7410241
Chicago, IL 60674-0241

| | | |
|---|---|---|
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | Fifth Amendment To Certified Dealer Agreement |
| | **State the term remaining** | Effective Date: 1/20/2023 |
| | **List the contract number of any government contract** | |

Dent Wizard International
Attn: Bryan Wynn
4710 Earth City Expressway
Bridgeton, MO 63044

| | | |
|---|---|---|
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | Sixth Amendment To Certified Dealer Agreement |
| | **State the term remaining** | Effective Date: 1/20/2018 |
| | **List the contract number of any government contract** | |

Dent Wizard International Corporation
PO Box 7410241
Chicago, IL 60674-0241

| | | |
|---|---|---|
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease Agreement |
| | **State the term remaining** | Effective Date: 3/1/2018 |
| | **List the contract number of any government contract** | |

Dent Wizard International Corporation
4710 Earth City Expressway
Bridgeton, MO 63044

2.346  **State what the contract**     Service Agreement                    Dent Wizard Int'L Corp; Dent Wizard International Corporation
       **or lease is for and the**                                          PO Box 7410241
       **nature of the debtor's**                                           Chicago, IL 60674-0241
       **interest**
       **State the term**              Effective Date: 3/1/2018
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.347  **State what the contract**     Agreement Permitting Occupancy       DGA Auto
       **or lease is for and the**                                          Attn: Nicolas R. Lawrenson
       **nature of the debtor's**                                           24031 S. Tamiami Trail
       **interest**                                                         Suite 301
       **State the term**              Effective Date: 12/22/2021            Bonita Springs, FL 34134
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.348  **State what the contract**     Deausmcklm Order Form                DGA, Inc.
       **or lease is for and the**                                          Attn: Nicolas R. Lawrenson
       **nature of the debtor's**                                           24031 S. Tamiami Trail
       **interest**                                                         Suite 301
       **State the term**              Effective Date: 12/30/2021            Bonita Springs, FL 34134
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.349  **State what the contract**     Use And Indemnification Agreement    Direct 2 Dealer Marketing LLC
       **or lease is for and the**                                          11227 W Avenida Del Rey
       **nature of the debtor's**                                           Peoria, AZ 85383
       **interest**
       **State the term**              Effective Date: 6/22/2022
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.350  **State what the contract**     Non-Disclosure Agreement             Direct 2 Dealer Marketing LLC
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**              Effective Date: 6/22/2022
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.351  **State what the contract**     Non-Disclosure Agreement             Direct 2 Dealer Marketing LLC
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

**2.352**  **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement

Directpost-Office Inc; Auto Data Direct Inc; Add Inc
1379 Cross Creek Circle
Tallahassee, FL 32301-3729

**State the term remaining**

Effective Date: 1/23/2014

**List the contract number of any government contract**

**2.353**  **State what the contract or lease is for and the nature of the debtor's interest**

Agreement Permitting Occupancy

DocuSign Inc
Dept 3428
Dallas, TX 75312-3428

**State the term remaining**

Effective Date: 10/31/2021

**List the contract number of any government contract**

**2.354**  **State what the contract or lease is for and the nature of the debtor's interest**

15 Foil Laseoxlsublease Agreement

DocuSign Inc
Dept 3428
Dallas, TX 75312-3428

**State the term remaining**

Effective Date: 10/31/2022

**List the contract number of any government contract**

**2.355**  **State what the contract or lease is for and the nature of the debtor's interest**

Order Form

DocuSign Inc
221 Main St
Ste 1000
San Francisco, CA 94105

**State the term remaining**

Effective Date: 3/31/2023

**List the contract number of any government contract**

**2.356**  **State what the contract or lease is for and the nature of the debtor's interest**

Order Form

Duff & Phelps LLC
1201 West Peachtree Street
Suite 1700
Atlanta, GA 30309

**State the term remaining**

Effective Date: 1/15/2020

**List the contract number of any government contract**

**2.357**  **State what the contract or lease is for and the nature of the debtor's interest**

Order Form

Dynafire Corporate; Dynafire Inc
109-B Concord Dr
Casselberry, FL 32707

**State the term remaining**

Effective Date: 2/7/2019

**List the contract number of any government contract**

**2.358** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

**State the term remaining**

Effective Date: 8/8/2019

**List the contract number of any government contract**

Dynafire Inc; Pandadoc.com Pandadoc
109-B Concord Dr
Casselberry, FL 32707

**2.359** **State what the contract or lease is for and the nature of the debtor's interest**

Statement Of Work For Off Lease

**State the term remaining**

Effective Date: 9/25/2019

**List the contract number of any government contract**

DynaFire LLC
109 Concord Drive
Casselberry, FL 32707

**2.360** **State what the contract or lease is for and the nature of the debtor's interest**

Purchase agreement

**State the term remaining**

**List the contract number of any government contract**

DynaFire LLC
109 Concord Drive
Casselberry, FL 32707

**2.361** **State what the contract or lease is for and the nature of the debtor's interest**

Data Protection Addendum

**State the term remaining**

Effective Date: 12/7/2022

**List the contract number of any government contract**

Dynatrace LLC
1601 Trapelo Rd
Ste 116
Waltham, MA 02451

**2.362** **State what the contract or lease is for and the nature of the debtor's interest**

Master Subscription Agreement

**State the term remaining**

Effective Date: 2/1/2022

**List the contract number of any government contract**

Dynatrace LLC
1601 Trapelo Rd
Ste 116
Waltham, MA 02451

**2.363** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

**State the term remaining**

Effective Date: 2/18/2022

**List the contract number of any government contract**

Dynatrace LLC
1601 Trapelo Rd
Ste 116
Waltham, MA 02451

2.364 **State what the contract or lease is for and the nature of the debtor's interest**

Dynafire Agreement For Services

Dynatrace LLC
1601 Trapelo Rd
Ste 116
Waltham, MA 02451

**State the term remaining**

**List the contract number of any government contract**

2.365 **State what the contract or lease is for and the nature of the debtor's interest**

Conditions Of Sale Applicable To All Purchase Of Goods And Services From Dynafire, Llc Application Of Conditions

eac Environmental Assessments & Consulting
1876 Barber Road 200-B
Sarasota, FL 34240

**State the term remaining**

Effective Date: 9/23/2022

**List the contract number of any government contract**

2.366 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment

Ecotrak LLC
18004 Sky Parck Cir
Ste 100
Irvine, CA 92614

**State the term remaining**

Effective Date: 2/9/2022

**List the contract number of any government contract**

2.367 **State what the contract or lease is for and the nature of the debtor's interest**

Data Protection Addendum

Ecotrak LLC
18004 Sky Parck Cir
Ste 100
Irvine, CA 92614

**State the term remaining**

**List the contract number of any government contract**

2.368 **State what the contract or lease is for and the nature of the debtor's interest**

Re: Proposal To Conduct Natural Attenuation Monitoring (Nam) Sampling Of Monitor Wells - Off Lease Only (Former Autoway Ford Of Bradenton) - 3230 14Th Street West - Bradenton - Florida

ECP Incorporated; ECP Incomorojed
11210 Katherines Crossing
Ste 100
Woodbridge, IL 60517

**State the term remaining**

Effective Date: 5/20/2011

**List the contract number of any government contract**

2.369 **State what the contract or lease is for and the nature of the debtor's interest**

Appearance Protection Products Program

ECP, Incorporated
11210 Katherines Crossing
Ste 100
Woodbridge, IL 60517

**State the term remaining**

Effective Date: 12/2/2023

**List the contract number of any government contract**

**2.370**  **State what the contract or lease is for and the nature of the debtor's interest**

Appearance Protection Products Program

Effective Date: 12/2/2022

**State the term remaining**

**List the contract number of any government contract**

ECP, Incorporated
11210 Katherines Crossing
Ste 100
Woodbridge, IL 60517

**2.371**  **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement for 5580 NW 145th Street, Miami FL 33054

Effective Date: 5/6/2014

**State the term remaining**

**List the contract number of any government contract**

EGMR AVE J LLC

**2.372**  **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement for 15501 NW 55th Court, Miami, FL 33054

Effective Date: 10/12/2015

**State the term remaining**

**List the contract number of any government contract**

EGMR AVE J LLC

**2.373**  **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement for 5499 NW 145th Streeet. Suite 110, Opa Locka, FL 33054

Effective Date: 7/31/2019

**State the term remaining**

**List the contract number of any government contract**

EGMR AVE J LLC

**2.374**  **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

Effective Date: 6/23/2023

**State the term remaining**

**List the contract number of any government contract**

Ernst & Young LLP
Attn: Robert C. Ruckh
5 Times Square
New York, NY 10036

**2.375**  **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work

Effective Date: 6/23/2023

**State the term remaining**

**List the contract number of any government contract**

Ernst & Young LLP
Attn: Robert C. Ruckh
5 Times Square
New York, NY 10036

2.376   **State what the contract**   Master Service Agreement   ESI Inc.
        **or lease is for and the**                              15819 E. Freeway
        **nature of the debtor's**                               Channelview, TX 77530
        **interest**
        **State the term**            Effective Date: 5/5/2022
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.377   **State what the contract**   Service Agreement   ESI Inc. Fire & Security Protection
        **or lease is for and the**                       15821 E. Freeway
        **nature of the debtor's**                        Channelview, TX 77530
        **interest**
        **State the term**            Effective Date: 5/5/2022
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.378   **State what the contract**   Project Invoice (Quote)   ESI Inc. Fire & Security Protection
        **or lease is for and the**                             15821 E. Freeway
        **nature of the debtor's**                              Channelview, TX 77530
        **interest**
        **State the term**            Effective Date: 5/5/2022
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.379   **State what the contract**   Project Invoice (Quote)   ESI Inc. Fire & Security Protection
        **or lease is for and the**                             15821 E. Freeway
        **nature of the debtor's**                              Channelview, TX 77530
        **interest**
        **State the term**            Effective Date: 5/5/2022
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.380   **State what the contract**   Project Invoice (Quote)   ESI Inc. Fire & Security Protection
        **or lease is for and the**                             15821 E. Freeway
        **nature of the debtor's**                              Channelview, TX 77530
        **interest**
        **State the term**            Effective Date: 5/5/2022
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.381   **State what the contract**   Quotation   Evisort Inc
        **or lease is for and the**               548 Market St Pmb 20722
        **nature of the debtor's**                San Francisco, CA 94104
        **interest**
        **State the term**            Effective Date: 2/17/2022
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.382**  **State what the contract or lease is for and the nature of the debtor's interest**

Quotation

Evisort Inc
548 Market St Pmb 20722
San Francisco, CA 94104

**State the term remaining**

Effective Date: 3/15/2022

**List the contract number of any government contract**

---

**2.383**  **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Non-Disclosure Agreement

Evisort Inc
548 Market St Pmb 20722
San Francisco, CA 94104

**State the term remaining**

Effective Date: 2/17/2022

**List the contract number of any government contract**

---

**2.384**  **State what the contract or lease is for and the nature of the debtor's interest**

Quotation

Exeter Finance Corp; Dealer Group; Dfc 0llvt Inc
PO Box 650693
Dallas, TX 75265-0693

**State the term remaining**

Effective Date: 6/8/2017

**List the contract number of any government contract**

---

**2.385**  **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

Exeter Finance LLC
PO Box 650693
Dallas, TX 75265-0693

**State the term remaining**

Effective Date: 12/3/2022

**List the contract number of any government contract**

---

**2.386**  **State what the contract or lease is for and the nature of the debtor's interest**

Off Lease Only Llc

Experian Information Solutions Inc
PO Box 881971
Los Angeles, CA 90088-1971

**State the term remaining**

Effective Date: 3/27/2022

**List the contract number of any government contract**

---

**2.387**  **State what the contract or lease is for and the nature of the debtor's interest**

Quotation

Experian Information Solutions Inc
PO Box 881971
Los Angeles, CA 90088-1971

**State the term remaining**

Effective Date: 10/2/2015

**List the contract number of any government contract**

Debtor  Off Lease Only LLC

Name

Case number *(if known)* 23-11388

2.388  **State what the contract or lease is for and the nature of the debtor's interest**    Mutual Non-Disclosure Agreement

Facility Solutions
5114 Okeechobee Blvd #109
West Palm Beach, FL 33417

**State the term remaining**    Effective Date: 12/1/2022

**List the contract number of any government contract**

2.389  **State what the contract or lease is for and the nature of the debtor's interest**    Fedex Transportation Services Agreement

FedEx Company
Attn: Judy Konen
PO Box 660481
Dallas, TX 75266-0481

**State the term remaining**    Effective Date: 8/14/2017

**List the contract number of any government contract**

2.390  **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

Fifth Third Bank National Association
PO Box 636079
Cincinnati, OH 45263-6079

**State the term remaining**    Effective Date: 5/3/2023

**List the contract number of any government contract**

2.391  **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Services Agreement

Fifth Third Bank National Association; Fifth Third Bank Fifth Third Bank
PO Box 636079
Cincinnati, OH 45263-6079

**State the term remaining**    Effective Date: 12/7/2022

**List the contract number of any government contract**

2.392  **State what the contract or lease is for and the nature of the debtor's interest**    Form

Fifth Third Lease Only Inc; Fifth Third Bank
PO Box 636079
Cincinnati, OH 45263-6079

**State the term remaining**    Effective Date: 4/30/2016

**List the contract number of any government contract**

2.393  **State what the contract or lease is for and the nature of the debtor's interest**    Addendum To Proposal City Wide

First Orion Corp
520 Main Street Ste#400
North Little Rock, AR 72114

**State the term remaining**    Effective Date: 9/13/2022

**List the contract number of any government contract**

**2.394** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment To Inform® Call Enhancement Service Agreement

First Orion Corp
Attn: Susan Nichols
520 Main Street
Suite 400
North Little Rock, AR 72114

**State the term remaining**

Effective Date: 8/9/2021

**List the contract number of any government contract**

**2.395** **State what the contract or lease is for and the nature of the debtor's interest**

Cloud Solutions Provider Agreement

First Orion Corp
520 Main Street Ste#400
North Little Rock, AR 72114

**State the term remaining**

Effective Date: 7/29/2020

**List the contract number of any government contract**

**2.396** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

First Orion Corp
520 Main Street Ste#400
North Little Rock, AR 72114

**State the term remaining**

Effective Date: 8/13/2020

**List the contract number of any government contract**

**2.397** **State what the contract or lease is for and the nature of the debtor's interest**

Employment Agreement

Fischer, Eileen
Address Redacted

**State the term remaining**

Effective Date: 11/15/2019

**List the contract number of any government contract**

**2.398** **State what the contract or lease is for and the nature of the debtor's interest**

Employment Agreement

Fischer, Mark
Address Redacted

**State the term remaining**

Effective Date: 11/15/2019

**List the contract number of any government contract**

**2.399** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Flagler Technologies LLC; Cerberus Technology Solutions LLC
5295 Town Center Rd Ste201
Boca Raton, FL 33486

**State the term remaining**

Effective Date: 2/6/2021

**List the contract number of any government contract**

| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | Fifth Third Bank New Dealer Information Set-Up Form | Flagship Credit Acceptance Attn Accounting-Dealer Services PO Box 965 Chadds Ford, PA 19317 |
| | **State the term remaining** | Effective Date: 9/1/2010 | |
| | **List the contract number of any government contract** | | |

| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | Inform® Services Agreement | Flagship Credit Acceptance LLC Attn: Csc Logic PO Box 975658 Dallas, TX 75397 |
| | **State the term remaining** | Effective Date: 12/3/2022 | |
| | **List the contract number of any government contract** | | |

| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | Multiple Dealership Master Dealer Agreement | Flagship Credit Acceptance LLC Attn: Dealer Relations 3 Christy Drive Suite 201 Chadds Ford, PA 19317 |
| | **State the term remaining** | Effective Date: 1/18/2023 | |
| | **List the contract number of any government contract** | | |

| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment To Inform® Call Enhancement Service Agreement | Flagship Credit Acceptance LLC; Dealerships That Comprise Dealership Group 201 E. Kennedy Blvd Suite 1750 Tampa, FL 33602 |
| | **State the term remaining** | Effective Date: 4/20/2023 | |
| | **List the contract number of any government contract** | | |

| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement Regarding Mutual Disclosure of Information | Flagship Credit Acceptance; Dealerships That Comprise Dealership Group 201 E. Kennedy Blvd Suite 1750 Tampa, FL 33602 |
| | **State the term remaining** | Effective Date: 10/20/2020 | |
| | **List the contract number of any government contract** | | |

| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work | Florida Blue & Health Options Inc; Blue Cross & Blue Shield Of Florida Inc 201 E. Kennedy Blvd Suite 1750 Tampa, FL 33602 |
| | **State the term remaining** | Effective Date: 1/18/2021 | |
| | **List the contract number of any government contract** | | |

2.406 **State what the contract**    Master Services Agreement
**or lease is for and the**
**nature of the debtor's**
**interest**
**State the term**    Effective Date: 7/1/2023
**remaining**
**List the contract number**
**of any government**
**contract**

Florida Blue & Health Options Inc; Blue Cross & Blue Shield Of Florida Inc
4800 Deerwood Campus Parkway
Jacksonville, FL 32246

2.407 **State what the contract**    Flagship Credit Acceptance Flagshtp
**or lease is for and the**    Independent Dealer Enrollment Package
**nature of the debtor's**    Enrollment Checklist
**interest**
**State the term**    Effective Date: 2/8/2021
**remaining**
**List the contract number**
**of any government**
**contract**

Florida Company; Hiya Inc
110 Union Street Suite 500
Seattle, WA 98101

2.408 **State what the contract**    Flagship Credit Acceptance Multiple Location
**or lease is for and the**    Enrollment Package Enrollment Checklist
**nature of the debtor's**
**interest**
**State the term**    Effective Date: 12/1/2021
**remaining**
**List the contract number**
**of any government**
**contract**

Florida Engineering and Development Corp
c/o The Barthet Firm
Attn: Sundeep K. Mullick
200 S. Biscayne Blvd.
Suite 1650
Miami, FL 33131

2.409 **State what the contract**    Notice of Additional Services
**or lease is for and the**
**nature of the debtor's**
**interest**
**State the term**    Effective Date: 9/21/2022
**remaining**
**List the contract number**
**of any government**
**contract**

Florida Michigan Nudell Architects
1807 Edgewater Drive
Orlando, FL 32804

2.410 **State what the contract**    Focal Point Data Risk Agreement
**or lease is for and the**
**nature of the debtor's**
**interest**
**State the term**    Effective Date: 10/30/2020
**remaining**
**List the contract number**
**of any government**
**contract**

Focal Point Data Risk LLC
PO Box 930889
Atlanta, GA 31193-0889

2.411 **State what the contract**    Master Professional Services Agreement
**or lease is for and the**
**nature of the debtor's**
**interest**
**State the term**    Effective Date: 1/6/2021
**remaining**
**List the contract number**
**of any government**
**contract**

