# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| OFF LEASE ONLY LLC, [1] | Case No. 23-11388 (CTG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 25, 2023 AT 3:00 P.M. (ET) BEFORE THE HONORABLE CRAIG T. GOLDBLATT

**THIS HEARING HAS BEEN ADJOURNED TO NOVEMBER 14, 2023 AT 2:00 P.M. (ET)**

**ADJOURNED MATTER**

1. Expedited Motion of Ally Financial Inc. and Ally Bank for Relief from the Automatic Stay [D.I. 66; 1/30/2023]

    **Response Deadline**:

    **Response**:   n/a

    **Related Pleadings:**

    A. Certification of Counsel Regarding (A) Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling A Final Hearing, and (IV) Granting Related Relief and (B) Stipulation and Order (A) Granting Limited Relief from the Automatic Stay, (B) Providing for the Return and Sale of Ally Collateral, and (C) Scheduling a Hearing to Determine the Valuation of the Ally Collateral [D.I. 73; 9/14/2023]

    B. Order Approving Stipulation (A) Granting Limited Relief from the Automatic Stay, (B) Providing for the Return and Sale of Ally Collateral, and (C) Scheduling a Hearing to Determine the Valuation of the Ally Collateral [D.I. 80; 9/15/2023]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable) are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The location of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL 33406.

{01951001;v1 }

C. Motion of the Debtors for Entry of an Order (I) Extending Briefing Schedule for the Valuation of the Ally Parties' Collateral and (II) Granting Related Relief [D.I. 167; 10/1/2023]

**Status:** This matter has been adjourned to November 14, 2023 at 2:00 p.m. (ET).

Dated: October 23, 2023

**ASHBY & GEDDES P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel: (302) 654-1888
Email(s): GTaylor@ashbygeddes.com

*(Proposed) Counsel to Don A. Beskrone, Chapter 7 Trustee*