**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| OFF LEASE ONLY LLC, *et al.*,[1] | ) Case No. 23-11388 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: Nov. 23, 2023 at 4:00 p.m. (ET)** |
| | **Hearing Date: To be determined** |

## NOTICE OF FEE APPLICATION

**PLEASE TAKE NOTICE** that on November 2, 2023, FTI Consulting, Inc., as financial advisor for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed and served the *Final Fee Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtors and Debtors in Possession for the Period From September 7, 2023 Through October 3, 2023* (the "Application") seeking compensation for the reasonable and necessary services rendered to the Debtors in the amount of $241,806.13 and reimbursement for actual and necessary expenses in the amount of $8,193.87. A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"), on or before **November 23, 2023, at 4:00 p.m. Prevailing Eastern Time**.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if applicable) are: Off Lease Only LLC (7345), Off Lease Only Parent LLC (2753), and Colo Real Estate Holdings LLC (7453). The location of the Debtors' service address in these chapter 11 cases is 1200 S. Congress Ave., Palm Springs, FL 33406.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtors, Pachulski, Stang, Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com), (ii) counsel to the Official Committee of Unsecured Creditors, Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, Wilmington, DE 19801, Attn: L. Katherine Good, Esq. (kgood@potteranderson.com), (iii) the Office of United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn.: Richard Shepacarter, Esq. (richard.shepacarter@usdoj.gov); and (iv) the Chapter 7 Trustee, Ashby & Geddes, P.O. Box 272, Wilmington, DE 19801, Attn: Don A. Beskrone, Esq. (dbeskronetrustee@gmail.com).

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN THE FINAL RELIEF REQUESTED IN THE APPLICATION MAY BE PAID WITHOUT FURTHER HEARING.

*[Remainder of Page Intentionally Left Blank]*

A HEARING ON THE APPLICATION WILL BE HELD ON **A DATE AND TIME TO BE DETERMINED** BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE, 19801.

Dated:  November 2, 2023
       Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email:  ljones@pszjlaw.com
      joneill@pszjlaw.com
      crobinson@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*