Focal Point Data Risk, LLC
201 E. Kennedy Blvd
Suite 1750
Tampa, FL 33602

| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality And Non-Disclosure Agreement | Giact Systems LLC |
| | **State the term remaining** | Effective Date: 4/1/2099 | |
| | **List the contract number of any government contract** | | |

| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | Class P Unit Agreement | Gilman, Thomas F. Address Redacted |
| | **State the term remaining** | Effective Date: 2/24/2021 | |
| | **List the contract number of any government contract** | | |

| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | Aia A104-2017 Agreement | Givner Law Group LLP 19495 Biscayne Blvd Suite 702 Aventura, FL 33180 |
| | **State the term remaining** | Effective Date: 5/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to the Dealer Agreement | Global Lending Services LLC 1200 Brookfield Blvd Suite 300 Greenville, SC 29607 |
| | **State the term remaining** | Effective Date: 7/9/2019 | |
| | **List the contract number of any government contract** | | |

| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | Focal Point Data Risk Master Professional Services Agreement | Global Lending Services LLC; Dealer Profile Information Company |
| | **State the term remaining** | Effective Date: 1/27/2023 | |
| | **List the contract number of any government contract** | | |

| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | Focal Point Data Risk Agreement | GMAC Automotive Bank 6895 Union Park Center Salt Lake City, UT 84047 |
| | **State the term remaining** | Effective Date: 3/20/2009 | |
| | **List the contract number of any government contract** | | |

**2.418** **State what the contract or lease is for and the nature of the debtor's interest**

Re: Legal Services Provided By Givner Law Group, Llp

**State the term remaining**

Effective Date: 2/2/2022

**List the contract number of any government contract**

Gold Coast Technologies
2701 W Mcnab Road
Pompano Beach, FL 33069

**2.419** **State what the contract or lease is for and the nature of the debtor's interest**

Gmac Automotive Bank Retail Plan

**State the term remaining**

Effective Date: 11/17/2021

**List the contract number of any government contract**

Gold Coast Technologies
Attn: Nidia Miguel
270 W McNab Rd
Pompano Beach, FL 33069

**2.420** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Memorandum

**State the term remaining**

Effective Date: 2/2/2021

**List the contract number of any government contract**

Gold Coast Technologies
Attn: Nidia Miguel
270 W McNab Rd
Pompano Beach, FL 33069

**2.421** **State what the contract or lease is for and the nature of the debtor's interest**

Delivery And Acceptance Agreement

**State the term remaining**

Effective Date: 9/23/2021

**List the contract number of any government contract**

Gold Coast Technologies
Attn: Nidia Miguel
270 W McNab Rd
Pompano Beach, FL 33069

**2.422** **State what the contract or lease is for and the nature of the debtor's interest**

Global Lending Services Llc - Dealer Agreement

**State the term remaining**

Effective Date: 2/2/2021

**List the contract number of any government contract**

Gold Coast Technologies
Attn: Nidia Miguel
270 W McNab Rd
Pompano Beach, FL 33069

**2.423** **State what the contract or lease is for and the nature of the debtor's interest**

Delivery And Acceptance Agreement

**State the term remaining**

Effective Date: 4/25/2021

**List the contract number of any government contract**

Gold Coast Technologies
Attn: Nidia Miguel
270 W McNab Rd
Pompano Beach, FL 33069

**2.424** **State what the contract or lease is for and the nature of the debtor's interest**

Sales Order

**State the term remaining**

Effective Date: 11/17/2021

**List the contract number of any government contract**

Gold Coast Technologies; Ejola Corp; De Lage Landen Financial Services Inc
PO Box 41602
Philadelphia, PA 19101-1602

---

**2.425** **State what the contract or lease is for and the nature of the debtor's interest**

Master Lease Agreement

**State the term remaining**

Effective Date: 10/8/2020

**List the contract number of any government contract**

Gold Coast Technologies; Lege Landen Financial Services Inc
2701 W Mcnab Road
Pompano Beach, FL 33069

---

**2.426** **State what the contract or lease is for and the nature of the debtor's interest**

Master Lease Agreement Schedule

**State the term remaining**

Effective Date: 2/2/2021

**List the contract number of any government contract**

Gold Console Technologies; Gold Coast Technologies; Contact L L Company
2701 W Mcnab Road
Pompano Beach, FL 33069

---

**2.427** **State what the contract or lease is for and the nature of the debtor's interest**

Off Lease Only 2021

**State the term remaining**

Effective Date: 2/1/2023

**List the contract number of any government contract**

Google Ireland Limited; Bounteous Inc; Google LLC
2100 Manchester Rd Ste 1750
Wheaton, IL 60187

---

**2.428** **State what the contract or lease is for and the nature of the debtor's interest**

Sales Order

**State the term remaining**

Effective Date: 9/7/2021

**List the contract number of any government contract**

Google LLC
Dept. 33654
PO Box 883654
Los Angeles, CA 90088-3654

---

**2.429** **State what the contract or lease is for and the nature of the debtor's interest**

Schedule 500-50337390 - - This Master Lease Agreement

**State the term remaining**

**List the contract number of any government contract**

Google LLC
Dept. 33654
PO Box 883654
Los Angeles, CA 90088-3654

**2.430**  **State what the contract**    Lease Agreement
    **or lease is for and the**
    **nature of the debtor's**
    **interest**
    **State the term**    Effective Date: 3/4/2021
    **remaining**
    **List the contract number**
    **of any government**
    **contract**

Google LLC
Dept. 33654
PO Box 883654
Los Angeles, CA 90088-3654

**2.431**  **State what the contract**    Non-Disclosure Agreement
    **or lease is for and the**
    **nature of the debtor's**
    **interest**
    **State the term**    Effective Date: 9/7/2021
    **remaining**
    **List the contract number**
    **of any government**
    **contract**

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

**2.432**  **State what the contract**    Goldcare Agreement
    **or lease is for and the**
    **nature of the debtor's**
    **interest**
    **State the term**    Effective Date: 7/21/2023
    **remaining**
    **List the contract number**
    **of any government**
    **contract**

Gordon-Darby Inc

**2.433**  **State what the contract**    Direct Displacement Agreement
    **or lease is for and the**
    **nature of the debtor's**
    **interest**
    **State the term**    Effective Date: 10/7/2021
    **remaining**
    **List the contract number**
    **of any government**
    **contract**

Gravity IT Resources
Attn: Stephen C. Dettor
6451 N. Federal Hwy
#408
Fort Lauderdale, FL 33308

**2.434**  **State what the contract**    Service Agreement
    **or lease is for and the**
    **nature of the debtor's**
    **interest**
    **State the term**    Effective Date: 4/6/2023
    **remaining**
    **List the contract number**
    **of any government**
    **contract**

Greatamerica Financial Services Corporation
PO Box 660831
Dallas, TX 75266-0831

**2.435**  **State what the contract**    Google Advertising Service Agreement
    **or lease is for and the**
    **nature of the debtor's**
    **interest**
    **State the term**    Effective Date: 7/19/2022
    **remaining**
    **List the contract number**
    **of any government**
    **contract**

Greatamerica Financial Services Corporation
PO Box 660831
Dallas, TX 75266-0831

2.436 **State what the contract or lease is for and the nature of the debtor's interest**

Non-Disclosure Agreement

**State the term remaining**

Effective Date: 8/1/2022

**List the contract number of any government contract**

Greatamerica Financial Services Corporation; Micro LLC
Po Box 660831
Dallas, TX 75266-0831

2.437 **State what the contract or lease is for and the nature of the debtor's interest**

Google Llc Advertising Program Terms

**State the term remaining**

Effective Date: 8/4/2022

**List the contract number of any government contract**

Greatamerica Financial Services Corporation; Off Lease Oni LLC
PO Box 660831
Dallas, TX 75266-0831

2.438 **State what the contract or lease is for and the nature of the debtor's interest**

Re: Application #1854041

**State the term remaining**

Effective Date: 12/16/2022

**List the contract number of any government contract**

GRS Industries Corp; E-Payment Methods Norman & Company; Norman & Company Inc
480 Holly Lane
Plantation, FL 33317

2.439 **State what the contract or lease is for and the nature of the debtor's interest**

Off Lease Only

**State the term remaining**

Effective Date: 5/4/2023

**List the contract number of any government contract**

GRS Industries LLC
480 Holly Lane
Plantation, FL 33317

2.440 **State what the contract or lease is for and the nature of the debtor's interest**

Off Lease Only Llc

**State the term remaining**

Effective Date: 10/21/2022

**List the contract number of any government contract**

Guard-Buildings LLC
1660 Waterville Road
Macon, GA 31206

2.441 **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work

**State the term remaining**

Effective Date: 10/28/2021

**List the contract number of any government contract**

Gunster, Yoakley & Stewart, P.A.
1 Independent Drive
Suite 2300
Jacksonville, FL 33202-5185

**2.442** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

Gunster, Yoakley & Stewart, P.A.
1 Independent Drive
Suite 2300
Jacksonville, FL 33202-5185

**State the term remaining**

Effective Date: 6/15/2021

**List the contract number of any government contract**

**2.443** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement for Orlando Lot Rental, Orlando, FL

HDRS, Inc
17825 Fieldbrook Circle West
Boca Raton, FL 33496

**State the term remaining**

Effective Date: 12/31/2016

**List the contract number of any government contract**

**2.444** **State what the contract or lease is for and the nature of the debtor's interest**

Re: Application #1788347

Hearst Business Media Corporation; Black Book; National Auto Research
PO Box 404040
Atlanta, GA 30384

**State the term remaining**

Effective Date: 7/12/2021

**List the contract number of any government contract**

**2.445** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Override Agreement

Hearst Business Media Corporation; Hearst Media Corporation; National Auto Research
PO Box 404040
Atlanta, GA 30384

**State the term remaining**

Effective Date: 9/24/2020

**List the contract number of any government contract**

**2.446** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Information Sheet

Hearst Business Media Corporation; National Auto Research
PO Box 404040
Atlanta, GA 30384

**State the term remaining**

Effective Date: 11/16/2017

**List the contract number of any government contract**

**2.447** **State what the contract or lease is for and the nature of the debtor's interest**

Addendum

Heritage Indemnity Company; Warranty Solutions Administrative Services Inc; Car Squad Group; Amynta Warranty Inc; GRS Industries Corp; WS Aftermarket Services Corporation; Heritage Mechanical Breakdown Corporation; Warranty Solutions Management Corporation
Attn: Shawn Ellis
7125 W Jefferson Ave Ste 200
Lakewood, CO 80235

**State the term remaining**

Effective Date: 12/9/2022

**List the contract number of any government contract**

**2.448** **State what the contract or lease is for and the nature of the debtor's interest**

Standard Short Form Of Agreement Between Owner And Architect - Agreement

Hickory Roofing & Renovation
6648 SE 9th PL
Ocala, FL 34472

**State the term remaining**

Effective Date: 1/27/2022

**List the contract number of any government contract**

---

**2.449** **State what the contract or lease is for and the nature of the debtor's interest**

Proposal

Highline Sale Investor Group LLC; Monroneylabels.com
Dept Ch 18163
Palatine, IL 60055

**State the term remaining**

Effective Date: 1/1/2022

**List the contract number of any government contract**

---

**2.450** **State what the contract or lease is for and the nature of the debtor's interest**

Third Amendment No. To National Auto Research, A Division Of Hearst Business Media Corporation Web Service Data Agreement

Hill Ward Henderson
PO Box 2532
Tampa, FL 33601

**State the term remaining**

Effective Date: 1/9/2018

**List the contract number of any government contract**

---

**2.451** **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment To National Auto Research, A Division Of Hearst Business Media Corporation Web Service Data Agreement

Hiya Inc.
110 Union Street
Suite 500
Seattle, WA 98101

**State the term remaining**

Effective Date: 8/31/2022

**List the contract number of any government contract**

---

**2.452** **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Non-Disclosure Agreement

Homenet Inc
110 Union Street
Suite 500
Seattle, WA 98101

**State the term remaining**

Effective Date: 11/13/2017

**List the contract number of any government contract**

---

**2.453** **State what the contract or lease is for and the nature of the debtor's interest**

Producer Agreement

Homenet Inc
110 Union Street
Suite 500
Seattle, WA 98101

**State the term remaining**

Effective Date: 8/9/2012

**List the contract number of any government contract**

2.454 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Re: Land Use Advice

Effective Date: 9/15/2014

Homenet Inc
110 Union Street
Suite 500
Seattle, WA 98101

2.455 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

First Amendment To National Auto Research, A Division Of Hearst Business Media Corporation Web Service Data Agreement

Effective Date: 8/8/2013

Homenet Inc
110 Union Street
Suite 500
Seattle, WA 98101

2.456 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Hiya Connect Master Services Agreement

Homenet Inc
110 Union Street
Suite 500
Seattle, WA 98101

2.457 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Amendment To License Agreement

Homenet Inc
110 Union Street
Suite 500
Seattle, WA 98101

2.458 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Mutual Nondisclosure Agreement

Effective Date: 12/14/2021

Hubspot Inc

2.459 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Mutual Non-Disclosure Agreement

i.e. Smart Systems LLC
23219 W Hardy Rd
Spring, TX 77373

**2.460**  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer License Agreement

i.e.Smart Systems
23219 West Hardy Road
Spring, TX 77373

**State the term remaining**

Effective Date: 8/18/2022

**List the contract number of any government contract**

**2.461**  **State what the contract or lease is for and the nature of the debtor's interest**

i.e Smart Systems

i.e.Smart Systems
23219 West Hardy Road
Spring, TX 77373

**State the term remaining**

Effective Date: 6/24/2022

**List the contract number of any government contract**

**2.462**  **State what the contract or lease is for and the nature of the debtor's interest**

Iol License Agreement

i.e.Smart Systems
23219 West Hardy Road
Spring, TX 77373

**State the term remaining**

Effective Date: 11/3/2022

**List the contract number of any government contract**

**2.463**  **State what the contract or lease is for and the nature of the debtor's interest**

Beta Test Agreement

i.e.Smart Systems
23219 West Hardy Road
Spring, TX 77373

**State the term remaining**

**List the contract number of any government contract**

**2.464**  **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

I3B&T Corporation; Branch Banking & Trust

**State the term remaining**

**List the contract number of any government contract**

**2.465**  **State what the contract or lease is for and the nature of the debtor's interest**

Red Hat Marketplace Non-IBM Servuce

IBM
1 North Castle Drive
Armonk, NY 10504

**State the term remaining**

**List the contract number of any government contract**

**2.466** **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Non-Disclosure Agreement

IC Interactive Inc; Incinf0Pr0S Inc

**State the term remaining**

Effective Date: 9/6/2018

**List the contract number of any government contract**

**2.467** **State what the contract or lease is for and the nature of the debtor's interest**

Consulting Service Agreement

Ignite Consulting Partners
301 Commerce St
Ste 1420
Fort Worth, TX 76102

**State the term remaining**

Effective Date: 12/9/2022

**List the contract number of any government contract**

**2.468** **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Nondisclosure Agreement

IMM LLC

**State the term remaining**

Effective Date: 10/22/2021

**List the contract number of any government contract**

**2.469** **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Non-Disclosure Agreement

Incorporated A Virginia Corporation; Advance Stores Company Incorporated; Advance Auto Parts

**State the term remaining**

Effective Date: 2/1/2023

**List the contract number of any government contract**

**2.470** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

Independent Dealer Group Inc; Dealer Motor Services Inc; Ownershield Inc
1900 Firman Dr
Suite 700
Richardson, TX 75081

**State the term remaining**

Effective Date: 6/1/2021

**List the contract number of any government contract**

**2.471** **State what the contract or lease is for and the nature of the debtor's interest**

Order

Independent Dealer Group Inc; Ownershield Inc; Dealer Motor Services Inc
1900 Firman Dr
Suite 700
Richardson, TX 75081

**State the term remaining**

Effective Date: 12/9/2020

**List the contract number of any government contract**

**2.472** **State what the contract or lease is for and the nature of the debtor's interest**

Compliance Consulting Services Agreement

Infoarmor Inc
Dept 3189
Dallas, TX 75312-3189

**State the term remaining**

Effective Date: 2/1/2019

**List the contract number of any government contract**

---

**2.473** **State what the contract or lease is for and the nature of the debtor's interest**

Instream Fulfillment Services

Instream LLC
240 Great Circle Rd
Ste 342
Nashville, TN 37228

**State the term remaining**

Effective Date: 8/30/2021

**List the contract number of any government contract**

---

**2.474** **State what the contract or lease is for and the nature of the debtor's interest**

Instream Fulfillment Services Terms And Conditions

Interstate Title Solutions Inc
360 N Congress Ave
Delray Beach, FL 33445

**State the term remaining**

Effective Date: 2/15/2016

**List the contract number of any government contract**

---

**2.475** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Interstate Title Solutions Inc
360 N Congress Ave
Delray Beach, FL 33445

**State the term remaining**

Effective Date: 1/19/2017

**List the contract number of any government contract**

---

**2.476** **State what the contract or lease is for and the nature of the debtor's interest**

Application - Texas

Interstate Title Solutions Inc; Carsquad Dealer Group
360 N Congress Ave
Delray Beach, FL 33445

**State the term remaining**

Effective Date: 2/1/2023

**List the contract number of any government contract**

---

**2.477** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order

Invoiced Inc
4301 W William Cannon Dr
Ste B-150-118
Austin, TX 78749

**State the term remaining**

Effective Date: 4/25/2023

**List the contract number of any government contract**

**2.478**  **State what the contract**     Terms of Service                    Invoiced Inc
           **or lease is for and the**                                          4301 W William Cannon Dr
           **nature of the debtor's**                                           Ste B-150-118
           **interest**                                                         Austin, TX 78749
           **State the term**
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.479**  **State what the contract**     Order Form                          Irell & Manella LLP
           **or lease is for and the**                                         750 17th Street NW, Suite 850
           **nature of the debtor's**                                          Washington, DC 20006
           **interest**
           **State the term**             Effective Date: 6/7/2022
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.480**  **State what the contract**     Subsciber Agreement                 ISS AutoAuth Adminstrater
           **or lease is for and the**                                         7585 Irvine Center Dr
           **nature of the debtor's**                                          Ste 250
           **interest**                                                        Irvine, CA 92618
           **State the term**
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.481**  **State what the contract**     Service Agreement                   Jani-King
           **or lease is for and the**                                         Attn: Valerie Navarro
           **nature of the debtor's**                                          21388 Provincial Blvd
           **interest**                                                        Katy, TX 77450
           **State the term**             Effective Date: 5/1/2023
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.482**  **State what the contract**     Servi Ces Agreement                 Jani-King
           **or lease is for and the**                                         Attn: Valerie Navarro
           **nature of the debtor's**                                          21388 Provincial Blvd
           **interest**                                                        Katy, TX 77450
           **State the term**             Effective Date: 12/27/2022
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.483**  **State what the contract**     Invoiced Terms Of Service - Enterprise   Jani-King
           **or lease is for and the**                                         Attn: Valerie Navarro
           **nature of the debtor's**                                          21388 Provincial Blvd
           **interest**                                                        Katy, TX 77450
           **State the term**             Effective Date: 9/22/2022
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

2.484   **State what the contract**     Commercial Cleaning Proposal
        **or lease is for and the**
        **nature of the debtor's**                                          Jani-King of Houston
        **interest**                                                        Attn: Valerie Navarro
        **State the term**              Effective Date: 10/3/2022            21388 Provincial Blvd
        **remaining**                                                       Katy, TX 77450
        **List the contract number**
        **of any government**
        **contract**

2.485   **State what the contract**     Addendum to Proposed Service Agreement
        **or lease is for and the**
        **nature of the debtor's**                                          JEPS Lawn Care & Landscape
        **interest**                                                        7005 Zafra Dr
        **State the term**              Effective Date: 12/12/2022          Orlando, FL 32807
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.486   **State what the contract**     Lease Agreement for 23502 Katy Freeway,
        **or lease is for and the**     Katy, TX 77493
        **nature of the debtor's**                                          Jim R. Smith Address on File
        **interest**
        **State the term**              Effective Date: 10/5/2021
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.487   **State what the contract**     Lease Agreement for 9660 Katy Freeway,
        **or lease is for and the**     Houston, TX 77024
        **nature of the debtor's**                                          Jim R. Smith Address on File
        **interest**
        **State the term**              Effective Date: 5/12/2022
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.488   **State what the contract**     Change Order
        **or lease is for and the**
        **nature of the debtor's**                                          Jlevin Communications LLC
        **interest**                                                        221 Sedona Way
        **State the term**              Effective Date: 4/20/2022           Palm Beach Gardens, FL 33418
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.489   **State what the contract**     Engagement Agreement
        **or lease is for and the**
        **nature of the debtor's**                                          Jpmorgan Chase Bank Na
        **interest**                                                        4054 Willow Lake Blvd
        **State the term**              Effective Date: 2/14/2017           Memphis, TN 38118-7045
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.490**  **State what the contract or lease is for and the nature of the debtor's interest**

MAster Agreement For Project Design Development Management And Construction Management Services

JS2 PM LLC
1314 Avenue A
Katy,, TX 77493

**State the term remaining**

Effective Date: 1/10/2023

**List the contract number of any government contract**

**2.491**  **State what the contract or lease is for and the nature of the debtor's interest**

Quote # 011208

Keeler Roofing
3035 NE Jacksonville Rd
Ocala, FL 34479

**State the term remaining**

Effective Date: 3/30/2023

**List the contract number of any government contract**

**2.492**  **State what the contract or lease is for and the nature of the debtor's interest**

Amendment Agreement

Kelley Blue Book

**State the term remaining**

Effective Date: 4/20/2018

**List the contract number of any government contract**

**2.493**  **State what the contract or lease is for and the nature of the debtor's interest**

Chase Waiver Of Jury

Kelley Blue Book Co Inc; Media Solutions
3003 Summit Blvd. Ste. 200
Atlanta, GA 30319

**State the term remaining**

Effective Date: 1/1/2016

**List the contract number of any government contract**

**2.494**  **State what the contract or lease is for and the nature of the debtor's interest**

Master Agreement For Project Design Development Management And Construction Management Services

Kelley Blue Book; HomeNet Inventory Online Solutions

**State the term remaining**

Effective Date: 4/20/2018

**List the contract number of any government contract**

**2.495**  **State what the contract or lease is for and the nature of the debtor's interest**

Of Contract

Kelley Blue Book; Karpower

**State the term remaining**

**List the contract number of any government contract**

**2.496 State what the contract or lease is for and the nature of the debtor's interest**

Roofing Contract

Kerper and Bowron LLC
400 Vestavia Pkwy
Birmingham, AL 35216

**State the term remaining**

Effective Date: 6/14/2022

**List the contract number of any government contract**

---

**2.497 State what the contract or lease is for and the nature of the debtor's interest**

Iol Solutions Additional Terms And Conditions

Kerper and Bowron LLC
400 Vesavia Pkwy
Ste 131
Brigingham, AL 35216

**State the term remaining**

Effective Date: 4/23/2021

**List the contract number of any government contract**

---

**2.498 State what the contract or lease is for and the nature of the debtor's interest**

Employee Covenants Agreement

Knox, Frank
Address Redacted

**State the term remaining**

Effective Date: 5/10/2021

**List the contract number of any government contract**

---

**2.499 State what the contract or lease is for and the nature of the debtor's interest**

Re: Proposal To Provide Actuarial Services

Konica Minolta Business Solutions USA Inc
21146 Network Place
Chicago, IL 60673-1211

**State the term remaining**

Effective Date: 12/1/2018

**List the contract number of any government contract**

---

**2.500 State what the contract or lease is for and the nature of the debtor's interest**

Re: Proposal To Provide Actuarial Services

Konica Minolta Business Solutions USA Inc
21146 Network Place
Chicago, IL 60673-1211

**State the term remaining**

Effective Date: 1/6/2023

**List the contract number of any government contract**

---

**2.501 State what the contract or lease is for and the nature of the debtor's interest**

Premier Advantage Rental Agreement

Konica Minolta Business Solutions USA Inc
21146 Network Place
Chicago, IL 60673-1211

**State the term remaining**

Effective Date: 9/19/2022

**List the contract number of any government contract**

**2.502** **State what the contract or lease is for and the nature of the debtor's interest**

Automotive Karpower Online Additional Terms And Conditions

Konica Minolta Business Solutions USA Inc
100 Williams Dr
Ste 132
Ramsey, NJ 07446

**State the term remaining**

**List the contract number of any government contract**

**2.503** **State what the contract or lease is for and the nature of the debtor's interest**

Iol Solutions Additional Terms And Conditions

Konica Minolta Business Solutions USA Inc
100 Williams Dr
Ste 132
Ramsey, NJ 07446

**State the term remaining**

**List the contract number of any government contract**

**2.504** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Konica Minolta Business Solutions USA Inc
100 Williams Dr
Ste 132
Ramsey, NJ 07446

**State the term remaining**

**List the contract number of any government contract**

**2.505** **State what the contract or lease is for and the nature of the debtor's interest**

Order Agreement

Konica Minolta Premier Finance; Konica Minolta Business Solutions USA Inc
21146 Network Place
Chicago, IL 60673-1211

**State the term remaining**

Effective Date: 6/2/2022

**List the contract number of any government contract**

**2.506** **State what the contract or lease is for and the nature of the debtor's interest**

Order Agreement

KPMG LLP
PO Box 120608
Dallas, TX 75312-0608

**State the term remaining**

Effective Date: 2/2/2021

**List the contract number of any government contract**

**2.507** **State what the contract or lease is for and the nature of the debtor's interest**

Off Lease Only Llc

KPMG LLP
PO Box 120608
Dallas, TX 75312-0608

**State the term remaining**

Effective Date: 9/16/2021

**List the contract number of any government contract**

**2.508**  **State what the contract**   Order Agreement
    **or lease is for and the**
    **nature of the debtor's**                      Kroll LLC
    **interest**                                 12595 Collection Center Drive
    **State the term**      Effective Date: 10/1/2022        Chicago, IL 60693
    **remaining**
    **List the contract number**
    **of any government**
    **contract**

**2.509**  **State what the contract**   Premier Advantage Rental Agreement
    **or lease is for and the**
    **nature of the debtor's**                      Kroll LLC; Mr Jon Rosman
    **interest**                                 12595 Collection Center Drive
    **State the term**      Effective Date: 9/2/2021         Chicago, IL 60693
    **remaining**
    **List the contract number**
    **of any government**
    **contract**

**2.510**  **State what the contract**   Schedule Number 1832027 Advantage Lease
    **or lease is for and the**  Agreement
    **nature of the debtor's**                      Larsen Landscaping
    **interest**                                 5816 Hampton Hills Blvd
    **State the term**      Effective Date: 6/19/2023       Tamarac, FL 33321
    **remaining**
    **List the contract number**
    **of any government**
    **contract**

**2.511**  **State what the contract**   Service Agreement
    **or lease is for and the**
    **nature of the debtor's**                      Larsen Landscaping LLC
    **interest**                                 5816 Hampton Hills Blvd
    **State the term**      Effective Date: 12/1/2022       Tamarac, FL 33321
    **remaining**
    **List the contract number**
    **of any government**
    **contract**

**2.512**  **State what the contract**   Kpmg Accounting Disclosure Checklist Digital
    **or lease is for and the**  License Agreement
    **nature of the debtor's**                      Larsen Landscaping LLC
    **interest**                                 5816 Hampton Hills Blvd
    **State the term**      Effective Date: 10/28/2022     Tamarac, FL 33321
    **remaining**
    **List the contract number**
    **of any government**
    **contract**

**2.513**  **State what the contract**   Kroll Engagement Agreement
    **or lease is for and the**
    **nature of the debtor's**                      Lendbuzz Funding LLC
    **interest**
    **State the term**      Effective Date: 6/2/2023
    **remaining**
    **List the contract number**
    **of any government**
    **contract**

**2.514**  **State what the contract or lease is for and the nature of the debtor's interest**

Re: Addendum To Engagement Letter For Valuation Services In Connection With Asc 350 And 718

**State the term remaining**

Effective Date: 1/13/2023

**List the contract number of any government contract**

Lenovo Financial Services
First-Citizens Bank & Trust Company
21146 Network Place
Chicago, IL 60673-1211

**2.515**  **State what the contract or lease is for and the nature of the debtor's interest**

Addendum

**State the term remaining**

Effective Date: 10/6/2022

**List the contract number of any government contract**

Lenovo Financial Services
First-Citizens Bank & Trust Company
21146 Network Place
Chicago, IL 60673-1211

**2.516**  **State what the contract or lease is for and the nature of the debtor's interest**

Summary Of Proposal Off Lease

**State the term remaining**

Effective Date: 10/25/2022

**List the contract number of any government contract**

Lenovo Financial Services
First-Citizens Bank & Trust Company
21146 Network Place
Chicago, IL 60673-1211

**2.517**  **State what the contract or lease is for and the nature of the debtor's interest**

Proposal

**State the term remaining**

Effective Date: 1/13/2023

**List the contract number of any government contract**

Lenovo Financial Services
First-Citizens Bank & Trust Company
21146 Network Place
Chicago, IL 60673-1211

**2.518**  **State what the contract or lease is for and the nature of the debtor's interest**

Lenovo Financial Services Product Schedule To Master Lease Agreement

**State the term remaining**

Effective Date: 6/14/2022

**List the contract number of any government contract**

Lenovo Financial Services
First-Citizens Bank & Trust Company
21146 Network Place
Chicago, IL 60673-1211

**2.519**  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

**State the term remaining**

Effective Date: 6/17/2022

**List the contract number of any government contract**

Lenovo Financial Services
1200 S Congress Ave
Palm Springs, FL 33406

**2.520**  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

LexisNexis
28330 Network Place
Chicago, IL 60673-1283

**State the term remaining**

Effective Date: 2/1/2023

**List the contract number of any government contract**

**2.521**  **State what the contract or lease is for and the nature of the debtor's interest**

Lenovo Financial Services Product Schedule To Master Lease Agreement

Lexisnexis Risk Data Retrieval Services LLC; Lexisnexis Risk Solutions Fl Inc; CPF Investment Group
28330 Network Place
Chicago, IL 60673-1283

**State the term remaining**

**List the contract number of any government contract**

**2.522**  **State what the contract or lease is for and the nature of the debtor's interest**

Addendum To Master Lease Schedule #1862020

LexisNexis Risk Solutions
28330 Network Place
Chicago, IL 60673-1283

**State the term remaining**

**List the contract number of any government contract**

**2.523**  **State what the contract or lease is for and the nature of the debtor's interest**

Amendment To Schedule #1833352 Master Lease Agreement # 1482684

LexisNexis Risk Solutions
28330 Network Place
Chicago, IL 60673-1283

**State the term remaining**

**List the contract number of any government contract**

**2.524**  **State what the contract or lease is for and the nature of the debtor's interest**

Master Lease Agreement

Lexisnexis Risk Solutions Fl Inc
28330 Network Place
Chicago, IL 60673-1283

**State the term remaining**

**List the contract number of any government contract**

**2.525**  **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Lexisnexis Risk Solutions; Client Company Name Client Accountbill Group
28330 Network Place
Chicago, IL 60673-1283

**State the term remaining**

Effective Date: 4/7/2021

**List the contract number of any government contract**

2.526  **State what the contract**          Lexisnexis Risk Solutions Application &       LicenseLogix
       **or lease is for and the**          Agreement                                    140 Grand St
       **nature of the debtor's**                                                        Ste 300
       **interest**                                                                      White Plains, NY 10601
       **State the term**                   Effective Date: 1/26/2021
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.527  **State what the contract**          Flow Down Agreement Terms And Conditions     LicenseLogix
       **or lease is for and the**                                                       140 Grand St
       **nature of the debtor's**                                                        Ste 300
       **interest**                                                                      White Plains, NY 10601
       **State the term**                   Effective Date: 4/14/2022
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.528  **State what the contract**          Trueid® Addendum                             LicenseLogix LLC
       **or lease is for and the**                                                       140 Grand St
       **nature of the debtor's**                                                        Ste 300
       **interest**                                                                      White Plains, NY 10601
       **State the term**
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.529  **State what the contract**          Form For Mobile Network Operator             Lift Stations R Us Corp
       **or lease is for and the**                                                       5761 NW 37 Ave
       **nature of the debtor's**                                                        Bldg 101
       **interest**                                                                      Miami, FL 33142
       **State the term**                   Effective Date: 11/21/2022
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.530  **State what the contract**          One Time Password (Otp) Addendum             Lift Stations R Us Corp
       **or lease is for and the**                                                       5761 NW 37 Ave
       **nature of the debtor's**                                                        Bldg 101
       **interest**                                                                      Miami, FL 33142
       **State the term**                   Effective Date: 11/21/2022
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.531  **State what the contract**          Re: Station Located: 1200 South Congress     Loomis Armored Us
       **or lease is for and the**          Avenue West Palm Beach, Florida              Dept 0757
       **nature of the debtor's**                                                        Dallas, TX 75312-0757
       **interest**
       **State the term**                   Effective Date: 12/16/2022
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

**2.532** **State what the contract or lease is for and the nature of the debtor's interest**

Addendum To Proposal

Loomis Armored Us LLC
Dept 0757
Dallas, TX 75312-0757

**State the term remaining**

Effective Date: 3/5/2021

**List the contract number of any government contract**

**2.533** **State what the contract or lease is for and the nature of the debtor's interest**

Quote #: 21-30531-66600

Loomis Armored Us LLC
Dept 0757
Dallas, TX 75312-0757

**State the term remaining**

Effective Date: 9/15/2015

**List the contract number of any government contract**

**2.534** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment To Safepoint® Agreement

Loomis Armored Us LLC
Dept 0757
Dallas, TX 75312-0757

**State the term remaining**

Effective Date: 6/9/2017

**List the contract number of any government contract**

**2.535** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment To Relocate Safe(S)

Loomis Armored Us LLC
Dept 0757
Dallas, TX 75312-0757

**State the term remaining**

Effective Date: 8/8/2014

**List the contract number of any government contract**

**2.536** **State what the contract or lease is for and the nature of the debtor's interest**

Quote #: 21-30218-66360

Loomis Armored Us LLC
Dept 0757
Dallas, TX 75312-0757

**State the term remaining**

Effective Date: 10/12/2013

**List the contract number of any government contract**

**2.537** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment To Safepoint® Agreement

Loomis Armored Us LLC
Dept 0757
Dallas, TX 75312-0757

**State the term remaining**

Effective Date: 4/19/2020

**List the contract number of any government contract**

**2.538**  **State what the contract or lease is for and the nature of the debtor's interest**

Amendment To Safepoint® Agreement

**State the term remaining**

Effective Date: 10/22/2022

**List the contract number of any government contract**

Loomis Armored US, LLC
Attn: Patrick Otero
2500 City West Blvd
Ste 900
Houston, TX 77042

**2.539**  **State what the contract or lease is for and the nature of the debtor's interest**

Addendum To Add Safes To Agreement

**State the term remaining**

Effective Date: 1/20/2021

**List the contract number of any government contract**

Lumen Technologies Group; Centurylink Communications LLC
Business Services
Po Box 52187
Phoenix, AZ 85072-2187

**2.540**  **State what the contract or lease is for and the nature of the debtor's interest**

Loomis Safepoint® Safepoint Agreement

**State the term remaining**

Effective Date: 1/10/2022

**List the contract number of any government contract**

Lumen Technologies Group; Centurylink Communications LLC
Business Services
Po Box 52187
Phoenix, AZ 85072-2187

**2.541**  **State what the contract or lease is for and the nature of the debtor's interest**

Safepoint® Amendment To Relocate Safe(S)

**State the term remaining**

Effective Date: 3/22/2023

**List the contract number of any government contract**

Lumen Technologies Group; Centurylink Communications LLC
Business Services
Po Box 52187
Phoenix, AZ 85072-2187

**2.542**  **State what the contract or lease is for and the nature of the debtor's interest**

Addendum To Add Safes To Agreement

**State the term remaining**

Effective Date: 12/29/2022

**List the contract number of any government contract**

M&E OLO Holdings Inc; Ally Financial Inc
1740 Overseas Highway
Marathon, FL 33050

**2.543**  **State what the contract or lease is for and the nature of the debtor's interest**

Off Lease Only Llc

**State the term remaining**

Effective Date: 6/12/2018

**List the contract number of any government contract**

Mac Murray & Shuster LLP
6525 West Campus Oval
Suite 210
New Albany, OH 43054

**2.544** **State what the contract** Order #: Q-01106322
        **or lease is for and the**                                    Mac Murray & Shuster LLP
        **nature of the debtor's**                                     6525 West Campus Oval
        **interest**                                                   Suite 210
        **State the term** Effective Date: 4/27/2018                   New Albany, OH 43054
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.545** **State what the contract** Mutual Non-Disclosure Agreement
        **or lease is for and the**                                    Macfarlane Media Ltd
        **nature of the debtor's**
        **interest**
        **State the term** Effective Date: 2/1/2023
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.546** **State what the contract** Order #: Q-01222784
        **or lease is for and the**                                    Macfarlane Media Ltd
        **nature of the debtor's**
        **interest**
        **State the term** Effective Date: 2/1/2023
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.547** **State what the contract** Mutual Non-Disclosure Agreement
        **or lease is for and the**                                    Makarenko, Roman
        **nature of the debtor's**                                     Address Redacted
        **interest**
        **State the term** Effective Date: 3/27/2023
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.548** **State what the contract** Renewal Order Form
        **or lease is for and the**                                    Management Inc; Deale 444Gelease Only LLC
        **nature of the debtor's**
        **interest**
        **State the term** Effective Date: 11/17/2022
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.549** **State what the contract** Re: Telemarketing Compliance Assessment
        **or lease is for and the** Dear Ms. Cook                      Manheim Inc; Manheim Remarketing Inc
        **nature of the debtor's**                                     PO Box 930725
        **interest**                                                   Atlanta, GA 30392-1691
        **State the term** Effective Date: 12/17/2020
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | Manheim Inc; Manheim Remarketing Inc<br>PO Box 930725<br>Atlanta, GA 30392-1691 |
| | **State the term remaining** | Effective Date: 12/19/2022 | |
| | **List the contract number of any government contract** | | |

| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | Re: Retainer Agreement For Legal Services In Defense Of Lawsuit And General Compliance Matters | Manheim Remarketing Inc<br>PO Box 930725<br>Atlanta, GA 30392-1691 |
| | **State the term remaining** | Effective Date: 3/20/2020 | |
| | **List the contract number of any government contract** | | |

| 2.552 | **State what the contract or lease is for and the nature of the debtor's interest** | Subject: Letter Agreement Between Off Lease Only, Inc. ("Off Lease Only") And Manheim Remarketing, Inc. ("Manheim") For Certain Customer Incentives | Maverick Document Signings Inc<br>742 Mink Ave #12<br>Murrell'S Inlet, SC 29576 |
| | **State the term remaining** | Effective Date: 2/5/2018 | |
| | **List the contract number of any government contract** | | |

| 2.553 | **State what the contract or lease is for and the nature of the debtor's interest** | Subject: Letter Agreement Between Off Lease Only, Inc. ("Off Lease Only") And Manheim Remarketing, Inc. ("Manheim") For Certain Customer Incentives | Maynard Cooper & Gale PC<br>1450 Centrepark Blvd<br>West Palm Beach, FL 33401 |
| | **State the term remaining** | Effective Date: 11/9/2021 | |
| | **List the contract number of any government contract** | | |

| 2.554 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Non-Disclosure Agreement | MCA Communications Inc. |
| | **State the term remaining** | Effective Date: 6/28/2022 | |
| | **List the contract number of any government contract** | | |

| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest** | Condition Reports Api Access Trial Addendum To Master Data License Agreement | MCA Communications, Inc. |
| | **State the term remaining** | Effective Date: 6/28/2022 | |
| | **List the contract number of any government contract** | | |

2.556 **State what the contract**    Post-Sale Transaction Data Addendum To    Mcdonald Hopkins LLC; RSM Us LLP
      **or lease is for and the**    Master Data License Agreement    5155 Paysphere Circle
      **nature of the debtor's**    Chicago, IL 60674
      **interest**
      **State the term**    Effective Date: 7/8/2020
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.557 **State what the contract**    Employee Covenants Agreement    McLaren, Alan
      **or lease is for and the**    Address Redacted
      **nature of the debtor's**
      **interest**
      **State the term**    Effective Date: 9/8/2020
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.558 **State what the contract**    Class P Unit Agreement    McLaren, Alan
      **or lease is for and the**    Address Redacted
      **nature of the debtor's**
      **interest**
      **State the term**    Effective Date: 4/1/2022
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.559 **State what the contract**    Class P Unit Agreement    McLaren, Alan
      **or lease is for and the**    Address Redacted
      **nature of the debtor's**
      **interest**
      **State the term**    Effective Date: 3/22/2021
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.560 **State what the contract**    Post-Sale Transaction Data Addendum To    Megawattage LLC
      **or lease is for and the**    Master Data License Agreement    850 SW 21st Treeace
      **nature of the debtor's**    Fort Lauderdale, FL 33312
      **interest**
      **State the term**    Effective Date: 4/24/2023
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.561 **State what the contract**    Service Agreement    Megawattage LLC
      **or lease is for and the**    850 SW 21st Treeace
      **nature of the debtor's**    Fort Lauderdale, FL 33312
      **interest**
      **State the term**    Effective Date: 6/1/2023
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.562 **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Non-Disclosure Agreement

Metro Title Services LLC; Amerifleet Transportation Inc; Metrogistics LLC; Acertus
PO Box 734973
Chicago, IL 60673-4973

**State the term remaining**

Effective Date: 2/1/2023

**List the contract number of any government contract**

2.563 **State what the contract or lease is for and the nature of the debtor's interest**

Change Order No. 1-Cr3 Additional Recovery Services

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

**State the term remaining**

**List the contract number of any government contract**

2.564 **State what the contract or lease is for and the nature of the debtor's interest**

Megawattage Generator Maintenance Agreement

Miller Electric Company
PO Box 1799
Jacksonville, FL 32201-1799

**State the term remaining**

Effective Date: 11/10/2021

**List the contract number of any government contract**

2.565 **State what the contract or lease is for and the nature of the debtor's interest**

Agreement Regarding Proposals For Labor And Materials

Miller Electric Company
PO Box 1799
Jacksonville, FL 32201-1799

**State the term remaining**

Effective Date: 7/23/2021

**List the contract number of any government contract**

2.566 **State what the contract or lease is for and the nature of the debtor's interest**

Microsoft Customer Agreement

Miller Electric Company
PO Box 1799
Jacksonville, FL 32201-1799

**State the term remaining**

Effective Date: 9/14/2021

**List the contract number of any government contract**

2.567 **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work

Miller Electric Company; Miller Eagibic Company
PO Box 1799
Jacksonville, FL 32201-1799

**State the term remaining**

Effective Date: 8/23/2021

**List the contract number of any government contract**

2.568 **State what the contract or lease is for and the nature of the debtor's interest**   Statement of Work from Master Services Agreement

Miller ICT Group
466 SW 12th Avenue
Deerfield, FL 33442

**State the term remaining**   Effective Date: 8/23/2021

**List the contract number of any government contract**

2.569 **State what the contract or lease is for and the nature of the debtor's interest**   Statement of Work from Master Services Agreement

Miller ICT Group
466 SW 12th Avenue
Deerfield, FL 33442

**State the term remaining**   Effective Date: 8/23/2021

**List the contract number of any government contract**

2.570 **State what the contract or lease is for and the nature of the debtor's interest**   Statement of Work

MKB Cleaning Services
10805 NW 55th Street
Coral Springs, FL 33076

**State the term remaining**   Effective Date: 9/25/2019

**List the contract number of any government contract**

2.571 **State what the contract or lease is for and the nature of the debtor's interest**   Mutual Non-Disclosure Agreement

Monroneylabels.com; Highline Sale Investor Group LLC
Dept Ch 18163
Palatine, IL 60055

**State the term remaining**   Effective Date: 1/1/2022

**List the contract number of any government contract**

2.572 **State what the contract or lease is for and the nature of the debtor's interest**   Professional Cleaning Services Proposal

MSH International Inc
1 E Broward Blvd
Ft. Lauderdale, FL 33301

**State the term remaining**   Effective Date: 10/18/2021

**List the contract number of any government contract**

2.573 **State what the contract or lease is for and the nature of the debtor's interest**   Employee Covenants Agreement

Murphy, John
Address Redacted

**State the term remaining**   Effective Date: 11/15/2019

**List the contract number of any government contract**

| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | ATM Operator Agreement and/or ATM Source of Funds Provider Declaration Agreement | NationalLink, Inc. |
| | **State the term remaining** | Effective Date: 3/29/2021 | |
| | **List the contract number of any government contract** | | |

| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | TRED Supply Program Agreement | NewOrderAuto, Inc<br>5221 South Tacoma Way<br>Tacoma, WA 98409 |
| | **State the term remaining** | Effective Date: 11/23/2022 | |
| | **List the contract number of any government contract** | | |

| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Next Up<br>1241 N Lakeview Ave<br>Anaheim, CA 92807 |
| | **State the term remaining** | Effective Date: 8/7/2017 | |
| | **List the contract number of any government contract** | | |

| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | Next Up<br>1241 N Lakeview Ave<br>Anaheim, CA 92807 |
| | **State the term remaining** | Effective Date: 8/7/2017 | |
| | **List the contract number of any government contract** | | |

| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | Investment Advisory Agreement and 408(b)(2) Disclosure | NFP Retirement, Inc.<br>120 Vantis<br>Suite 400<br>Aliso Viejo, CA 92656 |
| | **State the term remaining** | Effective Date: 6/1/2022 | |
| | **List the contract number of any government contract** | | |

| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement for 8301 McCoy Road, Orlando, FL 32822 | Nona Business Center, LLC<br>10783 Narcoossee Rd.<br>Suite #117<br>Orlando, FL 32832 |
| | **State the term remaining** | Effective Date: 8/1/2018 | |
| | **List the contract number of any government contract** | | |

**2.580** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement for 8281 McCoy Road, Orlando, FL 32822

Nona Business Center, LLC
10783 Narcoossee Rd.
Suite #117
Orlando, FL 32832

**State the term remaining**

Effective Date: 4/1/2018

**List the contract number of any government contract**

**2.581** **State what the contract or lease is for and the nature of the debtor's interest**

Order For Hiya Services

Norman & Co.
13401 Mccormick Drive
Tampa, FL 33626

**State the term remaining**

Effective Date: 6/8/2007

**List the contract number of any government contract**

**2.582** **State what the contract or lease is for and the nature of the debtor's interest**

Independent Contractor Agreement

Norman & Company, Inc. dba Classic
13401 McCormick Drive
Tampa, FL 33326

**State the term remaining**

Effective Date: 4/27/2021

**List the contract number of any government contract**

**2.583** **State what the contract or lease is for and the nature of the debtor's interest**

Customer Agreement

Norman & Company, Inc. dba Classic
13401 McCormick Drive
Tampa, FL 33326

**State the term remaining**

Effective Date: 6/1/2007

**List the contract number of any government contract**

**2.584** **State what the contract or lease is for and the nature of the debtor's interest**

Remittance Schedule

Norman & Company, Inc. dba Classic
13401 McCormick Drive
Tampa, FL 33326

**State the term remaining**

Effective Date: 10/15/2014

**List the contract number of any government contract**

**2.585** **State what the contract or lease is for and the nature of the debtor's interest**

Remittance Schedule

Norman & Company, Inc. dba Classic
13401 McCormick Drive
Tampa, FL 33326

**State the term remaining**

Effective Date: 11/3/2015

**List the contract number of any government contract**

2.586 **State what the contract or lease is for and the nature of the debtor's interest**

Nfp® Investment Advisory Agreement And 408(B)(2) Disclosure

**State the term remaining**

Effective Date: 6/30/2021

**List the contract number of any government contract**

Notarize
1241 N Lakeview Ave
Anaheim, CA 92807

2.587 **State what the contract or lease is for and the nature of the debtor's interest**

Lender Agreement

**State the term remaining**

Effective Date: 10/17/2022

**List the contract number of any government contract**

Nudell Architects
30403 West 13 Mile Road
Farmington Hills, MI 48334

2.588 **State what the contract or lease is for and the nature of the debtor's interest**

Independent Contractor Agreement

**State the term remaining**

Effective Date: 5/16/2023

**List the contract number of any government contract**

Nudell Architects
30403 West 13 Mile Road
Farmington Hills, MI 48334

2.589 **State what the contract or lease is for and the nature of the debtor's interest**

Off Lease Only

**State the term remaining**

Effective Date: 9/21/2022

**List the contract number of any government contract**

Nudell Architects
1807 Edgewater Drive
Orlando, FL 32804

2.590 **State what the contract or lease is for and the nature of the debtor's interest**

Statement Of Work For Off Lease

**State the term remaining**

Effective Date: 5/3/2023

**List the contract number of any government contract**

Nudell Architects
1807 Edgewater Drive
Orlando, FL 32804

2.591 **State what the contract or lease is for and the nature of the debtor's interest**

Subscription Plan Order Form

**State the term remaining**

Effective Date: 6/3/2022

**List the contract number of any government contract**

NWAN Inc
8370 Dow Circle Suite 100
Strongsville, OH 44136

**2.592** **State what the contract or lease is for and the nature of the debtor's interest**

Remittance Schedule

NWAN Inc
8370 Dow Circle Suite 100
Strongsville, OH 44136

**State the term remaining**

Effective Date: 10/6/2021

**List the contract number of any government contract**

**2.593** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

NWAN Inc
8370 Dow Circle Suite 100
Strongsville, OH 44136

**State the term remaining**

**List the contract number of any government contract**

**2.594** **State what the contract or lease is for and the nature of the debtor's interest**

Notice Of Additional Services

Ocean Detailing USA Management Inc
3112 Jupiter Park Circle
Jupiter, FL 33458

**State the term remaining**

Effective Date: 8/1/2023

**List the contract number of any government contract**

**2.595** **State what the contract or lease is for and the nature of the debtor's interest**

Standard Short Form Of Agreement Between Owner And Architect - Agreement

Ocean Detailing USA Management Inc
3112 Jupiter Park Circle
Jupiter, FL 33458

**State the term remaining**

Effective Date: 4/18/2022

**List the contract number of any government contract**

**2.596** **State what the contract or lease is for and the nature of the debtor's interest**

P[Nwan Dealer Agreement Earned Premium Participation Addendum

Off Lease LLC; CDK Global LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**State the term remaining**

Effective Date: 11/13/2019

**List the contract number of any government contract**

**2.597** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Off Lease LLC; CDK Global LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**State the term remaining**

Effective Date: 11/13/2019

**List the contract number of any government contract**

**2.598** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

**State the term remaining**

Effective Date: 8/25/2023

**List the contract number of any government contract**

Off Lease LLC; CDK Global LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**2.599** **State what the contract or lease is for and the nature of the debtor's interest**

Nwan Amendment To Dealer Agreement

**State the term remaining**

Effective Date: 11/13/2019

**List the contract number of any government contract**

Off Lease LLC; CDK Global LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**2.600** **State what the contract or lease is for and the nature of the debtor's interest**

Second Amendment To Integrated Marketing Agreement

**State the term remaining**

Effective Date: 8/13/2021

**List the contract number of any government contract**

Off Lease LLC; CDK Global LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**2.601** **State what the contract or lease is for and the nature of the debtor's interest**

Dealership Services Contract

**State the term remaining**

Effective Date: 11/13/2019

**List the contract number of any government contract**

Off Lease LLC; CDK Global LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**2.602** **State what the contract or lease is for and the nature of the debtor's interest**

Addendum To Master Services Agreement

**State the term remaining**

Effective Date: 11/13/2019

**List the contract number of any government contract**

Off Lease LLC; Experian Marketing Services; CDK Global LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

**2.603** **State what the contract or lease is for and the nature of the debtor's interest**

Addendum To Master Services Agreement

**State the term remaining**

Effective Date: 11/18/2022

**List the contract number of any government contract**

Off Lease Onlyllc; AES Sales LLC
32218 Tamina Rd
Magnolia, TX 77354

| | | |
|---|---|---|
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | Schedule To Master Services Agreement |
| | **State the term remaining** | Effective Date: 5/12/2023 |
| | **List the contract number of any government contract** | |

Off Lease Onlyllc; AES Sales LLC
32218 Tamina Rd
Magnolia, TX 77354

| | | |
|---|---|---|
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest** | Schedule To Master Services Agreement |
| | **State the term remaining** | Effective Date: 2/8/2021 |
| | **List the contract number of any government contract** | |

Office Lease Only- Bradenton; Shred-it; Stericycle Inc
9207 Palm River Road
Tampa, FL 33619

| | | |
|---|---|---|
| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum To Master Services Agreement And The Applicable Schedule(S) |
| | **State the term remaining** | Effective Date: 9/21/2021 |
| | **List the contract number of any government contract** | |

Offlease #5; CDK Global LLC
c/o Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

| | | |
|---|---|---|
| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum To Master Services Agreement And The Applicable Schedule(S) (Data Fresh — Data Management) |
| | **State the term remaining** | Effective Date: 4/28/2023 |
| | **List the contract number of any government contract** | |

Only LLC; TD Bank Na
PO Box 744993
Atlanta, GA 30374

| | | |
|---|---|---|
| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Order |
| | **State the term remaining** | Effective Date: 9/2/2020 |
| | **List the contract number of any government contract** | |

Opentext
Attn: Serge Savchenko
2950 S Delaware Street
San Mateo, CA 94403

| | | |
|---|---|---|
| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Outfront Media
Attn: Credit and Collections
185 US Hwy 46
Fairfield, NJ 07004

**2.610** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Ownershield Inc
1900 Firman Dr
Richardson, TX 75081

**State the term remaining**

Effective Date: 1/28/2016

**List the contract number of any government contract**

**2.611** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment

Pac-Van Inc
75 Remittance Drive
Chicago, IL 60675

**State the term remaining**

Effective Date: 3/1/2021

**List the contract number of any government contract**

**2.612** **State what the contract or lease is for and the nature of the debtor's interest**

Schedule To Master Services Agreement

Pandadoc.com Pandadoc; Dynafire Inc
109-B Concord Dr
Casselberry, FL 32707

**State the term remaining**

Effective Date: 8/9/2019

**List the contract number of any government contract**

**2.613** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement Cancelation

Par-Kut International
40961 Production Drive
Harrison Twp, MI 48045

**State the term remaining**

Effective Date: 6/13/2022

**List the contract number of any government contract**

**2.614** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Par-Kut International
40961 Production Drive
Harrison Twp, MI 48045

**State the term remaining**

Effective Date: 6/13/2022

**List the contract number of any government contract**

**2.615** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Pavement Maintenance Service Inc
18368 Se Cassia Lane
Tequesta, FL 33469

**State the term remaining**

Effective Date: 4/18/2023

**List the contract number of any government contract**

2.616 **State what the contract**      Rental Agreement              Pd Warranty M Inc; Apds War And Company Inc; PDS Warranty Company Inc
      **or lease is for and the**                                   555 Metro Place N
      **nature of the debtor's**                                    Suite 650
      **interest**                                                  Dublin, OH 43017
      **State the term**
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.617 **State what the contract**      Dynafire Agreement For Services   PDS Warranty Company Inc
      **or lease is for and the**                                   555 Metro Place N
      **nature of the debtor's**                                    Suite 650
      **interest**                                                  Dublin, OH 43017
      **State the term**
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.618 **State what the contract**      Order Acknowledgement         PDS Warranty Company Inc; Miami
      **or lease is for and the**                                   555 Metro Place N
      **nature of the debtor's**                                    Suite 650
      **interest**                                                  Dublin, OH 43017
      **State the term**
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.619 **State what the contract**      Order Acknowledgement         PDS Warranty Company Inc; Premier Dealer Services Inc; Used Cars For Less
      **or lease is for and the**                                   555 Metro Place N
      **nature of the debtor's**                                    Suite 650
      **interest**                                                  Dublin, OH 43017
      **State the term**
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.620 **State what the contract**      Off Lease Only - Jeb          Peoples Gas System
      **or lease is for and the**
      **nature of the debtor's**
      **interest**
      **State the term**                Effective Date: 12/10/2020
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.621 **State what the contract**      Dealer Agreement              Perfect Storm Shutters Inc
      **or lease is for and the**                                   12901 SW 89th Court
      **nature of the debtor's**                                    Miami, FL 33176
      **interest**
      **State the term**                Effective Date: 3/21/2022
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

**2.622**  **State what the contract**    Dealer Agreement                    Pitney Bowes Inc
           **or lease is for and the**                                        PO Box 981023
           **nature of the debtor's**                                         Boston, MA 02298-1023
           **interest**
           **State the term**
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.623**  **State what the contract**    Terms And Conditions                Premier Dealer Services Inc
           **or lease is for and the**                                        9449 Balboa Ave #300
           **nature of the debtor's**                                         San Diego, CA 92123
           **interest**
           **State the term**            Effective Date: 9/1/2023
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.624**  **State what the contract**    Gas Service Agreement               Premier Dealer Services Inc
           **or lease is for and the**                                        9449 Balboa Ave #300
           **nature of the debtor's**                                         San Diego, CA 92123
           **interest**
           **State the term**            Effective Date: 2/11/2022
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.625**  **State what the contract**    Gas Service Agreement               Premier Dealer Services Inc
           **or lease is for and the**                                        9449 Balboa Ave #300
           **nature of the debtor's**                                         San Diego, CA 92123
           **interest**
           **State the term**            Effective Date: 12/9/2022
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.626**  **State what the contract**    Off Lease Only Inc                  Proactive Training Solutions LLC
           **or lease is for and the**                                        20701 N Scottsdale Rd
           **nature of the debtor's**                                         Scottsdale, AZ 85255
           **interest**
           **State the term**            Effective Date: 11/1/2022
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.627**  **State what the contract**    License Agreement                   Professional Service Industries Inc
           **or lease is for and the**                                        PO Box 74008418
           **nature of the debtor's**                                         Chicago, IL 60674-8418
           **interest**
           **State the term**            Effective Date: 1/28/2022
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

| | | | |
|---|---|---|---|
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Professional Service Industries Inc<br>PO Box 74008418<br>Chicago, IL 60674-8418 |
| | **State the term remaining** | Effective Date: 8/30/2022 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum To Dealer Agreement | Professional Service Industries Inc<br>PO Box 74008418<br>Chicago, IL 60674-8418 |
| | **State the term remaining** | Effective Date: 10/22/2021 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement Addendum | Professional Service Industries Inc<br>PO Box 74008418<br>Chicago, IL 60674-8418 |
| | **State the term remaining** | Effective Date: 3/29/2022 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | Re: Proposal To Provide Professional Services Construction Materials Testing For Off Lease Only - Vehicle Reconditioning Facility 1926 Fm Rd 362 Brookshire, Texas Psi Proposal No .: 0201-377209 | Professional Service Industries Inc<br>PO Box 74008418<br>Chicago, IL 60674-8418 |
| | **State the term remaining** | Effective Date: 3/10/2022 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | Re: Proposal For Phase I Environmental Site Assessment Services Proposed | Professional Service Industries Inc<br>PO Box 74008418<br>Chicago, IL 60674-8418 |
| | **State the term remaining** | Effective Date: 3/8/2022 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | Lexis®/Lexis+Tm, Courtlink®, Practical Guidance And/Or Nexis Diligencetm Agreement (New Subscriber-Automatic Annual Renewal) | Professional Service Industries Inc (PSI)<br>6700 Portwest Drive<br>Houston, TX 77024 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | Re: Proposal To Provide Professional Services Construction Materials Testing For Off Lease Only - Katy - New Sales Facility Katy, Texas Psi Proposal No.: 0201-369839R |
| | **State the term remaining** | Effective Date: 6/21/2021 |
| | **List the contract number of any government contract** | |

Psi Auction Company; Adesa Inc; Openlane Inc; National Auto Auction Association's

| | | |
|---|---|---|
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | Re: Proposal For Geotechnical Engineering Services Proposed Car Dealership 1926 Fm 362 Brookshire, Texas Psi Proposal No. 286-364776 |
| | **State the term remaining** | Effective Date: 4/5/2021 |
| | **List the contract number of any government contract** | |

Publicis Sapient; Sapient Corporation
40 Water Street
Boston, MA 02109

| | | |
|---|---|---|
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** | Re: Proposal For Wetland Delineation Services |
| | **State the term remaining** | Effective Date: 11/29/2021 |
| | **List the contract number of any government contract** | |

Publicis Sapient; Sapient Corporation
40 Water Street
Boston, MA 02109

| | | |
|---|---|---|
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** | Employee Covenants Agreement |
| | **State the term remaining** | Effective Date: 1/30/2022 |
| | **List the contract number of any government contract** | |

Pyle, Jim
Address Redacted

| | | |
|---|---|---|
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** | Re: Proposal For Geotechnical Engineering Services Proposed Olo Development North Freeway Service Road Spring, Texas Psi Proposal No. 286-368157 Rev 1.0 |
| | **State the term remaining** | Effective Date: 2/9/2023 |
| | **List the contract number of any government contract** | |

Quality Air Conditioning Company Inc
720 W Mcnab Rd
Ft Lauderdale, FL 33309

| | | |
|---|---|---|
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** | Re: Proposal For Wetland Delineation Services Proposed Auto Facility Est Of Interstate 45 B/T Spring Cypress Rd. And Spring Stuebner Spring, Ex Psi Proposal No. 0523-368190 |
| | **State the term remaining** | Effective Date: 8/10/2023 |
| | **List the contract number of any government contract** | |

Quality Air Conditioning Company Inc
720 W Mcnab Rd
Ft Lauderdale, FL 33309

**2.640** **State what the contract or lease is for and the nature of the debtor's interest**

Statement Of Work

**State the term remaining**

Effective Date: 3/29/2021

**List the contract number of any government contract**

Qualtrics LLC
PO Box 29650 Dept#880102
Phoenix, AZ 85038

---

**2.641** **State what the contract or lease is for and the nature of the debtor's interest**

Statement Of Work

**State the term remaining**

Effective Date: 3/29/2021

**List the contract number of any government contract**

Qualtrics LLC
PO Box 29650 Dept#880102
Phoenix, AZ 85038

---

**2.642** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

**State the term remaining**

Effective Date: 3/29/2021

**List the contract number of any government contract**

Qualtrics LLC
PO Box 29650 Dept#880102
Phoenix, AZ 85038

---

**2.643** **State what the contract or lease is for and the nature of the debtor's interest**

Off Lease Only 12589 South Military Trail West Palm Beach Fl 33415

**State the term remaining**

Effective Date: 6/25/2021

**List the contract number of any government contract**

Qualtrics LLC; Walker Information Inc
PO Box 29650 Dept#880102
Phoenix, AZ 85038

---

**2.644** **State what the contract or lease is for and the nature of the debtor's interest**

Terms And Conditions

**State the term remaining**

**List the contract number of any government contract**

Qualtrics, LLC
333 W River Park Drive
Provo, UT 84604

---

**2.645** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form

**State the term remaining**

Effective Date: 4/10/2023

**List the contract number of any government contract**

Quench
PO Box 735777
Dallas, TX 75373-5777

**2.646**  **State what the contract**    General Terms And Conditions For Qualtrics
        **or lease is for and the**     Cloud Services ("Gtc")
        **nature of the debtor's**
        **interest**                                                    Quench
        **State the term**              Effective Date: 1/27/2023          PO Box 735777
        **remaining**                                                   Dallas, TX 75373-5777
        **List the contract number**
        **of any government**
        **contract**

**2.647**  **State what the contract**    Amendment Agreement
        **or lease is for and the**
        **nature of the debtor's**                                      Quench
        **interest**                                                    630 Allendale
        **State the term**                                              Ste 200
        **remaining**                                                   King Of Prussia, GA 19406
        **List the contract number**
        **of any government**
        **contract**

**2.648**  **State what the contract**    Statement Of Work
        **or lease is for and the**
        **nature of the debtor's**                                      Quench USA Inc
        **interest**                                                    PO Box 735777
        **State the term**                                              Dallas, TX 75373-5777
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.649**  **State what the contract**    Order Form
        **or lease is for and the**
        **nature of the debtor's**                                      Quench USA Inc
        **interest**                                                    PO Box 735777
        **State the term**              Effective Date: 12/17/2021        Dallas, TX 75373-5777
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.650**  **State what the contract**    Order Form
        **or lease is for and the**
        **nature of the debtor's**                                      Quench USA Inc
        **interest**                                                    PO Box 735777
        **State the term**              Effective Date: 11/23/2021        Dallas, TX 75373-5777
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.651**  **State what the contract**    Proposal And Rental Agreement
        **or lease is for and the**
        **nature of the debtor's**                                      Quench USA Inc
        **interest**                                                    PO Box 735777
        **State the term**              Effective Date: 11/4/2022         Dallas, TX 75373-5777
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.652   **State what the contract**    Amendment Agreement                 Quest Towing Services LLC; Wesco Insurance Company
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**             Effective Date: 9/26/2020
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.653   **State what the contract**    Proposal And Rental Agreement
        **or lease is for and the**                                        Quick Response
        **nature of the debtor's**                                         20545 Independence Blvd Ste G
        **interest**                                                       Groveland, FL 34736
        **State the term**             Effective Date: 8/4/2022
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.654   **State what the contract**    Proposal And Rental Agreement
        **or lease is for and the**                                        Quick Response
        **nature of the debtor's**                                         20545 Independence Blvd Ste G
        **interest**                                                       Groveland, FL 34736
        **State the term**             Effective Date: 2/25/2022
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.655   **State what the contract**    Proposal And Rental Agreement
        **or lease is for and the**                                        Quick Response
        **nature of the debtor's**                                         20545 Independence Blvd Ste G
        **interest**                                                       Groveland, FL 34736
        **State the term**             Effective Date: 1/19/2021
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.656   **State what the contract**    Proposal And Rental Agreement
        **or lease is for and the**                                        Quick Response
        **nature of the debtor's**                                         20545 Independence Blvd Ste G
        **interest**                                                       Groveland, FL 34736
        **State the term**             Effective Date: 1/19/2021
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.657   **State what the contract**    Proposal                            Qwest Communications Company LLC; Centurylink Inc; Cook Off Leasecank Inc;
        **or lease is for and the**                                        Qwest Corporation; Centurylink Sales Solutions Inc; Centurylink Communications
        **nature of the debtor's**                                         LLC
        **interest**
        **State the term**             Effective Date: 3/9/2018
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.658 **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Qwest Communications Company, LLC d/b/a CentuyLink QCC

**State the term remaining**

Effective Date: 3/15/2018

**List the contract number of any government contract**

2.659 **State what the contract or lease is for and the nature of the debtor's interest**

Class P Unit Agreement

Radosevich, Rebecca
Address Redacted

**State the term remaining**

Effective Date: 3/22/2021

**List the contract number of any government contract**

2.660 **State what the contract or lease is for and the nature of the debtor's interest**

Employee Covenants Agreement

Radosevich, Rebecca
Address Redacted

**State the term remaining**

Effective Date: 11/15/2019

**List the contract number of any government contract**

2.661 **State what the contract or lease is for and the nature of the debtor's interest**

Proposal

Randstad Technologies LLC
Attn: Legal Dept.
3625 Cumberland Blvd., Suite 600
Atlanta, GA 30339

**State the term remaining**

Effective Date: 12/1/2021

**List the contract number of any government contract**

2.662 **State what the contract or lease is for and the nature of the debtor's interest**

Proposal

Randstad Technologies LLC
Attn: Legal Dept.
3625 Cumberland Blvd., Suite 600
Atlanta, GA 30339

**State the term remaining**

Effective Date: 9/28/2021

**List the contract number of any government contract**

2.663 **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Non-Disclosure Agreement

Randstad Technologies LLC

**State the term remaining**

Effective Date: 12/1/2021

**List the contract number of any government contract**

**2.664** **State what the contract or lease is for and the nature of the debtor's interest**

Proposal

**State the term remaining**

Effective Date: 8/20/2021

**List the contract number of any government contract**

Ready Logistics LLC
1030 N Colorado Street
Gilbert, AZ 85233

**2.665** **State what the contract or lease is for and the nature of the debtor's interest**

Quote #Q-12291-1

**State the term remaining**

Effective Date: 11/6/2021

**List the contract number of any government contract**

Red Canary Inc
Attn: Chris Zook
1601 19th Street
Suite 900
Denver, CO 80202

**2.666** **State what the contract or lease is for and the nature of the debtor's interest**

Quote #Q-17237-2

**State the term remaining**

Effective Date: 2/1/2023

**List the contract number of any government contract**

Red Canary Inc
Attn: Chris Zook
1601 19th Street
Suite 900
Denver, CO 80202

**2.667** **State what the contract or lease is for and the nature of the debtor's interest**

Quote #Q-20397-1

**State the term remaining**

Effective Date: 3/1/2023

**List the contract number of any government contract**

Red Canary Inc
Attn: Chris Zook
1601 19th Street
Suite 900
Denver, CO 80202

**2.668** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

**State the term remaining**

Effective Date: 2/20/2018

**List the contract number of any government contract**

RFR Resources LLC
PO Box 4230
Akron, OH 44321

**2.669** **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Non-Disclosure Agreement

**State the term remaining**

Effective Date: 12/28/2020

**List the contract number of any government contract**

Rise Interactive Media & Analytics LLC

2.670  **State what the contract**      Non-Disclosure Agreement              Rockefeller Financial LLC
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**               Effective Date: 3/9/2021
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.671  **State what the contract**      Non-Disclosure Agreement              Rockefeller Financial LLC
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**               Effective Date: 3/9/2021
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.672  **State what the contract**      Quote #: Q-12291-1                    Rocket Franchising Inc
       **or lease is for and the**                                            Jani-King Of Houston
       **nature of the debtor's**                                             4535 Sunbelt Drive
       **interest**                                                           Addison, TX 75001
       **State the term**               Effective Date: 12/27/2022
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.673  **State what the contract**      Q-17237-2                             Rocket Franchising Inc
       **or lease is for and the**                                            Jani-King Of Houston
       **nature of the debtor's**                                             4535 Sunbelt Drive
       **interest**                                                           Addison, TX 75001
       **State the term**               Effective Date: 2/21/2023
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.674  **State what the contract**      Quote #: Q-20397-1                    Rocket Franchising Inc
       **or lease is for and the**                                            Jani-King Of Houston
       **nature of the debtor's**                                             4535 Sunbelt Drive
       **interest**                                                           Addison, TX 75001
       **State the term**               Effective Date: 9/29/2022
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.675  **State what the contract**      Mutual Non-Disclosure Agreement      Rokkan Media LLC
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**               Effective Date: 1/11/2021
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.676 **State what the contract or lease is for and the nature of the debtor's interest**    Mutual Non-Disclosure Agreement

Roman Makarenko Address on File

**State the term remaining**    Effective Date: 3/27/2023

**List the contract number of any government contract**

2.677 **State what the contract or lease is for and the nature of the debtor's interest**    Amendment To Dealer Participation Agreement

Routeone LLC
16902 Collections Center Dr
Chicago, IL 60693

**State the term remaining**    Effective Date: 8/23/2019

**List the contract number of any government contract**

2.678 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Participation Agreement

Routeone LLC
16902 Collections Center Dr
Chicago, IL 60693

**State the term remaining**    Effective Date: 8/23/2019

**List the contract number of any government contract**

2.679 **State what the contract or lease is for and the nature of the debtor's interest**    Amendment To Dealer Participation Agreement

Routeone LLC
16902 Collections Center Dr
Chicago, IL 60693

**State the term remaining**    Effective Date: 8/23/2019

**List the contract number of any government contract**

2.680 **State what the contract or lease is for and the nature of the debtor's interest**    Amendment

Routeone LLC
16902 Collections Center Dr
Chicago, IL 60693

**State the term remaining**    Effective Date: 8/23/2019

**List the contract number of any government contract**

2.681 **State what the contract or lease is for and the nature of the debtor's interest**    Offleaseonly Commercial Cleaning Proposal

Routeone LLC
16902 Collections Center Dr
Chicago, IL 60693

**State the term remaining**    Effective Date: 8/23/2019

**List the contract number of any government contract**

| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Routeone LLC<br>16902 Collections Center Dr<br>Chicago, IL 60693 |
| | **State the term remaining** | Effective Date: 11/16/2015 | |
| | **List the contract number of any government contract** | | |

| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Non-Disclosure Agreement | Routeone LLC<br>Attn: RouteOne Business Operations<br>31500 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334 |
| | **State the term remaining** | Effective Date: 7/7/2017 | |
| | **List the contract number of any government contract** | | |

| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest** | Director Services Agreement | Rowe, Jared<br>Address Redacted |
| | **State the term remaining** | Effective Date: 6/1/2023 | |
| | **List the contract number of any government contract** | | |

| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest** | Director Services Agreement | Rowe, Jared<br>Address Redacted |
| | **State the term remaining** | Effective Date: 2/14/2020 | |
| | **List the contract number of any government contract** | | |

| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Participation Agreement For Major Accounts | RSM Us LLP<br>5155 Paysphere Circle<br>Chicago, IL 60674 |
| | **State the term remaining** | Effective Date: 7/15/2021 | |
| | **List the contract number of any government contract** | | |

| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment To Dealer Participation Agreement | RSM Us LLP<br>5155 Paysphere Circle<br>Chicago, IL 60674 |
| | **State the term remaining** | Effective Date: 3/31/2022 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.688 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment To Dealer Participation Agreement |
| | | RSM Us LLP |
| | | 5155 Paysphere Circle |
| | | Chicago, IL 60674 |
| | **State the term remaining** | Effective Date: 12/14/2021 |
| | **List the contract number of any government contract** | |
| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment To Dealer Participation Agreement |
| | | RSM Us LLP |
| | | 5155 Paysphere Circle |
| | | Chicago, IL 60674 |
| | **State the term remaining** | Effective Date: 1/12/2021 |
| | **List the contract number of any government contract** | |
| 2.690 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Non-Disclosure Agreement |
| | | RSM Us LLP |
| | | 5155 Paysphere Circle |
| | | Chicago, IL 60674 |
| | **State the term remaining** | Effective Date: 12/14/2021 |
| | **List the contract number of any government contract** | |
| 2.691 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order |
| | | RSM Us LLP; RSM International |
| | | 5155 Paysphere Circle |
| | | Chicago, IL 60674 |
| | **State the term remaining** | Effective Date: 10/20/2020 |
| | **List the contract number of any government contract** | |
| 2.692 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Non-Disclosure Agreement |
| | | RSM Us Product Sales LLC; RSM Us LLP |
| | | 5155 Paysphere Circle |
| | | Chicago, IL 60674 |
| | **State the term remaining** | Effective Date: 7/1/2020 |
| | **List the contract number of any government contract** | |
| 2.693 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #3- Rsm Defense Migration |
| | | S Corporation LLC; Southern Auto Finance Company Llc |
| | | Attn: Remarketing |
| | | 6700 N Andrews Ave |
| | | Ft Lauderdale, FL 33309 |
| | **State the term remaining** | Effective Date: 7/31/2017 |
| | **List the contract number of any government contract** | |

**2.694**  **State what the contract or lease is for and the nature of the debtor's interest**

Contingent Liability And Physical Damage Policy

**State the term remaining**

Effective Date: 1/6/2023

**List the contract number of any government contract**

S. Brown Associates, Inc
150 River Rd
M3
Montville, NJ 07045

**2.695**  **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality Agreement

**State the term remaining**

Effective Date: 5/17/2021

**List the contract number of any government contract**

Safe-Guard Products International LLC

**2.696**  **State what the contract or lease is for and the nature of the debtor's interest**

Statement Of Work

**State the term remaining**

Effective Date: 7/29/2019

**List the contract number of any government contract**

Sage Software
14855 Collections Center Dr
Chicago, IL 60693

**2.697**  **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

**State the term remaining**

Effective Date: 7/7/2020

**List the contract number of any government contract**

Salty Dot Inc

**2.698**  **State what the contract or lease is for and the nature of the debtor's interest**

Proposal

**State the term remaining**

Effective Date: 11/8/2021

**List the contract number of any government contract**

Salty Dot Insurance Agency LLC

**2.699**  **State what the contract or lease is for and the nature of the debtor's interest**

Sage End User License Agreement

**State the term remaining**

Effective Date: 12/24/2020

**List the contract number of any government contract**

Sambu Digital LLC
1044 NE 18th Ave #205
Ft Lauderdale, FL 33304

**2.700**  **State what the contract**   Independent Contractor Agreement        Sambu Digital LLC
           **or lease is for and the**                                           1044 NE 18th Ave
           **nature of the debtor's**                                            #205
           **interest**                                                          Fort Lauderdale, FL 33304
           **State the term**            Effective Date: 7/1/2022
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.701**  **State what the contract**   Non-Disclosure Agreement               Sambu Digital LLC
           **or lease is for and the**                                          1044 NE 18th Ave #205
           **nature of the debtor's**                                           Ft Lauderdale, FL 33304
           **interest**
           **State the term**            Effective Date: 12/24/2020
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.702**  **State what the contract**   Non-Recourse Master Dealer Agreement   Santander Consumer USA
           **or lease is for and the**                                          Attn: Dealer Maintenance
           **nature of the debtor's**                                           1601 Elm St
           **interest**                                                         Ste 800
           **State the term**            Effective Date: 2/18/2020              Dallas, TX 75201
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.703**  **State what the contract**   Non-Recourse Master Dealer Agreement   Santander Consumer USA
           **or lease is for and the**                                          Attn: Dealer Maintenance
           **nature of the debtor's**                                           1601 Elm St
           **interest**                                                         Ste 800
           **State the term**            Effective Date: 5/3/2023               Dallas, TX 75201
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.704**  **State what the contract**   Non-Disclosure Agreement               Santander Consumer USA Inc
           **or lease is for and the**                                          PO Box 660616
           **nature of the debtor's**                                           Dallas, TX 75266
           **interest**
           **State the term**            Effective Date: 3/11/2021
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.705**  **State what the contract**   Independent Contractor Agreement       Santander Consumer USA Inc
           **or lease is for and the**                                          PO Box 660616
           **nature of the debtor's**                                           Dallas, TX 75266
           **interest**
           **State the term**            Effective Date: 7/3/2023
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.706**  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Onboarding Requirements Dealer Agreement

Santander Consumer USA Inc
PO Box 660616
Dallas, TX 75266

**State the term remaining**

**List the contract number of any government contract**

**2.707**  **State what the contract or lease is for and the nature of the debtor's interest**

Addendum To Non-Recourse Master Dealer Agreement

Santander Consumer USA Inc; BBB Found Finance Company; Dow Jones & Company; Rotated Limited
PO Box 660616
Dallas, TX 75266

**State the term remaining**

Effective Date: 11/15/2019

**List the contract number of any government contract**

**2.708**  **State what the contract or lease is for and the nature of the debtor's interest**

Addendum To Non-Recourse Master Dealer Agreement For Marketplace And Prequalification Program

Santander Consumer USA Inc; Dow Jones & Company
PO Box 660616
Dallas, TX 75266

**State the term remaining**

Effective Date: 10/24/2019

**List the contract number of any government contract**

**2.709**  **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement Santander 2010.09.09

Santander Consumer USA Inc; M&E OLO Holdings Inc
PO Box 660616
Dallas, TX 75266

**State the term remaining**

Effective Date: 11/15/2019

**List the contract number of any government contract**

**2.710**  **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement Santander Broward

Sapient Corporation d/b/a Razorfish
40 Water Street
Boston, MA 02109

**State the term remaining**

Effective Date: 3/24/2021

**List the contract number of any government contract**

**2.711**  **State what the contract or lease is for and the nature of the debtor's interest**

Non-Disclosure Agreement

Schmid Construction Inc
15690 W Colonial Drive
Winter Garden, FL 34787

**State the term remaining**

Effective Date: 12/1/2020

**List the contract number of any government contract**

| 2.712 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement | Schmid Construction Inc<br>15690 W Colonial Drive<br>Winter Garden, FL 34787 |
| | **State the term remaining** | Effective Date: 12/1/2020 | |
| | **List the contract number of any government contract** | | |

| 2.713 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Onboarding Requirements Dealer Agreement | Schumacher Auto Group; Dent Wizard International Corp; Daniel Shaw Physical |
| | **State the term remaining** | Effective Date: 3/8/2022 | |
| | **List the contract number of any government contract** | | |

| 2.714 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Non-Disclosure Agreement | Sendinblue<br>Attn: Julien Cros<br>7 rue de Madrid<br>Paris 75008<br>France |
| | **State the term remaining** | Effective Date: 3/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.715 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement Santander Congress 2020.03.03 | Sendinblue<br>Attn: Julien Cros<br>7 rue de Madrid<br>Paris 75008<br>France |
| | **State the term remaining** | Effective Date: 5/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.716 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Non-Disclosure Agreement | Sendinblue Inc |
| | **State the term remaining** | Effective Date: 3/1/2022 | |
| | **List the contract number of any government contract** | | |

| 2.717 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Non-Disclosure Agreement | Servit Inc |
| | **State the term remaining** | Effective Date: 12/1/2021 | |
| | **List the contract number of any government contract** | | |

2.718 **State what the contract or lease is for and the nature of the debtor's interest**

ServPro Emergency Ready Profile

**State the term remaining**

Effective Date: 5/4/2020

**List the contract number of any government contract**

ServPro
1200 South Congress Ave
West Palm Beach, FL 33406

2.719 **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement ServPro Broward

**State the term remaining**

Effective Date: 5/4/2020

**List the contract number of any government contract**

ServPro
4050 Westgate Ave Suite 107
West Palm Beach, FL 33409

2.720 **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement ServPro Congress

**State the term remaining**

Effective Date: 5/4/2020

**List the contract number of any government contract**

ServPro
4050 Westgate Ave Suite 107
West Palm Beach, FL 33409

2.721 **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement ServPro Congress Retail

**State the term remaining**

Effective Date: 5/5/2020

**List the contract number of any government contract**

ServPro
4050 Westgate Ave Suite 107
West Palm Beach, FL 33409

2.722 **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement ServPro Miami

**State the term remaining**

Effective Date: 5/4/2020

**List the contract number of any government contract**

ServPro
4050 Westgate Ave Suite 107
West Palm Beach, FL 33409

2.723 **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement ServPro Congress Retail

**State the term remaining**

Effective Date: 5/4/2020

**List the contract number of any government contract**

ServPro
4050 Westgate Ave Suite 107
West Palm Beach, FL 33409

2.724 **State what the contract or lease is for and the nature of the debtor's interest**

ServPro Emergency Ready Profile

ServPro
1200 South Congress Ave
West Palm Beach, FL 33406

**State the term remaining**

Effective Date: 5/4/2020

**List the contract number of any government contract**

2.725 **State what the contract or lease is for and the nature of the debtor's interest**

ServPro Emergency Ready Profile

ServPro
1200 South Congress Ave
West Palm Beach, FL 33406

**State the term remaining**

Effective Date: 5/4/2020

**List the contract number of any government contract**

2.726 **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement ServPro Miami 5580

Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**State the term remaining**

Effective Date: 9/9/2022

**List the contract number of any government contract**

2.727 **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement for 10610 W. Sam Houston Pkwy. Houston, TX 77064

Shift Operations, LLC
Attn: Ayman Moussa
290 Division St
Ste #400
San Francisco, CA 94103

**State the term remaining**

Effective Date: 9/13/2022

**List the contract number of any government contract**

2.728 **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement ServPro Military

Shred America LLC
Louisiana Shred
8416 Hwy 90 W
New Iberia, LA 70560

**State the term remaining**

Effective Date: 11/2/2022

**List the contract number of any government contract**

2.729 **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement ServPro Miami Suite 110

Shred America LLC
Louisiana Shred
8416 Hwy 90 W
New Iberia, LA 70560

**State the term remaining**

Effective Date: 11/4/2022

**List the contract number of any government contract**

2.730 **State what the contract or lease is for and the nature of the debtor's interest**

Servies Agreement Seyfarth Shaw

**State the term remaining**

Effective Date: 10/3/2017

**List the contract number of any government contract**

Shred-It USA LLC
28883 Network Place
Chicago, IL 60673-1288

2.731 **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

**State the term remaining**

Effective Date: 4/4/2017

**List the contract number of any government contract**

Shred-It Usa LLC
28883 Network Place
Chicago, IL 60673-1288

2.732 **State what the contract or lease is for and the nature of the debtor's interest**

Customer # 13333802 Addendum # 5

**State the term remaining**

Effective Date: 5/24/2021

**List the contract number of any government contract**

Shred-it; Stericycle Inc
2213 Vista Pkwy
West Palm Beach, FL 33411

2.733 **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

**State the term remaining**

Effective Date: 10/25/2021

**List the contract number of any government contract**

Shred-It; Stericycle Inc
2355 Waukegan Road
Bannockbum, IL 60015

2.734 **State what the contract or lease is for and the nature of the debtor's interest**

Customer Service Agreement

**State the term remaining**

Effective Date: 7/14/2021

**List the contract number of any government contract**

Shutts & Bowen LLP
200 South Biscayne Blvd
Miami, FL 33131

2.735 **State what the contract or lease is for and the nature of the debtor's interest**

Terms of Agreement

**State the term remaining**

Effective Date: 1/30/2017

**List the contract number of any government contract**

Shutts & Bowen LLP
Attn: Jacqueline F. Howe
200 E Broward Blvd
Ste 2100
Fort Lauderdale, FL 33301

| 2.736 | **State what the contract or lease is for and the nature of the debtor's interest** | Management Services Agreement | Signature Relocation Company<br>Attn: David P. Corrigan<br>23923 Research Dr<br>Farmington Hills, MI 48335 |
| | **State the term remaining** | Effective Date: 4/19/2022 | |
| | **List the contract number of any government contract** | | |

| 2.737 | **State what the contract or lease is for and the nature of the debtor's interest** | Asset Management/ Surplus Recycling Resell Agreement | Silverback Communications LLC<br>430 Douglas Rd<br>Ste 1<br>Oldsmar, FL 34677 |
| | **State the term remaining** | Effective Date: 4/13/2021 | |
| | **List the contract number of any government contract** | | |

| 2.738 | **State what the contract or lease is for and the nature of the debtor's interest** | Re: Representation Of Off Lease Only, Llc — Zoning Review Palm Beach County, Fl ("Matter") | Simplifile LC<br>4844 North 300 West<br>Provo, UT 84604 |
| | **State the term remaining** | Effective Date: 9/16/2016 | |
| | **List the contract number of any government contract** | | |

| 2.739 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Nondisclosure Agreement | Sincro LLC |
| | **State the term remaining** | Effective Date: 11/18/2021 | |
| | **List the contract number of any government contract** | | |

| 2.740 | **State what the contract or lease is for and the nature of the debtor's interest** | Re: Legal Representation | Sirius XM Radio Inc<br>29998 Network Place<br>Chicago, IL 60673-1249 |
| | **State the term remaining** | Effective Date: 1/1/2022 | |
| | **List the contract number of any government contract** | | |

| 2.741 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Non-Disclosure Agreement | Sirius XM Radio Inc |
| | **State the term remaining** | Effective Date: 1/1/2022 | |
| | **List the contract number of any government contract** | | |

2.742 **State what the contract or lease is for and the nature of the debtor's interest**

Global Relocation Management Services Agreement

Sirius XM Radio Inc; Data Services Inc
29998 Network Place
Chicago, IL 60673-1249

**State the term remaining**

Effective Date: 10/14/2020

**List the contract number of any government contract**

2.743 **State what the contract or lease is for and the nature of the debtor's interest**

Order Confirmation

Sisters Towing and Transportation Inc
Attn: Bambi Abbott

**State the term remaining**

Effective Date: 2/9/2018

**List the contract number of any government contract**

2.744 **State what the contract or lease is for and the nature of the debtor's interest**

Submitter License Agreement

Sisters Towing and Transportation Inc
Attn: Bambi Abbott

**State the term remaining**

Effective Date: 4/21/2021

**List the contract number of any government contract**

2.745 **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Non-Disclosure Agreement

Smartsheet
Dept 3431 PO Box 123421
Dallas, TX 75312-3421

**State the term remaining**

Effective Date: 4/21/2021

**List the contract number of any government contract**

2.746 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Programs Enrollment Authorization Form

Snappy App Inc
Dept Ch 17651
Palantine, IL 60055-7651

**State the term remaining**

Effective Date: 12/6/2021

**List the contract number of any government contract**

2.747 **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Non-Disclosure Agreement

Socialdealer LLC

**State the term remaining**

Effective Date: 8/1/2018

**List the contract number of any government contract**

2.748
**State what the contract or lease is for and the nature of the debtor's interest**

Order Q-700409Smartsheet

**State the term remaining**

Effective Date: 1/16/2006

**List the contract number of any government contract**

South Florida Acceptance Corporation LLC; Cu Direct Corporation
PO Box 51482
Ontario, CA 91761

---

2.749
**State what the contract or lease is for and the nature of the debtor's interest**

Customer Order Form

**State the term remaining**

Effective Date: 4/20/2023

**List the contract number of any government contract**

Southern Auto Finance Company LLC
Attn: Remarketing
6700 N Andrews Ave
Ft Lauderdale, FL 33309

---

2.750
**State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work

**State the term remaining**

Effective Date: 12/3/2022

**List the contract number of any government contract**

Southern Auto Finance Company; Off Lagpdhly LLC
Attn: Remarketing
6700 N Andrews Ave
Ft Lauderdale, FL 33309

---

2.751
**State what the contract or lease is for and the nature of the debtor's interest**

Dealer Portal License Agreement

**State the term remaining**

Effective Date: 4/13/2023

**List the contract number of any government contract**

Southwest Freeway Company

---

2.752
**State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement for 7948 Narcoossee Road, Orlando, FL 32822

**State the term remaining**

**List the contract number of any government contract**

Spirit Realty, L.P.
Attn: Kayode Ola
2727 N Harwood Street
Suite 300
Dallas, TX 90071

---

2.753
**State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement for 827 S State Road 7, North Lauderdale, FL 33068 (Main Sales and Recon)

**State the term remaining**

**List the contract number of any government contract**

Spirit Realty, L.P.
Attn: Kayode Ola
2727 N Harwood Street
Suite 300
Dallas, TX 90071

2.754  **State what the contract**    Lease Agreement for 827 S State Road 7, North
       **or lease is for and the**    Lauderdale, FL 33068 (Parking)
       **nature of the debtor's**
       **interest**
       **State the term**
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

Spirit Realty, L.P.
Attn: Kayode Ola
2727 N Harwood Street
Suite 300
Dallas, TX 90071

2.755  **State what the contract**    Lease Agreement for 6177 Kimberly Blvd,
       **or lease is for and the**    North Lauderdale, FL. 33068
       **nature of the debtor's**
       **interest**
       **State the term**
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

Spirit Realty, L.P.
Attn: Kayode Ola
2727 N Harwood Street
Suite 300
Dallas, TX 90071

2.756  **State what the contract**    Lease Agreement for 3108 14TH Street West,
       **or lease is for and the**    Bradenton, FL 34205
       **nature of the debtor's**
       **interest**
       **State the term**
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

Spirit Realty, L.P.
Attn: Kayode Ola
2727 N Harwood Street
Suite 300
Dallas, TX 90071

2.757  **State what the contract**    Lease Agreement for 32420 14th Street West,
       **or lease is for and the**    Bradenton, FL 34205
       **nature of the debtor's**
       **interest**
       **State the term**
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

Spirit Realty, L.P.
Attn: Kayode Ola
2727 N Harwood Street
Suite 300
Dallas, TX 90071

2.758  **State what the contract**    Lease Agreement for 3400 14th Street West,
       **or lease is for and the**    Bradenton, FL 34205
       **nature of the debtor's**
       **interest**
       **State the term**
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

Spirit Realty, L.P.
Attn: Kayode Ola
2727 N Harwood Street
Suite 300
Dallas, TX 90071

2.759  **State what the contract**    Lease Agreement for 23502 Katy Freeway,
       **or lease is for and the**    Katy, TX 77493
       **nature of the debtor's**
       **interest**
       **State the term**
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

Spirit Realty, L.P.
Attn: Kayode Ola
2727 N Harwood Street
Suite 300
Dallas, TX 90071

| 2.760 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement for 1926 FM 362, Brookshire, TX 77423 | Spirit Realty, L.P. Attn: Kayode Ola 2727 N Harwood Street Suite 300 Dallas, TX 90071 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.761 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement for 1200 S Congress Ave, Palm Springs, FL 33406; 1190 S. Congress Ave, Palm Springs, FL 33406 | Spirit Realty, L.P. Attn: Kayode Ola 2727 N Harwood Street, Suite 300 Dallas, TX 90071 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.762 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Sprint Solutions Inc PO Box 54977 Los Angeles, CA 90054-0977 |
| | **State the term remaining** | Effective Date: 1/22/2021 | |
| | **List the contract number of any government contract** | | |

| 2.763 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | St Moritz Security Services Inc PO Box 5017 Greensburg, PA 15601 |
| | **State the term remaining** | Effective Date: 2/12/2022 | |
| | **List the contract number of any government contract** | | |

| 2.764 | **State what the contract or lease is for and the nature of the debtor's interest** | Custom Service Agreement | Stericycle Inc 4010 Commercial Ave Northbrook, IL 60062 |
| | **State the term remaining** | Effective Date: 4/15/2022 | |
| | **List the contract number of any government contract** | | |

| 2.765 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Services Agreement | Stericycle Inc; Shred It 4010 Commercial Ave Northbrook, IL 60062 |
| | **State the term remaining** | Effective Date: 1/28/2020 | |
| | **List the contract number of any government contract** | | |

2.766 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment Agreement

**State the term remaining**

Effective Date: 8/26/2021

**List the contract number of any government contract**

Stericycle Inc; Shred-It
4010 Commercial Ave
Northbrook, IL 60062

2.767 **State what the contract or lease is for and the nature of the debtor's interest**

Purge Service Agreement

**State the term remaining**

Effective Date: 3/3/2021

**List the contract number of any government contract**

Stericycle Inc; Shred-It
4010 Commercial Ave
Northbrook, IL 60062

2.768 **State what the contract or lease is for and the nature of the debtor's interest**

Purge Service Agreement

**State the term remaining**

Effective Date: 6/7/2021

**List the contract number of any government contract**

Stericycle Inc; Shred-It
4010 Commercial Ave
Northbrook, IL 60062

2.769 **State what the contract or lease is for and the nature of the debtor's interest**

Contingency Search Agreement

**State the term remaining**

Effective Date: 9/17/2021

**List the contract number of any government contract**

Steven Douglas
1301 International Pkwy
Ste 510
Sunrise, FL 33323

2.770 **State what the contract or lease is for and the nature of the debtor's interest**

Professional Services Agreement

**State the term remaining**

Effective Date: 11/4/2021

**List the contract number of any government contract**

Steven Douglas
1301 International Pkwy
Ste 510
Sunrise, FL 33323

2.771 **State what the contract or lease is for and the nature of the debtor's interest**

Direct Placement Agreement

**State the term remaining**

Effective Date: 6/3/2021

**List the contract number of any government contract**

Stevenbarrettoffleaseonly.com; Cumberland Group LLC
PO Box 1056
Columbus, GA 31902

2.772  **State what the contract or lease is for and the nature of the debtor's interest**
Professional Services Agreement

**State the term remaining**
Effective Date: 11/4/2021

**List the contract number of any government contract**

StevenDouglas; Steven Douglas Associates LLC
1301 International Parkway
Ste 510
Sunrise, FL 33323

2.773  **State what the contract or lease is for and the nature of the debtor's interest**
Director Services Agreement

**State the term remaining**
Effective Date: 1/16/2020

**List the contract number of any government contract**

Strader, R. Steven
Address Redacted

2.774  **State what the contract or lease is for and the nature of the debtor's interest**
Master Lease Agreement Schedule

**State the term remaining**
Effective Date: 9/19/2022

**List the contract number of any government contract**

Straightline Fence
1621 13th Street
Saint Cloud, FL 34769

2.775  **State what the contract or lease is for and the nature of the debtor's interest**
Lease Agreement for 1589 S Military Trail, West Palm Beach, FL 33415

**State the term remaining**
Effective Date: 3/6/2014

**List the contract number of any government contract**

Strata Realty, Inc
PO Box 19358
West Palm Beach, FL 33416

2.776  **State what the contract or lease is for and the nature of the debtor's interest**
Lease Agreement for 1621 S Military Trail, West Palm Beach, FL 33415

**State the term remaining**
Effective Date: 3/6/2014

**List the contract number of any government contract**

Stratemeyer, LLC
PO Box 19358
West Palm Beach, FL 33416

2.777  **State what the contract or lease is for and the nature of the debtor's interest**
Notice Of Additional Services

**State the term remaining**

**List the contract number of any government contract**

Superior Integrated Solutions Inc d/b/a Darwin Automotive
2147 AR-247
Ste 113
Edison, NJ 08817

2.778   **State what the contract**   Contingency Search Agreement          Superior Integrated Solutions Inc; CDK Global LLC; Darwin Automotive
        **or lease is for and the**                                         2147 St-27 South Ste 113
        **nature of the debtor's**                                          Edison, NJ 08817
        **interest**
        **State the term**            Effective Date: 6/1/2021
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.779   **State what the contract**   Service Agreement                     Superior Integrated Solutions Inc; Darwin Automotive
        **or lease is for and the**                                         2147 St-27 South Ste 113
        **nature of the debtor's**                                          Edison, NJ 08817
        **interest**
        **State the term**            Effective Date: 11/9/2022
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.780   **State what the contract**   Statement Of Services #1              Synergy Technical
        **or lease is for and the**                                         PO Box 71172
        **nature of the debtor's**                                          Charlotte, NC 28272-1172
        **interest**
        **State the term**            Effective Date: 1/16/2023
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.781   **State what the contract**   Dealer Agreement                      Synergy Technical
        **or lease is for and the**                                         PO Box 71172
        **nature of the debtor's**                                          Charlotte, NC 28272-1172
        **interest**
        **State the term**            Effective Date: 4/18/2022
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.782   **State what the contract**   Order Date: 01/16/2023                Synergy Technical LLC
        **or lease is for and the**                                         PO Box 71172
        **nature of the debtor's**                                          Charlotte, NC 28272-1172
        **interest**
        **State the term**            Effective Date: 6/17/2020
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.783   **State what the contract**   Order Form For Software And Services   Synergy Technical LLC
        **or lease is for and the**                                         PO Box 71172
        **nature of the debtor's**                                          Charlotte, NC 28272-1172
        **interest**
        **State the term**            Effective Date: 3/1/2022
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

| | | |
|---|---|---|
| 2.784 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |
| | **State the term remaining** | Effective Date: 7/6/2022 |
| | **List the contract number of any government contract** | |

Systems LLC
1405 7th Street
West Palm Beach, FL 33401

| | | |
|---|---|---|
| 2.785 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality And Non-Disclosure Agreement |
| | **State the term remaining** | Effective Date: 7/29/2020 |
| | **List the contract number of any government contract** | |

T Craig Dunn; First Orion Corp
520 Main Street Ste#400
North Little Rock, AR 72114

| | | |
|---|---|---|
| 2.786 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |
| | **State the term remaining** | Effective Date: 8/6/2021 |
| | **List the contract number of any government contract** | |

Talento Inc
255 Alhambra Circle
Suite 520
Coral Gables, FL 33134

| | | |
|---|---|---|
| 2.787 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Installment Contract and Lease Program Agreement |
| | **State the term remaining** | Effective Date: 1/5/2023 |
| | **List the contract number of any government contract** | |

TD Auto Finance
27777 Inkster Road
Farmington Hills, MI 48334

| | | |
|---|---|---|
| 2.788 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Non-Disclosure Agreement |
| | **State the term remaining** | Effective Date: 11/12/2021 |
| | **List the contract number of any government contract** | |

Team Velocity Marketing LLC; Team Velocity

| | | |
|---|---|---|
| 2.789 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement |
| | **State the term remaining** | Effective Date: 12/31/2020 |
| | **List the contract number of any government contract** | |

Teco Peoples Gas

2.790 **State what the contract or lease is for and the nature of the debtor's interest**

Consulting Services Work Order

TekPartners
Attn: John Ludwig
600 Corporate Dr
Ste 500
Fort Lauderdale, FL 33334

**State the term remaining**

Effective Date: 7/3/2021

**List the contract number of any government contract**

2.791 **State what the contract or lease is for and the nature of the debtor's interest**

Professional Services Agreement

TekPartners
Attn: John Ludwig
600 Corporate Dr
Ste 500
Fort Lauderdale, FL 33334

**State the term remaining**

Effective Date: 6/8/2021

**List the contract number of any government contract**

2.792 **State what the contract or lease is for and the nature of the debtor's interest**

Communications Proposal

Tekpartners Solutions LLC
PO Box 740473
Atlanta, GA 30374-0473

**State the term remaining**

Effective Date: 9/7/2021

**List the contract number of any government contract**

2.793 **State what the contract or lease is for and the nature of the debtor's interest**

Work Order

TEPS Lawn Care Corp

**State the term remaining**

Effective Date: 8/18/2022

**List the contract number of any government contract**

2.794 **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Non-Disclosure Agreement

Tesys Networks LLC

**State the term remaining**

Effective Date: 12/1/2021

**List the contract number of any government contract**

2.795 **State what the contract or lease is for and the nature of the debtor's interest**

Professional Services Agreement

Texas Dow Employees Credit Union
777 E Campbell Rd
Richardson, TX 75081

**State the term remaining**

Effective Date: 12/16/2022

**List the contract number of any government contract**

2.796   **State what the contract or lease is for and the nature of the debtor's interest**

Consulting Services Work Order

Texas Star Fire Protection
23419 Willowick Street
New Caney, TX 77357

**State the term remaining**

Effective Date: 11/29/2022

**List the contract number of any government contract**

---

2.797   **State what the contract or lease is for and the nature of the debtor's interest**

Master Service Agreement

Texas Surveillance & Security
314 Lakeshore Dr
SeaBrook, TX 77586

**State the term remaining**

Effective Date: 5/5/2022

**List the contract number of any government contract**

---

2.798   **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Texas Surveillance & Security Video Security Experts
Attn: Brian Greely
314 Lakeshore Drive
Seabrook, TX 77586

**State the term remaining**

Effective Date: 4/19/2022

**List the contract number of any government contract**

---

2.799   **State what the contract or lease is for and the nature of the debtor's interest**

Monitoring Agreement

Texas Surveillance and Security
Attn: Brian Greely
314 Lakeshore Drive
Seabrook, TX 77586

**State the term remaining**

Effective Date: 6/21/2022

**List the contract number of any government contract**

---

2.800   **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

Texas Surveillance and Security
Attn: Brian Greely
314 Lakeshore Drive
Seabrook, TX 77586

**State the term remaining**

Effective Date: 7/1/2022

**List the contract number of any government contract**

---

2.801   **State what the contract or lease is for and the nature of the debtor's interest**

Off Lease Only

Texas Video Security Experts

**State the term remaining**

Effective Date: 4/27/2022

**List the contract number of any government contract**

2.802   **State what the contract**        Statement of Work
        **or lease is for and the**
        **nature of the debtor's**                                          The Next Solutions Inc
        **interest**                                                        1241 N Lakeview Ave, Suite T
        **State the term**                                                  Anaheim, CA 92807
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.803   **State what the contract**        Re: Off Lease Only Llc F/K/A Off Lease Only
        **or lease is for and the**        Inc. Client/Matter No. O26142-392274
        **nature of the debtor's**                                          The Next Solutions Inc
        **interest**                                                        1241 N Lakeview Ave, Suite T
        **State the term**                 Effective Date: 8/7/2017         Anaheim, CA 92807
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.804   **State what the contract**        Retail Installment Contract And Lease Program
        **or lease is for and the**        Agreement
        **nature of the debtor's**                                          The Next Solutions Inc
        **interest**                                                        1241 N Lakeview Ave, Suite T
        **State the term**                 Effective Date: 5/18/2017        Anaheim, CA 92807
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.805   **State what the contract**        Statement of Work
        **or lease is for and the**
        **nature of the debtor's**                                          The Next Solutions Inc
        **interest**                                                        1241 N Lakeview Ave, Suite T
        **State the term**                 Effective Date: 10/17/2022       Anaheim, CA 92807
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.806   **State what the contract**        Off Lease Only
        **or lease is for and the**
        **nature of the debtor's**                                          The Tree Service Inc
        **interest**
        **State the term**                 Effective Date: 11/2/2022
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.807   **State what the contract**        Off Lease Only
        **or lease is for and the**
        **nature of the debtor's**                                          Think Financial Credit Union
        **interest**
        **State the term**                 Effective Date: 1/14/2020
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.808**  **State what the contract or lease is for and the nature of the debtor's interest**  Notice of termination

Thompson Reuters
Payment Center
Carol Stream, IL 60197-6292

**State the term remaining**  Effective Date: 10/31/2023

**List the contract number of any government contract**

**2.809**  **State what the contract or lease is for and the nature of the debtor's interest**  WL Exporting Folders

Thompson Reuters
Payment Center
Carol Stream, IL 60197-6292

**State the term remaining**

**List the contract number of any government contract**

**2.810**  **State what the contract or lease is for and the nature of the debtor's interest**  Estimate

Tiger Electric LLC
12250 NW 30th Pl
Sunrise, FL 33323

**State the term remaining**  Effective Date: 9/7/2022

**List the contract number of any government contract**

**2.811**  **State what the contract or lease is for and the nature of the debtor's interest**  Addendum To Proposal

Title Technologies Inc; Title Technologies, LLC
14850 Montfort Drive
Suite 180
Dallas, TX 75254

**State the term remaining**  Effective Date: 3/9/2021

**List the contract number of any government contract**

**2.812**  **State what the contract or lease is for and the nature of the debtor's interest**  Data Access Agreement

Title Technologies Inc; Title Technologies, LLC
14850 Montfort Drive
Suite 180
Dallas, TX 75254

**State the term remaining**  Effective Date: 12/22/2016

**List the contract number of any government contract**

**2.813**  **State what the contract or lease is for and the nature of the debtor's interest**  Invoice Service Agreement

Torres Law Offices
2645 Exective Park Drive
Suite 657
Weston, FL 33331

**State the term remaining**  Effective Date: 6/26/2023

**List the contract number of any government contract**

**2.814  State what the contract**  Trane Service Agreement
        **or lease is for and the**
        **nature of the debtor's**                              Trane Us Inc
        **interest**                                            6965 Vistar Oarkway
        **State the term**          Effective Date: 2/26/2019   N11
        **remaining**                                           West Palm Beach, FL 33411
        **List the contract number**
        **of any government**
        **contract**

**2.815  State what the contract**  Master Agreement
        **or lease is for and the**
        **nature of the debtor's**                              Trans Union LLC
        **interest**                                            555 West Adams
        **State the term**          Effective Date: 10/5/2021   Chicago, IL 60661
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.816  State what the contract**  Service Agreement Trane
        **or lease is for and the**
        **nature of the debtor's**                              Tropic Fence Inc
        **interest**                                            1864 N W 21st Street
        **State the term**          Effective Date: 11/19/2021  Pompano Beach, FL 33069
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.817  State what the contract**  Master Agreement
        **or lease is for and the**
        **nature of the debtor's**                              Tropic Fence Inc
        **interest**                                            1864 N W 21st Street
        **State the term**          Effective Date: 11/19/2021  Pompano Beach, FL 33069
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.818  State what the contract**  Sales Quote
        **or lease is for and the**
        **nature of the debtor's**                              Tropical Glass & Construction Co
        **interest**
        **State the term**          Effective Date: 6/8/2022
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.819  State what the contract**  Sales Quote
        **or lease is for and the**
        **nature of the debtor's**                              Tru-Cutz Lawn Service Of Miami,Inc.
        **interest**                                            4600 SW 99 Ave
        **State the term**          Effective Date: 8/21/2017   Miami, FL 33165
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.820   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**                    New Pricing Construct

        **State the term
        remaining**                   Effective Date: 7/1/2023

        **List the contract number
        of any government
        contract**

True Car
Dept La 24198
Pasadena, CA 91185-4198

2.821   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**                    Invoice 21590

        **State the term
        remaining**                   Effective Date: 7/3/2023

        **List the contract number
        of any government
        contract**

TrueCar
Dept La 24198
Pasadena, CA 91185-4198

2.822   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**                    Order TrueCar Orlando

        **State the term
        remaining**                   Effective Date: 4/17/2019

        **List the contract number
        of any government
        contract**

Truecar Dealer Solutions Inc
Dept La 24198
Pasadena, CA 91185-4198

2.823   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**                    Order TrueCar Congress

        **State the term
        remaining**                   Effective Date: 4/17/2019

        **List the contract number
        of any government
        contract**

Truecar Dealer Solutions Inc; TrueCar Inc
Dept La 24198
Pasadena, CA 91185-4198

2.824   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**                    Order TrueCar Miami

        **State the term
        remaining**                   Effective Date: 4/17/2019

        **List the contract number
        of any government
        contract**

Truecar Dealer Solutions Inc; Truecar Inc
Dept La 24198
Pasadena, CA 91185-4198

2.825   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**                    Truecar Dealer Master Terms And Conditions
                                      And Service Terms

        **State the term
        remaining**                   Effective Date: 9/15/2020

        **List the contract number
        of any government
        contract**

Truecar Inc
Dept La 24198
Pasadena, CA 91185-4198

2.826 **State what the contract or lease is for and the nature of the debtor's interest**

Truercr Consolidated Truecar Services Registration Form

**State the term remaining**

Effective Date: 3/10/2021

**List the contract number of any government contract**

Truecar Inc
Dept La 24198
Pasadena, CA 91185-4198

2.827 **State what the contract or lease is for and the nature of the debtor's interest**

Truecar Sponsored Listingstm Service Registration Form

**State the term remaining**

Effective Date: 7/15/2019

**List the contract number of any government contract**

Truecar Inc
Dept La 24198
Pasadena, CA 91185-4198

2.828 **State what the contract or lease is for and the nature of the debtor's interest**

Truercr Consolidated Truecar Services Registration Form

**State the term remaining**

Effective Date: 1/10/2023

**List the contract number of any government contract**

Truecar Inc
Dept La 24198
Pasadena, CA 91185-4198

2.829 **State what the contract or lease is for and the nature of the debtor's interest**

Truecar Sponsored Listingstm Service Registration Form

**State the term remaining**

Effective Date: 7/15/2019

**List the contract number of any government contract**

Truecar Inc
Dept La 24198
Pasadena, CA 91185-4198

2.830 **State what the contract or lease is for and the nature of the debtor's interest**

Truecar Sponsored Listingstm Service Registration Form

**State the term remaining**

Effective Date: 7/15/2019

**List the contract number of any government contract**

Truecar Inc
Dept La 24198
Pasadena, CA 91185-4198

2.831 **State what the contract or lease is for and the nature of the debtor's interest**

Truecar Sponsored Listingstm Service Registration Form

**State the term remaining**

Effective Date: 7/15/2019

**List the contract number of any government contract**

Truecar Inc
Dept La 24198
Pasadena, CA 91185-4198

2.832 **State what the contract**   Truecar Trade Registration Form          TrueCar Inc; Truecar Dealer Solutions Inc
      **or lease is for and the**                                            Dept La 24198
      **nature of the debtor's**                                             Pasadena, CA 91185-4198
      **interest**
      **State the term**            Effective Date: 4/17/2019
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.833 **State what the contract**   Confidentiality Agreement For Prospective
      **or lease is for and the**   Customers                                Truist Bank
      **nature of the debtor's**                                             250 S. Australian Avenue
      **interest**                                                           Suite 700
      **State the term**            Effective Date: 3/29/2020                West Palm Beach, FL 33401
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.834 **State what the contract**   Order Form                               Truist Bank
      **or lease is for and the**                                            250 S. Australian Avenue
      **nature of the debtor's**                                             Suite 700
      **interest**                                                           West Palm Beach, FL 33401
      **State the term**            Effective Date: 1/1/2022
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.835 **State what the contract**   Healthequity Order Form                  Truist Bank
      **or lease is for and the**                                            250 S. Australian Avenue
      **nature of the debtor's**                                             Suite 700
      **interest**                                                           West Palm Beach, FL 33401
      **State the term**            Effective Date: 1/1/2022
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.836 **State what the contract**   Confidentiality Agreement For Prospective
      **or lease is for and the**   Customers                                Truist Bank
      **nature of the debtor's**                                             250 S. Australian Avenue
      **interest**                                                           Suite 700
      **State the term**            Effective Date: 3/29/2020                West Palm Beach, FL 33401
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.837 **State what the contract**   Off Lease Only Llc                       Truist Financial Bank; Southern Auto Finance Company LLC
      **or lease is for and the**                                            Attn: Remarketing
      **nature of the debtor's**                                             6700 N Andrews Ave
      **interest**                                                           Ft Lauderdale, FL 33309
      **State the term**            Effective Date: 2/10/2021
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

**2.838**  **State what the contract or lease is for and the nature of the debtor's interest**

Account # Property Usage Statement

**State the term remaining**

**List the contract number of any government contract**

Truly Nolen of America Inc
5931 Hallandale Beach Blvd
West Park, FL 33023

**2.839**  **State what the contract or lease is for and the nature of the debtor's interest**

Trustwave Master Services Agreement

**State the term remaining**

Effective Date: 10/29/2021

**List the contract number of any government contract**

Trustwave Holdings Inc
Trustwave Holdings Inc
PO Box 855638
Minneapolis, MN 55485-5638

**2.840**  **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order

**State the term remaining**

Effective Date: 2/27/2023

**List the contract number of any government contract**

Trustwave Holdings Inc
Trustwave Holdings Inc
PO Box 855638
Minneapolis, MN 55485-5638

**2.841**  **State what the contract or lease is for and the nature of the debtor's interest**

Transaction Confirmation

**State the term remaining**

Effective Date: 8/1/2023

**List the contract number of any government contract**

TXU Energy Retail Company LLC; CQI Associates LLC; Houston Electric LLC
Po Box 650638
Dallas, TX 75265-0638

**2.842**  **State what the contract or lease is for and the nature of the debtor's interest**

Staffing Agreement

**State the term remaining**

Effective Date: 2/11/2021

**List the contract number of any government contract**

Ultimate Staffing Services; Roth Staffing Companies LP
450 North State College Blvd
Orange, CA 92868

**2.843**  **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Confidentiality Agreement

**State the term remaining**

Effective Date: 5/15/2017

**List the contract number of any government contract**

Unified Technologies; Unified Tech USA LLC
9200 S Dadeland Blvd
Miami, FL 33156

2.844  **State what the contract**        Customer Service Agreement              Unifirst Corporation
       **or lease is for and the**                                               68 Jonspin Road
       **nature of the debtor's**                                                Wilmington, MA 01887
       **interest**
       **State the term**                 Effective Date: 2/23/2021
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.845  **State what the contract**        Customer Service Agreement              Unifirst Holdings d/b/a UniFirst
       **or lease is for and the**                                               68 Jonspin Road
       **nature of the debtor's**                                                Wilmington, MA 01887
       **interest**
       **State the term**                 Effective Date: 4/1/2022
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.846  **State what the contract**        Second Amendment To Customer Service    Unifirst Holdings Inc; Unifirst Canada Ltd; Unifirst Corporation
       **or lease is for and the**        Agreement                               68 Jonspin Road
       **nature of the debtor's**                                                 Wilmington, MA 01887
       **interest**
       **State the term**                 Effective Date: 11/29/2021
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.847  **State what the contract**        First Amendment To Customer Service     Unifirst Holdings Inc; Unifirst Corporation; Unifirst Canada Ltd
       **or lease is for and the**        Agreement                               68 Jonspin Road
       **nature of the debtor's**                                                 Wilmington, MA 01887
       **interest**
       **State the term**                 Effective Date: 6/2/2021
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.848  **State what the contract**        Mutual Confidentiality Agreement        United Development Systems Inc
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**                 Effective Date: 4/27/2021
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.849  **State what the contract**        Addendum C Participant Agreement        United Parcel Service Inc; Cerberus Operations And Advisory Company LLC
       **or lease is for and the**                                               875 Third Avenue 14th Floor
       **nature of the debtor's**                                                New York, NY 10022
       **interest**
       **State the term**                 Effective Date: 9/14/2021
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.850 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment #1 To Cerberus Operations And Advisory Company, Llc Mutual Agreement Of Understanding

United Parcel Service Inc; Cerberus Operations and Advisory Company LLC
875 Third Avenue 14th Floor
New York, NY 10022

**State the term remaining**

Effective Date: 2/25/2020

**List the contract number of any government contract**

2.851 **State what the contract or lease is for and the nature of the debtor's interest**

Credit Application

United Rentals Inc; Xii Bonding Company; X LLC
PO Box 100711
Atlanta, GA 30384-0711

**State the term remaining**

Effective Date: 6/15/2023

**List the contract number of any government contract**

2.852 **State what the contract or lease is for and the nature of the debtor's interest**

Hr Connect Services Agreement

Unum Group
1 Fountain Square
Chattanooga, TN 37402

**State the term remaining**

Effective Date: 10/27/2022

**List the contract number of any government contract**

2.853 **State what the contract or lease is for and the nature of the debtor's interest**

Off Lease Only

Us Flag & Flagpole Supply LLC
Kean Enterprises LLC
3913 Cross Bend Rd
Plano, TX 75023

**State the term remaining**

Effective Date: 6/22/2022

**List the contract number of any government contract**

2.854 **State what the contract or lease is for and the nature of the debtor's interest**

Software License Agreement

Used Cars For Less
1575 S Military Trl
West Palm Beach, FL 33415

**State the term remaining**

Effective Date: 4/20/2023

**List the contract number of any government contract**

2.855 **State what the contract or lease is for and the nature of the debtor's interest**

Client Authorization

Vanasse Hangen Brustlin Inc
225 E Robinson St Suite 300
Orlando, FL 32801

**State the term remaining**

Effective Date: 8/20/2018

**List the contract number of any government contract**

**2.856**  **State what the contract or lease is for and the nature of the debtor's interest**

Master Lease Agreement

Var Technology Finance
PO Box 5066
Hartford, CT 06102-5066

**State the term remaining**

Effective Date: 1/22/2019

**List the contract number of any government contract**

**2.857**  **State what the contract or lease is for and the nature of the debtor's interest**

Vauto Live Market View Vauto Products: Provision, Conquest And Stockwave Additional Terms And Conditions

vAuto
PO Box 935202
Atlanta, GA 31193-5202

**State the term remaining**

Effective Date: 10/30/2019

**List the contract number of any government contract**

**2.858**  **State what the contract or lease is for and the nature of the debtor's interest**

Market View Provision Agreement

Vauto Inc
PO Box 935202
Atlanta, GA 31193-5202

**State the term remaining**

Effective Date: 2/10/2021

**List the contract number of any government contract**

**2.859**  **State what the contract or lease is for and the nature of the debtor's interest**

Social Media Management Services Agreement

Virtual Journeys
Attn: Hira Ubaid

**State the term remaining**

Effective Date: 5/19/2023

**List the contract number of any government contract**

**2.860**  **State what the contract or lease is for and the nature of the debtor's interest**

Software License Agreement

Visionmenu Inc; Vicionmcnu Inc
Attn: Ron Martin
9921 Dupoint Circle Dr W
Ste 350
Fort Wayne, IN 46825

**State the term remaining**

Effective Date: 7/1/2023

**List the contract number of any government contract**

**2.861**  **State what the contract or lease is for and the nature of the debtor's interest**

Amendment To The Professional Services Agreement

VLK Architects
Attn Accounting Department
Fort Worth, TX 76104

**State the term remaining**

Effective Date: 12/5/2022

**List the contract number of any government contract**

**2.862**  **State what the contract or lease is for and the nature of the debtor's interest**

Standard Form Of Agreement Between Architect And Owner Agreement

VLK Architects Inc
Attn Accounting Department
Fort Worth, TX 76104

**State the term remaining**

Effective Date: 4/27/2022

**List the contract number of any government contract**

---

**2.863**  **State what the contract or lease is for and the nature of the debtor's interest**

Standard Form Of Agreement Between Architect And Owner Agreement

VLK Architects Inc
Attn Accounting Department
Fort Worth, TX 76104

**State the term remaining**

Effective Date: 2/22/2022

**List the contract number of any government contract**

---

**2.864**  **State what the contract or lease is for and the nature of the debtor's interest**

Standard Form Of Agreement Between Architect And Owner Agreement

VLK Architects Inc; Heb Branch Company Inc
Attn Accounting Department
Fort Worth, TX 76104

**State the term remaining**

Effective Date: 9/6/2022

**List the contract number of any government contract**

---

**2.865**  **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Confidentiality And Non-Disclosure Agreement

VP of Legal Products; Zapproved Llc

**State the term remaining**

**List the contract number of any government contract**

---

**2.866**  **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement for 12002 Southwest Freeway, Meadows Place, TX 77477

Vroom Automotive, LLC
3600 W Sam Houston Pkwy S
4th Floor
Houston, TX 77042

**State the term remaining**

Effective Date: 3/31/2023

**List the contract number of any government contract**

---

**2.867**  **State what the contract or lease is for and the nature of the debtor's interest**

Re: Proposal for Professional Services Off Lease Only Recon Brookshire: Cardiff Site Walter P Moore Proposal No. 21-3080 Rev2

Walter P Moore And Associates Inc
PO Box 843127
Dallas, TX 75284-3127

**State the term remaining**

Effective Date: 12/2/2021

**List the contract number of any government contract**

2.868 **State what the contract or lease is for and the nature of the debtor's interest**

Re: Proposal For Civil Engineering Services

Walter P Moore And Associates Inc
PO Box 843127
Dallas, TX 75284-3127

**State the term remaining**

Effective Date: 1/24/2022

**List the contract number of any government contract**

2.869 **State what the contract or lease is for and the nature of the debtor's interest**

Proposal And Agreement For Professional Services — Additional Service Request

Walter P Moore and Associates Inc
PO Box 843127
Dallas, TX 75284-3127

**State the term remaining**

Effective Date: 2/7/2022

**List the contract number of any government contract**

2.870 **State what the contract or lease is for and the nature of the debtor's interest**

Re: Proposal For Professional Services

Walter P Moore And Associates Inc
PO Box 843127
Dallas, TX 75284-3127

**State the term remaining**

Effective Date: 10/22/2021

**List the contract number of any government contract**

2.871 **State what the contract or lease is for and the nature of the debtor's interest**

Re: Proposal for Professional Services Off Lease Only Spring TX Site Walter P Moore Proposal No. 22-0027

Walter P Moore And Associates Inc
PO Box 843127
Dallas, TX 75284-3127

**State the term remaining**

Effective Date: 1/4/2022

**List the contract number of any government contract**

2.872 **State what the contract or lease is for and the nature of the debtor's interest**

Proposal And Agreement For Professional Services — Additional Service Request

Walter P Moore and Associates Inc
PO Box 843127
Dallas, TX 75284-3127

**State the term remaining**

Effective Date: 7/13/2022

**List the contract number of any government contract**

2.873 **State what the contract or lease is for and the nature of the debtor's interest**

Proposal And Agreement For Professional Services

Walter P Moore; Associates Inc
PO Box 843127
Dallas, TX 75284-3127

**State the term remaining**

Effective Date: 1/21/2022

**List the contract number of any government contract**

**2.874** **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Invoice -101

Effective Date: 12/5/2022

Walter P. Moore & Assoc
Attn: Heather Guillen P.E.
11601 Spring Cypress Rd
Ste- G
Tomball, Texas 77377

**2.875** **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Dealer Agreement

Effective Date: 11/1/2015

Warranty Solutions Administrative Services Inc; Warranty Solutions Management Corporation; Heritage Mechanical Breakdown Corporation; WS Aftermarket Services Corporation
827 S State Rd 7
North lauderdale, FL 33068

**2.876** **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Payee Election Addendum

Effective Date: 3/3/2021

Warranty Solutions Administrative Services Inc; WS Aftermarket Services Corporation; Heritage Mechanical Breakdown Corporation; Warranty Solutions Management Corporation
827 S State Rd 7
North lauderdale, FL 33068

**2.877** **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Warranty Solutions' Dealer Memorandum

Effective Date: 6/15/2012

Warranty Solutions Management Corporation; WS Aftermarket Services Corporation; Heritage Mechanical Breakdown Corporation; Warranty Solutions Administrative Services Inc; Norman & Co
PO Box 140057
Denver, CO 80214-0057

**2.878** **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Service Agreement

Effective Date: 4/23/2021

Waste Pro
411 Tall Pines Rd
West Palm Beach, FL 33413

**2.879** **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Service Agreement

Effective Date: 3/19/2021

Waste Pro
411 Tall Pines Rd
West Palm Beach, FL 33413

| 2.880 | **State what the contract or lease is for and the nature of the debtor's interest** | Schedule | Wells Fargo Bank Na<br>2501 S Price Road - 1st Floor<br>Chandler, AZ 85286 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 6/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.881 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealership Information Sheet Of -805 | Wells Fargo Bank Na<br>2501 S Price Road - 1st Floor<br>Chandler, AZ 85286 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 12/22/2021 | |
| | **List the contract number of any government contract** | | |

| 2.882 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Wells Fargo Bank Na; DM Wells Fargo Auto Rebates<br>PO Box 29718<br>Phoenix, AZ 85038-9718 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 4/15/2020 | |
| | **List the contract number of any government contract** | | |

| 2.883 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Wells Fargo Bank, N.A., DBA Wells Fargo Auto Rebates<br>PO Box 29718<br>Phoenix, AZ 85038-9718 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.884 | **State what the contract or lease is for and the nature of the debtor's interest** | Automated Clearing House (ACH) authorization form | Wells Fargo Bank, N.A., DBA Wells Fargo Auto Rebates<br>PO Box 29718<br>Phoenix, AZ 85038-9718 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 5/11/2023 | |
| | **List the contract number of any government contract** | | |

| 2.885 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Form | West Publishing Corporation; Thomson Reuters<br>610 Opperman Drive<br>PO Box 64833<br>Eagan, MN 55123-1803 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 9/15/2020 | |
| | **List the contract number of any government contract** | | |

**2.886** **State what the contract or lease is for and the nature of the debtor's interest**

Master Dealer Agreement Addendum

**State the term remaining**

Effective Date: 5/24/2023

**List the contract number of any government contract**

Westlake Financial Services
Insurance Department
PO Box 847476
Los Angeles, CA 90084

**2.887** **State what the contract or lease is for and the nature of the debtor's interest**

Westlake Financial Services* Amendment To Master Dealer Agreement First Payment Default Waiver

**State the term remaining**

Effective Date: 10/29/2019

**List the contract number of any government contract**

Westlake Financial Services; Westlake Services LLC
Insurance Department
PO Box 847476
Los Angeles, CA 90084

**2.888** **State what the contract or lease is for and the nature of the debtor's interest**

Amendment To Master Dealer Agreement First Payment Default Waiver

**State the term remaining**

Effective Date: 11/4/2022

**List the contract number of any government contract**

Westlake Financial Services; Westlake Services LLC
Insurance Department
PO Box 847476
Los Angeles, CA 90084

**2.889** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

**State the term remaining**

Effective Date: 12/19/2022

**List the contract number of any government contract**

Westlake Financial; Westlake Services LLC
Insurance Department
PO Box 847476
Los Angeles, CA 90084

**2.890** **State what the contract or lease is for and the nature of the debtor's interest**

Master Dealer Services Agreement, Authorization for ACH Deposits

**State the term remaining**

Effective Date: 2/15/2021

**List the contract number of any government contract**

Westlake Services LLC
Attn: Mark Vasquez
4751 Wilshire Blvd
Ste 100
Los Angeles, CA 90010

**2.891** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment To Integrated Marketing Agreement

**State the term remaining**

Effective Date: 9/1/2023

**List the contract number of any government contract**

White Water Agency LLC
215 S Olive Ave - Ste 201
West Palm Beach, FL 33401

2.892 **State what the contract or lease is for and the nature of the debtor's interest**

Integrated Marketing Agreement

**State the term remaining**

Effective Date: 1/23/2023

**List the contract number of any government contract**

White Wpterligency LLC; White Water Agency LLC
215 S Olive Ave - Ste 201
West Palm Beach, FL 33401

---

2.893 **State what the contract or lease is for and the nature of the debtor's interest**

Standard Form Agreement

**State the term remaining**

Effective Date: 4/5/2023

**List the contract number of any government contract**

Wr Berkley Corporation; Berkley Surety Group; Florida Engineering and Development Corporation; Berkley Insurance Company
12076 NW 98th Avenue
Hialeah Gardens, FL 33018

---

2.894 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

**State the term remaining**

Effective Date: 2/19/2016

**List the contract number of any government contract**

WS Aftermarket Services Corporation; Warranty Solutions Administrative Services Inc; Warranty Solutions Management Corporation; Heritage Mechanical Breakdown Corporation
PO Box 140057
Denver, CO 80214-0057

---

2.895 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Memorandum

**State the term remaining**

Effective Date: 10/9/2014

**List the contract number of any government contract**

WS Aftermarket Services Corporation; Warranty Solutions Management Corporation; Warranty Solutions Administrative Services Inc; Heritage Mechanical Breakdown Corporation
PO Box 140057
Denver, CO 80214-0057

---

2.896 **State what the contract or lease is for and the nature of the debtor's interest**

Order Form

**State the term remaining**

Effective Date: 1/18/2022

**List the contract number of any government contract**

Xtime Spectrum
PO Box 6129
New York, NY 10249-6129

---

2.897 **State what the contract or lease is for and the nature of the debtor's interest**

Additional Terms And Conditions

**State the term remaining**

**List the contract number of any government contract**

Xtime Spectrum; Cox
PO Box 6129
New York, NY 10249-6129

2.898 **State what the contract**    Pest Control Proposal      XTPC PEST CONTROL
**or lease is for and the**
**nature of the debtor's**
**interest**
**State the term**
**remaining**
**List the contract number**
**of any government**
**contract**

2.899 **State what the contract**    Re: Landscape Maintenance Services Proposal      Yellowstone Landscaping
**or lease is for and the**    For Off Lease Only, Llc      10892 Shadow Wood Dr
**nature of the debtor's**      Houston, TX 77043
**interest**
**State the term**    Effective Date: 3/1/2023
**remaining**
**List the contract number**
**of any government**
**contract**

2.900 **State what the contract**    Mutual Nondisclosure Agreement      Yext Inc
**or lease is for and the**
**nature of the debtor's**
**interest**
**State the term**    Effective Date: 5/20/2021
**remaining**
**List the contract number**
**of any government**
**contract**

2.901 **State what the contract**    Term: Payment Schedule      Yipit LLC
**or lease is for and the**      22 West 19th Street 7th Floor
**nature of the debtor's**      New York, NY 10011
**interest**
**State the term**    Effective Date: 4/29/2023
**remaining**
**List the contract number**
**of any government**
**contract**

2.902 **State what the contract**    Mutual Confidentiality And Non-Disclosure      Zapproved LLC
**or lease is for and the**    Agreement
**nature of the debtor's**
**interest**
**State the term**
**remaining**
**List the contract number**
**of any government**
**contract**

2.903 **State what the contract**    Service Order Form      Zendesk Inc
**or lease is for and the**      989 Market St
**nature of the debtor's**      San Francisco, CA 94103
**interest**
**State the term**    Effective Date: 9/24/2021
**remaining**
**List the contract number**
**of any government**
**contract**

2.904  **State what the contract**     Fixed Fee Consulting Services Change Order
       **or lease is for and the**                                                         Zendesk Inc
       **nature of the debtor's**                                                          989 Market St
       **interest**                                                                        San Francisco, CA 94103
       **State the term**              Effective Date: 9/29/2021
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.905  **State what the contract**     Mutual Non-Disclosure Agreement
       **or lease is for and the**                                                         Zimmerman Advertising LLC
       **nature of the debtor's**
       **interest**
       **State the term**              Effective Date: 7/25/2018
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

**Fill in this information to identify the case:**

Debtor name: Off Lease Only LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11388

Check if this is an
amended filing ☐

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

 Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 <br> Colo Real Estate Holdings LLC | 1200 S. Congress Ave., Palm Springs, FL 33406 | Cerberus Off Lease Only LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 <br> Off Lease Only Parent LLC | 1200 S. Congress Ave., Palm Springs, FL 33406 | Ally Bank & Ally Financial | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 <br> Off Lease Only Parent LLC | 1200 S. Congress Ave., Palm Springs, FL 33406 | Cerberus Off Lease Only LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 <br> Off Lease Only Parent LLC | 1200 S. Congress Ave., Palm Springs, FL 33406 | Spirit Realty, L.P. | ☑ D <br> ☐ E/F <br> ☐ G |

2.5
Off Lease Only Parent
LLC

1200 S. Congress Ave., Palm Springs, FL 33406

Spirit Realty, L.P.

☐ D
☑ E/F
☐ G

☐ **Check if this is an amended filing**

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.**

**I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:**

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____

declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 9/29/2023 | /s/ Leland Wilson |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Leland Wilson |
| | Printed name |
| | Chief Executive Officer |
| | Position or relationship to debtor |